E-filing

THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

FILED

AUG 10 AM 10: 59

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
UNUM GROUP (Formerly known
as UNUMPROVIDENT CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JO ANNE WHITMAN,

Plaintiff,

vs.

UNUM PROVIDENT CORPORATION, and
DOES 1 through 100, inclusive,

Defendant

Case No.:                    EDL

**CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS [CIV. L.R. 3-16]**

ORIGINAL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

2   than the named party, there is no such interest to report.

3

4                                    KELLY, HERLIHY & KLEIN LLP

5

6   Dated: August 10 , 2007              By _____

7                                            Thomas M. Herlihy
                                             John T. Burnite
8                                        Attorneys for Defendant
                                         UNUM GROUP (Formerly known as
9                                        UNUMPROVIDENT CORPORATION)

10

11  E:\27193\P02.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**