1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808

5

   Attorneys for Defendant
6  UNUM GROUP (Formerly known
   as UNUMPROVIDENT CORPORATION)
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | JO ANNE WHITMAN,                          ) Case No.: C 07-04127 EDL
13 |                                           )
   |              Plaintiff,                   ) **CERTIFICATE OF SERVICE OF**
14 |                                           ) **NOTICE OF REMOVAL AND**
   |       vs.                                 ) **ACCOMPANYING U.S. DISTRICT**
15 |                                           ) **COURT DOCUMENTS**
   | UNUM PROVIDENT CORPORATION, and           )
16 | DOES 1 through 100, inclusive,            )
   |                                           )
17 |              Defendant                    )

18

19

20

21

22

23

24

25

26

27

28

1  I, CIARA GARLITOS, declare:

2  I am employed in the City and County of San Francisco, State of California.
3  My business address is 44 Montgomery Street, Suite 2500, San Francisco,
4  California 94104. I am over the age of 18 years and not a party to the foregoing
5  action.

6  On August 13, 2007, I served a copy of the **NOTICE OF REMOVAL OF**
7  **ACTION TO FEDERAL COURT**, on the interested parties in this action, along with
8  the following documents:

   1. U.S. District Court Northern California ECF Registration Information Handout;
   2. Welcome to the U.S. District Court, San Francisco handout;
   3. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
   4. Consent to Proceed Before a United States Magistrate Judge;
   5. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
   5. Order Setting Initial Case Management Conference and ADR Deadlines;
   6. Standing Order;
   7. Standing Order Re Case Management Conference; and
   8. Standing Order for all Judges of the Northern District of California

by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, and addressed to:

-1-
CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING COURT DOCUMENTS

| | | |
|---|---|---|
| 1 | Steven O. Teal, Esq. | Attorneys for Plaintiff |
| 2 | Michael S. Henderson, Esq.<br>Teal & Montgomery | JO ANNE WHITMAN |
| 3 | 815 Fifth Street, Suite 200 | |
| 4 | Santa Rosa, CA 95404 | |

At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Francisco, California.

I declare under penalty of perjury that I am employed by a member of the Bar of this Court at whose direction this service is made, and that this declaration is executed on August 13, 2007, at San Francisco, California.

_____
CIARA GARLITOS

E:\27193\P04.doc

-2-
CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING COURT DOCUMENTS