1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   KELLY, HERLIHY & KLEIN LLP
3  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
4  Tel.: (415) 951-0535
   Fax: (415) 391-7808

5

6  Attorneys for Defendant
   UNUM GROUP (Formerly known
7  as UNUMPROVIDENT CORPORATION)

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  JO ANNE WHITMAN,                    ) Case No.: C 07-04127 EDL
13                                      )
            Plaintiff,                  ) PROOF OF SERVICE RE
14                                      ) CERTIFICATION OF INTERESTED
    vs.                                 ) ENTITIES OR PERSONS [CIV. L.R. 3-16]
15                                      )
    UNUM PROVIDENT CORPORATION, and     )
16  DOES 1 through 100, inclusive,      )
                                        )
17          Defendant                   )

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

PROOF OF SERVICE
*Whitman v. UnumProvident Corp.*
United States District Court, Northern District of California
Case No. C 07-04127 EDL

I, CIARA GARLITOS, declare:

I am employed in the City and County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the age of 18 years and not a party to the foregoing action.

On August 14, 2007, I served the attached **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16],** on the interested parties in said action,

__X__  **(by mail)** by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Francisco, California.

____  **(by personal delivery)** by having a true copy thereof personally delivered to the person listed below by a non-interested party employed by the law firm of Kelly, Herlihy & Klein LLP.

____  **(by Federal Express)** by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

____  **(by facsimile transmission as indicated below)** by transmitting said document(s) from our office facsimile machine (415) 391-7808, to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

Steven O. Teal, Esq.                          Attorney(s) for Plaintiff JO ANNE
Michael S. Henderson, Esq.                    WHITMAN
Teal & Montgomery
815 Fifth Street, Suite 200
Santa Rosa, CA 95404
Fax: (707) 544-1388

I declare under penalty of perjury that I am employed by a member of the Bar of this Court at whose direction this service is made, and that this declaration is executed on August 14, 2007, at San Francisco, California.

_____
CIARA GARLITOS

PROOF OF SERVICE