```
THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN, LLP
44 MONTGOMERY ST., SUITE 2500
SAN FRANCISCO, CA 94104
TEL: (415) 951-0535

ATTORNEYS FOR DEFENDANT
UNUMPROVIDENT CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE WHITMAN<br><br>Plaintiff(s),<br><br>v.<br><br>UNUMPROVIDENT CORPORATION<br><br>Defendant(s). | No. C 07-4127 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10-22-07

Signature _____

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")