**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                                   415.522.2000

**October 23, 2007**

**CASE NUMBER:  CV 07-04127 EDL**
**CASE TITLE:  JO ANNE WHITMAN-v-UNUM PROVIDENT CORPORATION**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/23/07

                                                                    FOR THE EXECUTIVE COMMITTEE:

                                                                    _____
                                                                                           Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                           Entered in Computer 10/23/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                   Transferor CSA