TEAL & MONTGOMERY
STEVEN O. TEAL (Bar No. 58454)
MICHAEL S. HENDERSON (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California 95404
Telephone: (707) 525-1212
Facsimile: (707) 544-1388

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JO ANNE WHITMAN, | Case No. C 07-04127 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| UNUM PROVIDENT CORPORATION, and DOES 1 through 100, inclusive, | |
| Defendants. | |

1     The parties, by and through their attorneys of record, hereby stipulate to continue the
2 initial Case Management Conference currently scheduled for November 15, 2007, at 11:00 a.m.,
3 to a date no earlier than November 26, 2007. Good cause exists for this continuance because
4 plaintiff's counsel will be gone on a pre-scheduled vacation from November 15, 2007 through
5 November 27, 2007 for which non-refundable airline tickets and accommodations have already
6 been purchased.

7 DATED: October 30, 2007                 TEAL & MONTGOMERY

9                                           By: _____
10                                               MICHAEL S. HENDERSON
                                              Attorney for Plaintiff

11 DATED: October 30, 2007                 KELLY, HERLIHY & KLEIN, LLP

14                                               By: _____
                                              John T. Burnite
                                              Attorney for Defendant

## PROPOSED ORDER

    Based upon the stipulation of the parties, and good cause appearing therefor, the initial Case Management Conference currently set for November 15, 2007, at 11:00 a.m., is continued to _____, 2007 at ____ a.m./p.m., before The Honorable William Alsup, Courtroom 9, 19th Floor, the United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint Case Management Conference Statement not to exceed 10 pages. All other deadlines in the initial case management scheduling order filed on August 10, 2007 remain in effect.

DATED: _____, 2007       _____
                                                Hon. William Alsup