1  TEAL & MONTGOMERY
   STEVEN O. TEAL  (Bar No. 58454)
2  MICHAEL S. HENDERSON  (Bar No. 175608)
   815 Fifth Street, Suite 200
3  Santa Rosa, California 95404
   Telephone: (707) 525-1212
4  Facsimile: (707) 544-1388

5  ATTORNEYS FOR PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11

12  JO ANNE WHITMAN,                          Case No. C 07-04127 WHA

13                    Plaintiff,              STIPULATION AND ~~PROPOSED~~
                                              ORDER TO CONTINUE INITIAL
                                              CASE MANAGEMENT CONFERENCE
        vs.

14

15  UNUM PROVIDENT CORPORATION, and
    DOES 1 through 100, inclusive,

16                    Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1   The parties, by and through their attorneys of record, hereby stipulate to continue the

2   initial Case Management Conference currently scheduled for November 15, 2007, at 11:00 a.m.,

3   to a date no earlier than November 26, 2007.  Good cause exists for this continuance because

4   plaintiff's counsel will be gone on a pre-scheduled vacation from November 15, 2007 through

5   November 27, 2007 for which non-refundable airline tickets and accommodations have already

6   been purchased.

7   DATED:  October 30, 2007                    TEAL & MONTGOMERY

8

9                                        By:  _____
                                             MICHAEL S. HENDERSON
10                                           Attorney for Plaintiff

11

12  DATED:  October 30, 2007                    KELLY, HERLIHY & KLEIN, LLP

13

14                                        By:  _____
                                             John T. Burnite
15                                           Attorney for Defendant

16                                    **PROPOSED ORDER**

17       Based upon the stipulation of the parties, and good cause appearing therefor, the initial

18  Case Management Conference currently set for November 15, 2007, at 11:00 a.m., is continued

19  to  _November 29_____, 2007 at _11:00_ a.m./p.m., before The Honorable William Alsup,

20  Courtroom 9, 19th Floor, the United States Courthouse, 450 Golden Gate Avenue, San Francisco,

21  CA 94102.  Not less than 7 days prior, counsel shall submit a joint Case Management

22  Conference Statement not to exceed 10 pages.  All other deadlines in the initial case management

23  scheduling order filed on August 10, 2007 remain in effect.

24

25  DATED:  _October 31_____, 2007          _____

26                                             Hon. William

27

28

STIPULATION AND PROPOSED ORDER TO
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE                      PAGE 2