UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 29, 2007

Case No.  C 07-04127 WHA

Title: JO ANN WHITMAN  v. UNUM PROVIDENT

Plaintiff Attorneys: Michael Henderson

Defense Attorneys: John Burnite, Jr.

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)   

Complete Initial Disclosures (Rule 26): 12/7/07

Discovery Cutoff: 5/2/08

Designation of Experts: 5/2/08

Last Day to File Motion: 5/29/08


Continued to ＿ for Further Case Management Conference

Continued to  **7/29/08 at 2:00 pm**  for Pretrial Conference

Continued to  **8/4/08 at 7:30 am**  for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Spero for mediation/settlement conference.