# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

CASE NO.:  <u>C-07-04127 WHA (JCS)</u>            TIME:  <u>13 mins.</u>

CASE NAME: *Jo Anne Whitman v. UNUM Provident Corp.*

MAGISTRATE JUDGE JOSEPH C. SPERO    CLERK: Mary Macudzinski-Gomez

DATE:  <u>12/5/2007</u>             COURT REPORTER: <u>not reported</u>

<u>COUNSEL FOR PLAINTIFF(S):</u>       <u>COUNSEL FOR DEFENDANT(S):</u>

Michael S. Henderson            John T. Burnite

---

## **PROCEEDINGS**

☐   SETTLEMENT CONFERENCE      ☐  FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE:

X   TELEPHONIC CONFERENCE RE:   <u>Scheduling of Settlement Conference</u>

☐   OTHER:

CASE CONTINUED TO:  <u>12/19/07 @ 3:30 p.m.</u>   FOR  <u>Further Tel. Scheduling Conference</u>

NOTES:

A Telephonic Scheduling Conference was held.