UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE WHITMAN, | No. C-07-04127 WHA (JCS) |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE SETTING FURTHER TELEPHONE CONFERENCE** |
| UNUM PROVIDENT CORPORATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Telephonic Scheduling Conference, with counsel only, has been scheduled for **December 19, 2007, at 3:30 p.m.** Chambers staff will initiate the telephone contact.

Dated: December 10, 2007           RICHARD W. WIEKING, CLERK

By: /s/ Mary A. Macudzinski-Gomez
       Deputy Clerk

**United States District Court**
For the Northern District of California