STEVEN O. TEAL (SBN 58454)
MICHAEL S. HENDERSON (SNB 175608)
TEAL & MONTGOMERY
815 Fifth Street, Suite
Santa Rosa, CA  95404
Tel. (707) 525-1212
Fax:  (707) 544-1388

Attorneys for Plaintiff,
JO ANNE WHITMAN


THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.:  (415) 951-0535
Fax:  (415) 391-7808
Email: herlihy@kelher.com
         jtb@kelher.com


Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JO ANNE WHITMAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNUM LIFE INSURANCE COMPNAY OF AMERICA, and DOES 1 through 100, inclusive,<br><br>             Defendant. | Case No.:  C07-04127 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF** |

Plaintiff Jo Anne Whitman and defendant Unum Life Insurance Company of America through their respective attorneys of record hereby request that the deadline to complete non-expert discovery and designate experts be continued from May 2, 2008 to May 29, 2008. The following facts establish the good cause for this request:

1. WHEREAS counsel for both the parties contacted witnesses (the Schools of the Sacred Heart and The Independent School Group Life and LTD Insurance Trust) in December 2007 to determine whether ERISA applied to this matter, but were unable to reach agreement on the issue;

2. WHEREAS on December 19, 2007, Magistrate Judge Spero scheduled a settlement conference for April 14, 2008;

3. WHEREAS one of the primary reasons in setting the settlement conference for April 2008 was to conduct discovery related to the ERISA issue and resolve the ERISA issue;

4. WHEREAS plaintiff noticed a Person Most Knowledgeable Deposition for the Schools of the Sacred Heart for January 23, 2008. However, counsel for the school requested a short continuance, and the deposition was reset to February 5. Due to plaintiff counsel's illness on February 4, the deposition had to be rescheduled. The deposition was taken on February 21, 2008.

5. WHEREAS the court reporter has not yet prepared the February 21 deposition transcript (due to recent illness);

6. The motion for summary judgment regarding the ERISA issue has been unexpectedly delayed based on the foregoing; counsel for Unum Life will file the motion as quickly as possible upon receipt of the deposition transcript.

7. This stipulation is not presented for the purpose of delay;

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF

CASE NO. C07-04127 WHA

8. By continuing the discovery cut-off and expert designation date to May 29, 2008, no other pre-trial dates will be changed.

Respectfully submitted,

TEAL & MONTGOMERY

Dated: March 14, 2008      By _____/s/_____
                                                Michael S. Henderson
                                                Attorneys for Plaintiff
                                                Jo Anne Whitman

KELLY, HERLIHY & KLEIN LLP

Dated: March 14, 2008      By_____/s/_____
                                                John T. Burnite
                                              Attorneys for Defendant
                                              UNUM Life INSURANCE COMPANY OF AMERICA

IT IS SO ORDERED:

The discovery cutoff and designation of experts is continued from May 2, 2008 to May 29, 2008.

_____
UNITED STATES DISTRICT JUDGE

E:\27193\P14.doc

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF

CASE NO. C07-04127 WHA