STEVEN O. TEAL (SBN 58454)
MICHAEL S. HENDERSON (SNB 175608)
TEAL & MONTGOMERY
815 Fifth Street, Suite
Santa Rosa, CA  95404
Tel. (707) 525-1212
Fax:  (707) 544-1388

Attorneys for Plaintiff,
JO ANNE WHITMAN


THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.:  (415) 951-0535
Fax:  (415) 391-7808
Email: herlihy@kelher.com
          jtb@kelher.com


Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JO ANNE WHITMAN,<br><br>     Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPNAY OF AMERICA, and DOES 1 through 100, inclusive,<br><br>     Defendant. | Case No.:   C07-04127 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF** |

1      Plaintiff Jo Anne Whitman and defendant Unum Life Insurance Company of America
2 through their respective attorneys of record hereby request that the deadline to complete non-
3 expert discovery and designate experts be continued from May 2, 2008 to May 29, 2008.  The
4 following facts establish the good cause for this request:
5      1.    WHEREAS counsel for both the parties contacted witnesses (the Schools
6            of the Sacred Heart and The Independent School Group Life and LTD
7            Insurance Trust) in December 2007 to determine whether ERISA applied
8            to this matter, but were unable to reach agreement on the issue;
9      2.    WHEREAS on December 19, 2007, Magistrate Judge Spero scheduled a
10           settlement conference for April 14, 2008;
11     3.    WHEREAS one of the primary reasons in setting the settlement
12           conference for April 2008 was to conduct discovery related to the ERISA
13           issue and resolve the ERISA issue;
14     4.    WHEREAS plaintiff noticed a Person Most Knowledgeable Deposition
15           for the Schools of the Sacred Heart for January 23, 2008.  However,
16           counsel for the school requested a short continuance, and the deposition
17           was reset to February 5.  Due to plaintiff counsel's illness on February 4,
18           the deposition had to be rescheduled.  The deposition was taken on
19           February 21, 2008.
20     5.    WHEREAS the court reporter has not yet prepared the February 21
21           deposition transcript (due to recent illness);
22     6.    The motion for summary judgment regarding the ERISA issue has been
23           unexpectedly delayed based on the foregoing; counsel for Unum Life will
24           file the motion as quickly as possible upon receipt of the deposition
25           transcript.
26     7.    This stipulation is not presented for the purpose of delay;
27
28

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF

CASE NO. C07-04127 WHA

8. By continuing the discovery cut-off and expert designation date to May 29, 2008, no other pre-trial dates will be changed.

Respectfully submitted,

TEAL & MONTGOMERY

Dated: March 14, 2008      By _____/s/_____
                                              Michael S. Henderson
                                              Attorneys for Plaintiff
                                              Jo Anne Whitman

KELLY, HERLIHY & KLEIN LLP

Dated: March 14, 2008      By_____/s/_____
                                              John T. Burnite
                                              Attorneys for Defendant
                                              UNUM Life INSURANCE COMPANY OF AMERICA

IT IS SO ORDERED:

The discovery cutoff and designation of experts is continued from May 2, 2008 to May 29, 2008.

*IT IS SO ORDERED*
*Judge William Alsup*

_____
UNITED STATES DISTRICT JUDGE

E:\27193\P14.doc