THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jtb@kelher.com


Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE WHITMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No.:  C07-04127 WHA<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY UNUM LIFE INSURANCE COMPANY OF AMERICA**<br><br>Date:  May 1, 2008<br>Time:  8:00 a.m.<br>Ctrm.  9 |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on May 1, 2008 at 8:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, defendant Unum Life Insurance Company of America ("Unum Life") will move for summary judgment or, in the alternative for partial summary judgment. The motion will be made pursuant to Federal Rules of Civil Procedure, Rule 56. Unum Life moves for judgment in its favor because this matter is governed by ERISA and plaintiff's state law claims for breach of contract and breach of the implied covenant of good faith and fair dealing therefore are preempted.

This motion will be based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of William C. Amos and John T. Burnite with supporting exhibits thereto, matters upon which this court may take judicial notice, the pleadings and papers on file herein, and upon such other evidence as the Court may permit at the hearing of this motion.

KELLY, HERLIHY & KLEIN LLP

Dated: March __, 2008          By_____
                                John T. Burnite
                                Attorneys for Defendant
                                UNUM LIFE INSURANCE COMPANY OF
                                AMERICA

E:\27193\P11.doc