THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jtb@kelher.com


Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE WHITMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No.:  C07-04127 WHA<br><br>**DECLARATION OF JOHN T. BURNITE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:  May 1, 2008**<br>**Time:  8:00 a.m.**<br>**Ctrm.:  9** |

1  I, John T. Burnite, declare:

2      1.      I am an attorney at law duly admitted to practice in all courts in the State of

3  California.  I am an associate with the law offices of Kelly, Herlihy & Klein, LLP.  Our office

4  represents defendant Unum Life Insurance Company of America ("Unum Life") in the above-

5  captioned matter.  I am one of the attorneys responsible for the handling of this matter on behalf

6  of Unum Life.  I have personal knowledge of the facts set forth below, and if called upon to

7  testify under oath in this matter, I could and would testify to the following:

8      2.      Attached hereto as Exhibit 1 are true and correct copies of pages 1, 2, 5, 11, 27,

9  33, 36, 37, 45, 64, 71, 104, 137, 138, 139, 141, 143, 146, 147, 149, 150, 156, 157, 159, 160, 161,

10  162, 164, 165, 166, and 167 from the deposition transcript of Juli Devincenzi, taken in this

11  matter on February 21, 2008.

12      3.      Attached hereto as Exhibit 2 is true and correct copy of Exhibit 1 to the deposition

13  of Juli Devincenzi, taken in this matter.

14      4.      Attached hereto as Exhibit 3 is true and correct copy of Exhibit 8 to the deposition

15  of Juli Devincenzi.

16      5.      On an Annual Return/Report of Employer Benefit Plan (Form 5500), it states:

17  "This Form is Open to Public Inspection."  I am familiar with a website named freeERISA.com

18  where visitors may view, for free, retirement and welfare benefit information on the group or

19  groups of their choice as this data appears on Form 5500.  On March 13, 2008, I obtained from

20  the freeERISA.com website a copy the data appearing on the 2001 Annual Return/Report (Form

21  5500) filed by the Schools of the Sacred Heart for its retirement plan.  Attached hereto as Exhibit

22  4 is true and correct copy of the data I obtained.  A Plan Number for the pension plan and the

23  Employer's Identification Number ("EIN") are identified on Exhibit 4.

24      I declare under penalty of perjury under the laws of the State of California and the United

25  States of America that the foregoing is true and correct, and that this declaration is executed

26  March 27, 2008 in San Francisco, California.

27

28                                                      _____
                                                        John T. Burnite

E:\27193\P16.doc

                                    -1-

**EXHIBIT 1**

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                    ---oOo---

4   JO ANNE WHITMAN,              )
                                  )
5           Plaintiff,            )
                                  )
6      vs.                        )   Case No. C 07-04127 WHA
                                  )
7   UNUM PROVIDENT CORPORATION    )
    and DOES 1 through 100,       )
8   inclusive,                    )   **CERTIFIED COPY**
                                  )
9           Defendants.           )
    _____)

10

11

12

13

14        DEPOSITION OF JULI ALYCE DEVINCENZI

15           Thursday, February 21, 2008

16

17

18

19

20   Reported by:

21   LUEL J. SIMSON, CSR No. 4720

22   _____

23

                    *SIMSON REPORTING*
24           *Certified Shorthand Reporters*
             *2200 Range Avenue, Suite 102*
25           *Santa Rosa, California   95403*
                    *(707) 578-7580*

                                                        1

**CD-ROM ENCLOSED**

1        BE IT REMEMBERED THAT, pursuant to Notice, on

2   Thursday, February 21, 2008, commencing at the hour of

3   9:57 a.m., thereof, at the Law Offices of NIXON PEABODY

4   LLP, One Embarcadero Center, Suite 1800, San Francisco,

5   California, before me, LUEL J. SIMSON, CSR No. 4720, State

6   of California, personally appeared:

7                    JULI ALYCE DEVINCENZI,

8   called as a witness by the Plaintiff; who, having been duly

9   sworn by me, was thereupon examined and testified as is

10  hereinafter set forth:

11                   A P P E A R A N C E S

12  For the Plaintiff:

13      Law Offices of TEAL & MONTGOMERY
        815 Fifth Street, Suite 200
14      Santa Rosa, California  95404

15      By:  MICHAEL S. HENDERSON, Esq.

16

17  For the Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA:

18      Law Offices of KELLY, HERLIHY & KLEIN LLP
        44 Montgomery Street, Suite 2500
19      San Francisco, California  94104

20      By:  JOHN T. BURNITE, JR., Esq.

21

22  For the Witness:

23      Law Offices of NIXON PEABODY LLP
        One Embarcadero Center, Suite 1800
24      San Francisco, California  94111

25      By:  MARJORIE S. FOCHTMAN, Esq.

1                          JULI ALYCE DEVINCENZI,

2                    having been first duly sworn, was

3                    examined and testified as follows:

4

5                              EXAMINATION

6    BY MR. HENDERSON:

7        Q.    Good morning.  We introduced ourselves off the

8    record.

9        A.    Yes, we did.

10       Q.    Could you please state your full name.

11       A.    Juli Alyce Devincenzi.

12       Q.    Could you spell the "Devincenzi" part.

13       A.    Yes; D-e-v-i-n-c-e-n-z-i.

14       Q.    All right.  My name is Michael Henderson; I

15   represent Jo Anne Whitman in a disability case that she's

16   brought against Unum.  And the purpose of today's

17   deposition is really to find out from Schools of the Sacred

18   Heart-San Francisco something about the nature of the

19   organization and its affiliation, either directly or by

20   doctrinal belief, with the Roman Catholic Church.

21            It's my understanding you've been produced by the

22   School of the Sacred Heart-San Francisco to speak on their

23   behalf today?

24       A.    Yes, I have.

25       Q.    Okay.  Let's go ahead and start by attaching this

                                                                      5

1     A.   "Schools."

2     Q.   Okay.  What is your position with Schools of the

3 Sacred Heart-San Francisco?

4     A.   Human Resource Director.

5     Q.   And how long have you had that position?

6     A.   This is my ninth year.

7     Q.   And what are your job duties as the H.R. Director?

8     A.   I'm a one-person department, I'm part of the

9 business office.  I'm responsible for all human resource

10 activity, including benefits, compensation, payroll,

11 recordkeeping.

12     Q.   When you say "recordkeeping," is that

13 recordkeeping for the benefits, compensation and payroll?

14     A.   Yes.

15     Q.   Do you keep records of any other sort for the

16 school?

17     A.   No.

18     Q.   We're going to, as I've already indicated, talk

19 about what the Schools of the Sacred Heart-San Francisco

20 is, what its connection is to the Roman Catholic Church and

21 to the Society of the Sacred Heart and some other details

22 regarding its philosophy and educational practices.

23        Is that an area that you're qualified to talk

24 about?

25     A.   Yes.

1      A.    Well, to be a part of the Network and to support

2   the Network.

3      Q.    Now, it states here in paragraph 4 that dues are

4   based on the number of students.  Do you know what the

5   per-student rate is?

6      A.    I do not.

7      Q.    That's something Donna Morgan would probably know?

8      A.    Yes.

9      Q.    Is the National Association of Independent Schools

10  in any way related to the Religious of the Sacred Heart?

11     A.    No.

12     Q.    Is it in any way related to the Roman Catholic

13  Church that you know of?

14     A.    No.

15     Q.    What does the National Association of Independent

16  Schools do for Schools of the Sacred Heart-San Francisco?

17     A.    It's an accreditation for us.

18     Q.    Is it -- go ahead.

19     A.    That's all.

20     Q.    Is it to meet State accreditation requirements or

21  to help you meet them?

22     A.    I don't know.

23     Q.    Is there anyone at Schools of the Sacred

24  Heart-San Francisco who would be able to tell us exactly

25  what the role is for the National Association of

27

1      Q.   Okay.  Now, the second part of that sentence says

2    that the Archdiocese does not provide any funding.

3      A.   Uh-huh.

4      Q.   I take that to mean the Archdiocese does not

5    support the operational costs of Schools of the Sacred

6    Heart-San Francisco.  Is that right?

7      A.   That's correct.

8      Q.   Does the Archdiocese provide any support that is

9    non-financial?  For example, having priests come over to

10   conduct Mass or having people from the Archdiocese come to

11   the school to perform any kind of function?

12           MR. BURNITE:  Objection; vague and ambiguous,

13   overly broad.

14           THE WITNESS:  I don't know the answer.

15   BY MR. HENDERSON:

16     Q.   Who, at Schools of the Sacred Heart-San Francisco,

17   could we ask about that, about any non-financial support

18   from the Archdiocese?

19           MR. BURNITE:  Same objection.

20           THE WITNESS:  Possibly, the Head of the School.

21   BY MR. HENDERSON:

22     Q.   Is that the same as the Director of Schools?

23     A.   Yes.  I'm sorry.  I meant Director of Schools.

24     Q.   That's fine.

25           The next sentence in that paragraph says, "The

33

1    BY MR. HENDERSON:

2        Q.    Are there any priests from the Archdiocese or that

3    are included within the Archdiocese that serve in any

4    position on the Schools of the Sacred Heart-San Francisco?

5        A.    No.

6        Q.    Including staff or Board of Trustees or anything

7    like that.

8        A.    No.

9        Q.    The rest of that sentence on the last paragraph,

10   page 1 of Exhibit 1, refers, again, to some surveys

11   regarding enrollment and faculty.  Is that the same surveys

12   that are discussed in paragraph 4, above?

13       A.    Can you repeat that.  Which sentence are you

14   referring to?

15       Q.    Okay.  I'll read it into the record.  The last

16   paragraph on page 1 of Exhibit 1, it says, "The school pays

17   dues two-thirds less than that of parochial or archdiocesan

18   schools and completes some surveys regarding enrollment and

19   faculty," and the sentence goes on but we'll stop there.

20            The "surveys regarding enrollment and faculty"

21   referred to in that sentence, are those the same documents

22   that are referred to in paragraph 4 of page 1, above, where

23   it says, "The San Francisco School completes some survey

24   information to the San Francisco Archdiocese," et cetera?

25       A.    I believe so, yes.

1    Q.    Going back to the last paragraph on page 1 of

2    Exhibit 1, completing that sentence, it says, quote:    "But

3    does not engage in the budget process, tuition setting, nor

4    does it observe any directorates in regards to curriculum."

5         What budgeting process is being referred to there?

6    A.    Well, every year, my boss, the Director of

7    Business Operations and Finance, is responsible for putting

8    together a completely balanced budget.    They have no -- we

9    don't work with the Archdiocese on that at all.

10    Q.    So this sentence, as you understand it, is meant

11    to convey the idea that the Archdiocese does not engage in

12    the budget process that the Schools of the Sacred

13    Heart-San Francisco goes through.

14    A.    That's correct.

15    Q.    And the Archdiocese is not involved in setting the

16    tuition.

17    A.    That's correct.

18    Q.    And the Schools of the Sacred Heart-San Francisco

19    does not "observe any directorates in regards to

20    curriculum."

21         When does that mean?    What are directorates?

22    A.    I'm not sure what's meant by that word.

23    Q.    Is it your understanding that the Schools of the

24    Sacred Heart-San Francisco does not receive any guidance or

25    any suggestion from the Archdiocese on its curriculum?

 1              National Catholic Directory that

 2              provides the School's non-profit

 3              status."

 4              Is that a topic that you have personal knowledge

 5    about?

 6        A.    No.

 7        Q.    Do you know where that information came from?

 8        A.    This was written by Donna Morgan.

 9        Q.    Do you know where she got it?

10        A.    No.

11        Q.    Do you have any understanding about what

12    the relationship is between Schools of the Sacred

13    Heart-San Francisco's membership in the National Catholic

14    Education Association and its status as a nonprofit entity?

15        A.    No.

16        Q.    Now, I understand that it's correct to say

17    that, to be a teacher at Schools of the Sacred

18    Heart-San Francisco, you don't have to be Catholic.  Right?

19        A.    That is correct.

20        Q.    There are some educational materials we'll go

21    through a little bit later that, obviously, are based in

22    Catholic theology.  How does the school ensure that the

23    people it hires to teach have the knowledge and the ability

24    to provide Catholic-based education to the students?

25              MR. BURNITE:  Objection; vague and ambiguous.

1  of the mission statement for Schools of the Sacred

2  Heart-San Francisco?

3      A.   Yes.  I've not compared it to what's on our Web

4  site, but they should be the same.

5      Q.   Okay.  And, just in general, this recites that the

6  school was founded as an independent Catholic school and it

7  was founded to carry on the education mission of the

8  Religious of the Sacred Heart.

9      A.   That's correct.

10     Q.   And that's a correct statement of the mission of

11 the school?

12     A.   Yes.

13     Q.   The five common goals that are listed here, do

14 those come out of the SHCOG process?

15     A.   Well, the goals were set by the Society, and the

16 SHCOG process is to ensure that we carry those out.

17     Q.   Okay.  So the five goals listed here on page 2 of

18 Exhibit 2 were enunciated by the Religious of the Sacred

19 Heart?

20     A.   Yes.

21     Q.   The first one, "A personal and active faith in

22 God," does that refer to Catholic faith or just any faith

23 in any God?

24     A.   Any faith in any God.

25     Q.   I'm not going to try to debate theology with you,

1    struggles to expand west, I guess, primarily.  It's amazing

2    what she went through.

3         A.    It is.

4         Q.    Other than these seminars or retreats where people

5    go and learn about the history of the society and its

6    educational mission, are there other programs for adults

7    that Schools of the Sacred Heart-San Francisco engages in?

8         A.    It would be hard for me to physically name them,

9    but there's a -- there's a very constant daily type of --

10   sometimes in the form of an E-mail sent to the whole

11   community, just as a reflection.  There just seems to be a

12   constant reference to the Goals and Criteria.

13        Q.    How about religious education for staff and

14   faculty.  Obviously -- well, we'll get to the statistic,

15   but roughly half or so are Catholic, half are not.

16        A.    Uh-huh.

17        Q.    Is there any ongoing religious education for the

18   staff at Schools of the Sacred Heart?

19        A.    I'm not aware of any.

20              And can I just clarify that when you say

21   "staff" -- because, as the H.R. person, there's faculty and

22   staff -- you mean employees.  Right?

23        Q.    Yeah.  Well, I don't want to jump ahead, but

24   there's a sheet that I'll attach later that, basically,

25   shows faculty, slash, employees of the school.

71

1  employee.

2      Q.   Has the religious affiliation breakdown for

3  faculty and employees of Schools of the Sacred

4  Heart-San Francisco changed in any significant way over the

5  last -- say, the last six years?  That takes us back to

6  about 2002.

7      A.   It doesn't seem like it.  It was represented to me

8  as about 50/50 when I first came on nine years ago, and

9  we're still right at just about that.

10     Q.   Okay.  Page 2 of Exhibit 7 has some definitions

11 and then, below that, a heading called, "Conditions of

12 Employment."  One of the conditions of employment is that

13 all employees are required to support the Goals and

14 Criteria of Sacred Heart Schools.  And, again, it lists

15 those five goals that we've previously talked about.

16          How is that handled in practical terms?  In other

17 words, Goal No. 1 or Criteria No. 1 says, "A personal and

18 active faith in God."

19          Are atheists allowed to be employees of the

20 school?

21     A.   Yes.

22     Q.   Okay.  How are they expected to show support or

23 commitment toward Goal No. 1 in a way that is satisfactory

24 to the school?

25     A.   I don't know.  It's a good question.

                                                        104

1          On Exhibit 1, at paragraph 4 on the first page --

2     do you see the paragraph I'm talking about, paying dues?

3          A.    Yes.

4          Q.    Does the school pay dues to the National

5     Association of Girls Schools, to your knowledge?

6          A.    I'm not sure.  I think I might have seen something

7     here later in the....

8          Q.    Page 2, last paragraph.

9          A.    Yes; the school pays dues to the National

10    Association of Girls Schools, yes.

11         Q.    Do you know if the National Association of Girls

12    Schools is any sort of religious entity?

13         A.    I don't know.

14         Q.    And do you know if the National Association of

15    Independent Schools is affiliated with any religious

16    institutions?

17         A.    I believe that they're not.

18         Q.    Do you know if the school pays dues to the NAIS?

19         A.    I believe -- yes, we do.

20         Q.    The school also pays dues to the Boys Schools

21    International Coalition.  Is that correct?

22         A.    Yes.

23         Q.    Do you know if that entity is a religious

24    organization?

25         A.    I don't think so.

                                                           137

1      Q.    On page 2 of this memo that's been marked as

2   Exhibit 1, there's reference to other secular membership

3   institutions.  Do you see that reference?

4      A.    Yes.

5      Q.    Do you know of any other secular membership

6   institutions for which the school is a member?

7      A.    There's CAIS as well.

8      Q.    And what is CAIS?

9      A.    That's the California Association of Independent

10  Schools.

11     Q.    Okay.  Do you know if that organization is a

12  religious entity or religious-affiliated organization?

13     A.    I don't think so.

14     Q.    Do you know if the school pays fees to the

15  California Independent Schools?

16     A.    It doesn't say that we do.  I would find it hard

17  to believe that we don't.

18     Q.    Okay.  Still looking at Exhibit 1, on page 2, the

19  paragraph regarding accreditation.  Do you know if the

20  California Association of Independent Schools is a

21  religious-affiliated institution?

22     A.    I don't know.

23     Q.    Do you believe it to be a religious organization?

24     A.    I don't think so, no.

25            MR. HENDERSON:  I'm going to object; it calls for

1  speculation.

2  BY MR. BURNITE:

3      Q.   Is the Western Association of Secondary Schools

4  and Colleges a religious organization?

5      A.   I don't think so, no.

6      Q.   Are you involved in the accreditation process

7  through either CATS or WASC?

8      A.   I am not.  I've been asked for a little bit of

9  information, but that's about it.

10      Q.   Do you know if the school pays a fee -- strike

11  that.

12          Do you know if the school pays any fees to the

13  San Francisco Unified District?

14      A.   I don't think so.

15      Q.   Earlier, you were asked some questions regarding

16  this exhibit, indicating that the Archdiocese does not --

17  is not involved with the budget, tuition setting or

18  curriculum.  Do you recall that discussion?

19      A.   Yes.

20      Q.   Is the Network -- strike that.

21          Is the Society involved in any budgeting issues

22  with respect to the school?

23      A.   No.  Not that I'm aware of.

24      Q.   Is the Society involved in setting tuition for the

25  school?

1    employment practices?

2        A.    I believe so, yes.

3        Q.    Is the information provided by NAIS and/or CAIS

4    related to educational issues?

5        A.    Yes.

6        Q.    Looking at page 2 of the memorandum marked as

7    Exhibit 1, the first full paragraph touched on some parts

8    of that.  I have a couple of follow-up questions for you.

9              Religious affiliation -- strike that.

10             Is religious affiliation a condition for

11   employment with the school?

12       A.    No.

13       Q.    Is religious affiliation a requirement for

14   admission as a student?

15       A.    No.

16       Q.    There's a reference that, in 1994, the first lay

17   head was hired.  Do you see that?

18       A.    Yes.

19       Q.    What is your understanding of the word "lay,"

20   l-a-y?

21       A.    She's not a Religious of the Sacred Heart.

22       Q.    Pamela Hayes, also, is a layperson who presently

23   is in that position as head or director.  Correct?

24       A.    That's correct.

25       Q.    Paragraph 4 of this exhibit, on page 2.  Are you

                                                          141

1    Q.    Now, earlier in your testimony -- did you say

2    that, during the Commission on Goals process -- what's that

3    called, again?

4    A.    SHCOG.

5    Q.    SHCOG.    During SHCOG, is there a discussion that

6    there's not necessarily one God discussed as part of that

7    process?  I thought I heard you say that.

8         MR. HENDERSON:  Mischaracterizes prior testimony.

9         THE WITNESS:  There's discussion about the fact

10   that there are many faiths within our community, and I may

11   have worded it that way.

12   BY MR. BURNITE:

13   Q.    Okay.    It was in the context of many faiths, many

14   creeds.

15   A.    Yes, absolutely.

16   Q.    Fair enough.

17         And is it your understanding that each school in

18   the Network is governed by an independent Board of

19   Trustees?

20         MR. HENDERSON:  Calls for speculation.

21         THE WITNESS:  That's correct.

22   BY MR. BURNITE:

23   Q.    And, in fact, if you look at Exhibit 2, page 23,

24   the last sentence references that fact.  Would you agree?

25   A.    Yes.

143

1      A.    These pages (indicating) are page 4 and 5 from our

2   Personnel Policy Manual, which I wrote, so....

3      Q.    You authored pages 4 and 5 of this?

4      A.    Yes.

5      Q.    Okay.  Do you know what pages 1, 2 and 3 are of

6   the handbook?

7      A.    Off the top of my head, our Personnel Policy

8   Manual starts with a history -- you know, an introduction

9   and a history of the school and table of contents.  So this

10  is very early on in the document.

11     Q.    Were you involved in selecting these two pages

12  from that book?

13     A.    Yes.  And this was in response to the criteria --

14  the request for the criteria to become a Sacred Heart

15  educator.

16     Q.    With respect to that topic, is it fair to say that

17  Schools of the Sacred Heart is an equal-opportunity

18  employer?

19     A.    Yes.

20     Q.    And what does that mean?

21          MR. HENDERSON:  Overly broad, calls for a legal

22  conclusion.

23          MR. BURNITE:  Let me rephrase it.

24     Q.    Does the school ask questions about race,

25  religion, national origin, color, sex, age or disability on

146

1    the application?

2        A.    Not on the application.

3        Q.    And do you know why that is so?

4        A.    Because we are an equal-opportunity employer.

5        Q.    You're looking at me like -- what a terrible

6    circle.  I had to ask it that way.

7        A.    That's all right.

8        Q.    And, in fact, the employment application tells the

9    applicants to omit those subjects.  Correct?

10        A.    Yes.

11        Q.    While we're on the -- are you familiar at all with

12    the application for admission of students to the school?

13        A.    Not at all.  I've never seen it.

14        Q.    Clearly, the school admits students other than

15    Catholics.  Correct?

16        A.    Yes.

17        Q.    And it's consistent with the philosophy to have a

18    diverse academic community, all faiths and creeds.  Is that

19    fair?

20        A.    Yes.

21        Q.    Do you know if any of the statistics that are on

22    the first page of Exhibit 7, whether any of those are

23    submitted to the State of California for any purpose?

24        A.    Yes.  We, this year, had to do the EEO-1 report

25    for the first time.

1    see that, thank you.

2        Q.    You were asked earlier whether atheists were

3    allowed to be employees of the school, and you said, "Yes."

4    Do you recall that testimony?

5        A.    Yes.

6        Q.    Do you know if atheists are allowed to be

7    students?

8        A.    Yes.

9        Q.    With respect to Exhibit 8, which I believe is the

10   breakdown of the religious -- breakdown of the student

11   population, are any of these statistics, to your knowledge,

12   conveyed to CAIS or WAIS?

13           I'm sorry.  WASC.  Let me rephrase the question.

14       A.    Yeah, WASC.

15       Q.    With respect to Exhibit 8, do you know if any of

16   that data is conveyed to CAIS?

17       A.    I don't know.

18       Q.    Okay.  Do you know if any of the data on Exhibit 8

19   is conveyed to WASC?

20       A.    I don't know, but I don't think they would ask for

21   it.  It's irrelevant for the purposes of what they're

22   accrediting us for.

23       Q.    What is the purpose of compiling this information

24   that's on Exhibit 8?

25       A.    I think that -- well, as an organization, we would

1    like to know the makeup of our students, and we are asked

2    by, I believe, the Archdiocese and some of the other

3    religious affiliations.  But neither CAIS or WASC are --

4    you know, they're more about running the school than being

5    a religious organization.

6        Q.    Would you agree that the data on Exhibit 8 shows

7    diversity among the school?

8        A.    Yes.

9        Q.    With respect to Exhibit 9.  At the bottom of

10   the -- under the "Philosophy," I just want to confirm

11   that -- is it your understanding -- strike that.

12            Does the school receive any financial support from

13   the Roman Catholic Church --

14       A.    No.

15       Q.    -- to your knowledge?

16            Does the school receive any financial support from

17   the Society of the Sacred Heart to your knowledge?

18       A.    No.

19       Q.    With respect to Exhibit 10.  This was the exhibit

20   that Mr. Henderson asked you questions regarding the

21   educational curricula, across the board, with respect to

22   religion.  Are there any other subjects taught at the

23   school?

24       A.    Yes.

25       Q.    Can you give a sense of what other topics are

1      Q.    And one of the employee benefits the school offers

2   is a long-term disability health plan.  Correct?

3      A.    That's correct.

4      Q.    And on the next page of that document, under

5   "Human Resources," that's -- is that kind of referring to

6   you?  The Director works with Human Resources.

7      A.    Yes.

8      Q.    You're Human Resources.

9      A.    I am.

10      Q.    Okay.  And one of the things the two of you work

11   on together is overseeing the administration of medical and

12   dental insurance benefits, retirement program, disability

13   coordination, professional development, and other Human

14   Resources matters.  Correct?

15      A.    Yes.

16      Q.    And do you recall working with the Finance

17   Director in terms of securing the disability plan or

18   preparing the disability plan for the school through Unum?

19      A.    The Unum plan was already in place when I came to

20   Schools of the Sacred Heart.

21      Q.    That was what year, approximately?

22      A.    I came in 1999.  And it was through ISM.

23      Q.    And do you know what ISM stands for?

24      A.    Independent Schools Management.

25      Q.    Do you know if ISM provides any other services to

156

1    the school besides the insurance --

2        A.    Yeah, lots.

3        Q.    Can you describe --

4        A.    Newsletters that are very helpful, workshops,

5    conferences.  Many services.  Consulting.

6        Q.    Do you know if ISM is a religious entity or

7    organization?

8        A.    I don't believe so.

9        Q.    And what is the basis of that belief?

10       A.    I've just not seen any evidence of it.  They don't

11   discuss religion; they discuss school matters and legal

12   issues.

13       Q.    Do you recall joining -- strike that.

14             Is there a file that you maintain with respect to

15   the school's long-term disability plan?

16       A.    Yes.

17       Q.    And is there a special name or designation for

18   that file?

19       A.    I don't understand the question.

20       Q.    If I were to ask you to produce the long-term

21   disability plan when Jo Anne Whitman was an employee, would

22   that be sufficient, that description?

23       A.    Yes.

24       Q.    Okay.  Sometimes people say, "No, it's got to be

25   file," you know, "x, y, z."  I'm just trying to find out if

1    for long-term disability?

2          MR. HENDERSON:  I'm just going to interpose an

3    objection at this point that this is going beyond the scope

4    of the deposition that I noticed of the school; and while

5    this witness may have knowledge of some of these details,

6    really shouldn't be speaking on behalf of the school with

7    this testimony since it's not the set of topics that the

8    depo was noticed on.

9          MR. BURNITE:  I disagree with that.  It pertains

10   to the structure and governance of the school and the

11   benefits it provides to its employees.

12         MR. HENDERSON:  But that's not within the topics

13   that I set the depo for.

14         MS. FOCHTMAN:  And I have to agree.  I think we're

15   getting a little far afield on the Deposition Notice.  If

16   you want to re-notice the deposition, we can do that.

17         MR. BURNITE:  We can certainly do that.

18    Q.    Do you recall talking to Michael Henderson on the

19   telephone in approximately December 2007?

20    A.    Yes.

21    Q.    How many conversations did you have with him?

22    A.    We exchanged some voicemails, and I think just one

23   conversation.  It could have been two.

24         MR. HENDERSON:  I can't answer for you, so just

25   your best memory.

159

1           THE WITNESS:  Oh, sorry.

2    BY MR. BURNITE:

3       Q.   And did you keep any notes regarding the

4    conversation or voicemails between the two of you?

5       A.   I do have some notes, yes.

6       Q.   And where do you keep those?  At the office?

7       A.   Yes.

8       Q.   What do you recall discussing with Mr. Henderson?

9       A.   His question to me was whether we signed a -- I

10   can't remember if it was a waiver or a request not to be

11   treated or to be treated as an ERISA plan; and that,

12   because we were a church organization, that we should be

13   exempt from ERISA.

14      Q.   And what did you tell him in that regard?

15      A.   I explained to him that we were not a church

16   organization, that we are governed by a board of trustees;

17   and that we, for the purposes of ERISA, do not consider

18   ourselves a church organization or really -- yeah.

19           MR. HENDERSON:  I'm going to just state an

20   objection.  The question about what our conversation was

21   about I don't object to; but to the extent her testimony is

22   relating to legal classifications of ERISA or not ERISA

23   disability plans, I think that calls for a legal

24   conclusion.

25           THE WITNESS:  And I'd actually just like to

1  restate that what I just said was what I recall of the

2  whole process of him calling, asking the question, me

3  having to do a little bit of research, and my findings were

4  that -- what I just stated a moment ago.

5          I can't remember if my response to him was, "No,

6  we did not sign a request to be treated," or whether I

7  offered a full explanation at that time.

8  BY MR. BURNITE:

9      Q.    Okay.  And that's the only conversation you recall

10  with Mr. Henderson.  Correct?

11     A.    I believe so, yes.

12     Q.    And then -- I'm sorry.  Were you done with your

13  answer?

14     A.    Yes.

15     Q.    Also, in December 2007, you and I had a telephone

16  conversation.  Is that correct?

17     A.    Did we?

18     Q.    Like Mr. Henderson, I can't tell you.

19     A.    Yes, yes.  We did.

20     Q.    Let me ask --

21     A.    We did.

22     Q.    Do you recall having a conversation with any other

23  attorneys in the case of Whitman?

24     A.    I do.  And at the last moment, when we got off the

25  phone, you said, "Do you want to take down my name?"  And I

1    said, "Yes, that's a good idea."  So I do have that written

2    down.

3        Q.    Do you have notes of our conversation, to the best

4    of your recollection?

5        A.    Yes, I do.

6        Q.    Okay.  Well, my feelings aren't quite as hurt now.

7              In that conversation, do you recall discussing,

8    generally, the same subject matter?

9        A.    Yes.

10       Q.    Do you recall anything different in terms of

11   subject matter?

12       A.    No.  I was basically relaying to you what I said

13   to him.

14       Q.    Okay.

15       A.    I didn't realize you were the same person.

16       Q.    All right.  And do you recall -- this is whether

17   you recall it or not.  Do you recall me telling you that a

18   judge in the case had asked both attorneys to contact the

19   school to try to determine this issue?

20       A.    Yes, I do remember that.

21       Q.    During the employee orientation you discussed

22   earlier, do you provide employees with descriptions of the

23   benefits?

24       A.    Yes.

25       Q.    And do you provide them with the ERISA booklet and

1    leave.  It's because --

2        Q.    Not at all.  I'm just telling you why we're not

3    covering this today.

4        A.    Sure.  So that's not something we can resolve now?

5        Q.    Apparently not.  But I'm going to ask you a couple

6    of questions.

7        A.    Okay.

8        Q.    As H.R. Director, do you provide a summary to the

9    employees at the end of -- an annual summary regarding the

10   disability plan?

11       A.    No.

12       Q.    Do you recall filing any forms related to the

13   long-term disability plan on behalf of the school?

14       A.    Like a 5500?

15       Q.    Yeah.

16       A.    No.

17       Q.    Does the Catholic church appoint any of the

18   board's trustees?

19       A.    The Catholic church?

20       Q.    Yes.

21       A.    No.

22       Q.    Does the Roman Catholic church --

23       A.    No.

24       Q.    -- appoint any of the Board of Trustees?

25       A.    No.

1    Q.   Does the Network -- or strike that.

2         Does the Society appoint any of the trustees to

3    the school's board?

4         MR. HENDERSON:   That's -- the way it's phrased, I

5    think it's compound and ambiguous.

6         Go ahead.

7         THE WITNESS:   I don't think so.   But I wouldn't

8    mind checking the notes.   I don't remember reading

9    information about....

10        MS. FOCHTMAN:   You can look at this (indicating).

11        THE WITNESS:   Right.   I know that we do have three

12   RSCJs, but are they identified by the Society is what I

13   wasn't sure.   Because you were asking --

14   BY MR. BURNITE:

15        Q.   Yes, I'm asking if the Society --

16        A.   -- if the Society appoints them.

17        Q.   -- directs who -- let me rephrase the question.

18        To your understanding, does the Society direct who

19   will be a trustee on the board?

20        A.   I don't think so.

21        MR. HENDERSON:   It's overly broad.

22   BY MR. BURNITE:

23        Q.   Does any religious organization or institution set

24   the school's employment policies or practices?

25        A.   I'm sorry; please repeat the question.

165

1    Q.    Does any religious organization or institution set

2    the employment policies or practices of the school?

3    A.    No.

4    Q.    Does any religious institution or organization set

5    the academic curriculum for the school?

6    A.    No.

7    Q.    Does any religious organization or institution

8    engage in the school's budget process?

9    A.    No.

10    Q.    Does any religious organization or institution set

11    the academic calendar for the school?

12    A.    No.

13    Q.    Within the job descriptions, I didn't see a job

14    description specific to the Human Resources Director.  Do

15    you know if one exists?

16    A.    Yes.

17    Q.    Do you know if it is contained within the job

18    descriptions that's been attached as Exhibit 11?

19    A.    I believe that the job descriptions that are in

20    here are because these individuals are the senior

21    administration of the school, and I'm not a part of the

22    senior administration.

23    Q.    Okay.  But there does exist a job description for

24    your position as Human Resources Director?

25    A.    Yes.

1    Q.    Do you know if any religious organization or

2    institution played any role in the governance of the

3    school's long-term disability plan?

4    A.    No.

5    Q.    Do you know if the school's long-term disability

6    plan ever received any support from a religious

7    organization or institution?

8            MS. FOCHTMAN:  I'm going to object --

9            MR. HENDERSON:  It's vague.

10           MS. FOCHTMAN:  -- that it calls for speculation.

11   BY MR. BURNITE:

12    Q.    To your knowledge, did the long-term disability

13   plan for the school ever receive any financial support from

14   any religious organization?

15           MR. HENDERSON:  I'm still going to object.  It's

16   vague as to what you mean by "financial support."

17           MR. BURNITE:  Money.

18           MR. HENDERSON:  Well, still.

19           THE WITNESS:  No.

20           MR. BURNITE:  Okay.

21    Q.    Let me clarify that.  To the extent "financial

22   support" may be unclear, I'm talking about money.

23    A.    Uh-huh.

24    Q.    To your knowledge, did the school's long-term

25   disability plan ever receive any money from any religious

**EXHIBIT 2**

# CONVENT & STUART HALL

*Academics for life, values for living*



DEPOSITION EXHIBIT
1
DeVincenzi

To Whom It May Concern

This is a summary of the connection between the Schools of the Sacred Heart-San Francisco and the Archdiocese, the Religious of the Sacred Heart, the Network and the National Catholic Education Association.

The School was founded by the Society of the Sacred Heart. It was founded as an independent Catholic School and in the first many years of existence, the faculty and head of school were RSCJs. The School is part of a Network of Sacred Heart Schools which is a network of private, Catholic schools throughout the world. The program revolves around five goals:

* We educate to a personal and active faith in God
* We educate to a deep respect for intellectual values
* We educate to a social awareness which impels to action
* We educate to the building of community as a Christian value
* We educate to a personal growth in an atmosphere of wise freedom

A Network School receives their charter (accreditation) as a Sacred Heart School from the Religious of the Sacred Heart, United States Province. Schools go through an accreditation process every 6 years and it involves a full community reflection and then a visit from a Provincial Team who determines whether the School is living the five goals as listed above.

The School pays dues to the Network. Dues are based upon the number of students. The School does not complete reports or surveys to the Network. The Network relies on information given to the National Association of Girls Schools and the National Association of Independent Schools. The San Francisco School completes some survey information to the San Francisco Archdiocese (primarily, enrollment statistics and faculty race/religion statistics) and the Network receives this information. The School pays a small yearly fee to the Provincial and every six years an accreditation fee.

The Bylaws of the Board of Trustees require that three of its members at any given time be three Religious of the Sacred Heart, out of the 37 Trustees allowed.

The School is part of the San Francisco Unified School District. The Archdiocese includes the school in its listings but does not provide any funding. The school pays dues 2/3 less than that of parochial or archdiocesan schools and completes some surveys regarding enrollment and faculty, but does not engage in the budget process, tuition setting, nor does it observe any directorates in regards to curriculum. Some faculty and administration do participate in workshops and have provided space for workshops, as they have with some public school groups. These workshops and other opportunities offered by the archdiocese are looked at as resources and participation is not required. The Archdiocese offers opportunities from time to time to the Catholic

**SCHOOLS OF THE SACRED HEART**
founded 1887

WWW.SACREDSF.ORG

BROADWAY CAMPUS
2222 BROADWAY
SAN FRANCISCO, CA 94115
415.563.2900 T   415.292 3183 F

STUART HALL HIGH SCHOOL CAMPUS
1715 OCTAVIA
SAN FRANCISCO  CA 94109
415 345 5811 T   415.931 0161 F

independent schools to participate in programs that have the advantage of having larger numbers and thus less cost, which the school has participated in, such as online harassment sensitivity training. The Archdiocese oversees the yearly report to the National Catholic Education Association which is a one page report per school of enrollment and faculty numbers, as well as physical address, phone number, website and head of school that is used for the listing in the National Catholic Directory. It is this membership in the National Catholic Education Association and the subsequent yearly listing in the National Catholic Directory that provides the Schools' non-profit status. The school is a 501c3. The school pays a small fee per school for its listings in the Directory. The fees are based upon enrollment.

Religious affiliation is not a litmus test for admissions or for employment, nor is it taken into consideration for either admissions or employment purposes. The four schools are approximately half Catholic and half non-catholic. There is only one religious administrator and no teaching religious among the over 220 employees. Up until 1994 the Head (Director) of Schools was an RSCJ. In 1994 the first lay head was hired. Pamela Hayes is the second lay Director of Schools and assumed her position in 2000.

Training for the Sacrament of Communion is offered at the Schools, but it is only offered to Catholic students who may or may not participate. Other students are offered an alternative non-religious elective. The School cannot conduct weddings, or any other sacraments. All other sacraments are given in the parishes. The School does hold family mass on Sunday's 5 times a year and the schools do have celebratory masses on occasion including the Convocation mass. When offering a mass, the school must hire a priest from the outside. The School does not have a priest or chaplain.

The School lists holy days and holy days of obligation on the school calendar as well as advent and Lenten dates, but only gives Christmas, Easter, and Good Friday off. Ash Wednesday services take place as do All Saints day observances, but other masses or religious observances at school are primarily Sacred Heart Feast days. The School also lists Rosh Hashanah, Yom Kippur and Hanukkah on the School calendar.

Each year each of the Schools file a Private School Affidavit with the State. Each school files under its name and its own code and lists the District as San Francisco Unified. It does not file as part of the Archdiocese.

The Schools receive their accreditation as an educational institution from the California Association of Independent Schools (CATS) and the Western Association of Secondary Schools and Colleges (WASC). The Western Catholic Educational Association (WCEA) assigns one team member and the school does receive recommendations and commendations from this team member as part of the team. But the accreditation that allows the Schools to be accredited comes from CATS (elementary schools) and WASC (high schools).

The Schools are also members of the NAIS, National Association of Independent Schools; NCGS, National Association of Girls Schools; Boys Schools International Coalition; among other secular membership institutions. The school pays dues and completes lengthy surveys for each.

The Bylaws state under OBJECTIVES AND PURPOSES

This Corporation has been formed under the California Nonprofit Public Benefit Corporation Law for charitable purposes and it shall be nonprofit and nonpartisan. The Corporation shall not, except to an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the charitable, religious, and educational purposes described in its Amended and Restated Articles of Incorporation.

The Articles of Incorporation State

II.C.

The specific purposes of this corporation include, but are not limited to maintenance and operation of the Schools of the Sacred Heart San Francisco, California, and the provision of elementary and high school education consonant with the educational and spiritual direction, objectives and goals and Criteria of the Network of Schools of the Society of the Sacred Heart in the United States.

Dated: _2 | 7 | 08_

Juli Devincenzi

312491.910731:10895116.1

- 3 -

**EXHIBIT 3**

DEPOSITION EXHIBIT 8
Devincenzi 2/21/08

# ENROLLMENT BY RELIGIOUS AFFILIATION
## 2001-2007

| RELIGION | 2002 CES | SH | CSH | SHHS | Total | 2003 CES | SH | CSH | SHHS | Total | 2004 CES | SH | CSH | SHHS | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Catholic | 55% | 52% | 53% | 46% | 51% | 54% | 50% | 52% | 45% | 51% | 53% | 55% | 55% | 45% | 53% |
| Episcopalian | 7% | 6% | 6% | 5% | 6% | 7% | 9% | 6% | 5% | 7% | 7% | 7% | 6% | 7% | 7% |
| Protestant | 2% | 2% | 2% | 0% | 1% | 2% | 2% | 1% | 1% | 2% | 3% | 2% | 1% | 1% | 2% |
| Jewish | 4% | 4% | 2% | 4% | 3% | 3% | 4% | 2% | 3% | 3% | 3% | 4% | 3% | 2% | 3% |
| Methodist | 0% | 1% | 0% | 1% | 0% | 0% | 1% | 0% | 1% | 0% | 0% | 1% | 0% | 1% | 0% |
| Unitarian | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Presbyterian | 4% | 2% | 2% | 2% | 2% | 4% | 2% | 3% | 2% | 3% | 4% | 2% | 3% | 2% | 3% |
| Baptist | 0% | 0% | 1% | 2% | 1% | 0% | 0% | 1% | 2% | 0% | 1% | 0% | 0% | 1% | 1% |
| Christian | 4% | 6% | 5% | 7% | 5% | 4% | 5% | 5% | 6% | 5% | 4% | 4% | 4% | 5% | 4% |
| Greek Orthodox | 0% | 2% | 1% | 2% | 1% | 0% | 2% | 0% | 1% | 1% | 0% | 1% | 1% | 1% | 1% |
| Russian Orthodox | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Buddhist | 1% | 1% | 2% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 0% | 0% | 1% | 2% | 1% |
| Moslem | 0% | 1% | 1% | 2% | 1% | 0% | 2% | 1% | 1% | 1% | 0% | 2% | 1% | 2% | 1% |
| Judeo-Christian | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 1% | 1% |
| Lutheran | 1% | 1% | 2% | 0% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 0% | 1% | 1% |
| Anglican | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Hindu | 1% | 0% | 0% | 2% | 1% | 1% | 0% | 0% | 2% | 1% | 1% | 0% | 0% | 1% | 1% |
| Eastern Orthodox | 0% | 0% | 1% | 0% | 0% | 1% | 1% | 1% | 0% | 1% | 1% | 1% | 0% | 1% | 0% |
| Non-Catholic | 3% | 1% | 9% | 0% | 3% | 2% | 1% | 6% | 0% | 2% | 1% | 1% | 6% | 0% | 2% |
| None | 2% | 2% | 3% | 2% | 2% | 2% | 2% | 5% | 1% | 3% | 1% | 2% | 7% | 0% | 3% |
| No Information | 15% | 18% | 12% | 28% | 18% | 17% | 17% | 10% | 29% | 18% | 18% | 15% | 7% | 28% | 17% |

| RELIGION | 2005 CES | SH | CSH | SHHS | Total | 2006 CES | SH | CSH | SHHS | Total | 2007 CES | SH | CSH | SHHS | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Catholic | 53% | 56% | 57% | 44% | 53% | 52% | 58% | 59% | 44% | 54% | 54% | 60% | 56% | 47% | 55% |
| Episcopalian | 8% | 8% | 6% | 8% | 7% | 8% | 7% | 5% | 8% | 7% | 8% | 7% | 4% | 6% | 7% |
| Protestant | 3% | 3% | 2% | 4% | 3% | 3% | 3% | 1% | 4% | 3% | 3% | 2% | 1% | 4% | 3% |
| Jewish | 2% | 5% | 6% | 3% | 3% | 2% | 5% | 6% | 3% | 4% | 1% | 5% | 7% | 3% | 4% |
| Methodist | 0% | 1% | 0% | 1% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Unitarian | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Presbyterian | 4% | 2% | 3% | 2% | 3% | 3% | 2% | 2% | 1% | 2% | 3% | 1% | 1% | 0% | 1% |
| Baptist | 1% | 0% | 0% | 2% | 1% | 1% | 0% | 0% | 1% | 1% | 1% | 0% | 0% | 1% | 1% |
| Christian | 5% | 4% | 3% | 4% | 4% | 5% | 4% | 3% | 7% | 5% | 5% | 4% | 4% | 8% | 5% |
| Greek Orthodox | 0% | 1% | 0% | 1% | 1% | 0% | 1% | 0% | 2% | 1% | 0% | 1% | 0% | 2% | 1% |
| Russian Orthodox | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Buddhist | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 1% | 1% | 0% | 0% | 0% | 0% | 1% | 0% |
| Moslem | 0% | 1% | 1% | 1% | 1% | 0% | 1% | 0% | 1% | 1% | 0% | 1% | 0% | 1% | 1% |
| Judeo-Christian | 1% | 0% | 1% | 1% | 1% | 1% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Lutheran | 1% | 2% | 1% | 0% | 1% | 1% | 2% | 1% | 1% | 1% | 1% | 1% | 0% | 1% | 1% |
| Anglican | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Hindu | 1% | 0% | 0% | 1% | 1% | 2% | 0% | 0% | 1% | 1% | 2% | 0% | 0% | 0% | 1% |
| Eastern Orthodox | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 0% |
| Non-Catholic | 1% | 0% | 3% | 0% | 1% | 1% | 0% | 0% | 0% | 1% | 1% | 0% | 0% | 0% | 0% |
| None | 1% | 1% | 6% | 1% | 2% | 1% | 1% | 4% | 1% | 2% | 1% | 1% | 4% | 1% | 1% |
| No Information | 19% | 16% | 8% | 26% | 17% | 19% | 13% | 13% | 24% | 17% | 19% | 14% | 20% | 22% | 18% |

**EXHIBIT 4**



**Quicklinks**

Back to Company Detail page | New Search
Form 5500 | Other Documents | SHOW ALL

| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Pension and Welfare Benefits<br>Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee<br>Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e),<br>6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br><br>**2001**<br><br>This Form is Open to<br>Public Inspection |

**Part I     Annual Report Identification Information**

For the calendar plan year 2001 or fiscal plan year beginning January 01, 2001, and ending December 31, 2001

**A** This return/report is for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☐

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II     Basic Plan Information -- enter all requested information.**

**1a** Name of plan

RETIREMENT PLAN FOR ALL EMPLOYEES OF THE SCHOOLS OF THE SACRED HEART

**1b** Three-digit plan number (PN)     001

**1c** Effective date of plan (mo., day, yr.)
September 01, 1972

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

SCHOOLS OF THE SACRED HEART SAN FRANCISCO
2222 BROADWAY ST
SAN FRANCISCO, CA 94115-1240

**2b** Employer Identification Number (EIN)
94-1156671

**2c** Sponsor's telephone number
415-563-2900

**2d** Business code (see instructions)
611000

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

|  | 07/08/2002 | TERRY K BETTERLY |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|  | 07/08/2002 | TERRY K BETTERLY |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**     v2.3     Form **5500** (2001)

**3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)     **a** Name (including firm name, if applicable) and address

**b** EIN

**c** Telephone no.

**6** Total number of participants at the beginning of the plan year     **6**

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants     **a**

**b** Retired or separated participants receiving benefits     **b**

**c** Other retired or separated participants entitled to future benefits     **c**

**d** Subtotal. Add lines **7a, 7b,** and **7c**     **d**

**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits     **e**

**f** Total. Add lines **7d** and **7e**     **f**

**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)     **g**

**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested     **h**

**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)     **i**

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

2L

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

**c** ☐ Fringe benefits (check this box if the plan provides fringe benefits)

| **9a** Plan funding arrangement (check all that apply) | **9b** Plan benefit arrangement (check all that apply) |
|---|---|
| **(1)** ☐ Insurance | **(1)** ☐ Insurance |
| **(2)** ☐ Section 412(i) insurance contracts | **(2)** ☐ Section 412(i) insurance contracts |
| **(3)** ☐ Trust | **(3)** ☐ Trust |
| **(4)** ☐ General assets of the sponsor | **(4)** ☐ General assets of the sponsor |

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules

**(1)** ☐ **R** (Retirement Plan Information)

**(2)** ☐ **T** (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

**(3)** ☐ **B** (Actuarial Information)

**(4)** ☐ **E** (ESOP Annual Information)

**(5)** ☐ **SSA** (Separated Vested participant Information)

**b** Financial Schedules

**(1)** ☐ **H** (Financial Information)

**(2)** ☐ **I** (Financial Information – Small Plan)

**(3)** ☐ **A** (Insurance Information)

**(4)** ☐ **C** (Service Provider Information)

**(5)** ☐ **D** (DFE/Participating Plan Information)

**(6)** ☐ **G** (Financial Transaction Schedules)

**(7)** ☐ **P** (Trust Fiduciary Information)

**c** Fringe Benefit Schedule

☐ **F** (Fringe Benefit Plan Annual Information)

<u>**Back to Top**</u>