THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
      jtb@kelher.com


Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE WHITMAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No.:  C07-04127 WHA<br><br>**DECLARATION OF WILLIAM C. AMOS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:**<br>**Time:**<br>**Ctrm.** |

1   I, William C. Amos, declare:

2       1.      I am the Senior Consultant for Employee Benefits for Independent School

3   Management ("ISM").  My business address is 1316 North Union Street, Wilmington, Delaware.

4   I have personal knowledge of the facts set forth below:

5       2.      ISM is a comprehensive management support firm for private-independent

6   schools in the United States.  ISM developed the Independent School Group Life and Long Term

7   Disability Insurance Trust (the "Trust") to provide a purchasing collective of hundreds of

8   private-independent schools for affordable insurance rates and benefits.

9       3.      The Schools of the Sacred Heart, located at 2222 Broadway, San Francisco, CA

10  94115, became a participating school under the Trust on June 1, 1997.  The Schools of the

11  Sacred Heart terminated their participation on June 1, 2002.

12      4.      Based on review of Trust records, attached hereto as Exhibit A is a true and

13  correct copy of the group insurance policy no. 358672 231 ("the policy") issued to the Trustees

14  of the Trust, as the policyholder, by Unum Life Insurance Company of America, as in effect

15  when the Schools of the Sacred Heart terminated participation in the Trust.  The policy includes

16  a section entitled "Summary Plan Description" ("SPD"), required for compliance with ERISA.

17  The SPD identifies Schools of the Sacred Heart as the Plan Sponsor of the "Independent School

18  Group Life and Long Term Disability Insurance Trust—Schools of the Sacred Heart" (see page

19  ERISA-2). In accordance with ERISA, the SPD includes a section entitled "Your Rights Under

20  ERISA" and also states that "the Plan described in this Summary Plan Description is a 'Welfare

21  Benefit Plan' for purposes of ERISA."  The SPD states the school's Employer Identification

22  Number ("EIN") and the Plan Number (508).  The SPD's inclusion of the EIN and Plan Number

23  further confirms that this group long term disability plan was not set up on the Trust's records as

24  a church plan.  The normal practice in policy documents issued under the Trust, to the best of my

25  knowledge, is that ERISA-required SPD language, the EIN and the Plan Number are not

26  included in policies issued to schools designated on the Trust's records as church plan schools,

27  which are not covered by ERISA.

28

-1-

1         5.    Based on review of Trust records, attached hereto as Exhibit B, is a true and

2    correct copy of the Certificate of Coverage issued to covered employees of Schools of the Sacred

3    Heart, . Like the policy in Exhibit A, the Certificate of Coverage (pages 26-30) complies with

4    ERISA by including an SPD. As with the policy, this SPD states that "the Plan described in this

5    Summary Plan Description is a 'Welfare Benefit Plan' for purposes of ERISA."

6         6.    Based on review of Trust records, attached hereto as Exhibit C is a true and

7    correct copy of the Form 5500 for Plan Number 508, except that a list identifying participating

8    schools is not included in the attached copy. Employee benefit plans covered by ERISA are

9    required to file annual reports (Form 5500) with the U.S. Department of Labor and Internal

10   Revenue Service. The Trust is designated for purposes of the Form 5500 as a group insurance

11   arrangement. Therefore, the Trust is a Direct Filing Entity that files Forms 5500 on behalf of

12   participating employers such as Schools for the Sacred Heart to satisfy their Form 5500 reporting

13   obligation under ERISA. I specifically reviewed the list of schools attached to the Trust's copy

14   of the 2001 Form 5500 and verified that Schools of the Sacred Heart is listed with its EIN as one

15   of the participating schools for the filing and is not designated as a church plan school (in

16   contrast, schools with church plans are listed without an EIN and are designated as "CHURCH

17   PLAN"). As stated above, Schools of the Sacred Heart terminated its participation in the Trust

18   on June 1, 2002.

19        I declare under penalty of perjury under the laws of the United States of America that the

20   foregoing is true and correct, and that this declaration is executed March 17, 2008 in

21   Wilmington, Delaware.

22

23                                             William C. Amos

24

25   E:\27193\P13.doc

26

27

28

-2-

**EXHIBIT A**

AMENDMENT NO. 1

This amendment forms a part of Group Policy No. 358672 231 issued to the Policyholder:

The Trustees of the Independent School Group Life and LTD Insurance Trust

The entire policy is replaced by the policy attached to this amendment.

The effective date of these changes is January 1, 2001. The changes only apply to disabilities which start on or after the effective date.

The policy's terms and provisions will apply other than as stated in this amendment.

Dated at Portland, Maine on July 19, 2001.

Unum Life Insurance Company of America

By

Secretary

If this amendment is unacceptable, please sign below and return this amendment to Unum Life Insurance Company of America at Portland, Maine within 90 days of July 19, 2001.

**YOUR FAILURE TO SIGN AND RETURN THIS AMENDMENT BY THAT DATE WILL CONSTITUTE ACCEPTANCE OF THIS AMENDMENT.**

The Trustees of the Independent School Group Life and LTD Insurance Trust

By _____
Signature and Title of Officer

 **UNUM**®

**GROUP INSURANCE POLICY
NON-PARTICIPATING**

**POLICYHOLDER:** The Trustees of the Independent School Group Life and LTD Insurance Trust

**POLICY NUMBER:** 358672 231

**POLICY EFFECTIVE DATE:** February 1, 1999

**POLICY ANNIVERSARY DATE:** January 1

**GOVERNING JURISDICTION:** Delaware

Unum Life Insurance Company of America (referred to as Unum) will provide benefits under this policy. Unum makes this promise subject to all of this policy's provisions.

The policyholder should read this policy carefully and contact Unum promptly with any questions. This policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments. This policy consists of:

- all policy provisions and any amendments and/or attachments issued;
- employees' signed applications; and
- the certificate of coverage.

This policy may be changed in whole or in part. Only an officer or a registrar of Unum can approve a change. The approval must be in writing and endorsed on or attached to this policy. No other person, including an agent, may change this policy or waive any part of it.

Signed for Unum at Portland, Maine on the Policy Effective Date.

President                                    Secretary

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

Copyright 1993, Unum Life Insurance Company of America

C.FP-1                    C.FP-1   (1/1/2001)

# TABLE OF CONTENTS

BENEFITS AT A GLANCE..................................................................................B@G-LTD-1

LONG TERM DISABILITY PLAN ...............................................................B@G-LTD-1

CLAIM INFORMATION..................................................................................LTD-CLM-1

LONG TERM DISABILITY ..............................................................................LTD-CLM-1

CERTIFICATE SECTION ....................................................................................CC.FP-1

GENERAL PROVISIONS .............................................................................EMPLOYEE-1

LONG TERM DISABILITY ..................................................................................LTD-BEN-1

BENEFIT INFORMATION.....................................................................................LTD-BEN-1

OTHER BENEFIT FEATURES ...........................................................................LTD-OTR-1

OTHER SERVICES..............................................................................................SERVICES-1

SUMMARY PLAN DESCRIPTION ...........................................................................ERISA-1

GLOSSARY ...................................................................................................GLOSSARY-1

# BENEFITS AT A GLANCE

## LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you are disabled.  The amount you receive is based on the amount you earned before your disability began.  In some cases, you can receive disability payments even if you work while you are disabled.

**ORIGINAL IS/IT PLAN**
**EFFECTIVE DATE:**      February 1, 1999

**POLICY NUMBER:**      358672  231

**ELIGIBLE GROUP(S):**

    All employees of Schools of the Sacred Heart in active employment

**MINIMUM HOURS REQUIREMENT:**

    Employees must be working at least 20 hours per week.

**WAITING PERIOD:**

    For employees in an eligible group on or  before February 1, 1999:  None

    For employees entering an eligible group after February 1, 1999:  None

**REHIRE:**

    If your employment ends and you are rehired within 12 months, your previous work while in an eligible group will apply toward the waiting period.  All other policy provisions apply.

**WHO PAYS FOR THE COVERAGE:**

    Your Employer pays the cost of your coverage.

**ELIMINATION PERIOD:**

    180 days

Benefits begin the day after the elimination period is completed.

**MONTHLY BENEFIT:**

    60% of monthly earnings to a maximum benefit of $6,000 per month.

    Your payment may be reduced by deductible sources of income and disability earnings.  Some disabilities may not be covered or may have limited coverage under this plan.

**MAXIMUM PERIOD OF PAYMENT:**

| Age at Disability | Maximum Period of Payment |
| --- | --- |
| Less than age 60 | To age 65 |
| Age 60 - 64 | The greater of:  36 months or normal social security retirement age |
| Age 65 but less than 69 | The lesser of:  24 months or age 70 |
| Age 69 and over | 12 months |

No premium payments are required for your coverage while you are receiving payments under this plan.

**REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFIT:**

10% of your gross disability payment to a maximum benefit of $1,000 per month.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

**CHILD CARE EXPENSE BENEFIT:**

While you are participating in Unum's Rehabilitation and Return to Work Assistance program, you may receive payments to cover certain child care expenses limited to the following amounts:

Child Care Expense Benefit Amount:  $250 per month, per child

Child Care Expense Maximum Benefit Amount:  $1,000 per month for all eligible child care expenses combined

**EDUCATION BENEFIT:**

$100 per month, per child

**TOTAL BENEFIT CAP:**

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings.

**OTHER FEATURES:**

Continuity of Coverage

Conversion

Disability Plus

Minimum Benefit

Pre-Existing: 3/3/12

Survivor Benefit

**The above items are only highlights of this plan.  For a full description of your coverage, continue reading your certificate of coverage section.**

# CLAIM INFORMATION

# LONG TERM DISABILITY

### WHEN DO YOU NOTIFY UNUM OF A CLAIM?

We encourage you to notify Unum of your claim as soon as possible, so that a claim decision can be made in a timely manner.* Written notice of a claim should be sent within 30 days after the date your disability begins. However, you must send Unum written proof of your claim no later than 90 days after your elimination period. If it is not possible to give proof within 90 days, it must be given no later than 1 year after the time proof is otherwise required except in the absence of legal capacity.

The claim form is available from your Employer,* or you can request a claim form from us. If you do not receive the form from Unum within 15 days of your request, send Unum written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

### HOW DO YOU FILE A CLAIM?

You and your Employer must fill out your own sections of the claim form and then give it to your attending physician. Your physician should fill out his or her section of the form and send it directly to Unum.*

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Your proof of claim, provided at your expense, must show:

- that you are under the **regular care** of a **physician**;
- the appropriate documentation of your monthly earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your expense, must be received within 30 days of a request by us.

In some cases, you will be required to give Unum authorization to obtain additional medical information and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

### TO WHOM WILL UNUM MAKE PAYMENTS?

Unum will make payments to you.

* This notification should be through Independent School Management, the Administrator of the Trust.

LTD-CLM-1   (1/1/2001)

### *WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?*

Unum has the right to recover any overpayments due to:

- fraud;
- any error Unum makes in processing a claim; and
- your receipt of deductible sources of income.

You must reimburse us in full.  We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we overpaid you.

LTD-CLM-2   (1/1/2001)

# POLICYHOLDER PROVISIONS

### *WHAT IS THE COST OF THIS INSURANCE?*

## <u>LONG TERM DISABILITY</u>

The initial premium for each plan is based on the initial rate(s) shown in the policy effective on the Employer's original plan effective date.

### *WAIVER OF PREMIUM*

Unum does not require premium payments for an insured while he or she is receiving Long Term Disability payments under this plan.

### *INITIAL RATE GUARANTEE AND RATE CHANGES*

Refer to the policy effective on the Employer's original plan effective date.

### *WHEN IS PREMIUM DUE FOR THIS POLICY?*

Premium Due Dates:  Premium due dates are based on the Premium Due Dates shown in the policy effective on the Employer's original plan effective date.

The **Policyholder** must send all premiums to Unum on or before their respective due date.  The premium must be paid in United States dollars.

### *WHEN ARE INCREASES OR DECREASES IN PREMIUM DUE?*

Premium increases or decreases which take effect during a policy month are adjusted and due on the next premium due date following the change.  Changes will not be pro-rated daily.

Unum will only adjust premium for the current policy year and the prior policy year. In the case of fraud, premium adjustments will be made for all policy years.

### *WHAT INFORMATION DOES UNUM REQUIRE FROM THE POLICYHOLDER?*

The Policyholder must provide Unum with the following on a regular basis:

- information about employees:
  - who are eligible to become insured;
  - whose amounts of coverage change; and/or
  - whose coverage ends;
- occupational information and any other information that may be required to manage a claim; and
- any other information that may be reasonably required.

Policyholder records that, in Unum's opinion, have a bearing on this policy will be available for review by Unum at any reasonable time.

Clerical error or omission by Unum will not:

- prevent an employee from receiving coverage;

EMPLOYER-1   (1/1/2001)

- affect the amount of an insured's coverage; or
- cause an employee's coverage to begin or continue when the coverage would not otherwise be effective.

### WHO CAN CANCEL OR MODIFY THIS POLICY OR A PLAN UNDER THIS POLICY?

This policy or a plan under this policy can be cancelled:

- by Unum; or
- by the Policyholder.

Unum may cancel or modify this policy or a plan if:

- there is less than 75% participation of those eligible employees who pay all or part of their premium for a plan; or
- there is less than 100% participation of those eligible employees for a Policyholder paid plan;
- the Policyholder does not promptly provide Unum with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to this policy;
- fewer than 10 employees are insured under a plan;
- the premium is not paid in accordance with the provisions of this policy that specify whether the Policyholder, the employee, or both, pay(s) the premiums;
- the Policyholder does not promptly report to Unum the names of any employees who are added or deleted from the eligible group;
- Unum determines that there is a significant change, in the size, occupation or age of the eligible group as a result of a corporate transaction such as a merger, divestiture, acquisition, sale, or reorganization of the Policyholder and/or its employees; or
- the Policyholder fails to pay any portion of the premium within the 45 day **grace period.**

If Unum cancels or modifies this policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 31 days prior to the cancellation date or modification date. The Policyholder may cancel this policy or a plan if the modifications are unacceptable.

If any portion of the premium is not paid during the grace period, Unum will either cancel or modify the policy or plan automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay Unum all premium due for the full period each plan is in force.

The Policyholder may cancel this policy or a plan by written notice delivered to Unum at least 31 days prior to the cancellation date. When both the Policyholder and Unum agree, this policy or a plan can be cancelled on an earlier date. If Unum or the Policyholder cancels this policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If this policy or a plan is cancelled, the cancellation will not affect a **payable claim**.

### *WHAT HAPPENS TO AN EMPLOYEE'S COVERAGE UNDER THIS POLICY WHILE HE OR SHE IS ON A FAMILY AND MEDICAL LEAVE OF ABSENCE?*

We will continue the employee's coverage in accordance with the participating school's Human Resource policy on family and medical leaves of absence if premium payments continue and the policyholder approved the employee's leave in writing.

Coverage will be continued until the end of the later of:

1. the leave period required by the federal Family and Medical Leave of Absence Act of 1993 and any amendments; or
2. the leave period required by applicable state law.

If the participating school's Human Resource policy doesn't provide for continuation of an employee's coverage during a family and medical leave of absence, the employee's coverage will be reinstated when he or she returns to active employment.

We will not:

- apply a new waiting period;
- apply a new pre-existing conditions exclusion; or
- require evidence of insurability.

EMPLOYER-3   (1/1/2001)

# CERTIFICATE SECTION

Unum Life Insurance Company of America (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured.  You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English.  However, a few terms and provisions are written as required by insurance law.  If you have any questions about any of the terms and provisions, please consult Unum's claims paying office.  Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern.  Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.  When making a benefit determination under the policy, Unum has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

CC.FP-1   (1/1/2001)

# GENERAL PROVISIONS

### WHAT IS THE CERTIFICATE OF COVERAGE?

This certificate of coverage is a written statement prepared by Unum and may include attachments.  It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### WHEN ARE YOU ELIGIBLE FOR COVERAGE?

If you are working for your Employer in an eligible group, the date you are eligible for coverage is the later of:

- the plan effective date; or
- the day after you complete your **waiting period**.

### WHEN DOES YOUR COVERAGE BEGIN?

When your Employer pays 100% of the cost of your coverage under a plan, you will be covered at 12:01 a.m. on the date you are eligible for coverage.

### WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?

If you are absent from work due to injury, sickness, temporary layoff or leave of absence, your coverage will begin on the date you return to **active employment**.

### ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?

If you are on a temporary **layoff**, and if premium is paid, you will be covered through the end of the month that immediately follows the month in which your temporary layoff begins.

If you are on a sabbatical **leave of absence**, and if premium is paid, you will be covered for up to 1 year following the date your sabbatical leave of absence begins.

If you are on any other leave of absence, and if premium is paid, you will be covered through the end of the month that immediately follows the month in which your leave of absence begins.

### WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increased or additional coverage will take effect immediately if you are in active employment or if you are on a covered layoff or leave of absence.  If you are not in active employment due to injury or sickness, any increased or additional coverage will begin on the date you return to active employment.

Any decrease in coverage will take effect immediately but will not affect a **payable claim** that occurs prior to the decrease.

### WHEN DOES YOUR COVERAGE END?

Your coverage under the policy or a plan ends on the earliest of:

- the date the policy or a plan is cancelled;
- the date you no longer are in an eligible group;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions; or
- the last day you are in active employment or the last day of your contracted employment, except as provided under the covered layoff or leave of absence provision.

Unum will provide coverage for a payable claim which occurs while you are covered under the policy or plan.

### WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?

You can start legal action regarding your claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

### HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you and your Employer do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

### DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

### DOES YOUR EMPLOYER ACT AS YOUR AGENT OR UNUM'S AGENT?

For purposes of the policy, your Employer acts on its own behalf or as your agent. Under no circumstances will your Employer be deemed the agent of Unum.

EMPLOYEE-2   (1/1/2001)

# LONG TERM DISABILITY

# BENEFIT INFORMATION

## *HOW DOES UNUM DEFINE DISABILITY?*

You are disabled when Unum determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
- you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.

After 36 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

## *HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?*

You must be continuously disabled through your **elimination period.** Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 180 days.

## *CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?*

Yes, provided you meet the definition of disability.

## *WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?*

You will begin to receive payments when we approve your claim, providing the elimination period has been met. We will send you a payment monthly for any period for which Unum is liable.

## *HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?*

We will follow this process to figure your payment:

1. Multiply your monthly earnings by 60%.
2. The maximum **monthly benefit** is $6,000.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your **gross disability payment**.
4. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 4 is your **monthly payment**.

**EXAMPLE**

Your monthly earnings are $3,000 per month
Social Security will pay $800 per month

60% of $3,000 = $1,800 monthly benefit
Social Security   - $800

Monthly payment $1,000

## WILL UNUM EVER PAY MORE THAN 100% OF MONTHLY EARNINGS?

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings.

## WHAT ARE YOUR MONTHLY EARNINGS?

**For salaried employees**
"Monthly Earnings" means 1/12th of your annual contract salary in effect just prior to your date of disability. Annual salary is your total income before taxes and any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 125 plan, or flexible spending account. It does not include income received from commissions, bonuses, overtime pay or any other extra non-contractual compensation, or income received from sources other than your Employer.

**For all other employees**
"Monthly Earnings" means your gross monthly income from your Employer in effect just prior to your date of disability. It includes your total income before taxes and any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 125 plan, or flexible spending account. It does not include income received from commissions, bonuses, overtime pay, any other extra compensation, or income received from sources other than your Employer.

## WHAT WILL WE USE FOR MONTHLY EARNINGS IF YOU BECOME DISABLED DURING A COVERED LAYOFF OR LEAVE OF ABSENCE?

If you become disabled while you are on a covered layoff or leave of absence, we will use your monthly earnings from your Employer in effect just prior to the date your absence begins.

## HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND WORKING?

We will send you the monthly payment if you are disabled and your monthly **disability earnings**, if any, are less than 20% of your indexed monthly earnings, due to the same sickness or injury.

If you are disabled and your monthly disability earnings are 20% or more of your indexed monthly earnings, due to the same sickness or injury, Unum will figure your payment as follows:

During the first 12 months of payments, while working, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 100% of indexed monthly earnings.

1. Add your monthly disability earnings to your gross disability payment.
2. Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 100% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 100% of your indexed monthly earnings, Unum will subtract the amount over 100% from your monthly payment.

After 12 months of payments, while working, you will receive payments based on the percentage of income you are losing due to your disability.

1. Subtract your disability earnings from your indexed monthly earnings.
2. Divide the answer in Item 1 by your indexed monthly earnings.  This is your percentage of lost earnings.
3. Multiply your monthly payment by the answer in Item 2.

This is the amount Unum will pay you each month.

If your monthly disability earnings exceed 80% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Unum may require you to send proof of your monthly disability earnings at least quarterly.  We will adjust your payment based on your quarterly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

### HOW CAN WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?

If your disability earnings routinely fluctuate widely from month to month, Unum may average your disability earnings over the most recent 3 months to determine if your claim should continue.

If Unum averages your disability earnings, we will not terminate your claim unless your disability earnings exceeds 80% of your indexed monthly earnings.

We will not pay you for any month during which disability earnings exceed the amount allowable under the plan.

### WHAT ARE DEDUCTIBLE SOURCES OF INCOME?

Unum will subtract from your gross disability payment the following deductible sources of income:

1) The amount that you receive or are entitled to receive under:

- a workers' compensation law.
- an occupational disease law.
- any other **act** or **law** with similar intent.

2) The amount that you receive or are entitled to receive as disability income payments under any:

- state compulsory benefit **act** or **law**.
- automobile liability insurance policy.
- other group insurance plan.
- governmental retirement system as a result of your job with your Employer.

3) The amount that you, your spouse and your children receive or are entitled to receive as disability payments because of your disability under:

- the United States Social Security Act.
- the Canada Pension **Plan**.
- the Quebec Pension Plan.
- any similar plan or act.

4) The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:

- the United States Social Security Act.
- the Canada Pension Plan.
- the Quebec Pension Plan.
- any similar plan or act.

5) The amount that you:

- receive as disability payments under your Employer's **retirement plan**.
- voluntarily elect to receive as retirement payments under your Employer's retirement plan.
- receive as retirement payments when you reach the later of age 62 or normal retirement age, as defined in your Employer's retirement plan.

Disability payments under a retirement plan will be those benefits which are paid due to disability and do not reduce the retirement benefit which would have been paid if the disability had not occurred.

Retirement payments will be those benefits which are based on your Employer's contribution to the retirement plan. Disability benefits which reduce the retirement benefit under the plan will also be considered as a retirement benefit.

Regardless of how the retirement funds from the retirement plan are distributed, Unum will consider your and your Employer's contributions to be distributed simultaneously throughout your lifetime.

Amounts received do not include amounts rolled over or transferred to any eligible retirement plan. Unum will use the definition of eligible retirement plan as defined in Section 402 of the Internal Revenue Code including any future amendments which

affect the definition.

6) The amount that you receive under Title 46, United States Code Section 688 (The Jones Act).

7) The amount that you receive from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise.

With the exception of retirement payments, Unum will only subtract deductible sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security retirement income if your disability begins after age 65 and you were already receiving Social Security retirement payments.

### WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?

Unum will not subtract from your gross disability payment income you receive from, but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from another Employer
- individual retirement accounts (IRA)
- individual disability income plans
- **salary continuation** or **accumulated sick leave** plans

### WHAT IF SUBTRACTING DEDUCTIBLE SOURCES OF INCOME RESULTS IN A ZERO BENEFIT? (Minimum Benefit)

The minimum monthly payment is the greater of:

- $100; or
- 10% of your gross disability payment.

Unum may apply this amount toward an outstanding overpayment.

### WHAT HAPPENS WHEN YOU RECEIVE A COST OF LIVING INCREASE FROM DEDUCTIBLE SOURCES OF INCOME?

Once Unum has subtracted any deductible source of income from your gross disability payment, Unum will not further reduce your payment due to a cost of living increase from that source.

### WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?

When we determine that you may qualify for benefits under Item(s) 1), 2) and 3) in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you sign Unum's payment option form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary been completed. In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given. If no time period is stated, we will use a reasonable one.

### HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?

Unum will send you a payment each month up to the **maximum period of payment.** Your maximum period of payment is based on your age at disability as follows:

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65 |
| Age 60 - 64 | The greater of: 36 months or normal social security retirement age |
| Age 65 but less than 69 | The lesser of: 24 months or age 70 |
| Age 69 and over | 12 months |

### WHEN WILL PAYMENTS STOP?

We will stop sending you payments and your claim will end on the earliest of the following:

- during the first 36 months of payments, when you are able to work in your regular occupation on a **part-time basis** but you choose not to;
- after 36 months of payments, when you are able to work in any gainful occupation on a part-time basis but you choose not to;
- the end of the maximum period of payment;
- the date you are no longer disabled under the terms of the plan, unless you are eligible to receive benefits under Unum's Rehabilitation and Return to Work Assistance program;
- the date you fail to cooperate or participate in Unum's Rehabilitation and Return to Work Assistance program;

- the date you fail to submit proof of continuing disability;
- after 12 months of payments if you are considered to reside outside the United States or Canada. You will be considered to reside outside these countries when you have been outside the United States or Canada for a total period of 6 months or more during any 12 consecutive months of benefits;
- the date your disability earnings exceed the amount allowable under the plan;
- the date you die.

## WHAT DISABILITIES HAVE A LIMITED PAY PERIOD UNDER YOUR PLAN?

Disabilities due to **mental illness** have a limited pay period up to 24 months.

Unum will continue to send you payments beyond the 24 month period if you meet one or both of these conditions:

1. If you are confined to a **hospital or institution** at the end of the 24 month period, Unum will continue to send you payments during your confinement.

   If you are still disabled when you are discharged, Unum will send you payments for a recovery period of up to 90 days.

   If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Unum will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2. In addition to Item 1, if, after the 24 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, Unum will send payments during the length of the reconfinement.

Unum will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

Unum will not apply the mental illness limitation to dementia if it is a result of:

- stroke;
- trauma;
- viral infection;
- Alzheimer's disease; or
- other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

## WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- intentionally self-inflicted injuries.
- active participation in a riot.
- participation in a felony.
- loss of a professional license, occupational license or certification.

- commission of a crime for which you have been convicted under state or federal law.
- pre-existing condition.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

Unum will not pay a benefit for any period of disability during which you are incarcerated.

### WHAT IS A PRE-EXISTING CONDITION?

You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage unless you have been **treatment free** for 3 consecutive months after your effective date of coverage.

### WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME AND YOUR DISABILITY OCCURS AGAIN?

If you have a **recurrent disability**, Unum will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of this plan as your prior claim.

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim.  The new claim will be subject to all of the policy provisions.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the Unum plan.

# LONG TERM DISABILITY

# OTHER BENEFIT FEATURES

### *WHAT BENEFITS WILL BE PROVIDED TO YOUR FAMILY IF YOU DIE? (Survivor Benefit)*

When Unum receives proof that you have died, we will pay your **eligible survivor** a lump sum benefit equal to 6 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate, unless there is none.  In this case, no payment will be made.

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

### *WHAT IF YOU ARE NOT IN ACTIVE EMPLOYMENT WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)*

When the plan becomes effective, Unum will provide coverage for you if:

- you are not in active employment because of a sickness or injury; and
- you were covered by the prior policy.

Your coverage is subject to payment of premium.

Your payment will be limited to the amount that would have been paid by the prior carrier.  Unum will reduce your payment by any amount for which your prior carrier is liable.

### *WHAT IF YOU HAVE A DISABILITY DUE TO A PRE-EXISTING CONDITION WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)*

Unum may send a payment if your disability results from a pre-existing condition if, you were:

- in active employment and insured under the plan on its effective date; and
- insured by the prior policy at the time of change.

In order to receive a payment you must satisfy the pre-existing condition provision under:

1. the Unum plan; or
2. the prior carrier's plan, if benefits would have been paid had that policy remained in force.

If you do not satisfy Item 1 or 2 above, Unum will not make any payments.

If you satisfy Item 1, we will determine your payments according to the Unum plan provisions.

If you only satisfy Item 2, we will administer your claim according to the Unum plan provisions. However, your payment will be the lesser of:

a. the monthly benefit that would have been payable under the terms of the prior plan if it had remained inforce; or
b. the monthly payment under the Unum plan.

Your benefits will end on the earlier of the following dates:

1. the end of the maximum benefit period under the plan; or
2. the date benefits would have ended under the prior plan if it had remained in force.

### WHAT INSURANCE IS AVAILABLE IF YOU END EMPLOYMENT? (Conversion)

If you end employment with your Employer, your coverage under the plan will end. You may be eligible to purchase insurance under Unum's group conversion policy. To be eligible, you must have been insured under your Employer's group plan for at least 12 consecutive months. We will consider the amount of time you were insured under the Unum plan and the plan it replaced, if any.

You must apply for insurance under the conversion policy and pay the first quarterly premium within 31 days after the date your employment ends.

Unum will determine the coverage you will have under the conversion policy. The conversion policy may not be the same coverage we offered you under your Employer's group plan.

You are not eligible to apply for coverage under Unum's group conversion policy if:

- you are or become insured under another group long term disability plan within 31 days after your employment ends;
- you are disabled under the terms of the plan;
- you recover from a disability and do not return to work for your Employer;
- you are on a leave of absence other than an approved sabbatical; or
- your coverage under the plan ends for any of the following reasons:
  • the plan is cancelled;
  • the plan is changed to exclude the group of employees to which you belong;
  • you are no longer in an eligible group;
  • you end your working career or retire and receive payment from any Employer's retirement plan; or
  • you fail to pay the required premium under this plan.

### HOW CAN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM HELP YOU RETURN TO WORK?

Unum has a vocational Rehabilitation and Return to Work Assistance program available to assist you in returning to work. We will determine whether you are eligible for this program, at our sole discretion. In order to be eligible for rehabilitation services and benefits, you must be medically able to engage in a return to work program.

Your claim file will be reviewed by one of Unum's rehabilitation professionals to determine if a rehabilitation program might help you return to gainful employment. As your file is reviewed, medical and vocational information will be analyzed to determine an appropriate return to work program.

If we determine you are eligible to participate in a Rehabilitation and Return to Work Assistance program, you must participate in order to receive disability benefits. We will make the final determination of your eligibility for participation in the program.

We will provide you with a written Rehabilitation and Return to Work Assistance plan developed specifically for you. You must comply with the terms of the Rehabilitation and Return to Work Assistance plan in order to receive disability benefits.

The rehabilitation program may include at our sole discretion, but is not limited to, the following services and benefits:

- coordination with your Employer to assist you to return to work;
- adaptive equipment or job accommodations to allow you to work;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training; or
- education and retraining expenses for a new occupation.

### WHAT ADDITIONAL BENEFITS WILL UNUM PAY WHILE YOU PARTICIPATE IN A REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

We will pay an additional disability benefit of 10% of your gross disability payment to a maximum benefit of $1,000 per month.

This benefit is not subject to policy provisions which would otherwise increase or reduce the benefit amount such as Deductible Sources of Income. However, the Total Benefit Cap will apply.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

This benefit payment may be paid in a lump sum.

LTD-OTR-3   (1/1/2001)

**_WHEN WILL REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFITS END?_**

Benefit payments will end on the earliest of the following dates:

- the date Unum determines that you are no longer eligible to participate in Unum's Rehabilitation and Return to Work Assistance program; or
- any other date on which monthly payments would stop in accordance with this plan.

**_WHAT ADDITIONAL BENEFIT IS AVAILABLE FOR CHILD CARE EXPENSES IF YOU ARE PARTICIPATING IN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?_**

When you are disabled and incurring child care expenses for your dependent child(ren) and participating continuously in Unum's Rehabilitation and Return to Work Assistance program, we will pay the Child Care Expense Benefit Amount. The payment of the Child Care Expense Benefit Amount will begin immediately after you start Unum's rehabilitation program.

_CHILD CARE EXPENSE BENEFIT AMOUNT_

Our payment of the Child Care Expense Benefit Amount will:

1. be $250 per month, per child; and
2. not exceed $1,000 per month for all eligible child care expenses combined.

_CHILD CARE EXPENSE BENEFIT RULES_

The Child Care Expense Benefit will be provided to reimburse your expenses incurred for providing care for your dependent children who are:

1. under the age of 15; or
2. incapable of providing their own care on a daily basis due to their own physical handicap or mental retardation.

To receive this benefit, you must provide satisfactory proof that:

1. you are incurring expenses for child care while participating in Unum's rehabilitation program; and
2. payments for child care have been made to the child care provider.

Child Care Expense Benefits will end on the earlier of the following:

1. the date the dependent child(ren) attain the age of 15;
2. if the dependent child(ren) are mentally retarded or physically handicapped, the date they are no longer:
   a. incapacitated; or
   b. requiring daily care;
3. the date a charge is no longer made by the child care provider;
4. the date you no longer participate in Unum's rehabilitation program; or
5. any other date payments would stop in accordance with this plan.

### *WHAT ADDITIONAL BENEFIT IS AVAILABLE FOR EDUCATION EXPENSES?*

If you are disabled and receiving LTD monthly benefits under this policy, you will receive a monthly Education Benefit in the amount of $100 for each child that is an **eligible student**. Education Benefits are in addition to your LTD monthly benefit.

Benefits will be payable in between terms as long as the eligible student is enrolled for the next scheduled term.

Education Benefits will stop at the earliest of:

1. the date the child is no longer an eligible student; or
2. any other date monthly payments would stop in accordance with this plan.

## DISABILITY PLUS RIDER

### *WHO IS ELIGIBLE FOR DISABILITY PLUS COVERAGE?*

You must be insured under the Unum Long Term Disability (LTD) plan to be eligible for the additional disability coverage described in this Rider.  All of the policy definitions apply to the coverage as well as policy provisions specified in this Rider.

### *WHEN WILL THIS COVERAGE BECOME EFFECTIVE?*

You will become insured for Disability Plus coverage on the later of:

- the effective date of this Rider; or
- your effective date under the LTD plan.

However, the Disability Plus coverage will be delayed if on your effective date you cannot safely and completely perform 1 or more **activities of daily living** without another person's assistance or verbal cueing or you have a deterioration or loss in intellectual capacity and need another person's assistance or verbal cueing for your protection or for the protection of others.  Coverage will begin on the date you can safely and completely perform all of the activities of daily living without another person's assistance or verbal cueing or no longer have a deterioration or loss in intellectual capacity and do not need another person's assistance or verbal cueing for your protection or for the protection of others.

Disability Plus coverage will continue as long as the Rider is in effect and you are insured under the LTD plan.  There is no conversion privilege feature for Disability Plus coverage.

### *WHEN WILL YOU BE ELIGIBLE TO RECEIVE DISABILITY PLUS BENEFITS?*

We will pay a monthly Disability Plus benefit to you when we receive proof that you are disabled under this rider and are receiving monthly payments under the LTD plan.  Disability Plus benefits will begin at the end of the elimination period shown in the LTD plan.

You are disabled under this rider when Unum determines that due to sickness or injury:

- you lose the ability to safely and completely perform 2 activities of daily living without another person's assistance or verbal cueing; or
- you have a deterioration or loss in intellectual capacity and need another person's assistance or verbal cueing for your protection or for the protection of others.

### *HOW MUCH WILL UNUM PAY IF YOU ARE DISABLED?*

The Disability Plus benefit is 20% of monthly earnings to a maximum monthly benefit of the lesser of the LTD plan maximum monthly benefit or $5,000.

This benefit is not subject to policy provisions, except for the Total Benefit Cap, which would otherwise increase or reduce the benefit amount such as Deductible Sources of Income.

LTD-OTR-6   (1/1/2001)

### WHAT EXCLUSIONS AND LIMITATIONS APPLY TO DISABILITY PLUS?

All of the policy provisions that exclude or limit coverage will apply to this Disability Plus Rider.

### WHAT CLAIMS INFORMATION IS NEEDED FOR DISABILITY PLUS?

The LTD claim information section under the policy applies to Disability Plus coverage.  We may ask you to be examined, at our expense, by a physician or other medical practitioner of our choice.  We may also require an interview with you.

### WHEN WILL DISABILITY PLUS BENEFIT PAYMENTS END?

Benefit payments will end on the earliest of the following dates:

- the date you are no longer disabled under the Rider;
- the date you become ineligible for monthly payments under the LTD plan;
- the end of the maximum period of payment shown in the LTD plan; or
- the date you die.

No survivor benefits are payable for the Disability Plus coverage.

### WHAT IS THE WAIVER OF PREMIUM FOR DISABILITY PLUS?

Premium for the Disability Plus coverage is not required while you are receiving monthly payments under the LTD plan.

# OTHER SERVICES

These services are also available from us as part of your Unum Long Term Disability plan.

### HOW CAN UNUM HELP YOUR EMPLOYER IDENTIFY AND PROVIDE WORKSITE MODIFICATION?

A worksite modification might be what is needed to allow you to perform the material and substantial duties of your regular occupation with your Employer. One of our designated professionals will assist you and your Employer to identify a modification we agree is likely to help you remain at work or return to work. This agreement will be in writing and must be signed by you, your Employer and Unum.

When this occurs, Unum will reimburse your Employer for the cost of the modification, up to the greater of:

- $1,000; or
- the equivalent of 2 months of your monthly benefit.

This benefit is available to you on a one time only basis.

### HOW CAN UNUM'S SOCIAL SECURITY CLAIMANT ADVOCACY PROGRAM ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?

In order to be eligible for assistance from Unum's Social Security claimant advocacy program, you must be receiving monthly payments from us. Unum can provide expert advice regarding your claim and assist you with your application or appeal.

Receiving Social Security benefits may enable:

- you to receive Medicare after 24 months of disability payments;
- you to protect your retirement benefits; and
- your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

# SUMMARY PLAN DESCRIPTION

For employees of: Schools of the Sacred Heart

Independent School Group Life and
Long Term Disability Insurance Trust

This booklet is your Summary Plan Description for purposes of the Employee Retirement Income Security Act of 1974 (ERISA). It describes the highlights of your rights and obligations under the employee benefit welfare plan established by the Plan Sponsor, provided that you are a participant in the Plan. All of the details of the Plan are not provided. The operation of the Plan is governed by the Plan documents. For more information about the Plan documents, refer to the section, "Your Rights Under ERISA".

The Plan Sponsor reserves the right to change or discontinue the Plan at any time. The Summary Plan Description does not create a contract of employment.

For purposes of this booklet, "Plan Sponsor" means Schools of the Sacred Heart.

ERISA-1   (1/1/2001)

**Name of Plan:**
Independent School Group Life and Long Term Disability Insurance Trust--
Schools of the Sacred Heart

**Participants:**
The Plan provides benefits for eligible employees of the Plan Sponsor.

**Plan Sponsor:**
Schools of the Sacred Heart
2222 Broadway
San Francisco, CA 94115

**Plan Sponsor Employer Identification Number:**
94-1156671

**Agent for Legal Process:**
The Plan Administrator

**Plan Number (PN):**
508

**Plan Type:**
The Plan described in this Summary Plan Description is a "Welfare Benefit Plan"
for purposes of ERISA.

**Plan Years:**
The financial records of the Plan are kept on a Plan Year basis. The Plan Year
ends on each December 31.

**Plan Administrator:**
Schools of the Sacred Heart

**Type of Administration:**
The Plan is administered directly by the Plan Administrator. Benefits are
provided in accordance with the provisions of the Unum Life Insurance Company
of America group insurance policy.

**Source of Contributions and Funding:**
The Plan is funded entirely by contributions made by the Plan Sponsor and other
schools participating in the Plan.

**Plan Details:**
The Plan's provisions relating to eligibility to participate and termination of
eligibility as well as a description of the benefits provided by the Plan are
described in detail in your insurance certificate which directly precedes this
ERISA information.

**Plan Termination:**
The Plan Sponsor reserves the right to modify, suspend or terminate the Plan at
any time. The Plan Sponsor does not promise the continuation of any benefits
nor does it promise any specific level of benefits at or during retirement. Any
benefits, rights or obligations of participants and beneficiaries under the Plan
following termination are described in detail in your insurance certificate which
directly precedes this ERISA information.

ERISA-2  (1/1/2001)

## YOUR RIGHTS UNDER ERISA

As a participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA) with regard to your benefits under the Plan. ERISA provides that all plan participants shall be entitled to:

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor.

Obtain, upon written request to the Plan Administrator, written, paper copies of documents governing the operation of the plan, including insurance contracts and collective bargain agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called 'fiduciaries' of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them in 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits

Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

## HOW TO APPEAL A CLAIM:

If your claim (or any part of your claim) for benefits is denied because you were determined ineligible for benefits under the terms of the Unum Life Insurance Company of America group insurance policy, you will be notified in writing by Unum Life Insurance Company of America. If your claim (or any part of your claim) for benefits is denied because you failed to satisfy the employment requirements established by the Plan Sponsor (for example, you did not work the required number of hours per week), the Plan Sponsor will notify you in writing of your denial of benefits. In either case, the written notice will include the specific reason or reasons for the denial and the reference to the pertinent Plan provisions on which the denial was based. The notice will also give you a telephone number you can call if you need further information and a description of any additional material or information necessary to make your claim, as well as an explanation concerning why such additional information is necessary.

If you are not satisfied with the explanation of why the claim was denied, you may request to have your claim reviewed. The request must be in writing to either Unum Life Insurance Company of America or the Plan Sponsor, depending upon which party issued the denial. Your request must be made within 90 days after the date you receive the notice denying your claim.

If you do not hear from either Unum Life Insurance Company of America or the Plan Sponsor, as applicable, within 90 days after you sent in your claim, you may consider your claim denied and request to have your claim reviewed. A decision will be made within 90 days after receipt of your request for review or the date all information required from you is given.

Unum Life Insurance Company of America will serve as the final review committee under the Plan to determine for all parties all questions relating to eligibility for benefits under the terms of the Unum Life Insurance Company of America group insurance policy. The Plan Sponsor will serve as the final review committee under the Plan to determine for all parties all questions relating to the employment requirements established by the Plan Sponsor. You will be notified in writing concerning the decision of Unum Life Insurance Company of America or the Plan Sponsor, as applicable, relating to the review of your claim. You must appeal any claim denial to the appropriate party (either Unum Life Insurance Company of America or the Plan Sponsor) before seeking other legal means.

Unum Life Insurance Company of America has complete discretion to construe and interpret the terms of the group insurance contract (including ambiguous provisions). The Plan Sponsor has complete discretion to construe and interpret the employment requirements established by the Plan Sponsor (including ambiguous requirements).

Unum Life Insurance Company of America will be the arbitrator of any question that may arise as to the terms of the group insurance policy and eligibility for benefits under the terms of the group insurance policy. The Plan Sponsor will be the arbitrator of all questions that may arise with respect to the employment requirements established by the Plan Sponsor. All decisions of Unum Life Insurance Company of America and the Plan Sponsor, as applicable, will be binding, final and conclusive upon all parties. However, both Unum Life Insurance Company of America and the Plan Sponsor must exercise their discretion in a nondiscriminatory

ERISA-4   (1/1/2001)

manner.  Unum Life Insurance Company of America and the Plan Sponsor may from time to time formulate and issue to the employees of the Plan Sponsor such rules and regulations not inconsistent with the declared purpose of the Plan as either deems necessary to administer and carry out its duties.  Such rules and regulations may clarify any of the provisions of this instrument that either deems in need of clarification, and may apply to any provisions of the Plan such construction as either deems necessary in the administration of the Plan.  No rule or regulation, however, may amend any substantive provisions of the Plan.  This provision is not meant to supersede any rights granted by ERISA, to the extent those rights are applicable.

All rules and decisions of Unum Life Insurance Company of America and the Plan Sponsor will be uniformly and consistently applied to all Participants in similar circumstances.  When making a determination or calculation, Unum Life Insurance Company of America will be entitled to rely upon information furnished by a Participant, the Plan Sponsor, or legal counsel of the Plan Sponsor.  Similarly, the Plan Sponsor will be permitted to rely upon information furnished by a Participant or by Unum Life Insurance Company of America.

# GLOSSARY

**ACTIVE EMPLOYMENT** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be working at least the minimum number of hours as described under Eligible Group(s) in each plan.

Your work site must be:

- your Employer's usual place of business;
- an alternative work site at the direction of your Employer, including your home; or
- a location to which your job requires you to travel.

Normal vacation including the school's summer break is considered active employment. Temporary and seasonal workers are excluded from coverage.

**ACTIVITIES OF DAILY LIVING** mean:

- Bathing - the ability to wash yourself either in the tub or shower or by sponge bath with or without equipment or adaptive devices.
- Dressing - the ability to put on and take off all garments and medically necessary braces or artificial limbs usually worn.
- Toileting - the ability to get to and from and on and off the toilet, to maintain a reasonable level of personal hygiene, and to care for clothing.
- Transferring - the ability to move in and out of a chair or bed with or without equipment such as canes, quad canes, walkers, crutches or grab bars or other support devices including mechanical or motorized devices.
- Continence - the ability to either:
  - voluntarily control bowel and bladder function; or
  - if incontinent, be able to maintain a reasonable level of personal hygiene.
- Eating - the ability to get nourishment into the body.

**DEDUCTIBLE SOURCES OF INCOME** means income from deductible sources listed in the plan which you receive or are entitled to receive while you are disabled. This income will be subtracted from your gross disability payment.

**DISABILITY EARNINGS** means the earnings which you receive while you are disabled and working, plus the earnings you could receive if you were working to your **maximum capacity**.

**ELIGIBLE STUDENT** means your unmarried dependent child(ren) who are:

1. less than 25 years of age; and
2. attending an accredited post-secondary school beyond the 12th grade level on a **full-time** basis.

**ELIMINATION PERIOD** means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Unum.

**EMPLOYEE** means a person in active employment with the Employer.

**EMPLOYER** means the participating school covered under the policy issued to the Trustees of the Independent School Group Life and LTD Insurance Trust (IS/IT), the Policyholder.

**FULL-TIME**, as used with the Education Benefit, means a full course load as defined by the accredited post-secondary school.

**GAINFUL OCCUPATION** means an occupation that provides you with an income of at least 80% of your indexed monthly earnings.

**GROSS DISABILITY PAYMENT** means the benefit amount before Unum subtracts deductible sources of income and disability earnings.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INDEXED MONTHLY EARNINGS** means your monthly earnings adjusted on each anniversary of benefit payments by 7.5%. Indexing is only used to determine your percentage of lost earnings while you are disabled and working.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LAW, PLAN OR ACT** means the original enactments of the law, plan or act and all amendments.

**LAYOFF** or **LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a temporary layoff or leave of absence.

**LIMITED** means what you cannot or are unable to do.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified, except that if you are required to work on average in excess of 40 hours per week, Unum will consider you able to perform that requirement if you are working or have the capacity to work 40 hours per week.

**MAXIMUM CAPACITY** means, based on your restrictions and limitations:

- during the first 36 months of disability, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.
- beyond 36 months of disability, the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

**MAXIMUM PERIOD OF PAYMENT** means the longest period of time Unum will make payments to you for any one period of disability.

**MENTAL ILLNESS** means a psychiatric or psychological condition regardless of cause such as schizophrenia, depression, manic depressive or bipolar illness, anxiety,

personality disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

**MONTHLY BENEFIT** means the total benefit amount for which an employee is insured under this plan subject to the maximum benefit.

**MONTHLY EARNINGS** means your gross monthly income from your Employer as defined in the plan.

**MONTHLY PAYMENT** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

**PART-TIME BASIS** means the ability to work and earn 20% or more of your indexed monthly earnings.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the policy.

**PHYSICIAN** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

**PLAN** means a line of coverage under the policy.

**POLICYHOLDER** means the Trustees of the Independent School Group Life and LTD Insurance Trust.

**PRE-EXISTING CONDITION** means a condition for which you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines for your condition during the given period of time as stated in the plan.

**RECURRENT DISABILITY** means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Unum made a Long Term Disability payment.

**REGULAR CARE** means:

- you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and
- you are receiving the most appropriate treatment and care which conforms with generally accepted medical standards, for your disabling condition(s) by a physician

whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**REGULAR OCCUPATION** means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

**RETIREMENT PLAN** means a defined contribution plan or defined benefit plan. These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions. Retirement Plan includes but is not limited to any plan which is part of any federal, state, county, municipal or association retirement system.

**SALARY CONTINUATION OR ACCUMULATED SICK LEAVE** means continued payments to you by your Employer of all or part of your monthly earnings, after you become disabled as defined by the Policy. Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your disability begins. Such compensation is considered disability earnings, and would be taken into account in calculating your monthly payment.

**SICKNESS** means an illness or disease. Disability must begin while you are covered under the plan.

**SURVIVOR, ELIGIBLE** means your spouse, if living; otherwise your children under age 25 equally.

**TOTAL COVERED PAYROLL** means the total amount of monthly earnings for which employees are insured under this plan.

**TREATMENT FREE** means you have not received medical treatment, consultation, care or services including diagnostic measures, or taken prescribed drugs or medicines for the pre-existing condition.

**WAITING PERIOD** means the continuous period of time (shown in each plan) that you must be in active employment in an eligible group before you are eligible for coverage under a plan.

**WE, US** and **OUR** means Unum Life Insurance Company of America.

**YOU** means an employee who is eligible for Unum coverage.

# NOTICE OF PRIVACY PRACTICES

UnumProvident Corporation and its subsidiaries

Unum Life Insurance Company of America
First Unum Life Insurance Company
Provident Life & Accident Insurance Company
Provident Life & Casualty Insurance Company
Colonial Life & Accident Insurance Company
Paul Revere Life Insurance Company
Paul Revere Variable Life Insurance Company

Congress recently passed the Gramm-Leach-Bliley (GLB) Act, which deals in part with how financial institutions treat nonpublic personal financial information. UnumProvident Corporation and its insuring subsidiaries have always been committed to maintaining customer confidentiality. We appreciate this opportunity to clarify our privacy practices for you as a result of this new law.

- As part of our insurance business, we obtain certain "nonpublic personal financial information" about you, which for ease of reading we will refer to as "information" in this notice. This information includes information we receive from you on applications or other forms, information about your transactions with us, our affiliates or others, and information we receive from a consumer reporting agency.
- We restrict access to the information to authorized individuals who need to know this information to provide service and products to you.
- We maintain physical, electronic, and procedural safeguards that protect your information.
- We do not disclose this information about you or any former customers to anyone, except as permitted by law.
- Employees share this information outside the company only as authorized by you or for a specific business purpose.
- The law permits us to share this information with our affiliates, including insurance companies and insurance service providers.
- The law also permits us to share this information with companies that perform marketing services for us, or other financial institutions that have joint marketing agreements with us.

We may also share other types of information with our affiliates, including insurance companies and insurance service providers. This information may be financial or other personal information such as employment history and it may not be directly related to our transaction with you. Consistent with the Fair Credit Reporting Act, our standard authorizations permit us to share this information with our affiliates.

You do not need to call, or do anything as a result of this notice. It is meant to inform you of how we safeguard your nonpublic personal financial information. You may wish to file this notice with your insurance papers.

If you want to learn more about the GLB Act, please visit our web sites at www.unumprovident.com or www.unumprovident.com/colonial, or contact your insurance professional.

We value our relationship with you and strive to earn your continued trust.

GLB-1   (1/1/2001)

**EXHIBIT B**

 UNUM.

# Schools of the Sacred Heart

**A Participating Employer under the Policy issued to**

# The Trustees of the Independent School Group Life and LTD Insurance Trust

## Your Group Long Term Disability Plan

Policy No. 358672  231

Underwritten by Unum Life Insurance Company of America

# CERTIFICATE OF COVERAGE

Unum Life Insurance Company of America (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured. You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English. However, a few terms and provisions are written as required by insurance law. If you have any questions about any of the terms and provisions, please consult Unum's claims paying office. Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern. Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments. When making a benefit determination under the policy, Unum has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

# TABLE OF CONTENTS

BENEFITS AT A GLANCE.............................................................................B@G-LTD-1

LONG TERM DISABILITY PLAN .................................................................B@G-LTD-1

CLAIM INFORMATION..................................................................................LTD-CLM-1

LONG TERM DISABILITY ............................................................................LTD-CLM-1

GENERAL PROVISIONS ..............................................................................EMPLOYEE-1

LONG TERM DISABILITY ............................................................................LTD-BEN-1

BENEFIT INFORMATION.............................................................................LTD-BEN-1

OTHER BENEFIT FEATURES .....................................................................LTD-OTR-1

OTHER SERVICES.......................................................................................SERVICES-1

SUMMARY PLAN DESCRIPTION ...............................................................ERISA-1

GLOSSARY ..................................................................................................GLOSSARY-1

# BENEFITS AT A GLANCE

## LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you are disabled. The amount you receive is based on the amount you earned before your disability began. In some cases, you can receive disability payments even if you work while you are disabled.

**ORIGINAL IS/IT PLAN
EFFECTIVE DATE:**    February 1, 1999

**POLICY NUMBER:**    358672  231

**ELIGIBLE GROUP(S):**

   All employees of Schools of the Sacred Heart in active employment

**MINIMUM HOURS REQUIREMENT:**

   Employees must be working at least 20 hours per week.

**WAITING PERIOD:**

   For employees in an eligible group on or before February 1, 1999:  None

   For employees entering an eligible group after February 1, 1999:  None

**REHIRE:**

   If your employment ends and you are rehired within 12 months, your previous work while in an eligible group will apply toward the waiting period. All other policy provisions apply.

**WHO PAYS FOR THE COVERAGE:**

   Your Employer pays the cost of your coverage.

**ELIMINATION PERIOD:**

   180 days

Benefits begin the day after the elimination period is completed.

**MONTHLY BENEFIT:**

   60% of monthly earnings to a maximum benefit of $6,000 per month.

   Your payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may have limited coverage under this plan.

**MAXIMUM PERIOD OF PAYMENT:**

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65 |
| Age 60 - 64 | The greater of:  36 months or normal social security retirement age |
| Age 65 but less than 69 | The lesser of:  24 months or age 70 |
| Age 69 and over | 12 months |

No premium payments are required for your coverage while you are receiving payments under this plan.

**REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFIT:**

10% of your gross disability payment to a maximum benefit of $1,000 per month.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

**CHILD CARE EXPENSE BENEFIT:**

While you are participating in Unum's Rehabilitation and Return to Work Assistance program, you may receive payments to cover certain child care expenses limited to the following amounts:

Child Care Expense Benefit Amount:  $250 per month, per child

Child Care Expense Maximum Benefit Amount:  $1,000 per month for all eligible child care expenses combined

**EDUCATION BENEFIT:**

$100 per month, per child

**TOTAL BENEFIT CAP:**

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings.

**OTHER FEATURES:**

Continuity of Coverage

Conversion

Disability Plus

Minimum Benefit

Pre-Existing: 3/3/12

Survivor Benefit

**The above items are only highlights of this plan.  For a full description of your coverage, continue reading your certificate of coverage section.**

# CLAIM INFORMATION

# LONG TERM DISABILITY

### WHEN DO YOU NOTIFY UNUM OF A CLAIM?

We encourage you to notify Unum of your claim as soon as possible, so that a claim decision can be made in a timely manner.*  Written notice of a claim should be sent within 30 days after the date your disability begins.  However, you must send Unum written proof of your claim no later than 90 days after your elimination period.  If it is not possible to give proof within 90 days, it must be given no later than 1 year after the time proof is otherwise required except in the absence of legal capacity.

The claim form is available from your Employer,* or you can request a claim form from us.  If you do not receive the form from Unum within 15 days of your request, send Unum written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

### HOW DO YOU FILE A CLAIM?

You and your Employer must fill out your own sections of the claim form and then give it to your attending physician.  Your physician should fill out his or her section of the form and send it directly to Unum.*

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Your proof of claim, provided at your expense, must show:

- that you are under the **regular care** of a **physician**;
- the appropriate documentation of your monthly earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician.  This proof, provided at your expense, must be received within 30 days of a request by us.

In some cases, you will be required to give Unum authorization to obtain additional medical information and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

### TO WHOM WILL UNUM MAKE PAYMENTS?

Unum will make payments to you.

* This notification should be through Independent School Management, the Administrator of the Trust.

### *WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?*

Unum has the right to recover any overpayments due to:

- fraud;
- any error Unum makes in processing a claim; and
- your receipt of deductible sources of income.

You must reimburse us in full.  We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we overpaid you.

# GENERAL PROVISIONS

### WHAT IS THE CERTIFICATE OF COVERAGE?

This certificate of coverage is a written statement prepared by Unum and may include attachments.  It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### WHEN ARE YOU ELIGIBLE FOR COVERAGE?

If you are working for your Employer in an eligible group, the date you are eligible for coverage is the later of:

- the plan effective date; or
- the day after you complete your **waiting period**.

### WHEN DOES YOUR COVERAGE BEGIN?

When your Employer pays 100% of the cost of your coverage under a plan, you will be covered at 12:01 a.m. on the date you are eligible for coverage.

### WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?

If you are absent from work due to injury, sickness, temporary layoff or leave of absence, your coverage will begin on the date you return to **active employment**.

### ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?

If you are on a temporary **layoff**, and if premium is paid, you will be covered through the end of the month that immediately follows the month in which your temporary layoff begins.

If you are on a sabbatical **leave of absence**, and if premium is paid, you will be covered for up to 1 year following the date your sabbatical leave of absence begins.

If you are on any other leave of absence, and if premium is paid, you will be covered through the end of the month that immediately follows the month in which your leave of absence begins.

### WHAT HAPPENS TO YOUR COVERAGE WHILE YOU ARE ON A FAMILY AND MEDICAL LEAVE OF ABSENCE?

**The following only applies to participating schools who are subject to the Family and Medical Leave Act**
We will continue your coverage in accordance with your participating school's Human Resource policy on family and medical leaves of absence if premium payments continue and your Employer approved your leave in writing.

Coverage will be continued until the end of the later of:

1. the leave period required by the federal Family and Medical Leave of Absence Act of 1993 and any amendments; or
2. the leave period required by applicable state law.

If your participating school's Human Resource policy doesn't provide for continuation of coverage during a family and medical leave of absence, your coverage will be reinstated when you return to active employment.

We will not:

- apply a new waiting period;
- apply a new pre-existing conditions exclusion; or
- require evidence of insurability.

## WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increased or additional coverage will take effect immediately if you are in active employment or if you are on a covered layoff or leave of absence.  If you are not in active employment due to injury or sickness, any increased or additional coverage will begin on the date you return to active employment.

Any decrease in coverage will take effect immediately but will not affect a **payable claim** that occurs prior to the decrease.

## WHEN DOES YOUR COVERAGE END?

Your coverage under the policy or a plan ends on the earliest of:

- the date the policy or a plan is cancelled;
- the date you no longer are in an eligible group;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions; or
- the last day you are in active employment or the last day of your contracted employment, except as provided under the covered layoff or leave of absence provision.

Unum will provide coverage for a payable claim which occurs while you are covered under the policy or plan.

## WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?

You can start legal action regarding your claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

## HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you and your Employer do not incur additional insurance costs as a result of the undermining effects of insurance fraud.  Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

## DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

## DOES YOUR EMPLOYER ACT AS YOUR AGENT OR UNUM'S AGENT?

For purposes of the policy, your Employer acts on its own behalf or as your agent. Under no circumstances will your Employer be deemed the agent of Unum.

# LONG TERM DISABILITY

# BENEFIT INFORMATION

### HOW DOES UNUM DEFINE DISABILITY?

You are disabled when Unum determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
- you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.

After 36 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

### HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?

You must be continuously disabled through your **elimination period.** Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 180 days.

### CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?

Yes, provided you meet the definition of disability.

### WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?

You will begin to receive payments when we approve your claim, providing the elimination period has been met. We will send you a payment monthly for any period for which Unum is liable.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?

We will follow this process to figure your payment:

1. Multiply your monthly earnings by 60%.
2. The maximum **monthly benefit** is $6,000.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your **gross disability payment**.
4. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 4 is your **monthly payment**.

**EXAMPLE**

Your monthly earnings are $3,000 per month
Social Security will pay $800 per month

60% of $3,000 = $1,800 monthly benefit
Social Security    - $800

Monthly payment $1,000

## WILL UNUM EVER PAY MORE THAN 100% OF MONTHLY EARNINGS?

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings.

## WHAT ARE YOUR MONTHLY EARNINGS?

**For salaried employees**
"Monthly Earnings" means 1/12th of your annual contract salary in effect just prior to your date of disability. Annual salary is your total income before taxes and any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 125 plan, or flexible spending account. It does not include income received from commissions, bonuses, overtime pay or any other extra non-contractual compensation, or income received from sources other than your Employer.

**For all other employees**
"Monthly Earnings" means your gross monthly income from your Employer in effect just prior to your date of disability. It includes your total income before taxes and any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 125 plan, or flexible spending account. It does not include income received from commissions, bonuses, overtime pay, any other extra compensation, or income received from sources other than your Employer.

## WHAT WILL WE USE FOR MONTHLY EARNINGS IF YOU BECOME DISABLED DURING A COVERED LAYOFF OR LEAVE OF ABSENCE?

If you become disabled while you are on a covered layoff or leave of absence, we will use your monthly earnings from your Employer in effect just prior to the date your absence begins.

## HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND WORKING?

We will send you the monthly payment if you are disabled and your monthly **disability earnings**, if any, are less than 20% of your indexed monthly earnings, due to the same sickness or injury.

If you are disabled and your monthly disability earnings are 20% or more of your indexed monthly earnings, due to the same sickness or injury, Unum will figure your payment as follows:

During the first 12 months of payments, while working, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 100% of indexed monthly earnings.

1. Add your monthly disability earnings to your gross disability payment.
2. Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 100% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 100% of your indexed monthly earnings, Unum will subtract the amount over 100% from your monthly payment.

After 12 months of payments, while working, you will receive payments based on the percentage of income you are losing due to your disability.

1. Subtract your disability earnings from your indexed monthly earnings.
2. Divide the answer in Item 1 by your indexed monthly earnings. This is your percentage of lost earnings.
3. Multiply your monthly payment by the answer in Item 2.

This is the amount Unum will pay you each month.

If your monthly disability earnings exceed 80% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Unum may require you to send proof of your monthly disability earnings at least quarterly. We will adjust your payment based on your quarterly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

### HOW CAN WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?

If your disability earnings routinely fluctuate widely from month to month, Unum may average your disability earnings over the most recent 3 months to determine if your claim should continue.

If Unum averages your disability earnings, we will not terminate your claim unless your disability earnings exceeds 80% of your indexed monthly earnings.

We will not pay you for any month during which disability earnings exceed the amount allowable under the plan.

### WHAT ARE DEDUCTIBLE SOURCES OF INCOME?

Unum will subtract from your gross disability payment the following deductible sources of income:

1) The amount that you receive or are entitled to receive under:

   - a workers' compensation law.
   - an occupational disease law.
   - any other **act** or **law** with similar intent.

2) The amount that you receive or are entitled to receive as disability income payments under any:

   - state compulsory benefit **act** or **law**.
   - automobile liability insurance policy.
   - other group insurance plan.
   - governmental retirement system as a result of your job with your Employer.

3) The amount that you, your spouse and your children receive or are entitled to receive as disability payments because of your disability under:

   - the United States Social Security Act.
   - the Canada Pension **Plan**.
   - the Quebec Pension Plan.
   - any similar plan or act.

4) The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:

   - the United States Social Security Act.
   - the Canada Pension Plan.
   - the Quebec Pension Plan.
   - any similar plan or act.

5) The amount that you:

   - receive as disability payments under your Employer's **retirement plan**.
   - voluntarily elect to receive as retirement payments under your Employer's retirement plan.
   - receive as retirement payments when you reach the later of age 62 or normal retirement age, as defined in your Employer's retirement plan.

   Disability payments under a retirement plan will be those benefits which are paid due to disability and do not reduce the retirement benefit which would have been paid if the disability had not occurred.

   Retirement payments will be those benefits which are based on your Employer's contribution to the retirement plan. Disability benefits which reduce the retirement benefit under the plan will also be considered as a retirement benefit.

   Regardless of how the retirement funds from the retirement plan are distributed, Unum will consider your and your Employer's contributions to be distributed simultaneously throughout your lifetime.

   Amounts received do not include amounts rolled over or transferred to any eligible retirement plan. Unum will use the definition of eligible retirement plan as defined in Section 402 of the Internal Revenue Code including any future amendments which

affect the definition.

6) The amount that you receive under Title 46, United States Code Section 688 (The Jones Act).

7) The amount that you receive from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise.

With the exception of retirement payments, Unum will only subtract deductible sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security retirement income if your disability begins after age 65 and you were already receiving Social Security retirement payments.

### WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?

Unum will not subtract from your gross disability payment income you receive from, but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from another Employer
- individual retirement accounts (IRA)
- individual disability income plans
- **salary continuation** or **accumulated sick leave** plans

### WHAT IF SUBTRACTING DEDUCTIBLE SOURCES OF INCOME RESULTS IN A ZERO BENEFIT? (Minimum Benefit)

The minimum monthly payment is the greater of:

- $100; or
- 10% of your gross disability payment.

Unum may apply this amount toward an outstanding overpayment.

### WHAT HAPPENS WHEN YOU RECEIVE A COST OF LIVING INCREASE FROM DEDUCTIBLE SOURCES OF INCOME?

Once Unum has subtracted any deductible source of income from your gross disability payment, Unum will not further reduce your payment due to a cost of living increase from that source.

### WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?

When we determine that you may qualify for benefits under Item(s) 1), 2) and 3) in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you sign Unum's payment option form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary have been completed. In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given. If no time period is stated, we will use a reasonable one.

### HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?

Unum will send you a payment each month up to the **maximum period of payment.** Your maximum period of payment is based on your age at disability as follows:

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65 |
| Age 60 - 64 | The greater of:  36 months or normal social security retirement age |
| Age 65 but less than 69 | The lesser of:  24 months or age 70 |
| Age 69 and over | 12 months |

### WHEN WILL PAYMENTS STOP?

We will stop sending you payments and your claim will end on the earliest of the following:

- during the first 36 months of payments, when you are able to work in your regular occupation on a **part-time basis** but you choose not to;
- after 36 months of payments, when you are able to work in any gainful occupation on a part-time basis but you choose not to;
- the end of the maximum period of payment;
- the date you are no longer disabled under the terms of the plan, unless you are eligible to receive benefits under Unum's Rehabilitation and Return to Work Assistance program;

- the date you fail to cooperate or participate in Unum's Rehabilitation and Return to Work Assistance program;
- the date you fail to submit proof of continuing disability;
- after 12 months of payments if you are considered to reside outside the United States or Canada.  You will be considered to reside outside these countries when you have been outside the United States or Canada for a total period of 6 months or more during any 12 consecutive months of benefits;
- the date your disability earnings exceed the amount allowable under the plan;
- the date you die.

### WHAT DISABILITIES HAVE A LIMITED PAY PERIOD UNDER YOUR PLAN?

Disabilities due to **mental illness** have a limited pay period up to 24 months.

Unum will continue to send you payments beyond the 24 month period if you meet one or both of these conditions:

1. If you are confined to a **hospital or institution** at the end of the 24 month period, Unum will continue to send you payments during your confinement.

   If you are still disabled when you are discharged, Unum will send you payments for a recovery period of up to 90 days.

   If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Unum will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2. In addition to Item 1, if, after the 24 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, Unum will send payments during the length of the reconfinement.

Unum will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

Unum will not apply the mental illness limitation to dementia if it is a result of:

- stroke;
- trauma;
- viral infection;
- Alzheimer's disease; or
- other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

### WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- intentionally self-inflicted injuries.
- active participation in a riot.
- participation in a felony.

- loss of a professional license, occupational license or certification.
- commission of a crime for which you have been convicted under state or federal law.
- pre-existing condition.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

Unum will not pay a benefit for any period of disability during which you are incarcerated.

### WHAT IS A PRE-EXISTING CONDITION?

You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage unless you have been **treatment free** for 3 consecutive months after your effective date of coverage.

### WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME AND YOUR DISABILITY OCCURS AGAIN?

If you have a **recurrent disability**, Unum will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of this plan as your prior claim.

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim.  The new claim will be subject to all of the policy provisions.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the Unum plan.

# LONG TERM DISABILITY

# OTHER BENEFIT FEATURES

***WHAT BENEFITS WILL BE PROVIDED TO YOUR FAMILY IF YOU DIE? (Survivor Benefit)***

When Unum receives proof that you have died, we will pay your **eligible survivor** a lump sum benefit equal to 6 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate, unless there is none.  In this case, no payment will be made.

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

***WHAT IF YOU ARE NOT IN ACTIVE EMPLOYMENT WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)***

When the plan becomes effective, Unum will provide coverage for you if:

- you are not in active employment because of a sickness or injury; and
- you were covered by the prior policy.

Your coverage is subject to payment of premium.

Your payment will be limited to the amount that would have been paid by the prior carrier.  Unum will reduce your payment by any amount for which your prior carrier is liable.

***WHAT IF YOU HAVE A DISABILITY DUE TO A PRE-EXISTING CONDITION WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)***

Unum may send a payment if your disability results from a pre-existing condition if, you were:

- in active employment and insured under the plan on its effective date; and
- insured by the prior policy at the time of change.

In order to receive a payment you must satisfy the pre-existing condition provision under:

1. the Unum plan; or
2. the prior carrier's plan, if benefits would have been paid had that policy remained in force.

If you do not satisfy Item 1 or 2 above, Unum will not make any payments.

If you satisfy Item 1, we will determine your payments according to the Unum plan provisions.

If you only satisfy Item 2, we will administer your claim according to the Unum plan provisions.  However, your payment will be the lesser of:

a. the monthly benefit that would have been payable under the terms of the prior plan if it had remained inforce; or
b. the monthly payment under the Unum plan.

Your benefits will end on the earlier of the following dates:

1. the end of the maximum benefit period under the plan; or
2. the date benefits would have ended under the prior plan if it had remained in force.

### WHAT INSURANCE IS AVAILABLE IF YOU END EMPLOYMENT? (Conversion)

If you end employment with your Employer, your coverage under the plan will end. You may be eligible to purchase insurance under Unum's group conversion policy. To be eligible, you must have been insured under your Employer's group plan for at least 12 consecutive months.  We will consider the amount of time you were insured under the Unum plan and the plan it replaced, if any.

You must apply for insurance under the conversion policy and pay the first quarterly premium within 31 days after the date your employment ends.

Unum will determine the coverage you will have under the conversion policy.  The conversion policy may not be the same coverage we offered you under your Employer's group plan.

You are not eligible to apply for coverage under Unum's group conversion policy if:

- you are or become insured under another group long term disability plan within 31 days after your employment ends;
- you are disabled under the terms of the plan;
- you recover from a disability and do not return to work for your Employer;
- you are on a leave of absence other than an approved sabbatical; or
- your coverage under the plan ends for any of the following reasons:
  - the plan is cancelled;
  - the plan is changed to exclude the group of employees to which you belong;
  - you are no longer in an eligible group;
  - you end your working career or retire and receive payment from any Employer's retirement  plan; or
  - you fail to pay the required premium under this plan.

## HOW CAN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM HELP YOU RETURN TO WORK?

Unum has a vocational Rehabilitation and Return to Work Assistance program available to assist you in returning to work. We will determine whether you are eligible for this program, at our sole discretion. In order to be eligible for rehabilitation services and benefits, you must be medically able to engage in a return to work program.

Your claim file will be reviewed by one of Unum's rehabilitation professionals to determine if a rehabilitation program might help you return to gainful employment. As your file is reviewed, medical and vocational information will be analyzed to determine an appropriate return to work program.

If we determine you are eligible to participate in a Rehabilitation and Return to Work Assistance program, you must participate in order to receive disability benefits. We will make the final determination of your eligibility for participation in the program.

We will provide you with a written Rehabilitation and Return to Work Assistance plan developed specifically for you. You must comply with the terms of the Rehabilitation and Return to Work Assistance plan in order to receive disability benefits.

The rehabilitation program may include at our sole discretion, but is not limited to, the following services and benefits:

- coordination with your Employer to assist you to return to work;
- adaptive equipment or job accommodations to allow you to work;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training; or
- education and retraining expenses for a new occupation.

## WHAT ADDITIONAL BENEFITS WILL UNUM PAY WHILE YOU PARTICIPATE IN A REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

We will pay an additional disability benefit of 10% of your gross disability payment to a maximum benefit of $1,000 per month.

This benefit is not subject to policy provisions which would otherwise increase or reduce the benefit amount such as Deductible Sources of Income. However, the Total Benefit Cap will apply.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

This benefit payment may be paid in a lump sum.

### WHEN WILL REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFITS END?

Benefit payments will end on the earliest of the following dates:

- the date Unum determines that you are no longer eligible to participate in Unum's Rehabilitation and Return to Work Assistance program; or
- any other date on which monthly payments would stop in accordance with this plan.

### WHAT ADDITIONAL BENEFIT IS AVAILABLE FOR CHILD CARE EXPENSES IF YOU ARE PARTICIPATING IN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

When you are disabled and incurring child care expenses for your dependent child(ren) and participating continuously in Unum's Rehabilitation and Return to Work Assistance program, we will pay the Child Care Expense Benefit Amount. The payment of the Child Care Expense Benefit Amount will begin immediately after you start Unum's rehabilitation program.

*CHILD CARE EXPENSE BENEFIT AMOUNT*

Our payment of the Child Care Expense Benefit Amount will:

1. be $250 per month, per child; and
2. not exceed $1,000 per month for all eligible child care expenses combined.

*CHILD CARE EXPENSE BENEFIT RULES*

The Child Care Expense Benefit will be provided to reimburse your expenses incurred for providing care for your dependent children who are:

1. under the age of 15; or
2. incapable of providing their own care on a daily basis due to their own physical handicap or mental retardation.

To receive this benefit, you must provide satisfactory proof that:

1. you are incurring expenses for child care while participating in Unum's rehabilitation program; and
2. payments for child care have been made to the child care provider.

Child Care Expense Benefits will end on the earlier of the following:

1. the date the dependent child(ren) attain the age of 15;
2. if the dependent child(ren) are mentally retarded or physically handicapped, the date they are no longer:
   a. incapacitated; or
   b. requiring daily care;
3. the date a charge is no longer made by the child care provider;
4. the date you no longer participate in Unum's rehabilitation program; or
5. any other date payments would stop in accordance with this plan.

### *WHAT ADDITIONAL BENEFIT IS AVAILABLE FOR EDUCATION EXPENSES?*

If you are disabled and receiving LTD monthly benefits under this policy, you will receive a monthly Education Benefit in the amount of $100 for each child that is an **eligible student**. Education Benefits are in addition to your LTD monthly benefit.

Benefits will be payable in between terms as long as the eligible student is enrolled for the next scheduled term.

Education Benefits will stop at the earliest of:

1. the date the child is no longer an eligible student; or
2. any other date monthly payments would stop in accordance with this plan.

## DISABILITY PLUS RIDER

### *WHO IS ELIGIBLE FOR DISABILITY PLUS COVERAGE?*

You must be insured under the Unum Long Term Disability (LTD) plan to be eligible for the additional disability coverage described in this Rider.  All of the policy definitions apply to the coverage as well as policy provisions specified in this Rider.

### *WHEN WILL THIS COVERAGE BECOME EFFECTIVE?*

You will become insured for Disability Plus coverage on the later of:

- the effective date of this Rider; or
- your effective date under the LTD plan.

However, the Disability Plus coverage will be delayed if on your effective date you cannot safely and completely perform 1 or more **activities of daily living** without another person's assistance or verbal cueing or you have a deterioration or loss in intellectual capacity and need another person's assistance or verbal cueing for your protection or for the protection of others.  Coverage will begin on the date you can safely and completely perform all of the activities of daily living without another person's assistance or verbal cueing or no longer have a deterioration or loss in intellectual capacity and do not need another person's assistance or verbal cueing for your protection or for the protection of others.

Disability Plus coverage will continue as long as the Rider is in effect and you are insured under the LTD plan.  There is no conversion privilege feature for Disability Plus coverage.

### *WHEN WILL YOU BE ELIGIBLE TO RECEIVE DISABILITY PLUS BENEFITS?*

We will pay a monthly Disability Plus benefit to you when we receive proof that you are disabled under this rider and are receiving monthly payments under the LTD plan.  Disability Plus benefits will begin at the end of the elimination period shown in the LTD plan.

You are disabled under this rider when Unum determines that due to sickness or injury:

- you lose the ability to safely and completely perform 2 activities of daily living without another person's assistance or verbal cueing; or
- you have a deterioration or loss in intellectual capacity and need another person's assistance or verbal cueing for your protection or for the protection of others.

### *HOW MUCH WILL UNUM PAY IF YOU ARE DISABLED?*

The Disability Plus benefit is 20% of monthly earnings to a maximum monthly benefit of the lesser of the LTD plan maximum monthly benefit or $5,000.

This benefit is not subject to policy provisions, except for the Total Benefit Cap, which would otherwise increase or reduce the benefit amount such as Deductible Sources of Income.

### WHAT EXCLUSIONS AND LIMITATIONS APPLY TO DISABILITY PLUS?

All of the policy provisions that exclude or limit coverage will apply to this Disability Plus Rider.

### WHAT CLAIMS INFORMATION IS NEEDED FOR DISABILITY PLUS?

The LTD claim information section under the policy applies to Disability Plus coverage.  We may ask you to be examined, at our expense, by a physician or other medical practitioner of our choice.  We may also require an interview with you.

### WHEN WILL DISABILITY PLUS BENEFIT PAYMENTS END?

Benefit payments will end on the earliest of the following dates:

- the date you are no longer disabled under the Rider;
- the date you become ineligible for monthly payments under the LTD plan;
- the end of the maximum period of payment shown in the LTD plan; or
- the date you die.

No survivor benefits are payable for the Disability Plus coverage.

### WHAT IS THE WAIVER OF PREMIUM FOR DISABILITY PLUS?

Premium for the Disability Plus coverage is not required while you are receiving monthly payments under the LTD plan.

# OTHER SERVICES

These services are also available from us as part of your Unum Long Term Disability plan.

## HOW CAN UNUM HELP YOUR EMPLOYER IDENTIFY AND PROVIDE WORKSITE MODIFICATION?

A worksite modification might be what is needed to allow you to perform the material and substantial duties of your regular occupation with your Employer. One of our designated professionals will assist you and your Employer to identify a modification we agree is likely to help you remain at work or return to work. This agreement will be in writing and must be signed by you, your Employer and Unum.

When this occurs, Unum will reimburse your Employer for the cost of the modification, up to the greater of:

- $1,000; or
- the equivalent of 2 months of your monthly benefit.

This benefit is available to you on a one time only basis.

## HOW CAN UNUM'S SOCIAL SECURITY CLAIMANT ADVOCACY PROGRAM ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?

In order to be eligible for assistance from Unum's Social Security claimant advocacy program, you must be receiving monthly payments from us. Unum can provide expert advice regarding your claim and assist you with your application or appeal.

Receiving Social Security benefits may enable:

- you to receive Medicare after 24 months of disability payments;
- you to protect your retirement benefits; and
- your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

# SUMMARY PLAN DESCRIPTION

For employees of:  Schools of the Sacred Heart

Independent School Group Life and
Long Term Disability Insurance Trust

This booklet is your Summary Plan Description for purposes of the Employee Retirement Income Security Act of 1974 (ERISA).  It describes the highlights of your rights and obligations under the employee benefit welfare plan established by the Plan Sponsor, provided that you are a participant in the Plan.  All of the details of the Plan are not provided.  The operation of the Plan is governed by the Plan documents.  For more information about the Plan documents, refer to the section, "Your Rights Under ERISA".

The Plan Sponsor reserves the right to change or discontinue the Plan at any time. The Summary Plan Description does not create a contract of employment.

For purposes of this booklet, "Plan Sponsor" means Schools of the Sacred Heart.

**Name of Plan:**
Independent School Group Life and Long Term Disability Insurance Trust--
Schools of the Sacred Heart

**Participants:**
The Plan provides benefits for eligible employees of the Plan Sponsor.

**Plan Sponsor:**
Schools of the Sacred Heart
2222 Broadway
San Francisco, CA  94115

**Plan Sponsor Employer Identification Number:**
94-1156671

**Agent for Legal Process:**
The Plan Administrator

**Plan Number (PN):**
508

**Plan Type:**
The Plan described in this Summary Plan Description is a "Welfare Benefit Plan"
for purposes of ERISA.

**Plan Years:**
The financial records of the Plan are kept on a Plan Year basis.  The Plan Year
ends on each December 31.

**Plan Administrator:**
Schools of the Sacred Heart

**Type of Administration:**
The Plan is administered directly by the Plan Administrator.  Benefits are
provided in accordance with the provisions of the Unum Life Insurance Company
of America group insurance policy.

**Source of Contributions and Funding:**
The Plan is funded entirely by contributions made by the Plan Sponsor and other
schools participating in the Plan.

**Plan Details:**
The Plan's provisions relating to eligibility to participate and termination of
eligibility as well as a description of the benefits provided by the Plan are
described in detail in your insurance certificate which directly precedes this
ERISA information.

**Plan Termination:**
The Plan Sponsor reserves the right to modify, suspend or terminate the Plan at
any time.  The Plan Sponsor does not promise the continuation of any benefits
nor does it promise any specific level of benefits at or during retirement.  Any
benefits, rights or obligations of participants and beneficiaries under the Plan
following termination are described in detail in your insurance certificate which
directly precedes this ERISA information.

**YOUR RIGHTS UNDER ERISA**
As a participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA) with regard to your benefits under the Plan.  ERISA provides that all plan participants shall be entitled to:

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor.

Obtain, upon written request to the Plan Administrator, written, paper copies of documents governing the operation of the plan, including insurance contracts and collective bargain agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report.  The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.  The people who operate your plan, called 'fiduciaries' of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.  No one, including your Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.  If your claim for a welfare benefit is denied in whole or in part you must receive a written explanation of the reason for the denial.  You have the right to have the plan review and reconsider your claim.  Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request materials from the plan and do not receive them in 30 days, you may file suit in a federal court.  In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.  If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.  In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court.  If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court.  The court will decide who should pay court costs and legal fees.  If you are successful the court may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits

Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

**HOW TO APPEAL A CLAIM:**

If your claim (or any part of your claim) for benefits is denied because you were determined ineligible for benefits under the terms of the Unum Life Insurance Company of America group insurance policy, you will be notified in writing by Unum Life Insurance Company of America. If your claim (or any part of your claim) for benefits is denied because you failed to satisfy the employment requirements established by the Plan Sponsor (for example, you did not work the required number of hours per week), the Plan Sponsor will notify you in writing of your denial of benefits. In either case, the written notice will include the specific reason or reasons for the denial and the reference to the pertinent Plan provisions on which the denial was based. The notice will also give you a telephone number you can call if you need further information and a description of any additional material or information necessary to make your claim, as well as an explanation concerning why such additional information is necessary.

If you are not satisfied with the explanation of why the claim was denied, you may request to have your claim reviewed. The request must be in writing to either Unum Life Insurance Company of America or the Plan Sponsor, depending upon which party issued the denial. Your request must be made within 90 days after the date you receive the notice denying your claim.

If you do not hear from either Unum Life Insurance Company of America or the Plan Sponsor, as applicable, within 90 days after you sent in your claim, you may consider your claim denied and request to have your claim reviewed. A decision will be made within 90 days after receipt of your request for review or the date all information required from you is given.

Unum Life Insurance Company of America will serve as the final review committee under the Plan to determine for all parties all questions relating to eligibility for benefits under the terms of the Unum Life Insurance Company of America group insurance policy. The Plan Sponsor will serve as the final review committee under the Plan to determine for all parties all questions relating to the employment requirements established by the Plan Sponsor. You will be notified in writing concerning the decision of Unum Life Insurance Company of America or the Plan Sponsor, as applicable, relating to the review of your claim. You must appeal any claim denial to the appropriate party (either Unum Life Insurance Company of America or the Plan Sponsor) before seeking other legal means.

Unum Life Insurance Company of America has complete discretion to construe and interpret the terms of the group insurance contract (including ambiguous provisions). The Plan Sponsor has complete discretion to construe and interpret the employment requirements established by the Plan Sponsor (including ambiguous requirements).

Unum Life Insurance Company of America will be the arbitrator of any question that may arise as to the terms of the group insurance policy and eligibility for benefits under the terms of the group insurance policy. The Plan Sponsor will be the arbitrator of all questions that may arise with respect to the employment requirements established by the Plan Sponsor. All decisions of Unum Life Insurance Company of America and the Plan Sponsor, as applicable, will be binding, final and conclusive upon all parties. However, both Unum Life Insurance Company of America and the Plan Sponsor must exercise their discretion in a nondiscriminatory

manner.  Unum Life Insurance Company of America and the Plan Sponsor may from time to time formulate and issue to the employees of the Plan Sponsor such rules and regulations not inconsistent with the declared purpose of the Plan as either deems necessary to administer and carry out its duties.  Such rules and regulations may clarify any of the provisions of this instrument that either deems in need of clarification, and may apply to any provisions of the Plan such construction as either deems necessary in the administration of the Plan.  No rule or regulation, however, may amend any substantive provisions of the Plan.  This provision is not meant to supersede any rights granted by ERISA, to the extent those rights are applicable.

All rules and decisions of Unum Life Insurance Company of America and the Plan Sponsor will be uniformly and consistently applied to all Participants in similar circumstances.  When making a determination or calculation, Unum Life Insurance Company of America will be entitled to rely upon information furnished by a Participant, the Plan Sponsor, or legal counsel of the Plan Sponsor.  Similarly, the Plan Sponsor will be permitted to rely upon information furnished by a Participant or by Unum Life Insurance Company of America.

# GLOSSARY

**ACTIVE EMPLOYMENT** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be working at least the minimum number of hours as described under Eligible Group(s) in each plan.

Your work site must be:

- your Employer's usual place of business;
- an alternative work site at the direction of your Employer, including your home; or
- a location to which your job requires you to travel.

Normal vacation including the school's summer break is considered active employment. Temporary and seasonal workers are excluded from coverage.

**ACTIVITIES OF DAILY LIVING** mean:

- Bathing - the ability to wash yourself either in the tub or shower or by sponge bath with or without equipment or adaptive devices.
- Dressing - the ability to put on and take off all garments and medically necessary braces or artificial limbs usually worn.
- Toileting - the ability to get to and from and on and off the toilet, to maintain a reasonable level of personal hygiene, and to care for clothing.
- Transferring - the ability to move in and out of a chair or bed with or without equipment such as canes, quad canes, walkers, crutches or grab bars or other support devices including mechanical or motorized devices.
- Continence - the ability to either:
  - voluntarily control bowel and bladder function; or
  - if incontinent, be able to maintain a reasonable level of personal hygiene.
- Eating - the ability to get nourishment into the body.

**DEDUCTIBLE SOURCES OF INCOME** means income from deductible sources listed in the plan which you receive or are entitled to receive while you are disabled. This income will be subtracted from your gross disability payment.

**DISABILITY EARNINGS** means the earnings which you receive while you are disabled and working, plus the earnings you could receive if you were working to your **maximum capacity**.

**ELIGIBLE STUDENT** means your unmarried dependent child(ren) who are:

1. less than 25 years of age; and
2. attending an accredited post-secondary school beyond the 12th grade level on a **full-time** basis.

**ELIMINATION PERIOD** means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Unum.

**EMPLOYEE** means a person in active employment with the Employer.

**EMPLOYER** means the participating school covered under the policy issued to the Trustees of the Independent School Group Life and LTD Insurance Trust (IS/IT), the Policyholder.

**FULL-TIME**, as used with the Education Benefit, means a full course load as defined by the accredited post-secondary school.

**GAINFUL OCCUPATION** means an occupation that provides you with an income of at least 80% of your indexed monthly earnings.

**GROSS DISABILITY PAYMENT** means the benefit amount before Unum subtracts deductible sources of income and disability earnings.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INDEXED MONTHLY EARNINGS** means your monthly earnings adjusted on each anniversary of benefit payments by 7.5%. Indexing is only used to determine your percentage of lost earnings while you are disabled and working.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LAW, PLAN OR ACT** means the original enactments of the law, plan or act and all amendments.

**LAYOFF** or **LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a temporary layoff or leave of absence.

**LIMITED** means what you cannot or are unable to do.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified, except that if you are required to work on average in excess of 40 hours per week, Unum will consider you able to perform that requirement if you are working or have the capacity to work 40 hours per week.

**MAXIMUM CAPACITY** means, based on your restrictions and limitations:

- during the first 36 months of disability, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.
- beyond 36 months of disability, the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

**MAXIMUM PERIOD OF PAYMENT** means the longest period of time Unum will make payments to you for any one period of disability.

**MENTAL ILLNESS** means a psychiatric or psychological condition regardless of cause such as schizophrenia, depression, manic depressive or bipolar illness, anxiety,

personality disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

**MONTHLY BENEFIT** means the total benefit amount for which an employee is insured under this plan subject to the maximum benefit.

**MONTHLY EARNINGS** means your gross monthly income from your Employer as defined in the plan.

**MONTHLY PAYMENT** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

**PART-TIME BASIS** means the ability to work and earn 20% or more of your indexed monthly earnings.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the policy.

**PHYSICIAN** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

**PLAN** means a line of coverage under the policy.

**PRE-EXISTING CONDITION** means a condition for which you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines for your condition during the given period of time as stated in the plan.

**RECURRENT DISABILITY** means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Unum made a Long Term Disability payment.

**REGULAR CARE** means:

- you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and
- you are receiving the most appropriate treatment and care which conforms with generally accepted medical standards, for your disabling condition(s) by a physician whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**REGULAR OCCUPATION** means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

**RETIREMENT PLAN** means a defined contribution plan or defined benefit plan. These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions. Retirement Plan includes but is not limited to any plan which is part of any federal, state, county, municipal or association retirement system.

**SALARY CONTINUATION OR ACCUMULATED SICK LEAVE** means continued payments to you by your Employer of all or part of your monthly earnings, after you become disabled as defined by the Policy. Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your disability begins. Such compensation is considered disability earnings, and would be taken into account in calculating your monthly payment.

**SICKNESS** means an illness or disease. Disability must begin while you are covered under the plan.

**SURVIVOR, ELIGIBLE** means your spouse, if living; otherwise your children under age 25 equally.

**TREATMENT FREE** means you have not received medical treatment, consultation, care or services including diagnostic measures, or taken prescribed drugs or medicines for the pre-existing condition.

**WAITING PERIOD** means the continuous period of time (shown in each plan) that you must be in active employment in an eligible group before you are eligible for coverage under a plan.

**WE, US** and **OUR** means Unum Life Insurance Company of America.

**YOU** means an employee who is eligible for Unum coverage.



**Underwritten by**
**UNUM Life Insurance Company of America**
**Portland, Maine**

**7/2001**

**EXHIBIT C**

Form **5500**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

**Annual Return/Report of Employee Benefit Plan**

This form is required to be filed under sections 104 and 4065 of the Employee
Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e),
6057(b), and 6058(a) of the Internal Revenue Code (the Code).

▶ Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2001**

This Form is Open to
Public Inspection.

| Part I | Annual Report Identification Information |
|---|---|

For the calendar plan year 2001 or fiscal plan year beginning _____ and ending _____

**A** This return/report is for:   (1) ☐ a multiemployer plan;   (3) ☐ a multiple-employer plan; or
   (2) ☐ a single-employer plan (other than a ~~............~~   (4) ☒ a DFE (specify)   G _____
   multiple-employer plan);

**B** This return/report is:   (1) ☐ the first return/report filed for the plan;   (3) ☐ the final return/report filed for the plan;
   (2) ☒ an amended return/report;   (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ................................................................................. ▶ ☐

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) ........... ▶ ☒

| Part II | Basic Plan Information - enter all requested information. |
|---|---|

**1a** Name of plan
INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANCE TRUS

**1b** Three-digit
plan number (PN)   ▶   508

**1c** Effective date of plan (mo., day, yr.)

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
   (Address should include room or suite no.)
INDEPENDENT SCHOOL GROUP INSURANCE TRUST

1316 N UNION STREET

WILMINGTON          DE 19806

**2b** Employer Identification Number (EIN)
51-6156096

**2c** Sponsor's telephone number
302-656-4944

**2d** Business code (see instructions)

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well
as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.



_____          _____          ROXANNE S. ELLIOTT-HIGGINS
Signature of plan administrator                    Date               Typed or printed name of individual signing as plan administrator

_____          _____          INDEPENDENT SCHOOL GROUP INSURANCE
Signature of employer/plan sponsor/DFE              Date            Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**          v4.1          Form **5500** (2001)

11N01 03-27-02



0 2 0 1 0 8 0 1 0 C

Form 5500 (2001)             Page **2**

Official Use Only

| | |
|---|---|
| **3a** Plan administrator's name and address (If same as plan sponsor, enter "Same")<br>**SAME** | **3b** Administrator's EIN |
| | **3c** Administrator's telephone number |

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:    **b** EIN

  **a** Sponsor's name                                              **c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address   **b** EIN

**TRUITT, SARNECKI & ASSOCIATES**

**5301 LIMESTONE ROAD, SUITE 128**    **23-2436909**

                                      **c** Telephone number

**WILMINGTON**          **DE 19808**     **302-234-1400**

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | **6** | 21,768 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | | |
| **a** Active participants | **7a** | 22,730 |
| **b** Retired or separated participants receiving benefits | **7b** | |
| **c** Other retired or separated participants entitled to future benefits | **7c** | |
| **d** Subtotal. Add lines **7a**, **7b**, and **7c** | **7d** | 22,730 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **7e** | |
| **f** Total. Add lines **7d** and **7e** | **7f** | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **7g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **7h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **7i** | |

**8** Benefits provided under the plan (complete **8a** through **8c**, as applicable)



  **a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions): ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

  **b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions): **4B** **4H** ☐ ☐ ☐ ☐ ☐ ☐

  **c** ☐ Fringe benefits (check this box if the plan provides fringe benefits)

**9a** Plan funding arrangement (check all that apply)
| | |
|---|---|
| (1) ☐ Insurance | |
| (2) ☐ Code section 412(i) insurance contracts | |
| (3) ☒ Trust | |
| (4) ☐ General assets of the sponsor | |

**9b** Plan benefit arrangement (check all that apply)
| | |
|---|---|
| (1) ☒ Insurance | |
| (2) ☐ Code section 412(i) insurance contracts | |
| (3) ☐ Trust | |
| (4) ☐ General assets of the sponsor | |



0 2 0 1 0 8 0 2 0 D

118402 03-27-02

Form 5500 (2001)                                                                          Page **3**

Official Use Only

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules

(1) ☐ **R** (Retirement Plan Information)

(2) ☐ _____ **T** (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year .............................. ▶ _____

(3) ☐ **B** (Actuarial Information)

(4) ☐ **E** (ESOP Annual Information)

(5) ☐ **SSA** (Separated Vested Participant Information)

**b** Financial Schedules

(1) ☒ **H** (Financial Information)

(2) ☐ **I** (Financial Information – Small Plan)

(3) ☒ _3_ **A** (Insurance Information)

(4) ☒ **C** (Service Provider Information)

(5) ☒ **D** (DFE/Participating Plan Information)

(6) ☐ **G** (Financial Transaction Schedules)

(7) ☒ _1_ **P** (Trust Fiduciary Information)

**c** Fringe Benefit Schedule

☐ **F** (Fringe Benefit Plan Annual Information)





0 2 0 1 0 8 0 3 0 E

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ **File as an attachment to Form 5500.**

▶ Insurance companies are required to provide this information
pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**2001**

**This Form is Open to
Public Inspection.**

For calendar plan year 2001 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANCE TRUST

**B** Three-digit
plan number ▶ | 508

**C** Plan sponsor's name as shown on line 2a of Form 5500
INDEPENDENT SCHOOL GROUP INSURANCE TRUST

**D** Employer Identification Number
51-6156096

| Part I | Information Concerning Insurance Contract Coverage, Fees, and Commissions |
|---|---|

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

**1** Coverage:

**(a)** Name of insurance carrier

UNUM LIFE INSURANCE CO. OF AMERICA

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 01-0278678 | 62235 | 358673 | 11924 | 01/01/2001 | 01/01/2002 |

**2** Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commissions below and list agents, brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

## Totals

| Total amount of commissions paid | Total fees paid / amount |
|---|---|
| 0 | 204668 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v4.1    Schedule A (Form 5500) 2001





060108010G

Official Use Only

| (a)  Name and address of the agents, brokers or other persons to whom commissions or fees were paid |
|---|

INDEPENDENT SCHOOL MANAGEMENT INC
1316 N UNION ST
WILMINGTON          DE 19806

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c)  Amount | (d)  Purpose | |
| | 204668 | COMMISSION | 5 |

| (a)  Name and address of the agents, brokers or other persons to whom commissions or fees were paid |
|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c)  Amount | (d)  Purpose | |
| | | | |

| (a)  Name and address of the agents, brokers or other persons to whom commissions or fees were paid |
|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c)  Amount | (d)  Purpose | |
| | | | |





0601080020H

11M22 03-27-02

Schedule A (Form 5500) 2001                                                Page **3**

Official Use Only

| Part II | **Investment and Annuity Contract Information** |
|---|---|

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3** Current value of plan's interest under this contract in the general account at year end

**4** Current value of plan's interest under this contract in separate accounts at year end

**5** Contracts With Allocated Funds

**a** State the basis of premium rates ▶

**b** Premiums paid to carrier

**c** Premiums due but unpaid at the end of the year

**d** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount

Specify nature of costs ▶

**e** Type of contract  (1) ☐ individual policies   (2) ☐ group deferred annuity
(3) ☐ other (specify) ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here ▶ ☐

**6** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract  (1) ☐ deposit administration   (2) ☐ immediate participation guarantee
(3) ☐ guaranteed investment   (4) ☐ other (specify below)
▶

**b** Balance at the end of the previous year

**c** Additions: (1) Contributions deposited during the year
(2) Dividends and credits
(3) Interest credited during the year
(4) Transferred from separate account
(5) Other (specify below)
▶
(6) Total additions

**d** Total of balance and additions (add b and c(6))

**e** Deductions:
(1) Disbursed from fund to pay benefits or purchase annuities during year
(2) Administration charge made by carrier
(3) Transferred to separate account
(4) Other (specify below)
▶
(5) Total deductions

**f** Balance at the end of the current year (subtract e(5) from d)





060108030I

Schedule A (Form 5500) 2001                                                        Page **4**

Official Use Only

**Part III**   **Welfare Benefit Contract Information**

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7**   Benefit and contract type (check all applicable boxes)

| | | | |
|---|---|---|---|
| **a** ☐ Health (other than dental or vision) | **b** ☐ Dental | **c** ☐ Vision | **d** ☒ Life Insurance |
| **e** ☐ Temporary disability (accident and sickness) | **f** ☐ Long-term disability | **g** ☐ Supplemental unemployment | **h** ☐ Prescription drug |
| **i** ☐ Stop loss (large deductible) | **j** ☐ HMO contract | **k** ☐ PPO contract | **l** ☐ Indemnity contract |
| **m** ☒ Other (specify)▶ ACCIDENTAL DEATH & DISABILITY | | | |

**8**   Experience-rated contracts

- **a** Premiums: (1) Amount received .................................................................
- (2) Increase (decrease) in amount due but unpaid .................................
- (3) Increase (decrease) in unearned premium reserve ..........................
- (4) Earned ((1) + (2) - (3)) ..........................................................................
- **b** Benefit charges: (1) Claims paid .........................................................
- (2) Increase (decrease) in claim reserves ..............................................
- (3) Incurred claims (add (1) and (2)) .........................................................
- (4) Claims charged .....................................................................................
- **c** Remainder of premium: (1) Retention charges (on an accrual basis) –
  - (A) Commissions .......................................................................................
  - (B) Administrative service or other fees ................................................
  - (C) Oher specific acquisition costs ........................................................
  - (D) Other expenses ..................................................................................
  - (E) Taxes ...................................................................................................
  - (F) Charges for risks or other contingencies .......................................
  - (G) Other retention charges ....................................................................
  - (H) Total retention ....................................................................................
  - (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) .................
- **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ..............
- (2) Claim reserves .......................................................................................
- (3) Other reserves ........................................................................................
- **e** Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) ..................................

**9**   Nonexperience-rated contracts:

- **a** Total premiums or subscription charges paid to carrier ....................................        **1364453**
- **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ........................
  Specify nature of costs▶ _____





0 6 0 1 0 8 0 4 0 J

11842A 03-27-02

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ **File as an attachment to Form 5500.**

▶ Insurance companies are required to provide this information
pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**2001**

**This Form is Open to
Public Inspection.**

For calendar plan year 2001 or fiscal plan year beginning _____ and ending _____

| A Name of plan | B Three-digit |
|---|---|
| **INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANCE TRUST** | plan number ▶  508 |

| C Plan sponsor's name as shown on line 2a of Form 5500 | D Employer Identification Number |
|---|---|
| **INDEPENDENT SCHOOL GROUP INSURANCE TRUST** | **51-6156096** |

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** |
|---|---|

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be
reported on a single Schedule A.

**1**   Coverage:

**(a) Name of insurance carrier**

**UNUM LIFE INSURANCE CO. OF AMERICA**

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f) From** | **(g) To** |
| 01-0278678 | 62235 | 358672 | 22730 | 01/01/2001 | 01/01/2002 |

**2**   Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commissions below and list agents,
brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

| **Totals** | |
|---|---|
| Total amount of commissions paid | Total fees paid / amount |
| 0 | 339100 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v4.1    Schedule A (Form 5500) 2001





060108010G

118421 03-27-02

Schedule A (Form 5500) 2001

Page **2**

Official Use Only

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid |

**INDEPENDENT SCHOOL MANAGEMENT INC**
**1316 N UNION ST**
**WILMINGTON        DE 19806**

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | 339100 | COMMISSION | 5 |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid |

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid |

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

118422 03-27-02





060108020H

Schedule A (Form 5500) 2001                      Page **3**

Official Use Only

## Part II    Investment and Annuity Contract Information

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3** Current value of plan's interest under this contract in the general account at year end

**4** Current value of plan's interest under this contract in separate accounts at year end

**5**   Contracts With Allocated Funds

**a** State the basis of premium rates ▶

**b** Premiums paid to carrier

**c** Premiums due but unpaid at the end of the year

**d** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount

Specify nature of costs ▶

**e** Type of contract   **(1)** ☐ individual policies    **(2)** ☐ group deferred annuity

    **(3)** ☐ other (specify) ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here   ▶ ☐

**6** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract   **(1)** ☐ deposit administration    **(2)** ☐ immediate participation guarantee

    **(3)** ☐ guaranteed investment    **(4)** ☐ other (specify below)

     ▶

**b** Balance at the end of the previous year

**c** Additions: (1) Contributions deposited during the year

   (2) Dividends and credits

   (3) Interest credited during the year

   (4) Transferred from separate account

   (5) Other (specify below)

   ▶

   (6) Total additions

**d** Total of balance and additions (add **b** and **c** (6))

**e** Deductions:

   (1) Disbursed from fund to pay benefits or purchase annuities during year

   (2) Administration charge made by carrier

   (3) Transferred to separate account

   (4) Other (specify below)

   ▶

   (5) Total deductions

**f** Balance at the end of the current year (subtract **e** (5) from **d**)





119423 03-27-02

Schedule A (Form 5500) 2001                                    Page **4**

Official Use Only

| Part III | Welfare Benefit Contract Information |
|---|---|

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7** Benefit and contract type (check all applicable boxes)

| a | ☐ Health (other than dental or vision) | b | ☐ Dental | c | ☐ Vision | d | ☐ Life Insurance |
|---|---|---|---|---|---|---|---|
| e | ☐ Temporary disability (accident and sickness) | f | ☒ Long-term disability | g | ☐ Supplemental unemployment | h | ☐ Prescription drug |
| i | ☐ Stop loss (large deductible) | j | ☐ HMO contract | k | ☐ PPO contract | l | ☐ Indemnity contract |
| m | ☐ Other (specify)▶ | | | | | | |

**8** Experience-rated contracts

**a** Premiums: (1) Amount received .................................................

(2) Increase (decrease) in amount due but unpaid ........................

(3) Increase (decrease) in unearned premium reserve ...................

(4) Earned ((1) + (2) - (3)) .......................................................

**b** Benefit charges: (1) Claims paid ...............................................

(2) Increase (decrease) in claim reserves ..................................

(3) Incurred claims (add (1) and (2)) .......................................

(4) Claims charged ..............................................................

**c** Remainder of premium: (1) Retention charges (on an accrual basis) --

(A) Commissions ...................................................

(B) Administrative service or other fees ......................

(C) Oher specific acquisition costs ............................

(D) Other expenses ...............................................

(E) Taxes ...........................................................

(F) Charges for risks or other contingencies ...............

(G) Other retention charges ....................................

(H) Total retention ...............................................

(2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) .............

**d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ............

(2) Claim reserves .................................................................

(3) Other reserves .................................................................

**e** Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) ...............................

**9** Nonexperience-rated contracts:

**a** Total premiums or subscription charges paid to carrier .............................................    2260665

**b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ...............

Specify nature of costs ▶





0 6 0 1 0 8 0 4 0 J

11I4424 03-27-02

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ **File as an attachment to Form 5500.**

▶ Insurance companies are required to provide this information
pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**2001**

This Form is Open to
Public Inspection.

For calendar plan year 2001 or fiscal plan year beginning _____ and ending _____

**A** Name of plan

INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANCE TRUST

**B** Three-digit
plan number ▶    508

**C** Plan sponsor's name as shown on line 2a of Form 5500

INDEPENDENT SCHOOL GROUP INSURANCE TRUST

**D** Employer Identification Number
51-6156096

| Part I | Information Concerning Insurance Contract Coverage, Fees, and Commissions |
|---|---|

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be
reported on a single Schedule A.

**1**   Coverage:

**(a)** Name of insurance carrier

UNUM LIFE INSURANCE CO. OF AMERICA

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| 01-0278678 | 62235 | 203771 | 630 | 01/01/2001 | 01/01/2002 |

**2**   Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commissions below and list agents,
brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

| Totals | |
|---|---|
| Total amount of commissions paid | Total fees paid / amount |
| 19656 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v4.1    Schedule A (Form 5500) 2001

118421 03-27-02



0 6 0 1 0 8 0 1 0 G

Schedule A (Form 5500) 2001                                      Page **2**

Official Use Only

| (a)  Name and address of the agents, brokers or other persons to whom commissions or fees were paid |
|---|

**INDEPENDENT SCHOOL MANAGEMENT INC**
**1316 N UNION ST**
**WILMINGTON          DE 19806**

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c)  Amount | (d) Purpose | |
| 19656 | | | 5 |

| (a)  Name and address of the agents, brokers or other persons to whom commissions or fees were paid |
|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c)  Amount | (d) Purpose | |
| | | | |

| (a)  Name and address of the agents, brokers or other persons to whom commissions or fees were paid |
|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c)  Amount | (d) Purpose | |
| | | | |





060108020H

Schedule A (Form 5500) 2001　　　　　　　　　　　　　　　　　　Page **3**

Official Use Only

**Part II**　　**Investment and Annuity Contract Information**

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3**　Current value of plan's interest under this contract in the general account at year end

**4**　Current value of plan's interest under this contract in separate accounts at year end

**5**　　Contracts With Allocated Funds

**a**　State the basis of premium rates ▶

**b**　Premiums paid to carrier

**c**　Premiums due but unpaid at the end of the year

**d**　If the carrier, service, or other organization incurred any specific costs in connection with the acquisition
　　or retention of the contract or policy, enter amount
　　Specify nature of costs ▶

**e**　Type of contract　**(1)** ☐ individual policies　　**(2)** ☐ group deferred annuity
　　**(3)** ☐ other (specify) ▶

**f**　If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here ▶ ☐

**6**　　Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a**　Type of contract　**(1)** ☐ deposit administration　　**(2)** ☐ immediate participation guarantee
　　**(3)** ☐ guaranteed investment　　**(4)** ☐ other (specify below)
　　　　　　　　　　　　　　　　　　　　　▶

**b**　Balance at the end of the previous year

**c**　Additions: (1) Contributions deposited during the year
　　(2) Dividends and credits
　　(3) Interest credited during the year
　　(4) Transferred from separate account
　　(5) Other (specify below)
　　▶
　　(6) Total additions

**d**　Total of balance and additions (add **b** and **c** (6))

**e**　Deductions:
　　(1) Disbursed from fund to pay benefits or purchase annuities during year
　　(2) Administration charge made by carrier
　　(3) Transferred to separate account
　　(4) Other (specify below)
　　▶
　　(5) Total deductions

**f**　Balance at the end of the current year (subtract **e** (5) from **d**)





0 6 0 1 0 8 0 3 0 I

11M423 03-27-02

Schedule A (Form 5500) 2001                                   Page **4**

Official Use Only

| Part III | **Welfare Benefit Contract Information** |

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision)  **b** ☐ Dental  **c** ☐ Vision  **d** ☒ Life Insurance
**e** ☐ Temporary disability (accident and sickness)  **f** ☐ Long-term disability  **g** ☐ Supplemental unemployment  **h** ☐ Prescription drug
**i** ☐ Stop loss (large deductible)  **j** ☐ HMO contract  **k** ☐ PPO contract  **l** ☐ Indemnity contract
**m** ☒ Other (specify) ▶  **LIFESTYLE LIFE**

**8** Experience-rated contracts

**a** Premiums: (1) Amount received ...................................

   (2) Increase (decrease) in amount due but unpaid ........

   (3) Increase (decrease) in unearned premium reserve ....

   (4) Earned ((1) + (2) - (3)) ......................................

**b** Benefit charges: (1) Claims paid ...............................

   (2) Increase (decrease) in claim reserves ...............

   (3) Incurred claims (add (1) and (2)) .....................

   (4) Claims charged ...............................................

**c** Remainder of premium: (1) Retention charges (on an accrual basis) –

   (A) Commissions .................................................

   (B) Administrative service or other fees ................

   (C) Other specific acquisition costs .....................

   (D) Other expenses ............................................

   (E) Taxes ........................................................

   (F) Charges for risks or other contingencies .........

   (G) Other retention charges ................................

   (H) Total retention ............................................

   (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) ..........

**d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement .......

   (2) Claim reserves ..............................................

   (3) Other reserves .............................................

**e** Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) ..........................

**9** Nonexperience-rated contracts:

**a** Total premiums or subscription charges paid to carrier ......................................    143154

**b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount .........
Specify nature of costs ▶ _____





060108040J

118424 03-27-02

**SCHEDULE C**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Service Provider Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ **File as an attachment to Form 5500.**

Official Use Only

OMB No. 1210-0110

**2001**

This Form is Open to
Public Inspection.

For calendar plan year 2001 or fiscal plan year beginning _____ and ending _____

| **A** Name of plan | **B** Three-digit | |
|---|---|---|
| INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANCE TRUST | plan number ▶ | 508 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500 | **D** Employer Identification Number | |
| INDEPENDENT SCHOOL GROUP INSURANCE TRUST | 51-6156096 | |

| **Part I** | **Service Provider Information (see instructions)** |

**1** Enter the total dollar amount of compensation paid by the plan to all persons, other than those listed below, who received compensation during the plan year: .................................................. | **1** | |

**2** On the first item below list the contract administrator, if any, as defined in the instructions. On the other items, list service providers in descending order of the compensation they received for the services rendered during the plan year. List only the top 40. 103-12 IEs should enter N/A in (c) and (d).

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| INDEPENDENT SCHOOL MANAGEMENT INC | 51-0324704 | Contract administrator |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| ADMINISTRATOR | | 562541 | 12   12 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| | | |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| | | | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.     v4.1     Schedule C (Form 5500) 2001

118451 03-27-02





1 0 0 1 0 8 0 1 0 B

Schedule C (Form 5500) 2001                                    Page **2**

Official Use Only

| **(a)** Name | **(b)** Employer identification number (see instructions) | **(c)** Official plan position |
|---|---|---|
| | | |

| **(d)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(e)** Gross salary or allowances paid by plan | **(f)** Fees and commissions paid by plan | **(g)** Nature of service code(s) (see instructions) |
|---|---|---|---|
| | | | |

| **(a)** Name | **(b)** Employer identification number (see instructions) | **(c)** Official plan position |
|---|---|---|
| | | |

| **(d)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(e)** Gross salary or allowances paid by plan | **(f)** Fees and commissions paid by plan | **(g)** Nature of service code(s) (see instructions) |
|---|---|---|---|
| | | | |

| **(a)** Name | **(b)** Employer identification number (see instructions) | **(c)** Official plan position |
|---|---|---|
| | | |

| **(d)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(e)** Gross salary or allowances paid by plan | **(f)** Fees and commissions paid by plan | **(g)** Nature of service code(s) (see instructions) |
|---|---|---|---|
| | | | |

118452 03-27-02





1 0 0 1 0 8 0 2 0 C

**SCHEDULE D**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

# DFE/Participating Plan Information

This schedule is required to be filed under section 104 of the Employee
Retirement Income Security Act of 1974 (ERISA).

▶ File as an attachment to Form 5500.

Official Use Only

OMB No. 1210-0110

**2001**

This Form is Open to
Public Inspection.

For calendar plan year 2001 or fiscal plan year beginning _____ and ending _____

**A** Name of plan or DFE
INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANCE TRUST

**B** Three-digit
plan number ▶ | 508

**C** Plan or DFE sponsor's name as shown on line 2a of Form 5500
INDEPENDENT SCHOOL GROUP INSURANCE TRUST

**D** Employer Identification Number
51-6156096

| **Part I** | Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs) |

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v4.1    Schedule D (Form 5500) 2001





120108010D

Schedule D (Form 5500) 2001                                        Page **2**

Official Use Only

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

**(a)** Name of MTIA, CCT, PSA, or 103-12IE _____

**(b)** Name of sponsor of entity listed in (a) _____

**(c)** EIN-PN _____ **(d)** Entity code _____ **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) _____

118462 03-27-02





1 2 0 1 0 8 0 2 0 E

Schedule D (Form 5500) 2001                                    Page **3**

Official Use Only

| Part II | Information on Participating Plans (to be completed by DFEs) |

**(a)**  Plan name _____

**(b)**  Name of plan sponsor __SEE ATTACHED_____  **(c)** EIN-PN _____

**(a)**  Plan name _____

**(b)**  Name of plan sponsor _____  **(c)** EIN-PN _____

**(a)**  Plan name _____

**(b)**  Name of plan sponsor _____  **(c)** EIN-PN _____

**(a)**  Plan name _____

**(b)**  Name of plan sponsor _____  **(c)** EIN-PN _____

**(a)**  Plan name _____

**(b)**  Name of plan sponsor _____  **(c)** EIN-PN _____

**(a)**  Plan name _____

**(b)**  Name of plan sponsor _____  **(c)** EIN-PN _____

**(a)**  Plan name _____

**(b)**  Name of plan sponsor _____  **(c)** EIN-PN _____

**(a)**  Plan name _____

**(b)**  Name of plan sponsor _____  **(c)** EIN-PN _____

1184463 03-27-02





120108030 F

**SCHEDULE H**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

# Financial Information

This schedule is required to be filed under Section 104 of the Employee
Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the
Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

Official Use Only

OMB No. 1210-0110

**2001**

This Form is Open
to Public Inspection.

| For calendar year 2001 or fiscal plan year beginning | and ending | |
|---|---|---|

**A** Name of plan
INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANCE TRUST

**B** Three-digit
plan number ▶ 508

**C** Plan sponsor's name as shown on line 2a of Form 5500
INDEPENDENT SCHOOL GROUP INSURANCE TRUST

**D** Employer Identification Number
51-6156096

| Part I | Asset and Liability Statement |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion on an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. Round off amounts to the nearest dollar. DFEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, 1i, and, except for master trust investment accounts, also do not complete lines 1d and 1e. See instructions.

| Assets | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **a** | Total noninterest-bearing cash | a | 24347 | 42267 |
| **b** | Receivables (less allowance for doubtful accounts): | | | |
| | (1) Employer contributions | b(1) | | |
| | (2) Participant contributions | b(2) | | |
| | (3) Other | b(3) | 15835 | 9450 |
| **c** | General investments: | | | |
| | (1) Interest-bearing cash (incl. money market accounts and certificates of deposit) | c(1) | 574438 | 349638 |
| | (2) U.S. Government securities | c(2) | | |
| | (3) Corporate debt instruments (other than employer securities): | | | |
| | (A) Preferred | c(3)(A) | | |
| | (B) All other | c(3)(B) | | |
| | (4) Corporate stocks (other than employer securities): | | | |
| | (A) Preferred | c(4)(A) | | |
| | (B) Common | c(4)(B) | | |
| | (5) Partnership/joint venture interests | c(5) | | |
| | (6) Real estate (other than employer real property) | c(6) | | |
| | (7) Loans (other than to participants) | c(7) | | |
| | (8) Participant loans | c(8) | | |
| | (9) Value of interest in common/collective trusts | c(9) | | |
| | (10) Value of interest in pooled separate accounts | c(10) | | |
| | (11) Value of interest in master trust investment accounts | c(11) | | |
| | (12) Value of interest in 103-12 Investment entities | c(12) | | |
| | (13) Value of interest in registered investment companies (e.g., mutual funds) | c(13) | 2058 | 0 |
| | (14) Value of funds held in insurance co. general account (unallocated contracts) | c(14) | | |
| | (15) Other | c(15) | | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v4.1    Schedule H (Form 5500) 2001

118601 03-27-02





180108010J

Schedule H (Form 5500) 2001 — Page **2**

Official Use Only

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **d** | Employer-related investments: | | | |
| | (1) Employer securities | d(1) | | |
| | (2) Employer real property | d(2) | | |
| **e** | Buildings and other property used in plan operation | e | | |
| **f** | Total assets (add all amounts in lines 1a through 1e) | f | 616678 | 401355 |
| | **Liabilities** | | | |
| **g** | Benefit claims payable | g | | |
| **h** | Operating payables | h | 28726 | 168047 |
| **i** | Acquisition indebtedness | i | | |
| **j** | Other liabilities | j | 587952 | 233308 |
| **k** | Total liabilities (add all amounts in lines 1g through 1j) | k | 616678 | 401355 |
| | **Net Assets** | | | |
| **l** | Net assets (subtract line 1k from line 1f) | l | 0 | 0 |

**Part II  Income and Expense Statement**

2  Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. DFEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| | **Income** | | (a) Amount | (b) Total |
|---|---|---|---|---|
| **a** | Contributions: | | | |
| | (1) Received or receivable in cash from:  (A) Employers | a(1)(A) | 3786090 | |
| | (B) Participants | a(1)(B) | | |
| | (C) Others (including rollovers) | a(1)(C) | | |
| | (2) Noncash contributions | a(2) | | |
| | (3) Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | a(3) | | 3786090 |
| **b** | Earning on investments: | | | |
| | (1) Interest: | | | |
| | (A) Interest-bearing cash (including money market accounts and certificates of deposit) | b(1)(A) | 23277 | |
| | (B) U.S. Government securities | b(1)(B) | | |
| | (C) Corporate debt instruments | b(1)(C) | | |
| | (D) Loans (other than to participants) | b(1)(D) | | |
| | (E) Participant loans | b(1)(E) | | |
| | (F) Other | b(1)(F) | | |
| | (G) Total interest. Add lines 2b(1)(A) through (F) | b(1)(G) | | 23277 |
| | (2) Dividends:  (A) Preferred stock | b(2)(A) | | |
| | (B) Common stock | b(2)(B) | | |
| | (C) Total dividends. Add lines 2b(2)(A) and (B) | b(2)(C) | | |
| | (3) Rents | b(3) | | |
| | (4) Net gain (loss) on sale of assets:  (A) Aggregate proceeds | b(4)(A) | | |
| | (B) Aggregate carrying amount (see instructions) | b(4)(B) | | |
| | (C) Subtract line 2b(4)(B) from line 2b(4)(A) and enter result | b(4)(C) | | 0 |





180108020K

118692 03-27-02

Schedule H (Form 5500) 2001                                                    Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| | | | Official Use Only |
| (5) Unrealized appreciation (depreciation) of assets: **(A)** Real estate | b(5)(A) | | |
| **(B)** Other | b(5)(B) | | |
| **(C)** Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | b(5)(C) | | |
| (6) Net investment gain (loss) from common/collective trusts | b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts | b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities | b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) | b(10) | | 0 |
| **c** Other income | c | | |
| **d** Total income. Add all income amounts in column (b) and enter total | d | | 3809367 |
| **Expenses** | | | |
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers | e(1) | | |
| (2) To insurance carriers for the provision of benefits | e(2) | 3246416 | |
| (3) Other | e(3) | | |
| (4) Total benefit payments. Add lines 2e(1) through (3) | e(4) | | 3246416 |
| **f** Corrective distributions (see instructions) | f | | |
| **g** Certain deemed distributions of participant loans (see instructions) | g | | |
| **h** Interest expense | h | | |
| **i** Administrative expenses:   (1) Professional fees | i(1) | | |
| (2) Contract administrator fees | i(2) | 562541 | |
| (3) Investment advisory and management fees | i(3) | | |
| (4) Other | i(4) | 410 | |
| (5) Total administrative expenses. Add lines 2i(1) through (4) | i(5) | | 562951 |
| **j** Total expenses. Add all expense amounts in column (b) and enter total | j | | 3809367 |
| **Net Income and Reconciliation** | | | |
| **k** Net income (loss) (subtract line 2j from line 2d) | k | | |
| **l** Transfers of assets | | | |
| (1) To this plan | l(1) | | |
| (2) From this plan | l(2) | | |

**Part III  Accountant's Opinion**

**3** The opinion of an independent qualified public accountant for this plan is (see instructions):

**a** Attached to this Form 5500 and the opinion is:   **(1)** ☒ Unqualified   **(2)** ☐ Qualified   **(3)** ☐ Disclaimer   **(4)** ☐ Adverse

**b** Not attached because: **(1)** ☐ the Form 5500 is filed for a CCT, PSA or MTIA.

     **(2)** ☐ the opinion will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

**c** Also check this box if the accountant performed a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 2520.103-12(d) .............. ☐

**d** If an accountant's opinion is attached, enter the name and EIN of the accountant (or accounting firm) ▶

TRUITT SARNECKI AND ASSOCIATES PA                                    23-2436909





180108030L

116693 03-27-02

Schedule H (Form 5500) 2001                                                          Page **4**

Official Use Only

| Part IV | Transactions During Plan Year |
|---|---|

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete 4a, 4e, 4f, 4g, 4h, 4k, or 5. 103-12 IEs also do not complete 4j.

During the plan year:

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **a** | Did the employer fail to transmit to the plan any participant contributions within the maximum time period described in 29 CFR 2510.3-102? (see instructions) ............................................ | **a** | | | |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked) | **b** | | X | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked) ............................ | **c** | | X | |
| **d** | Did the plan engage in any nonexempt transaction with any party-in-interest? (Attach Schedule G (Form 5500) Part III if "Yes" is checked) ............................................ | **d** | | X | |
| **e** | Was this plan covered by a fidelity bond? ............................................................ | **e** | | | |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ............................................................ | **f** | | | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ................................ | **g** | | | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? .................... | **h** | | | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements) ............................................ | **i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked and see instructions for format requirements) ............................................ | **j** | X | | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ............................................ | **k** | | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year ............................................ ☐ Yes ☐ No Amount _____

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions).

**5b(1)** Name of plan(s)                    **5b(2)** EIN(s)                    **5b(3)** PN(s)

_____        _____        _____

_____        _____        _____

_____        _____        _____





180108040M

118504 03-27-02

**SCHEDULE P**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

# Annual Return of Fiduciary
# of Employee Benefit Trust

This schedule may be filed to satisfy the requirements under section 6033(a) for an
annual information return from every section 401(a) organization exempt from tax
under section 501(a).

Filing this form will start the running of the statute of limitations under section
6501(a) for any trust described in section 401(a) that is exempt from tax under
section 501(a).

▶ File as an attachment to Form 5500 or 5500-EZ.

Official Use Only
OMB No. 1210-0110

**2001**

This Form is Open to
Public Inspection.

For trust calendar year 2001 or fiscal year beginning _____ and ending _____

**1a** Name of trustee or custodian

ROBERT MARK
INDEPENDENCE SCHOOL

**b** Number, street, and room or suite no. (If a P.O. box, see the instructions for Form 5500 or 5500-EZ.)

PAPER MILL ROAD

**c** City or town, state, and ZIP code

NEWARK                    DE

**2a** Name of trust

INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANCE TRUST

**b** Trust's employer identification number  51-6156096

**3** Name of plan if different from name of trust

**4** Have you furnished the participating employee benefit plan(s) with the trust financial information required
to be reported by the plan(s)? .................................................................................................... ☐ Yes  ☐ No

**5** Enter the plan sponsor's employer identification number as shown on Form 5500
or 5500-EZ ▶   51-6156096

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.

Signature of fiduciary ▶ _____   Date ▶ _____

For the Paperwork Reduction Act Notice and OMB Control Numbers,
see the instructions for Form 5500 or 5500-EZ.

v4.1

Schedule P (Form 5500) 2001

118621 03-27-02





260108010I

INDEPENDENT SCHOOL GROUP INSURANCE TRUST

51-6156096

| SCHEDULE H<br>LINE 1B(3) | OTHER RECEIVABLES<br>INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANC | STATEMENT 1<br>PLAN NUMBER 508 |
|---|---|---|

| DESCRIPTION | BEGINNING | ENDING |
|---|---|---|
| OVERPAYMENT OF INS PREM/SPONSOR PREM | 15,835. | 9,450. |
| OTHER RECEIVABLES TO LINE 1B(3) | 15,835. | 9,450. |

| SCHEDULE H<br>LINE 1J | OTHER LIABILITIES<br>INDEPENDENT SCHOOL GROUP LIFE & LTD INSURANC | STATEMENT 2<br>PLAN NUMBER 508 |
|---|---|---|

| DESCRIPTION | BEGINNING | ENDING |
|---|---|---|
| DUE TO BE TRANSFERRED/CASH OVERDRAFT | 587,952. | 233,308. |
| OTHER LIABILITIES TO LINE 1J | 587,952. | 233,308. |