1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
   Email: herlihy@kelher.com
5          jtb@kelher.com
6
7  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY
8  OF AMERICA
9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12

13  JO ANNE WHITMAN,                    ) Case No.:  C07-04127 WHA
                                        )
14           Plaintiff,                 )
                                        ) **[PROPOSED] ORDER GRANTING**
15      vs.                             ) **DEFENDANT'S MOTION FOR**
                                        ) **SUMMARY JUDGMENT**
16  UNUM LIFE INSURANCE COMPANY OF      )
    AMERICA, and DOES 1 through 100,    )
17  inclusive,                          ) Date:  May 1, 2008
                                        ) Time:  8:00 a.m.
18           Defendant.                 ) Ctrm.  9
                                        )
19                                      )

20
21
22
23
24
25
26
27
28

1 | The motion of defendant Unum Life Insurance Company of America ("Unum Life") for summary judgment came on regularly for hearing before this Court on May 1, 2008. Michael Henderson, Esq. appeared on behalf of plaintiff, Jo Anne Whitman. John T. Burnite appeared on behalf of defendant Unum Life. After due consideration of the papers submitted by both parties and the presentation of counsel at the hearing,

IT IS HEREBY ORDERED THAT:

Unum Life's motion for summary judgment is GRANTED on the grounds that this matter is governed by ERISA and plaintiff's state law claims for breach of contract and breach of the implied covenant of good faith and fair dealing therefore are preempted.

Dated: _____    _____

UNITED STATES DISTRICT JUDGE

E:\27193\P17.doc

[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-04127 WHA