1  **TEAL & MONTGOMERY**
   STEVEN O. TEAL   (Bar No. 58454)
2  MICHAEL S. HENDERSON   (Bar No. 175608)
   815 Fifth Street, Suite 200
3  Santa Rosa, California  95404
   Telephone:  (707) 525-1212
4  Facsimile:  (707) 544-1388

5  ATTORNEYS FOR PLAINTIFF

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
   JO ANNE WHITMAN,                          Case No. C 07-04127 WHA
12
                        Plaintiff,           **DECLARATION OF MICHAEL
13                                           HENDERSON IN SUPPORT
              vs.                            OF PLAINTIFF'S OPPOSITION TO
14                                           MOTION FOR SUMMARY
   UNUM LIFE INSURANCE COMPANY OF            JUDGEMENT**
15 AMERICA, and DOES 1 through 100,
   inclusive,                                **Date:        May 1, 2008**
16                                           **Time:        8:00 a.m.**
                        Defendants.          **Courtroom:  9**
17

18

19

20        I, Michael S. Henderson, declare as follows:

21        1.      I am an attorney licensed to practice law in the State of California and am

22 admitted to practice in the United States District Court for the Northern District of California.  I

23 am counsel of record for plaintiff Jo Anne Whitman in the above-entitled matter.

24        2.      I have personal knowledge of the following facts and if called upon to testify to

25 these facts, I would and could competently do so.  I was personally present for the deposition of

26 Juli Devincenzi.

27        3.      Attached as **Exhibit A** are true and correct copies of the pertinent pages from the

28 deposition testimony of Ms. Devincenzi, along with copies of any exhibits that were referenced

1    in Ms. Devincenzi's testimony and which were attached to the transcript.  The cover page and

2    the Court Reporter's Certification are also included.

3         4.         Attached as **Exhibit B** is a true and correct copy of the Articles of Incorporation

4    of the Academy of the Sacred Heart, December 24, 1887, which I received from the California

5    Secretary of Sate, Business Programs Division.

6         5.         Attached as **Exhibit C** is a true and correct copy of the Certificate of

7    Amendment of Articles of Incorporation, September 3, 1946, changing, inter ala, the name

8    "Academy of the Sacred Heart" to "Convent of the Sacred Heart," which I received from the

9    California Secretary of Sate, Business Programs Division.

10        6.         Attached as **Exhibit D** is a true and correct copy of the Certificate of

11   Amendment and Consent to Amendment of Articles of Incorporation of the Convent of the

12   Sacred Heart San Francisco, California, July 2, 1953, which I received from the California

13   Secretary of Sate, Business Programs Division.

14        7.         Attached as **Exhibit E** is a true and correct copy of the Certificate of

15   Amendment of Articles of Incorporation of Convent of the Sacred Heart, June 2, 1977, which I

16   received from the California Secretary of Sate, Business Programs Division.

17        8.         Attached as **Exhibit F** is a true and correct copy of the Amended and Restated

18   Articles of Incorporation of Convent of the Sacred Heart, September 9, 1996, inter ala, changing

19   the name of the corporation to "Schools of the Sacred Heart - San Fransciso," which I received

20   from the California Secretary of Sate, Business Programs Division.

21        9.         Attached as **Exhibit G** is a true and correct copy of the Amended and Restated

22   Articles of Incorporation of Schools of the Sacred Heart - San Francisco, February 14, 2002,

23   which I received from the California Secretary of Sate, Business Programs Division.

24        I declare, under penalty of perjury and under the laws of the State of California, that the

25   foregoing is true and correct. Executed this 10th day of April 2008, in Santa Rosa, California.

26

          _____/S/_____

27        MICHAEL S. HENDERSON

28