# EXHIBIT A

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                      ---oOo---

4    JO ANNE WHITMAN,              )
                                   )
5           Plaintiff,             )
                                   )
6       vs.                        )    Case No. C 07-04127 WHA
                                   )
7    UNUM PROVIDENT CORPORATION    )
     and DOES 1 through 100,       )
8    inclusive,                    )    CERTIFIED COPY
                                   )
9           Defendants.            )
     ──────────────────────────────)

10

11

12

13

14          DEPOSITION OF JULI ALYCE DEVINCENZI

15            Thursday, February 21, 2008

16

17

18

19

20   Reported by:

21   LUEL J. SIMSON, CSR No. 4720

22   ────────────────────────────────────────────────

23

                    *SIMSON REPORTING*
24          *Certified Shorthand Reporters*
               *2200 Range Avenue, Suite 102*
25          *Santa Rosa, California   95403*
                    *(707) 578-7580*

                                                    1

1    A.    Yes.

2    Q.    At the end of this process, when the transcript is

3    prepared, you'll have an opportunity, if you like, to

4    review it and, generally, there's about 30 days or so that

5    you have to do this.  And when you review it, you can make

6    changes to your answers.  If you do make changes, though,

7    it could affect your credibility and it might suggest you

8    were dishonest -- it's unlikely, but it's one possibility.

9    It could suggest that you don't have a very good memory or

10   that your ability to be a historian or relate past events

11   is poor.

12        So, for those reasons or others, it might make you

13   less of a credible witness than if you hadn't made a change

14   so I want you to be aware of that and do your best today to

15   give complete, full and accurate answers to my questions.

16   Okay?

17   A.    Yes.

18   Q.    There may be something else I forgot; if it comes

19   up, we'll go over it.  Do you have any questions before we

20   start?

21   A.    No.

22   Q.    All right.  So we've marked as Exhibit 1 a

23   document with a heading, "Convent and Stuart Hall."  It's

24   addressed to Whom It May Concern, and it appears to be

25   written by or at least signed by you on February 7, 2008.

1          Can you look at the last page of Exhibit 1 and

2     tell me, is that your signature?

3          A.   Yes.

4          Q.   Did you prepare this document?

5          A.   No.

6          Q.   Did you review it before you signed it?

7          A.   Yes.

8          Q.   I'm going to ask you a variety of questions today

9     about the school and its relation to the Society of the

10    Sacred Heart and other details.  As a shorthand way of

11    getting at some of this, though, I'd like you to simply

12    confirm, if you can, that this is a true and accurate

13    statement as it relates to these topics.

14         A.   Yes.

15              MR. BURNITE:  I'm going to object; vague.

16    BY MR. HENDERSON:

17         Q.   Is there anything in this Exhibit 1 that you think

18    needs to be corrected to make it complete and accurate in

19    terms of the topics you were addressing?

20         A.   No.

21              MR. BURNITE:  Objection; vague and ambiguous,

22    overly broad.

23    BY MR. HENDERSON:

24         Q.   What is your position with -- is it Schools of the

25    Sacred Heart-San Francisco or "School"?

1    there is some information regarding some of the touch

2    points or points of relation between Schools of the Sacred

3    Heart-San Francisco and the Archdiocese.  Was that

4    information that you had knowledge of?  And we'll go

5    through the details, but do you generally have knowledge

6    about that topic?

7        A.    Yes.

8            MR. BURNITE:  Objection; vague and ambiguous,

9    compound, calls....

10   BY MR. HENDERSON:

11       Q.    What is the basis for your understanding of the

12   relation or the connection between Schools of the Sacred

13   Heart-San Francisco and the Archdiocese?

14       A.    Well, it was represented to me from the very day I

15   interviewed for my job we are not an Archdiocese school.

16   And I know from my regular interactions over the past nine

17   years that we have very little to do with the Archdiocese.

18       Q.    Exhibit 1 also has certain specific statements

19   about holy days, how they're observed and other occasions

20   where Mass or religious observance is conducted at the

21   school.

22           Do you have personal knowledge of that aspect of

23   Schools of the Sacred Heart-San Francisco?

24           MR. BURNITE:  Objection; vague and ambiguous,

25   overly broad, and it misstates the document.

15

1      Q.   "A Network School receives their charter

2   (accreditation) as a Sacred Heart School from the Religious

3   of the Sacred Heart, United States Province."

4      Is that something that you have knowledge of

5   based on being employed at School of the Sacred

6   Heart-San Francisco?

7      A.   Yes.

8      Q.   What is the Religious of the Sacred Heart?

9      MR. BURNITE:  Objection; calls for a narrative,

10  overly broad, vague and ambiguous.

11     THE WITNESS:  The Religious of the Sacred Heart is

12  the society that was founded by Sophie -- Madeleine Sophie

13  Barat in the 1800s, and it was brought to the United States

14  by Madeleine -- I'm sorry, I get my names a little mixed

15  up.  By Philippine Duchesne in 1818, and she founded the

16  United States Province.

17     Our school was established in 1887, and then the

18  Network was established in 1972, and we are a part of that

19  Network.  In order to be a part of that Network, we have to

20  go through the SHCOG process every six years.

21  BY MR. HENDERSON:

22     Q.   Can you -- I know that's an acronym.  Can you

23  spell those letters.

24     A.   Sacred Heart Commission on Goals.

25     Q.   Okay.  I didn't mean to interrupt your answer, if

17

1    you had more.

2        A.    I believe I answered your question.

3        Q.    Okay.  So the Religious of the Sacred Heart is the

4    same thing as the Society of the Sacred Heart?

5        A.    That's correct.

6        Q.    And the United States Province is a -- I don't

7    know if a subsidiary organization is the right word to use,

8    but it's part of the Religious of the Sacred Heart and it

9    specifically is for that Society's activities in the United

10   States?

11            MR. BURNITE:  Objection; vague.

12            THE WITNESS:  For the most part, they are one, the

13   Society of the Religious of the Sacred Heart and the

14   U.S. Province are the same thing.  They are the religious

15   order.

16   BY MR. HENDERSON:

17       Q.    I've seen in some documents a term used, "The

18   Provincial Team."

19       A.    Uh-huh.

20       Q.    Is that a part of the Religious of the Sacred

21   Heart?

22       A.    Yes.

23       Q.    Is the Provincial Team made up of members of the

24   Religious of the Sacred Heart?

25       A.    There are some lay members as well.

18

1    Q.    Is it run by one or more members of the Religious

2    of the Sacred Heart?

3    A.    Yes.

4    Q.    Now, on that same paragraph of Exhibit 1,

5    paragraph 3 on page 1, it goes on to state that there's an

6    accreditation process every six years.  Could you describe

7    for me what that accreditation process involves.

8        MR. BURNITE:  I need to interpose an objection,

9    I'm sorry, on the last question that "run by" is vague and

10   ambiguous.  Go ahead.

11   BY MR. HENDERSON:

12   Q.    Let me first ask you.  Is the accreditation you're

13   referring to there an accreditation by the Religious of the

14   Sacred Heart?

15   A.    The accreditation is by SHCOG, which is an agency

16   of the Religious of the Sacred Heart.  SHCOG, again, being

17   Sacred Heart Commission on Goals.

18   Q.    So the Sacred Heart Commission on Goals is a

19   commission that is part of Religious of the Sacred Heart?

20   A.    That's correct.

21   Q.    And it's organized and run by Religious of the

22   Sacred Heart?

23   A.    Yes.

24       MR. BURNITE:  Objection; vague and ambiguous.

25       MR. HENDERSON:  Okay.

19

1    Q.    So SHCOG is involved in accrediting, in some

2    fashion, Schools of the Sacred Heart-San Francisco?

3    A.    Yes.

4    Q.    Can you describe that process.

5    A.    It takes place every six years, and it's a

6    four-year process.  It's a reflection which results in

7    many, many discussions and a document.

8          The purpose of it is to ensure that our school is

9    educating and living out the Goals and Criteria of the

10   Society of the Sacred Heart.  That is what qualifies us to

11   be a Sacred Heart school and part of the Network.

12   Q.    If SHCOG determines that a school of the Sacred

13   Heart or a school that's in the network of schools of the

14   Sacred Heart is failing to meet the Goals and Criteria set

15   out by Religious of the Sacred Heart, is it possible for

16   the school to lose its membership in the network?

17   A.    I don't know that answer.

18   Q.    I guess what I'm trying to find out is if this

19   accreditation process has any teeth to it.  In other words,

20   is it something that is mandatory for Schools of the Sacred

21   Heart-San Francisco to meet in order to remain a Sacred

22   Heart school?

23          MR. BURNITE:  Objection; compound, vague.

24          THE WITNESS:  It is mandatory.  The purpose of it,

25   really, is to ensure that we're really living out the

20

1   goals.

2           The process is very lengthy.  It starts with us

3   doing self-reflection, putting that into writing,

4   submitting it to SHCOG.  They review it, they come back to

5   us with questions.

6           We then have to set up a whole another set of

7   discussions to talk about their questions and reflect

8   again.  And then we have to come up with an action plan of

9   how we continue -- how we plan to continue to live out the

10  Goals and Criteria.

11          I don't know if there's ever been a case where

12  they've said, "Sorry, you're not cutting it," but it's a

13  very interactive process of ensuring that you continue to

14  live the goals.

15  BY MR. HENDERSON:

16      Q.   Okay.  So you know of no example where a school

17  anywhere within the Network of Sacred Heart Schools has

18  lost its accreditation from SHCOG.

19      A.   No, I do not.

20          MR. BURNITE:  Objection; lack of foundation.

21  BY MR. HENDERSON:

22      Q.   Now, the Religious of the Sacred Heart, what is

23  its connection to the Roman Catholic Church?

24          MR. BURNITE:  Objection; overly broad, calls for a

25  narrative.

                                                          21

```
 1              MS. FOCHTMAN:  If you know.

 2              THE WITNESS:  If I know.  Can you repeat the

 3    question.

 4              MR. HENDERSON:  Yes.

 5       Q.    The Religious of the Sacred Heart, is it a part of

 6    the Roman Catholic Church?

 7              MR. BURNITE:  Same objection.

 8              THE WITNESS:  We are not an Archdiocese school; we

 9    are an independent Catholic school.

10    BY MR. HENDERSON:

11       Q.    Okay.  My question, though, is about the Society

12    of the Sacred Heart, the Religious of the Sacred Heart.  Is

13    that organization a part of the Roman Catholic Church?

14              MR. BURNITE:  Same objection.

15              THE WITNESS:  Yes.

16    BY MR. HENDERSON:

17       Q.    And the founder -- what was her name, again?

18    Madeleine something?

19       A.    St. Madeleine Sophie Barat; B-a-r-a-t.

20       Q.    B-r-a- --

21       A.    B-a-r-a-t.  It's French.

22       Q.    So St. Madeleine Barat, she was sainted by the

23    Roman Catholic church?

24       A.    I don't know who she was sainted by.

25       Q.    Is she considered to be a saint in the Roman
```

1   Catholic Church?

2       A.    She would be, yes.

3       Q.    And she was one of the founders, anyway, of

4   the....

5       A.    She was the founder of the original.

6       Q.    Okay.  And are the Religious of the Sacred Heart

7   considered sisters or nuns within the Roman Catholic

8   Church?

9       A.    Yes.

10      Q.    What do they refer to themselves as?  I guess

11  "sister" or "nun" may be a dated term.

12      A.    Sisters.

13      Q.    Sisters, okay.

14      A.    Or RSCJ.

15      Q.    And RSCJ, that's an acronym for a French phrase?

16      A.    Yes, yes.

17      Q.    And can you pronounce it?

18      A.    No, I cannot.

19      Q.    I saw it written down and I was not going to try

20  myself.

21      A.    No; it's tricky.

22      Q.    Okay.  But where we see someone's name in a

23  document followed by the initials "RSCJ," that refers to a

24  sister or nun within the Religious of the Sacred Heart.

25      A.    That's correct.

23

1    Q.    Is there any other identification that is used

2    along with the person's name to indicate that they're a

3    sister or a nun in the Religious of the Sacred Heart?

4    A.    It usually goes Sister, then last name, comma,

5    RSCJ.

6    Q.    In paragraph 4 on page 1 of Exhibit 1, you state,

7    "The School pays dues to the Network," and you're referring

8    here to the Schools of the Sacred Heart-San Francisco

9    paying dues to the Network of Sacred Heart Schools?

10    A.    That's correct.

11    Q.    Do you know how much per year, on average, those

12    dues amount to?

13    A.    I do not.

14    Q.    Is that something that's processed in a different

15    part of Schools of the Sacred Heart than your department?

16    A.    It's processed by Donna Morgan, who wrote this

17    document.  Again, the Executive Assistant to the Director

18    of Schools.

19    Q.    Okay.  So Donna Morgan wrote Exhibit 1?

20    A.    Yes.

21    Q.    And then you reviewed it for accuracy and signed

22    it?

23    A.    That's correct.

24        MR. BURNITE:  Can we go off the record for a

25    moment.

24

1    organization -- strike that.

2            Is Network of Sacred Heart Schools a part of the

3    Religious of the Sacred Heart?

4      A.    It's considered a separate identity, but it is

5    part of the organizational structure.

6      Q.    Of?

7      A.    Of the Society of the Sacred Heart.

8      Q.    Okay.  And again, just so the record is clear, we

9    can interchangeably use the term "Society of the Sacred

10   Heart" or "Religious of the Sacred Heart."

11     A.    That's correct.

12     Q.    Do you know if the Network of Sacred Heart Schools

13   is controlled by the Religious of the Sacred Heart?

14     A.    Yes, it is.

15     Q.    So the fees or the annual dues paid to the Network

16   of Sacred Heart Schools, is that essentially a payment to

17   the Religious of the Sacred Heart?  Is that essentially

18   what it is?

19            MS. FOCHTMAN:  Objection; that misstates the

20   document.

21            You can answer if you know.

22            THE WITNESS:  I don't know.

23   BY MR. HENDERSON:

24     Q.    Do you know what the purpose of the dues to the

25   Network are, why they're paid?

26

1    Independent Schools?

2        A.    Yes.

3        Q.    Who would be the best person to ask about that?

4        A.    I'm not sure.  I could certainly find out.

5        Q.    Okay.  Now, still in paragraph 4, we're down to

6    the third sentence.  Or, actually, the fourth sentence.  It

7    says, "The San Francisco School completes some survey

8    information to the San Francisco Archdiocese," and then it

9    goes on to describe some of the details about that

10   information.

11            Is "the San Francisco School" referred to there

12   the Schools of the Sacred Heart-San Francisco?

13       A.    Yes.

14       Q.    And "the San Francisco Archdiocese" is the

15   Archdiocese for the Roman Catholic Church?

16       A.    Yes.

17       Q.    Do you know why the survey information is given to

18   the Archdiocese?

19       A.    They request it.

20       Q.    Do you know why the Schools of the Sacred

21   Heart-San Francisco agrees to that request?

22       A.    No.

23       Q.    Now, it says the information completed is

24   "primarily, enrollment statistics and faculty race/religion

25   statistics."

                                                              28

1             Do you know why that particular information is of

2      interest to the Archdiocese?

3             MR. BURNITE:  Objection; calls for speculation.

4             THE WITNESS:  No.

5      BY MR. HENDERSON:

6          Q.   Do you have any understanding of why Schools of

7      the Sacred Heart-San Francisco is being asked for that

8      information?

9          A.   No.

10          Q.   Who would we be able to talk to at Schools of the

11      Sacred Heart-San Francisco to understand why that

12      information is asked for?

13          A.   I'm not sure, but I could find out.

14          Q.   What other information is given to the

15      Archdiocese?  This sentence here says primarily the

16      statistics, and that suggests to me perhaps there's

17      something else.  Do you know what else?

18          A.   I don't.

19          Q.   And who would know at Schools of the Sacred Heart?

20          A.   I don't know, but I could find out.

21          Q.   The last sentence of paragraph 4 on page 1 of

22      Exhibit 1 says, "The School pays a small yearly fee to the

23      Provincial and every six years an accreditation fee."

24             Now, again, "the School" is referring to Schools

25      of the Sacred Heart-San Francisco?

29

1       A.      That's correct.

2       Q.      And "the Provincial," is that the United States

3  Province of Religious of the Sacred Heart?

4       A.      Yes.

5       Q.      So if I understand this correctly, there are

6  annual dues paid to the Network of Sacred Heart Schools.

7  Correct?

8       A.      Yes.

9       Q.      And then, in addition to that, there is a yearly

10  fee paid directly to the United States Province of

11  Religious of the Sacred Heart?

12      A.      Yes.

13      Q.      And then this additional accreditation fee that

14  comes around every six years.

15      A.      Yes.

16      Q.      Are there any other payments or financial --

17  strike that.

18              Is there any other money that goes from Schools of

19  the Sacred Heart-San Francisco to the Religious of the

20  Sacred Heart in any fashion through any avenue?

21      A.      Not that I'm aware of.

22      Q.      Are you familiar with the Bylaws for Schools of

23  the Sacred Heart-San Francisco?

24      A.      Not particularly.

25      Q.      So the information about the Bylaws in Exhibit 1,

                                                              30

1  is that something you can verify as being accurate or not?

2      A.    I can verify it by looking in the documents

3  because we have provided the Bylaws.

4      Q.    Okay.  Would you be able -- and I'll show you the

5  Bylaws a little bit later, but would you be able to tell me

6  whether or not the document I'm showing you is, in fact, a

7  true and correct copy of the Bylaws for Schools of the

8  Sacred Heart-San Francisco?

9      A.    Yes.

10      Q.    And you'd be familiar with that document because

11  you've worked at the school nine years?

12      A.    Yes; and I've looked through that document, yes.

13      Q.    Okay.  Is that document something that you see as

14  part of your job, either in providing orientation to the

15  employees or in some other way?

16      A.    That document itself is not something I work with,

17  but many of the things in it are things -- there's job

18  descriptions which I created in all of those.  So there are

19  documents I'm extremely familiar with, documents that I've

20  created in there.  So there are portions of it that I'm

21  very familiar with and portions that I'm not familiar with.

22      Q.    Okay.  If we look at paragraph 6, the last one on

23  page 1 of Exhibit 1, I want to focus on the second sentence

24  initially.  It says, "The Archdiocese includes the school

25  in its listings but does not provide any funding."

31

1        So let's break that apart.  "The Archdiocese

2   includes the school in its listings."  What listings are

3   you talking about?

4        A.    The Catholic Directory.

5        Q.    National --

6        A.    The National Catholic Directory.  We're listed in

7   that.

8        Q.    And that's a document which is put out by the

9   Roman Catholic Church?

10       A.    By the Archdiocese --

11            MR. BURNITE:  Objection; vague.

12            THE WITNESS:  -- as I understand it.

13  BY MR. HENDERSON:

14       Q.    Okay.  And the Archdiocese covers what geographic

15  area, if you know?

16       A.    I don't know.

17       Q.    But it certainly includes San Francisco.

18       A.    Yes.

19       Q.    Do you know why Schools of the Sacred

20  Heart-San Francisco is included in the National Catholic

21  Directory?  Is it something that the school is asked to be

22  included in or is it something that they're put in without

23  any request on their part, or what?

24       A.    We have asked to be put in there.  We are a

25  Catholic school.

                                                              32

1  school pays dues two-thirds less than that of parochial or

2  archdiocesan schools."  Stop there.  That's not the full

3  sentence, but let's take that first point.

4          What dues are you talking about there?

5      A.   I don't know.

6      Q.   Is it your understanding that Schools of the

7  Sacred Heart-San Francisco pays some kind of due or fee to

8  the Archdiocese?

9      A.   Yes.

10          MR. BURNITE:   Objection.

11  BY MR. HENDERSON:

12      Q.   And do you know how much that is?

13      A.   No.

14      Q.   Is it a yearly fee?

15      A.   I believe so.

16      Q.   Is it based on a -- what's the phrase used -- per

17  capita or, basically, a per-student charge?

18      A.   I don't know.

19      Q.   Do you know what the fee is for?

20      A.   No.

21      Q.   Who could we ask at Schools of the Sacred Heart-

22  San Francisco about those details?

23      A.   Probably Donna Morgan.

24      Q.   The two-thirds less idea here, somehow Schools of

25  the Sacred Heart-San Francisco pays less than other schools

34

1   names of each one?

2       Q.    Yes; if you could, please.

3       A.    The Convent of the Sacred Heart Elementary is

4   Sister Anne Wachter.   She's our only RSCJ.

5       Q.    Anne Wachter?

6       A.    A-n-n-e; W-a-c-h-t-e-r.

7       Q.    Okay.

8       A.    That's the girls elementary.   The boys elementary,

9   which is called Stuart Hall for Boys, the head of the

10  school is Jaime Dominguez.  H-a-i-m-e.   I'm sorry.

11  J-a-i-m-e.

12      Q.    J-a-i-m-e?

13      A.    Yes.  Dominguez, with a "g."   D-o-m-i-n-g-u-e-z.

14            At the Convent of the Sacred Heart High School,

15  which is the girls high school, the current head is Douglas

16  Grant.

17      Q.    Okay.

18      A.    And Stuart Hall High School, boys high school, is

19  Gordon Sharafinski; S-h-a-r-a-f-i-n-s-k-i.

20      Q.    Okay.  If you could look at page 2 of Exhibit 1.

21  We're still in that same paragraph, we're now at the top of

22  page 2.  The first full sentence in the paragraph at the

23  top of page 2 of Exhibit 1 says:

24            "The Archdiocese oversees the yearly

25            report to the National Catholic

42

1          Education Association, which is a one

2          page report per school of enrollment

3          and faculty numbers, as well as

4          physical address, phone number, website

5          and head of school that is used for the

6          listing in the National Catholic

7          Directory."

8          What is this one-page yearly report that is

9    referred to there?

10       A.    I don't know.

11       Q.    There are some documents that we'll look at

12   later -- by the way, did you have a chance to review the

13   set of documents that your attorney sent to myself and --

14       A.    Yes.

15       Q.    Okay.  Do you remember seeing in there there were

16   a couple of very simple statistics that were listed; one

17   was on faculty and one was on the students?

18       A.    Yes.

19       Q.    Do you know if those pages that we've received are

20   the yearly report or examples of the yearly report that's

21   referred to in this sentence?

22       A.    I don't know.

23       Q.    Okay.  Who could we ask about that?

24       A.    I requested that from Pamela Thorp, who is the

25   Director of Admissions.

1     Q.    Is she involved in providing the Archdiocese with

2   information for the one-page report?

3     A.    I don't know.

4     Q.    It says here that, "The Archdiocese oversees the

5   yearly report."  What does that mean?

6           MR. BURNITE:  Objection; calls for speculation,

7   lack of foundation.

8           THE WITNESS:  I don't know.

9   BY MR. HENDERSON:

10    Q.    Would Pamela Thorp be the person to ask about what

11  exactly the Archdiocese does with respect to overseeing the

12  yearly report?

13          MR. BURNITE:  Objection; misstates testimony,

14  vague and ambiguous.

15          THE WITNESS:  I don't think so.

16  BY MR. HENDERSON:

17    Q.    So in terms of what the Archdiocese's involvement

18  is in the preparation of this yearly report, who could we

19  ask?

20    A.    Either the Director of Schools or her assistant.

21    Q.    The next sentence in that same paragraph, at the

22  top of page 2, Exhibit 1 says, quote:

23          "It is this membership in the National

24           Catholic Education Association and the

25           subsequent yearly listing in the

1            National Catholic Directory that

2            provides the School's non-profit

3            status."

4            Is that a topic that you have personal knowledge

5    about?

6        A.    No.

7        Q.    Do you know where that information came from?

8        A.    This was written by Donna Morgan.

9        Q.    Do you know where she got it?

10       A.    No.

11       Q.    Do you have any understanding about what

12   the relationship is between Schools of the Sacred

13   Heart-San Francisco's membership in the National Catholic

14   Education Association and its status as a nonprofit entity?

15       A.    No.

16       Q.    Now, I understand that it's correct to say

17   that, to be a teacher at Schools of the Sacred

18   Heart-San Francisco, you don't have to be Catholic.  Right?

19       A.    That is correct.

20       Q.    There are some educational materials we'll go

21   through a little bit later that, obviously, are based in

22   Catholic theology.  How does the school ensure that the

23   people it hires to teach have the knowledge and the ability

24   to provide Catholic-based education to the students?

25            MR. BURNITE:  Objection; vague and ambiguous.

1          Do you have any understanding of what is offered

2     to those other students?

3          A.    No.

4          Q.    Do you know whether or not all students, Catholic

5     or not, are required to take the religion courses at

6     Schools of the Sacred Heart?

7          A.    Can you repeat the question.

8          Q.    Yeah.   Are non-Catholic students at Schools of the

9     Sacred Heart-San Francisco required to take the religion

10    instruction courses that the school offers?

11         A.    Yes.

12         Q.    So the only thing that non-Catholics are allowed

13    to decline would be training for the sacrament of the

14    Communion, as far as you know.

15         A.    As far as I know, yes.

16         Q.    But other theological teachings, they're required

17    to go to those classes and learn those.

18         A.    Yes.

19         Q.    Now, this is a little confusing to me.   The next

20    two sentences of that paragraph on page 2 of Exhibit 1 say,

21    quote, "The School cannot conduct weddings or any other

22    sacraments."

23         We went through a list, there's perhaps more than

24    I know.   So that sentence, taken in isolation, seems to say

25    to me they can't perform any sacraments.   But then the next

52

1    sentence says, quote, "All other sacraments are given in

2    the parishes," which suggests, perhaps, maybe some are

3    given at the school.

4            I'm a little unclear as to what this means.  Can

5    you explain to me what sacraments, if any, are given at the

6    Schools of the Sacred Heart-San Francisco.

7            MR. BURNITE:  Objection; lack of foundation, asked

8    and answered, vague and ambiguous.

9            THE WITNESS:  I don't believe there are any

10   offered at our school, but I'd have to double-check that.

11   BY MR. HENDERSON:

12       Q.   Okay.  Is there an on-site facility at Schools of

13   the Sacred Heart-San Francisco for holding religious

14   services?

15       A.   We have a chapel.

16       Q.   Is Mass held at the chapel?

17       A.   Yes.

18       Q.   Who conducts Mass when it is held at the chapel?

19       A.   We have to hire a priest.

20       Q.   Does that priest come from the Archdiocese here in

21   San Francisco?

22       A.   I don't know.

23       Q.   When you say, "hire a priest," does the school pay

24   for the priest's services to come and perform Mass?

25       A.   We do.

1        Q.    How many Masses are held at Schools of the Sacred

2   Heart-San Francisco in a given school year?

3        A.    I don't know.

4        Q.    Is it monthly?  At least monthly?

5        A.    I have -- I read something that said monthly, I

6   read something else that said less often, so I'm not clear.

7        Q.    Are other religious services held in the chapel

8   besides Mass?

9        A.    No.

10             MR. BURNITE:  I'm sorry; what was the question?

11             MR. HENDERSON:  Are other religious services held

12   in the chapel besides Mass.

13             MR. BURNITE:  Objection; vague and ambiguous.

14             THE WITNESS:  Not that I'm aware of.

15   BY MR. HENDERSON:

16        Q.    So when a religious service is conducted in the

17   chapel at Schools of the Sacred Heart-San Francisco, it is

18   a Mass, a Communion?

19        A.    I'm not sure.

20             MR. BURNITE:  Objection; vague.

21   BY MR. HENDERSON:

22        Q.    The next sentence, of that paragraph on page 2,

23   Exhibit 1 says, "The School does hold family mass on

24   Sundays five times a year and the schools do have

25   celebratory masses on occasions, including the Convocation

                                                            54

1   mass."

2          So let's break that apart.  Family mass.  What is

3   that?

4      A.   I don't know.

5      Q.   I could speculate, possibly, it's when family

6   members come to the Mass with their kids, but I don't know.

7   Do you have any knowledge of that at all?

8          MR. BURNITE:  Objection; asked and answered.

9          THE WITNESS:  I could speculate that as well, but

10  that's about the extent of it.

11  BY MR. HENDERSON:

12     Q.   Who could we ask --

13         MR. BURNITE:  Also calls for speculation.

14  BY MR. HENDERSON:

15     Q.   Who could we ask about the types of Masses that

16  are held at the school?

17         MR. BURNITE:  Calls for speculation.

18         THE WITNESS:  Heads of the School, I think, would

19  be the best to answer that.

20  BY MR. HENDERSON:

21     Q.   Okay.  What is a celebratory Mass?

22     A.   Christmas, Easter.

23     Q.   Are those the only two that...?

24     A.   I think there are others, I'm not aware of what

25  they are.

1    Q.    Which ones are celebrated at the Schools of the

2    Sacred Heart-San Francisco?

3    A.    I don't know.

4    Q.    All right.  What is a convocation Mass?

5    A.    Convocation is held at the very beginning of the

6    school year.  It's considered, like, a celebration of the

7    opening of the school year.  We call every single

8    employee's name to recognize their involvement in the

9    school and there is a Mass.

10   Q.    Have you, during your nine years of service at the

11   school, gone to any of the Masses that are held at the

12   chapel?

13   A.    I've been to all of the convocations.

14   Q.    When the convocation Mass is held, does that

15   involve the Holy Communion or a Holy Eucharist?

16   A.    Yes.

17   Q.    Do all students participate in that?

18   A.    There are no students at convocation.  It's all --

19   it's employees only.

20   Q.    Do all employees participate?

21   A.    No.

22   Q.    What do the non-Catholic employees do at the

23   convocation Mass?

24        MR. BURNITE:    Objection; vague and ambiguous,

25   calls for a narrative, calls for speculation.

56

1          THE WITNESS:  We just sit there.

2    BY MR. HENDERSON:

3       Q.   Is it mandatory that the staff attend a

4    convocation Mass?

5       A.   It is.

6       Q.   Whether they're Catholic or not, they need to

7    come.

8       A.   That's correct.

9       Q.   They don't have to participate in the Communion,

10   the Holy Communion, if they're not Catholic.

11      A.   That's right.

12      Q.   Are any of the other Masses mandatory for staff?

13      A.   No.

14      Q.   Are all of the Masses held at the chapel at

15   Schools of the Sacred Heart-San Francisco mandatory for its

16   students?

17      A.   Yes -- well, the ones that are during the school

18   day.  You know, the Sunday ones I don't believe are because

19   they're -- well, most Catholic people will have their own

20   parish so they would go to their own parish on Sunday.

21      Q.   Okay.  But school day -- strike that.

22           Masses held during the school week, are all of

23   those mandatory for the students?

24      A.   Yes, they are.

25      Q.   And is that true whether or not they're Catholic?

1    A.    Yes.

2    Q.    And, again, what a student will do at the Mass

3  might vary depending on whether they're Catholic or not,

4  that's --

5    A.    Yes.

6    Q.    Those are details we'd need to ask of someone

7  else.

8    A.    Yes.  I --

9    Q.    Go ahead.

10    A.    I would imagine it's handled the same way as the

11  employee assemblies or employee Mass.  If you are not

12  Catholic, you just don't participate in the Holy Mass.  The

13  Holy Communion, that is.

14    Q.    So you'd participate in song and prayer and other

15  spoken parts of the ceremony, but not taking the sacrament?

16          MR. BURNITE:  Objection; calls for speculation,

17  lacks foundation.

18          THE WITNESS:  For clarification, I don't.  I mean,

19  I can give you my experience in Mass as well as the other

20  people around me.  I don't sing, I don't pray.

21  BY MR. HENDERSON:

22    Q.    Okay.

23    A.    I don't necessarily bow my head.

24    Q.    All right.  By the way, we've been going a little

25  over an hour.  We can take a break any time you need.  This

58

1   will be, unfortunately, probably a several-hour process.

2   I'll go as quickly as I can.  Of course, Mr. Burnite will

3   have questions as well.

4           Would you like a break now?

5   A.    I'm okay.

6           MS. FOCHTMAN:  I'm fine.

7           MR. BURNITE:  That's fine.

8           MR. HENDERSON:  Okay.  We'll keep going.

9   Q.    The third full paragraph on page 2 of Exhibit 1

10  states that:  "The school lists holy days and holy days of

11  obligation on the school calendar as well as advent and

12  Lenten dates, but only gives Christmas, Easter and Good

13  Friday off."

14          So, again, let's try to break this down to

15  understand it.  What is the difference between holy days

16  and holy days of obligation?

17  A.    I don't know.

18  Q.    What is a holy day?

19  A.    I could speculate, as you say.

20  Q.    No; but if you have an understanding, even a

21  partial one, you can give me that.

22  A.    I mean, I believe it to be a day that has some

23  sort of religious meaning or some sort of religious

24  observation based on an event that happened at some point

25  in history.

59

1    date" or "dates" refers to?

2        A.    I'm not sure.

3        Q.    Okay.  The next sentence in that paragraph on

4    page 2 of Exhibit 1 says, "Ash Wednesday services take

5    place as do All Saints day observances, but other masses or

6    religious observances at school are primarily Sacred Heart

7    Feast days."

8              So "Ash Wednesday services."  Does that refer to a

9    Mass?

10       A.    I'm not sure.

11       Q.    "All Saints day observances."  What is that?

12       A.    I don't know.

13       Q.    Who could we ask about those details?

14       A.    Heads of the Schools.

15       Q.    What are Sacred Heart Feast days?

16       A.    I don't know the details, but there are

17   celebrations around the different events.  For example, the

18   birth date of Madeleine Sophie Barat, some of the founders

19   of the Sacred Heart.  And it is addressed.  There is a --

20   almost like a glossary in here that address some of the

21   events.

22       Q.    The Sacred Heart Feast days are?

23       A.    Uh-huh.

24       Q.    Okay.  Now, the next sentence of that paragraph on

25   page 2 of Exhibit 1 says, "The School also lists Rosh

1    Hashanah and Yom Kippur and Hanukkah on the School

2    calendar."

3          Are any of those Jewish events or holidays

4    celebrated at the school?

5        A.    I don't think so.

6        Q.    Are there any Jewish religious services conducted

7    at the school?

8        A.    I don't think so, no.

9        Q.    Are there any religious services conducted at the

10   school that are non-Catholic?  So it could be anything.

11   Buddhist, Hindu, non-Catholic Christian Protestant-type

12   services.  Anything like that?

13       A.    I don't think so.

14       Q.    Okay.  I'll take that back from you.  If you need

15   to refer to Exhibit 1 for any reason during the rest of my

16   questioning, just ask.  But I want to give it back to the

17   court reporter, make sure it doesn't get lost.

18          Mark this as No. 2.

19                        (Deposition Exhibit No. 2 was
                          marked for identification.)
20

21   BY MR. HENDERSON:

22       Q.    So I've put in front of you what we've marked as

23   Exhibit 2 which, off the record, we discussed it with your

24   attorney and, apparently, is only a part of the handbook

25   for Schools of the Sacred Heart.

62

1    but there's a singular use of the term "God" here and,

2    obviously, some religions have multiple gods.  Was there

3    some distinction made between the Christian faith versus

4    others in this goal?

5        A.    This is the -- this is the real short version of

6    these goals.  It's helpful to look further into the

7    document at the expanded version of the goals --

8        Q.    Okay.

9        A.    -- where there's more information suggested.  It

10    does suggest a personal relationship with God and

11    spirituality.  In the SHCOG process, the discussions that

12    we have are about the fact that there's not necessarily one

13    God.

14        Q.    Okay.

15              Let's go off the record for a second.

16              (Off the record.)

17    BY MR. HENDERSON:

18        Q.    Off the record, I've numbered on the right bottom

19    corner of Exhibit 2 pages 1 through 23 for this exhibit.

20    Can you turn to page No. 8.  This is "Goals and Criteria

21    for Sacred Heart Schools in the United States."

22              Is this part of the handbook that's given to

23    members or trustees on the board?

24        A.    Yes.

25        Q.    If you'd turn to page 12.  There are foundational

1    principles, five of them, listed here.  Were these

2    articulated by the Religious of the Sacred Heart?

3        A.    Yes.

4        Q.    And I've seen elsewhere, I'll probably come to it

5    as we go forward today, a document that states that the

6    foundational principles are non-negotiable for Schools of

7    the Sacred Heart.  Is that correct?

8        A.    I've never heard the term "non-negotiable."

9        Q.    Okay.  Is it your understanding that the five

10   foundational principles articulated here are binding on all

11   Schools of the Sacred Heart?

12       A.    I've never heard the term "binding," but we have

13   to live them out in order to be a Sacred Heart school.

14       Q.    All right.  The first one says, quote:

15             "In the *Goals and Criteria*, the Society

16             of the Sacred Heart defines the mission

17             of the school as part of the Society's

18             educational mission in the Catholic

19             church."

20             What does that mean?

21             MR. BURNITE:  I'd object to the extent it lacks

22   foundation and calls for speculation.

23             THE WITNESS:  I don't know how to define that.

24   BY MR. HENDERSON:

25       Q.    It sounds like a mission statement for the school.

66

1   Do you have any understanding of what is meant by "the

2   Society's educational mission in the Catholic church"?

3           MR. BURNITE:  Same objections.

4           THE WITNESS:  Well, the five goals are their

5   educational mission.

6   BY MR. HENDERSON:

7       Q.   And those refer to the goals set out on page 2 of

8   Exhibit 2?

9       A.   Yes.

10      Q.   Look at page 13.  This may have been what you were

11  referring to earlier.  This takes Goal No. 1, concerning

12  the personal active faith in God, and gives some additional

13  detail.

14          Are these seven items meant to explain in greater

15  detail what educating to "a personal and active faith in

16  God" means?

17      A.   Yes.

18      Q.   Most of these refer, in one fashion or another, to

19  a Christian faith, sometimes specifically referring to

20  Jesus Christ, referring to the Spirit of God.

21          Item No. 6 says:

22          "The school fosters inter-religious

23          acceptance and dialogue by educating to

24          an understanding of and deep respect

25          for the religions of the world."

1              Is it accurate to say that Schools of the

2     Sacred Heart-San Francisco teaches religion from a

3     Catholic/Christian perspective while informing students

4     of other faiths?

5          A.    I don't know if they inform them of other faiths,

6     but they accept other faiths and they are inclusive.

7          Q.    But the religious instruction is a Catholic

8     religious instruction.

9          A.    I believe so, yes.

10         Q.    And Goal No. 7 -- or Item No. 7, under Goal I on

11    page 13 of Exhibit 2, says:

12              "The school presents itself to the

13              wider community as a Christ-centered

14              institution and as an expression of the

15              mission of the Society of the Sacred

16              Heart."

17              Breaking those apart, what does it mean to present

18    the school "as a Christ-centered institution"?

19         A.    It's a Catholic institution.

20         Q.    And then what does it mean to present the school

21    "as an expression of the mission of the Society of the

22    Sacred Heart"?

23         A.    I believe that to mean that we do represent

24    ourselves as a Catholic school.

25         Q.    Since -- go ahead.

68

1      A.    Which is guided by the mission of the Society of
2    the Sacred Heart.
3      Q.    Okay.  Turn to page 16 of Exhibit 2.
4            Go off the record.
5            (Off the record.)
6            MR. HENDERSON:  Go back on.
7      Q.    On page 16, we're looking at Goal No. IV, which is
8    stated here to be, "Schools of the Sacred Heart commit
9    themselves to educate to the building of community as a
10   Christian value," and then there are seven items underneath
11   that.
12           Again, are these seven items meant to articulate
13   further what Goal No. IV means?
14     A.    Yes.
15     Q.    Item No. 1 says:
16           "The school implements an ongoing plan
17           for educating both adults and students
18           in the heritage and mission of Sacred
19           Heart education."
20           What does the school do, specifically, to educate
21   adults and students in the heritage and mission of the
22   Sacred Heart education?
23     A.    Well, we have an excellent professional
24   development program, and so, obviously, we're able to
25   educate our faculty and central services.  And there are --

69