1    working with the Network of the Sacred Heart, there are

2    opportunities to go back to the first school.  Every year

3    they have a three-day conference there.

4           I don't believe that students go to it, but adults

5    may go to those conferences and you learn a lot about the

6    heritage and mission.

7       Q.   Is that first school in France?

8       A.   No; it's in Saint Charles, Missouri.

9       Q.   Oh, the first school founded here in America.

10      A.   Yes.  And all of the Network schools are invited

11   to it.  I was supposed to go this year, but I can't, but

12   it's supposed to be a really incredible experience, where

13   they -- you're just drenched in the history of the schools

14   and how they came to be.

15      Q.   Which is, largely, a history of the Society of the

16   Sacred Heart.  Correct?

17      A.   Yeah, and very much so.  They tell stories about

18   these sisters who -- what hardship they had to go through

19   in order to cross the seas and establish these schools.

20      Q.   What was the name, again, of the sister who came

21   to America?

22      A.   Philippine Duchesne.  The spelling -- it's a tough

23   one.

24      Q.   It's all right.  I think it's in the documents.

25           Yeah, I read some of the materials about her

70

1   struggles to expand west, I guess, primarily.  It's amazing

2   what she went through.

3       A.   It is.

4       Q.   Other than these seminars or retreats where people

5   go and learn about the history of the society and its

6   educational mission, are there other programs for adults

7   that Schools of the Sacred Heart-San Francisco engages in?

8       A.   It would be hard for me to physically name them,

9   but there's a -- there's a very constant daily type of --

10  sometimes in the form of an E-mail sent to the whole

11  community, just as a reflection.  There just seems to be a

12  constant reference to the Goals and Criteria.

13      Q.   How about religious education for staff and

14  faculty.  Obviously -- well, we'll get to the statistic,

15  but roughly half or so are Catholic, half are not.

16      A.   Uh-huh.

17      Q.   Is there any ongoing religious education for the

18  staff at Schools of the Sacred Heart?

19      A.   I'm not aware of any.

20           And can I just clarify that when you say

21  "staff" -- because, as the H.R. person, there's faculty and

22  staff -- you mean employees.  Right?

23      Q.   Yeah.  Well, I don't want to jump ahead, but

24  there's a sheet that I'll attach later that, basically,

25  shows faculty, slash, employees of the school.

1        A.    Uh-huh.

2        Q.    And there's 121 Catholics and 115 non-Catholics,

3    at least as of the date this was prepared.

4        A.    Uh-huh.

5        Q.    So that's what I'm referring to.

6        A.    That's what you're referring to.

7        Q.    I don't know if that's limited to faculty or if

8    it's everybody.

9        A.    It's faculty and staff, that's all employees.  So

10    when you say "staff," I'll just assume we're talking about

11    all employees.

12        Q.    Okay.  The students at Schools of the Sacred

13    Heart-San Francisco, are they taught this history, also,

14    about the Society of the Sacred Heart and --

15        A.    Yes.

16        Q.    -- the various figures in history that moved the

17    society forward?

18        A.    Yes.

19        Q.    Go to page 18 of Exhibit 2.  I'm not entirely sure

20    where in the handbook this shows up because, again, we

21    appear to only have received excerpts of the handbook from

22    your attorney, but the top of the page says, "Design for

23    the Future Leadership Plan 2005-2010."

24              I want to look at Point I.01 at the top of the

25    page there.  It says, "Develop strategies that will impart

1    the heritage and" -- I'm not actually sure how to say it.

2    Is it charism --

3        A.    I don't know that word.  I'm not sure.

4        Q.    -- c-h-a-r-i-s-m.  "Of the Sacred Heart to the

5    community."  What does that refer to?

6              MR. BURNITE:  Objection; vague and ambiguous.  The

7    document says what it says.

8              I'm sorry.  Vague and ambiguous.

9              THE WITNESS:  Well, every year, every school

10   chooses a theme.  Let me preface it by saying that I'm not

11   sure that what I'm saying specifically addresses this, but

12   to -- well, let me back up.  So this is the Board of

13   Trustees and so....

14             I'm not sure how to answer that question.

15   BY MR. HENDERSON:

16       Q.    Who would we be able to ask about, you know, what

17   the Board of Trustees does to develop strategies to

18   implement and to impart the heritage, et cetera, that this

19   is referring to?

20             MR. BURNITE:  Calls for speculation.

21             THE WITNESS:  I'd say the Head of the School --

22   I'm sorry.  The Director of Schools.

23   BY MR. HENDERSON:

24       Q.    Okay.  Look down further on page 18 of Exhibit 2,

25   Section I.03.  It, apparently, is laying out a strategy for

1    the board here as well.  It says to, quote:

2            "Affirm our tradition as a Catholic and

3            Independent school, and our commitment

4            to an environment that encourages all

5            members of our School community to grow

6            in their own faith and traditions."

7            As I read that, it seemed like there was a tension

8    or a balancing of two competing things there; one was a

9    Catholic tradition and one was people's other faith or

10   traditions.  Do you know what is being referred to here,

11   what the board is being asked to do?

12        A.    I do.  The current SHCOG that we're going through

13   is really asking us to reflect on how it is that we can be

14   a clearly Catholic organization and, yet, be inclusive and

15   how can we remain true to the Catholic religion and, yet,

16   welcome other members.  It's a huge challenge.  And so

17   they're really asking us to think long and hard about how

18   we can really do that.

19        Q.    Okay.  Have any concrete answers or strategies

20   been decided on yet?

21        A.    No.

22        Q.    Now, this is a five-year plan, it looks like,

23   given the date at the top, 2005 through 2010.

24        A.    Uh-huh.

25        Q.    Is this part of the SHCOG process?

1      A.    I'm not sure.  I'm not sure.  I think it is, but

2    I'm not sure.

3      Q.    Okay.  Subparagraph "a" of Section I.03 on page 18

4    of Exhibit 2 says, quote:  "Recognize the Catholic faith as

5    the foundation of Sacred Heart education."

6            Is it an accurate statement that Schools of the

7    Sacred Heart-San Francisco recognizes and promotes Catholic

8    faith as the foundation of its education while trying to be

9    open and respectful of other faith traditions?

10     A.    Yes.

11           MR. BURNITE:  Objection; compound.

12           THE WITNESS:  Yes.

13   BY MR. HENDERSON:

14     Q.    Page 22 of Exhibit 2.

15           Let's go off the record.

16           (Off the record.)

17           MR. HENDERSON:  We'll go back on.

18           I've made a correction to Exhibit 2.  Hopefully,

19   it's now accurate in terms of the pagination.  I had gotten

20   to page 19 and then missed the next page, so what had been

21   labeled as 20 should have been 21.  So I've corrected pages

22   20 through 24 of the exhibit to hopefully be now accurately

23   numbered.

24     Q.    So looking at page....

25     A.    22.

1    Q.    And is this consistent with the information that

2    is given to new employees when they're oriented to Schools

3    of the Sacred Heart-San Francisco?

4    A.    Consistent with, yes.  Not the same information.

5    Q.    It might be much briefer?

6    A.    Yeah.  Yes.

7    Q.    Then if you look at page 24, the last page of

8    Exhibit 2, there's a philosophy statement.  I want to look

9    at paragraph 3, which the first sentence says:

10            "While Roman Catholic in essence and

11            identity, the school community

12            celebrates many religions, building an

13            appreciation of our diverse world

14            within a moral structure."

15        You've already testified that Schools of the

16    Sacred Heart-San Francisco is a Catholic school and teaches

17    the Catholic faith and philosophy.  What I want to find out

18    here is what the school does to celebrate many religions.

19    A.    Well, I can really only give the examples of the,

20    for example, Christmas celebration.  At that celebration,

21    the children sing songs representative of all different

22    religions.

23    Q.    So there's a Christmas celebration which is,

24    obviously, consistent with the Catholic faith but the

25    songs, themselves, will include other religious

1  perspectives?

2      A.    Uh-huh.   They'll sing Hanukkah songs and all

3  different religions.

4      Q.    Is there anything else that you're aware of that

5  the school does specifically to celebrate other religions?

6      A.    I'm not aware of them, although I do believe there

7  are some ways in which they do.

8      Q.    Who would best be able to answer that?

9      A.    I would think the Heads of the Schools or maybe

10  even the religion teachers.

11      Q.    I guess there's a difference between acknowledging

12  or tolerating or even accepting a diversity of religious

13  belief and celebrating, just as the words strike me, and

14  I'm trying to find out if the school actually does

15  something to highlight or bring up in a festive or a

16  special context any other religious beliefs besides

17  Catholic beliefs?

18          MR. BURNITE:  Objection; compound, vague, asked

19  and answered.

20          THE WITNESS:  I don't know.

21          MR. HENDERSON:  Okay.  I'll take that exhibit back

22  from you.  And, again, if you need to refer to it for any

23  reason, just let me know.

24                          (Deposition Exhibit No. 3 was
                            marked for identification.)
25

1    BY MR. HENDERSON:

2        Q.    We've marked as Exhibit 3 a document that was

3    provided to me by your attorney.  It says, "Schools of the

4    Sacred Heart, Board of Trustees, 2007-2008; Section VIII,

5    By-Laws."  And the document has been numbered by page,

6    although what it calls page 2 would actually be page 3 of

7    the exhibit, so we're going to use the numbers that are in

8    this document for ease of reference.

9            Have you had a chance, before you were handed this

10   document just now, to review the Bylaws that are set out

11   here?

12       A.    I've looked at these very briefly.

13       Q.    You testified earlier that you know about the

14   Bylaws, and I guess maybe even drafted or participated in

15   the creation of some of the language in the Bylaws.  Is

16   that accurate?  No?  Okay.

17       A.    No.  What I was referring to was the handbook, not

18   the Bylaws themselves.

19       Q.    Okay.

20       A.    These are within the handbook.

21       Q.    I want to know whether this exhibit accurately

22   sets forth the Bylaws for the Schools of the Sacred

23   Heart-San Francisco.  Are you going to be able to answer

24   that question or would we have to ask someone else who,

25   perhaps, is more familiar with it?

1       A.    This is our record of the Bylaws.

2       Q.    And how do you know that?

3       A.    Because it's in the only book that represents the

4    Board of Trustees Handbook.

5       Q.    And you're familiar with that document enough to

6    verify that Exhibit 3 is an accurate copy of the Bylaws

7    that is included in the Board of Trustees Handbook?

8       A.    I just can't see why there would be another

9    version of these elsewhere, but I'm not so familiar that I

10   can say, absolutely, this is the only version and the

11   official version.

12      Q.    Okay.

13            Let's go off the record for a second.

14            (Off the record.)

15            MR. HENDERSON:  Back on the record.

16      Q.    Are you familiar with the language in the Bylaws?

17   I've highlighted certain sections I was going to ask you

18   about, but I can just skip all of that if you're not

19   familiar with the particular language.

20      A.    I'm not very familiar with this particular

21   language.

22      Q.    Okay.  For example, I notice in the Bylaws that it

23   appears that if there's a failure -- I'm looking now at

24   page 3 as it's numbered in this exhibit, it's actually

25   page 4 of the exhibit, but the bottom of page 4, where it

1    A.    No.

2    Q.    If you look at page 5 of the Bylaws, Section 6.2,

3  "Number of Trustees."  There's language there regarding how

4  many trustees there can be, minimum and maximum, and what

5  number of those trustees must be Religious of the Sacred

6  Heart.

7          Are you familiar with any of those requirements?

8    A.    Yes.

9    Q.    Just read silently to yourself Section 6.2 and

10  tell me if that accurately reflects the requirement for the

11  minimum number of trustees coming from Religious of the

12  Sacred Heart.

13    A.    (Reading.)

14          Yes.

15    Q.    Do you know how many members of the Board of

16  Trustees currently are Religious of the Sacred Heart?

17    A.    There should be three.

18    Q.    If the Bylaws are being followed, there are

19  probably at least three, maybe there's more, but do you

20  know the number?

21    A.    I do not.

22    Q.    Is that published somewhere?

23    A.    There is a roster.

24    Q.    I believe I saw something on the Internet,

25  although I can't recall now if it was for the Network or if

82

1  it was for the Schools of Sacred Heart-San Francisco.  Is

2  there a network -- I'm sorry.

3          Is there an Internet publishing of who the

4  trustees are for the school?

5      A.    I don't know.  I'd have to check.

6      Q.    And if there is such a publication, we could

7  identify the Religious of the Sacred Heart by the RSJC

8  initials?

9      A.    Now I've --

10     Q.    Do I have them backwards?

11     A.    RSCJ.

12     Q.    RSCJ?

13     A.    Yes.

14     Q.    All right.  I'll take that back from you.  Once

15 again, if you need to refer to it for any reason, let me

16 know.

17          Off the record.

18          (Off the record.)

19                            (Deposition Exhibit No. 4 was
                              marked for identification.)
20

21 BY MR. HENDERSON:

22     Q.    We've put in front of you Exhibit 4, which,

23 apparently, is part of a binder, given the markings on the

24 left margin of the paper.  The first page is entitled, "We

25 Hold in Trust, 2007-2008, Network of Sacred Heart Schools."

                                                              83

1        And then on page 17 of Exhibit 4 there's another

2    cover sheet that says, "Network of Sacred Heart Schools,

3    Glossary of Terms."  Is the Glossary of Terms a separate

4    document in a separate binder?

5        A.    All of this is a part of the Board of Trustees

6    Handbook, which is a compilation of different documents.

7        Q.    Okay.  This Network of Sacred Heart Schools

8    document, which includes a Glossary of Terms, is this

9    something prepared for the Board of Trustees or is it a

10   document that comes from the Network?

11       A.    I believe it's a document that comes from the

12   Network.  This is the Network logo here (indicating), and I

13   don't believe it's prepared for the Board of Trustees.

14       Q.    And the logo you're referring to appears in

15   various places, but on page 1 of Exhibit 4, it's on the

16   right bottom corner?

17       A.    That's correct.

18       Q.    Have you seen this document before today?

19       A.    Yes.

20       Q.    Is this, in fact, the document from the Network

21   that sets out what the Network is and how its run?

22       A.    Yes.

23       Q.    Is this provided to new faculty when they are

24   first hired by Schools of the Sacred Heart-San Francisco?

25       A.    I'm not sure if this is the same document.  I

84

1   would have to check that.

2       Q.   If you look at page 4 of Exhibit 4, there's a

3   mission statement of Network of Sacred Heart Schools I want

4   to ask you a little bit about.  It starts off by describing

5   what the Network is and a little bit about the founding of

6   Society of the Sacred Heart.  And then it goes into five

7   elements of Sacred Heart Schools.

8            Do you see that?

9       A.   Uh-huh.

10      Q.   Are you familiar with this statement of -- this

11   mission statement?

12      A.   Yes.

13      Q.   The sentence that precedes the five itemized

14   elements of Sacred Heart Schools says, quote, "the

15   non-negotiable elements of a Sacred Heart school are," and

16   then the five items follow.

17      A.   Uh-huh.

18      Q.   Is it your understanding that all Sacred Heart

19   Schools must adhere to or advance these five elements?

20      A.   Yes.

21      Q.   The first one states that:

22            "In the *Goals and Criteria*, the Society

23            of the Sacred Heart defines the mission

24            of the school as part of the Society's

25            educational mission in the Catholic

1          Church."

2          We saw that earlier in one of the earlier

3    exhibits.  Are these five elements essentially the five

4    principles that we looked at earlier?

5          MR. BURNITE:  Objection; vague and ambiguous.

6          MR. HENDERSON:  Let me withdraw the question.

7          THE WITNESS:  No.

8    BY MR. HENDERSON:

9      Q.   We looked at -- let's put it in front of you so

10   you don't have to....

11          In Exhibit 2, page 12, there were five

12   foundational principles listed and I asked you some

13   questions about those earlier.  It looks to me like those

14   five foundational principles are the same thing as what's

15   listed on page 4 in Exhibit 4.

16     A.   Yes, that's correct.

17     Q.   Okay.  So I'm not going to ask you about each one

18   of these again, but I do want to focus on this

19   "non-negotiable element" language on page 4 of Exhibit 4.

20          And this does go back to a similar question I

21   asked you before, but now that you have this in front of

22   you, you can see where I got that language.

23     A.   Yes.

24     Q.   Do you know what is meant by "non-negotiable

25   element"?

1      A.    It's --

2            MR. BURNITE:  I'm going to object.  It's been

3      asked and answered, it calls for speculation.

4            THE WITNESS:  I mean, they have to commit to this

5      if they want to be a Network school.

6      BY MR. HENDERSON:

7      Q.    So Schools of the Sacred Heart-San Francisco is

8      required to adopt and act in accordance with these five

9      principles or elements.

10     A.    That's correct.

11     Q.    Item No. 2 or Element No. 2 says:

12           "Each school is accountable to the

13           Society through the Sacred Heart

14           Commission on Goals for adherence to

15           the *Goals & Criteria*."

16           Does this mean that Schools of the Sacred

17     Heart-San Francisco must abide by the Goals and Criteria

18     set forth by SHCOG?

19           MR. BURNITE:  Objection; leading, vague and

20     ambiguous, calls for speculation.

21           THE WITNESS:  "Abide by" is not the word I usually

22     think of.  They have to live out the *Goals and Criteria*.

23     BY MR. HENDERSON:

24     Q.    Here it uses the word "adherence."

25     A.    Yes.

87

1    Q.   That the school "is accountable to the Society

2  through SHCOG for adherence to the *Goals & Criteria*."

3         What does that mean?

4         MR. BURNITE:   Calls for speculation.

5         THE WITNESS:   Well, the term that we use on a

6  regular basis is to "live out the goals," "to commit to the

7  goals."  We don't usually use the term "adherence" in our

8  day-to-day discussion of the goals, it's usually "living

9  and educating to the goals."

10 BY MR. HENDERSON:

11   Q.   So the *Goals and Criteria* established by SHCOG are

12 mandatory for Schools of the Sacred Heart-San Francisco.

13   A.   Yes.

14   Q.   If you look at page 10 of Exhibit 4.  This page

15 has a heading that says, "Shared Mission With," and then

16 there's kind of a little circle chart here, part of which

17 is hard for me to read.

18   A.   Yes.

19   Q.   The top circle, at the top, is the "U.S. Province

20 of the Society of the Sacred Heart SHCOG."  That's

21 referring to the oversight process that you've talked about

22 earlier that the Religious of the Sacred Heart exercise

23 over each school using the SHCOG evaluation and dialogue

24 process.

25   A.   SHCOG is an agency of the Province.

1     Q.    Okay?

2     A.    Yes.

3     Q.    I'm not going to read verbatim out of this, I'm

4   going to summarize it.  It says, "The Society of the Sacred

5   Heart is divided into provinces."  The U.S. Province covers

6   the United States of America.  Is that correct?

7     A.    Yes.

8     Q.    The Society of the Sacred Heart is headed by an

9   individual referred to as "the superior general"?

10    A.    Yes.

11    Q.    And then there's a superior for each of the

12  provinces.  Is that right?

13    A.    That's the way I understand it.

14    Q.    Now, the superior general has a general council,

15  which they sit, I guess, sort of as the chairman of.

16  Correct?

17          MR. BURNITE:  Objection; vague and ambiguous.  The

18  document speaks for itself.  Lack of foundation.

19          THE WITNESS:  Yes.

20  BY MR. HENDERSON:

21    Q.    And it says here at the bottom of that section

22  that the superior general and her general council are

23  located in Rome, which is the headquarters of the whole

24  society.  Is that an accurate statement?

25    A.    Yes.

1    A.    Some of the celebrations.

2    Q.    So they're religious celebrations.

3    A.    Yes.

4    Q.    Okay.  The last sentence says, "All students must

5    attend," and then there's a mark through that, black pen

6    mark through it.  And, after it, it says, "liturgies/prayer

7    services."

8         I don't know who marked on this.  Is that your

9    writing?

10   A.    It's not.  When I requested of all four schools --

11   when I asked them whether anybody had anything in writing

12   about mandatory attendance, three of the schools replied to

13   me that there was nothing in writing; that it was, indeed

14   mandatory, but they didn't have it in writing.  One school,

15   the girls high school, sent me this and circled this.  And

16   so it appears as though maybe it was just -- the circle was

17   whited out.

18   Q.    I see.  Okay.

19   A.    They were just referring to this one particular

20   page to answer the question of mandatory attendance.

21   Q.    But it is correct, then, that all students,

22   including those at the Convent of Sacred Heart High School,

23   must attend all liturgy and prayer services?

24   A.    That's correct.

25   Q.    Okay.  And that's true whether or not they're

96

1    Catholic.

2         A.    Yes.  All students.

3         Q.    If you'd look at page 15 of Exhibit 6.  Actually,

4    page 15 and 16.  There's a number of entries here listing

5    dates and descriptions of certain events.

6              Some of these -- for example, on page 15, the

7    entry for September 13 -- refer to a Mass, some refer to

8    liturgies.  Is this list all inclusive of every Mass and

9    every liturgy that the school celebrates throughout the

10   academic year?

11        A.    This is representative of the girls high school,

12   specifically.

13        Q.    Okay.

14        A.    And some of these may be all four school events,

15   some of them may be specific to the girls high school.

16        Q.    Would this be an all-inclusive list of the

17   religious services -- strike that.

18             Would this list include all religious services

19   that the girls high school will have throughout the

20   academic year?

21        A.    Yes.  It's not to say that something couldn't come

22   up based on events that happen throughout the school year,

23   but these are their regular celebrations.

24        Q.    Okay.

25        A.    In the normal school year, which is cyclical.

1    Sacred Heart Composition."

2           The first page has some breakdowns by number

3    according to gender, race and religion.  And then the last

4    two pages, I'm not sure what they are, but they include

5    some definitions and conditions of employment.  This was

6    given to me by your attorney.

7           Page 1 of Exhibit 7.  For what year was this

8    breakdown prepared?

9       A.    The current school year.

10      Q.    So the '07-08?

11      A.    Yes.

12      Q.    And as of this school year, the total number of

13   employees for Schools of the Sacred Heart-San Francisco is

14   236?

15      A.    This represents our total number of employees with

16   employee agreements.  So there are coaches and substitutes

17   who qualify as employees because they're on our payroll,

18   but they're very random employees and so they are not

19   included in this.  This is our regular faculty and staff

20   who work, typically, 20 or more hours a week regularly.

21      Q.    Okay.  How was this compilation arrived at?  Or

22   this breakdown, I should say, arrived at?  Is there -- I'm

23   going to show you later an Enrollment by Religious

24   Affiliation document received.

25           Is there a similar statistical document prepared

1    employee.

2        Q.    Has the religious affiliation breakdown for

3    faculty and employees of Schools of the Sacred

4    Heart-San Francisco changed in any significant way over the

5    last -- say, the last six years?  That takes us back to

6    about 2002.

7        A.    It doesn't seem like it.  It was represented to me

8    as about 50/50 when I first came on nine years ago, and

9    we're still right at just about that.

10        Q.    Okay.  Page 2 of Exhibit 7 has some definitions

11    and then, below that, a heading called, "Conditions of

12    Employment."  One of the conditions of employment is that

13    all employees are required to support the Goals and

14    Criteria of Sacred Heart Schools.  And, again, it lists

15    those five goals that we've previously talked about.

16            How is that handled in practical terms?  In other

17    words, Goal No. 1 or Criteria No. 1 says, "A personal and

18    active faith in God."

19            Are atheists allowed to be employees of the

20    school?

21        A.    Yes.

22        Q.    Okay.  How are they expected to show support or

23    commitment toward Goal No. 1 in a way that is satisfactory

24    to the school?

25        A.    I don't know.  It's a good question.

1    Q.   I guess what I'm really asking is how is

2 compliance with this condition of employment monitored or

3 evaluated?

4    A.   One thing I just wanted to mention is that this is

5 from our Personnel Policy Manual.  You were saying earlier

6 you didn't know what this was from, so I just wanted to let

7 you know that.  This is page 4 and 5 of our Personnel

8 Policy Manual.

9         When I look at this, because this is a document

10 that I've created, I see this as that the employees need to

11 understand; and the way that it's written here is that the

12 administrator has discussed this with them and they need to

13 understand when they become an employee here that they are

14 going to be asked to do this.  It is a condition of their

15 employment.

16         How it is measured, I'm not sure that they can

17 really do that.  I've not ever had someone be fired because

18 they're not following the Goals and Criteria, but they need

19 to understand when they come into this relationship with

20 Schools of the Sacred Heart that this is an integral part

21 of our society, our community.

22    Q.   Okay.  Are there teacher evaluation forms that are

23 used to ask the students and their parents how they feel

24 the teacher is performing?

25    A.   I don't know.

1    addresses this question of how effectively or properly the

2    employee is advancing the goal of a personal and active

3    faith in God.

4        A.    I have seen our evaluations, and they do clearly

5    ask these questions on there.  Well, let me just say there

6    is reference to the Goals and Criteria.  There's goal

7    setting for employees.

8            They're very much -- our evaluation forms are very

9    much tied into the Goals and Criteria as well as specific

10   job duties.

11       Q.    Okay.

12           MR. BURNITE:  Go off when you have a good breaking

13   point.

14           MR. HENDERSON:  Well, I have more questions to

15   ask, but go ahead.

16           MR. BURNITE:  No, I understand.

17           MR. HENDERSON:  We'll go off.

18

19                    *AFTERNOON SESSION*

20           MR. HENDERSON:  Back on the record.

21       Q.    Picking up from the last answer you gave, then,

22   it's correct that faculty are evaluated on how well they

23   fulfill the commitment to a personal and active faith in

24   God.  Is that right?

25       A.    Yes; the Goals and Criteria, they're evaluated on

1  that.

2      Q.    And that particular goal, "A personal and active

3  faith in God," is one of the conditions of their employment

4  that they are expected to support and commit themselves to

5  that goal.

6          MR. BURNITE:  Asked and answered.

7          THE WITNESS:  That's correct.

8  BY MR. HENDERSON:

9      Q.    The Exhibit 7 breakdown of religious affiliation,

10  this does not indicate what the breakdown is for religious

11  teachers, though.  Correct?  In other words -- let me

12  rephrase the question.

13          This shows about a 50/50 split between Catholic

14  and non-Catholic.  That same split would not necessarily be

15  true for religious teachers at the school.

16      A.    I don't know the answer to that.

17      Q.    Are there statistics that you could look at to

18  find out what number of the religion teachers are Catholic

19  versus non-Catholic?

20      A.    I could find that out.

21      Q.    Okay.  I'll take that back.

22          Number 8.

23                    (Deposition Exhibit No. 8 was
                       marked for identification.)
24

25  /////

```
1    BY MR. HENDERSON:

2        Q.    So Exhibit 8 is the statistics by religious

3    affiliation for the students on the years 2002 through

4    2007.  Is that right?

5        A.    Yes.

6        Q.    Let's look at the year 2002.  It lists the

7    Catholic religious affiliation of students as being

8    55 percent for CES.  What is CES?

9        A.    Girls elementary.  Convent of the Elementary.

10       Q.    52 percent for SH.  That's Stuart Hall?

11       A.    Yes.  For buys.

12       Q.    That's elementary?

13       A.    Yes.

14       Q.    53 percent for CSH?

15       A.    The girls high school.

16       Q.    Okay.  And 46 percent for the boys high school.

17       A.    That's right.

18       Q.    SHHS.  For a total average of 51 percent listing

19   themselves as affiliated with the Catholic religion.

20   Correct?

21       A.    That's correct.

22       Q.    Down at the very bottom for 2002, there is a

23   section for "No Information."

24       A.    Uh-huh.

25       Q.    And that's the next highest percentage, with an
```

1    BY MR. HENDERSON:

2        Q.    So we've marked as Exhibit 9 a set of documents

3    that appear to relate to the Covenant and Stuart Hall

4    Schools at Schools of the Sacred Heart-San Francisco.

5        A.    It's "Convent."

6        Q.    Convent.    Thank you.

7              Have you seen this document before?

8        A.    Yes.

9        Q.    Is this the statement that's provided on the

10   Internet by Schools of the Sacred Heart-San Francisco

11   regarding grades one through eight?    Or kindergarten

12   through eight, actually, I think it is.    Yeah, kindergarten

13   through eight.

14             MR. BURNITE:    I'm going to object that it's vague

15   and lacks foundation.

16             THE WITNESS:    This is our mission statement on the

17   whole school, so it would be K through 12.

18   BY MR. HENDERSON:

19       Q.    Okay.

20       A.    And, just for the record, we are Schools of the

21   Sacred Heart.    Over the past couple of years -- well, over

22   many years, there's been a lot of confusion with our Sacred

23   Heart title with some of the other schools in the area,

24   Sacred Heart Cathedral.    And so our positioning committee

25   just this past year is -- we are now pushing ourselves to

1    be called Convent and Stuart Hall.  So it's the same

2    thing --

3        Q.    Okay.

4        A.    -- but it just helps to distinguish who we really

5    are.

6        Q.    Turn to page 2 of Exhibit 9.

7              And we're going to be focusing on the religious

8    instruction part of the description of the curriculum at

9    the school.  At the bottom of page 2, under "Religion," it

10   says, quote:

11                "In an endeavor to educate the whole

12                child, we are guided by and faithful to

13                the Roman Catholic tradition of faith

14                in God and in Jesus Christ who reveals

15                to us the love of God for all people."

16              That's the first sentence.  Is that an accurate

17   statement of the religious instruction and philosophy for

18   religious instruction for kindergarten level?

19       A.    Yes.

20       Q.    Now, I'm going to jump over to one of these books.

21   I don't know if this is kindergarten level or not, but

22   there's a book which your attorney provided to us called,

23   *Book of Heroes*.  Are you familiar with this book?

24       A.    I have not looked through all of the books, no.

25       Q.    Okay.  Do you know what grade level this book is

113

1    used for?

2        A.    I don't, no.

3        Q.    Would you have any information about what is

4    taught, specifically, in terms of the use of textbooks or

5    specific stories or teaching lessons that are used for

6    religious instruction at Schools of the Sacred Heart?

7        A.    Not any more than is provided here.

8        Q.    Referring to Exhibit 9?

9        A.    Yes.

10       Q.    And you said "these books."  There's a box of

11   books here --

12       A.    There's a box of textbooks.

13       Q.    Are you able to state under oath whether or not

14   any of these particular books are used at the school?  Is

15   that something you know?

16       A.    I asked the administrators to provide me with the

17   current textbooks used for the religion classes, and this

18   is what they provided me with.  So I feel comfortable that

19   that's -- they've provided me with those textbooks.

20       Q.    Okay.  Well, this *Book of Heroes*, for example,

21   contains stories of "Catholic Heroes and Saints Throughout

22   History," and it has some fun little pictures in it and on

23   the cover it appears to be geared for younger children.

24            But you can't say what grade range this is used

25   for.

1          MR. BURNITE:  Objection; improper narrative,

2    leading, suggestive, lack of foundation, compound.

3          THE WITNESS:  No.

4    BY MR. HENDERSON:

5      Q.    Okay.  Is it true that children, starting from

6    kindergarten, are taught religion from the Catholic

7    perspective?  In other words, as this book is an example,

8    Catholic heroes and saints would be one area of education.

9    Are they taught from the Catholic perspective?

10     A.    Yes.

11     Q.    Look at page 4 of Exhibit 9.  This is for -- this

12   is curriculum for first grade?

13     A.    Boys first grade.

14     Q.    Is it different for girls?

15     A.    Yes.

16     Q.    I have another exhibit that I'll attach that

17   probably is for the girls.

18     A.    All right.

19     Q.    All right.  For first grade, on page 4 of

20   Exhibit 9, under "Religion," it again has that same

21   statement we just read into the record about guided by and

22   faithful to the Roman Catholic traditions of faith.  And

23   that, basically, is repeated throughout the description all

24   the way through grade eight, which is on page 12 of

25   Exhibit 9.

                                                      115

1          Is it a true statement that, in the boys school,

2     kindergarten through eighth grade, religious instruction is

3     taught from the Roman Catholic perspective on faith?

4          A.    Yes.

5          Q.    On page 5 of Exhibit 9, the second full paragraph

6     on the page, it says, quote:

7               "In first grade religion, the primary

8               goal is for students to begin to

9               understand the traditions of the

10              Catholic Church."

11              Is that an accurate statement?

12         A.    Yes.

13         Q.    Go to page 6 of Exhibit 9.  Under "Religion" --

14    this is now for second grade level boys?

15         A.    Yes.

16         Q.    The second full paragraph under "Religion."  I'm

17    not going to read this entire thing into the record, but is

18    it true that, in second grade, boys are taught the

19    sacraments of Reconciliation and the Eucharist, or Holy

20    Communion?  And I'm looking at the first sentence of that

21    paragraph.

22         A.    They're taught --

23              MR. BURNITE:  I'm going to object; it misstates

24    the document.  The document speaks for itself.  Vague and

25    ambiguous, lack of foundation.

116

1            THE WITNESS:  Yes; it speaks to the commitment as

2    exemplified by the sacraments of Reconciliation.

3    BY MR. HENDERSON:

4        Q.   Are they taught the sacraments of Reconciliation?

5            MR. BURNITE:  Same objections.

6            THE WITNESS:  I don't know exactly what

7    reconciliation is, but just by looking at this document,

8    where the next term is about the Eucharist and, in

9    parentheses, "Holy Communion," we know that certain kids

10   don't take Communion.  So just by what we've already

11   reviewed and we know, I believe that there are some who

12   don't go through that process.

13   BY MR. HENDERSON:

14       Q.   If you look at the bottom of that paragraph on

15   page 6 under "Religion," in all bold and capitals, it says,

16   "Sacramental Preparation" and then it basically states that

17   grade two boys who are "baptized in the Catholic Church

18   have the option of doing their First Reconciliation and

19   First Eucharist preparation."

20           The last sentence there says, quote:

21           "This preparation is in addition to the

22           regular grade two religion class and is

23           arranged by the religion teacher."

24           Is it correct that the Sacramental Preparation is

25   optional, but that the instruction that's described above

                                                          117

1    that part of the paragraph is mandatory for all students?

2         A.    Yes.

3              MR. BURNITE:    Objection; vague and ambiguous.

4    BY MR. HENDERSON:

5         Q.    So the part above that says that students in

6    second grade are taught concepts "of forgiveness and

7    commitment as exemplified by the sacraments of

8    Reconciliation and Eucharist (Holy Communion)," that's for

9    all students.

10        A.    Yes.

11        Q.    And, "Students learn that the stories of faith are

12   the foundation of the sacraments of Reconciliation and

13   Eucharist."  That's, again, taught to all students.

14        A.    Yes.

15        Q.    Skipping down a sentence, it says, quote:

16              "They begin to distinguish between

17              various origins of these sacraments and

18              explore appropriate ways of

19              participating in various school

20              liturgies as well as those of their own

21              faith tradition."

22              Do you see that?

23        A.    Yes.

24        Q.    Is that an accurate statement of what all students

25   in second grade are taught?

118

1      A.    Yes.

2      Q.    Go to page 7 of Exhibit 9.  This is for the third

3 grade?

4      A.    Yes.

5      Q.    I'm not sure.  We seem to be missing a heading,

6 but the top of the page, the paragraphs before the heading

7 "International Languages," this discusses religious

8 instruction for third grade?

9      A.    Yes.

10     Q.    Okay.  Looking at the second paragraph in that

11 section, it says, quote:

12           "The primary goal for third grade

13           religion is for students to acquire an

14           understanding of why and how the

15           Catholic Church exists."

16           Is that an accurate statement of what is taught to

17 third grade boys?

18     A.    Yes.

19     Q.    Skipping a sentence, it says, quote:

20           "They learn about history and changes

21           in the way the church expresses itself.

22           They begin to see the interconnections

23           of the liturgical calendar and how it

24           fits into the annual and seasonal

25           calendar."

1          Is that an accurate description of what is taught

2    to third grade boys?

3        A.    Yes.

4        Q.    And, again, that's taught to all students, not

5    just the Catholic students.

6        A.    That's correct.

7        Q.    Page 8 of Exhibit 9.  The top section is

8    "Religion" and it's described as the coursework for fourth

9    grade boys?

10       A.    Yes.

11       Q.    The second paragraph, first sentence says, quote:

12            "The primary goal of the fourth grade religion" --

13   I'm sorry.  Start again.

14            "The primary goal of fourth grade

15            religion is for students to understand

16            that the Beatitudes and the Ten

17            Commandments form the basis for living

18            an authentic Christian/faithful life."

19            Is that an accurate statement of what is taught to

20   fourth grade boys?

21       A.    Yes.

22       Q.    Skipping the next sentence, the one following that

23   says:

24            "Students continue to examine and

25            experience the importance of tradition

                                                              120

1          and ritual as practiced in various

2          types of worship."

3          Do you know, specifically, what the boys are

4   taught with regard to tradition and ritual?

5      A.    No.

6      Q.    Look at page 9 of Exhibit 9.  Midway down the

7   page, there's a section on religion that describes the

8   instructions given to fifth grade boys?

9      A.    Yes.

10     Q.    The second paragraph there states, quote:

11          "The primary goal of fifth grade

12          religion is for students to understand

13          sacraments in the life of the church.

14          They appreciate sacraments and rituals

15          from Christian Tradition, as well as

16          other religious systems that may be

17          reflected in the student body."

18          Is that an accurate statement of what is taught to

19   fifth grade boys?

20     A.    Yes.

21     Q.    That first sentence refers to understanding "the

22   sacraments in the life of the Church."  Does that refer to

23   sacraments in the life of the Catholic Church?

24     A.    I think that's safe to assume.

25     Q.    And then the second sentence which we've read

1    talks about appreciating "sacraments and rituals from
2    Christian Tradition, as well as other religious systems."
3            Do you know, specifically, what fifth grade boys
4    are taught regarding other religious systems?
5        A.   No.
6        Q.   Okay.  The sacraments that are being taught, do
7    you know which sacraments?
8        A.   No.
9        Q.   Let's look at page 11 of Exhibit 9.  Midway down,
10   there is a section on religion for seventh grade boys.
11           I should ask you.  This is for seventh grade?
12       A.   Yes.
13       Q.   Okay.  Looking at the second sentence of the
14   second paragraph, it states, quote:
15           "They," referring to the students,
16           "begin to understand the dual nature of
17           Jesus (simultaneously being fully human
18           and fully divine) and the face of the
19           mystery in the Incarnation."
20           Is that an accurate statement of what seventh
21   grade boys are taught?
22           MR. BURNITE:  I'm going to object to the extent
23   that it's vague insofar as there are other aspects
24   described on this page.  But insofar as you're isolating
25   that specific sentence, I don't have an objection, but it's

122

1   vague and misleading insofar as other information on that

2   page.

3           THE WITNESS:  Yes.

4   BY MR. HENDERSON:

5       Q.   Okay.  So seventh grade boys are taught, amongst

6   other things, that Jesus is divine.

7       A.   Yes.

8       Q.   And that Jesus is God incarnate in human form.

9           MR. BURNITE:  Object to the extent it misstates

10  the document.

11          THE WITNESS:  Yeah, I don't know that.

12  BY MR. HENDERSON:

13      Q.   Okay.  Well, "the mystery of the Incarnation"

14  refers to God taking on human form, doesn't it?  Or are you

15  unaware?

16          MR. BURNITE:  Calls for speculation with respect

17  to this document.

18          THE WITNESS:  I don't know.

19  BY MR. HENDERSON:

20      Q.   Okay.  The next sentence says, quote:

21          "Students see the connection between

22          the Hebrew and Christian scriptures and

23          the influence upon them by the Roman

24          Empire."

25          Is that an accurate statement of what seventh

123

1              (Deposition Exhibit No. 10 was
               marked for identification.)
2

3  BY MR. HENDERSON:

4       Q.    Is Exhibit 10 a description of the -- some of the

5  courses taught to girls grades K through eight?

6       A.    Yes.

7       Q.    And I say "some of" because I think we're just

8  being given excerpts that relate to or have things on the

9  page that relate to religion.  So there may be other

10  things, but we'll go through the religious part of it.

11          On page -- well, we won't do it by number.  What

12  we'll do is refer to the writing at the top that says,

13  "CES-K."  That refers to, basically, the girls school,

14  kindergarten level?

15       A.    Correct.

16       Q.    So I'm going to refer to this by grade level to

17  identify which page we're on.

18          So the page for kindergarten level describes a

19  religion textbook as including *This is Our Faith* and *Parish*

20  *Program Workbook*.  Are you familiar with that text?

21       A.    No.

22       Q.    So when it refers to "Our Faith," do you know if

23  that's the Roman Catholic faith?

24       A.    I do not know that.

25       Q.    All right.  Is that book included in this box, do

1    you know?

2        A.    I hope so.

3        Q.    There is a nice example here, this is No. 4,

4    pulling a book out that has *This is Our Faith* and it has

5    No. 4 on it.  Is that four fourth grade?

6        A.    I would think so.

7        Q.    Do you have a bookstore on campus where, if I

8    wanted to buy a particular textbook, I could get it from a

9    store?

10       A.    No.

11       Q.    Do you know where these books are purchased from

12   for the school?

13       A.    No.

14            MR. HENDERSON:   Off the record for a second.

15            (Off the record.)

16   BY MR. HENDERSON:

17       Q.    Under the kindergarten section for "Religion" in

18   Exhibit 10, there is a list of objectives.  Do you see

19   that?

20       A.    Yes.

21       Q.    The last bullet point under that list of

22   objectives says, "Introductions to various feast days

23   celebrated by Religious of the Sacred Heart."

24            Does this refer to feast days that are

25   specifically established by the Religious of the Sacred

126

1  Heart?

2        MR. BURNITE:  Objection; vague and ambiguous, lack

3  of foundation, calls for speculation.

4  BY MR. HENDERSON:

5      Q.   In other words, for celebrating St. Barat, would

6  be an example.

7        MR. BURNITE:  Same objections.

8        THE WITNESS:  I think so.  I'm not positive.

9  BY MR. HENDERSON:

10     Q.   Okay.  Look at the page for second grade girls.

11  Under the "Religion" section there, there is a list of

12  objectives.  Do you see those?

13     A.   Yes.

14     Q.   The first objective listed is to, quote, "Learn

15  the basic teachings about the sacramental life of the

16  Catholic Church."

17        Is that an accurate statement of what is taught to

18  second grade girls in religion?

19     A.   Yes.

20     Q.   The third bullet point down under "Objectives"

21  says, quote, "Recognize the meaning and importance of the

22  Sacrament of Reconciliation."

23        Is that one of the topics taught to second grade

24  girls?

25     A.   Yes.

127

1      Q.    The fourth bullet point down says, quote, "Learn

2    about the Eucharist and its significance."

3           Again, the Eucharist is basically Holy Communion

4    or Mass.   Right?

5           MR. BURNITE:   Objection; vague.

6           THE WITNESS:   I think so, yes.

7    BY MR. HENDERSON:

8      Q.    Taking the blood and body of Christ.   Is that a

9    fair --

10     A.    Yes.

11     Q.    -- description?   Okay.

12          Is that an accurate statement of what is taught to

13   second grade girls?

14     A.    Learning about it, yes.

15     Q.    Correct.   Learning about the Eucharist and its

16   significance.

17     A.    Yes.

18     Q.    And, again, the distinction is non-Catholic girls

19   don't have to partake in Communion --

20     A.    Right.

21     Q.    -- but they learn about it.

22     A.    That's correct.

23     Q.    And then the last bullet point there says, "Master

24   prayers common to the Catholic Church."

25          Is this an accurate statement of what's taught to

1    second grade girls?

2        A.    Yes.

3        Q.    And, again, all of these things are taught to all

4    second grade girls, even if they're non-Catholic.

5        A.    Yes.

6        Q.    Right below that, there's "Areas of Concentration"

7    listed and it goes on to the next page.  Let's see if we

8    can short-circuit this a little.  There are five bullet

9    points under "Areas of Concentration."

10           If you could read those briefly to yourself, my

11   question is whether each of these accurately describes what

12   is taught to second grade girls.

13           MR. BURNITE:  I'm going to object to the extent

14   that it's vague and ambiguous.  The document speaks for

15   itself.

16           THE WITNESS:  Yes.

17   BY MR. HENDERSON:

18       Q.    Look at the page for third grade girls in

19   Exhibit 10.  There is, again, a list of objectives.  The

20   last bullet point in that list says, quote, "Practice

21   common prayers (Apostles' Creed and mass responses)."

22           Is that one of the things taught to third grade

23   girls?

24       A.    Yes.

25       Q.    And, again, that's all third grade girls.

1        A.    Yes.

2        Q.    Then next, underneath that, is "Areas of

3    Concentration" and, again, there are five bullet points.

4    Do those accurately reflect what is taught to third grade

5    girls?

6        A.    Yes.

7             MR. BURNITE:    Same objections as previously

8    stated.

9    BY MR. HENDERSON:

10       Q.    And that is true whether or not the girls are

11   Catholic by upbringing.

12       A.    Yes.

13       Q.    To shorthand this, so I don't have to keep

14   repeating my questions endlessly, can we agree that if I

15   ask you if it's taught to a certain grade level of girls,

16   that we're referring to all girls, Catholic or not?

17       A.    Yes, unless otherwise stated.

18       Q.    Okay.  Look at the entry for fourth grade

19   religious instruction for girls.  There's a section again

20   listing objectives and, on the next page, areas of

21   concentration.

22             Do those accurately describe what is taught to

23   fourth grade girls?

24       A.    Yes.

25       Q.    Under the section for fifth grade girls, religious

1    instruction, again, there are objectives and areas of

2    concentration listed.  Do those accurately reflect what is

3    taught to fifth grade girls at the Schools of the Sacred

4    Heart?

5        A.    Yes.

6        Q.    Look at the section for sixth grade girls.  It

7    starts, at the very bottom, with "Religion" and then

8    "Textbooks"; and then to see the actual content, you have

9    to turn the page.  One of the textbooks is called *Catholic*

10   *Youth Bible New Revised Standard Version*.

11           Are you familiar with that text?

12       A.    No.

13       Q.    I'm curious as to whether there's some difference

14   between a Catholic youth Bible and a non-Catholic Bible.

15   Would that be something you simply don't know?

16       A.    I don't know that.

17       Q.    Okay.  Look at the section for seventh grade

18   girls.  Under religious instruction -- or the section on

19   religious instruction, there's objectives listed again.

20   The third bullet point down says, quote, "Study the Early

21   Church and the Institution of the sacraments."

22           Is that an accurate statement of what's taught

23   to --

24           MR. BURNITE:  Where are you?  What page?

25           MR. HENDERSON:  For seventh grade girls.

131

1           MR. BURNITE:   Thank you.

2    BY MR. HENDERSON:

3       Q.    Is that an accurate statement of one of the things

4    taught to seventh grade girls?

5       A.    Yes.

6       Q.    And the "Early Church" is referring to the Roman

7    Catholic Church?

8           MR. BURNITE:   Calls for speculation.

9           THE WITNESS:   I can't say.

10   BY MR. HENDERSON:

11      Q.    The next bullet point down says, "Demonstrate an

12   understanding of the seven sacraments of the Catholic

13   Church today."

14          Is that an accurate statement of what is taught to

15   seventh grade girls?

16      A.    Yes.

17      Q.    Look at the page for eighth grade girls.  It

18   starts, at the very bottom, with the word "Religion" and

19   then you have to turn the page to get to the details.

20          Under the objectives, the first bullet point says,

21   quote, "Read primary source documents of the Catholic

22   Church."

23          Is that an accurate statement of at least what

24   part of the instruction is for eighth grade girls?

25      A.    Yes.

REPORTER'S CERTIFICATE

State of California      )
                        )   ss.
County of Sonoma        )

I, LUEL J. SIMSON, CSR No. 4720, a Certified

Shorthand Reporter of the State of California, hereby

certify that the witness in the foregoing deposition named

to wit:  JULI ALYCE DEVINCENZI, was by me duly sworn to

testify the truth, the whole truth and nothing but the

truth in the within-entitled cause;

That the deposition was taken at the time and

place therein stated; that the testimony of the said

witness was reported by me and was thereafter transcribed

into typewriting; that the foregoing is a full, complete

and accurate transcription of my shorthand notes taken of

the oral proceedings.

I further certify that I am not of counsel or

attorney for either or any of the parties in the foregoing

deposition and caption named, nor am I in any way

interested in the outcome of the cause named in said

caption.

IN WITNESS WHEREOF, I have hereunto affixed my

signature this 17th day of March, 2008.


LUEL J. SIMSON
Certified Shorthand Reporter
State of California

184