# EXHIBIT A-1

# CONVENT & STUART HALL

*Academics for life, values for living*

DEPOSITION
EXHIBIT
1
DeVincenzi  2/21/08
PENGAD 800-631-6989

To Whom It May Concern

This is a summary of the connection between the Schools of the Sacred Heart-San Francisco and the Archdiocese, the Religious of the Sacred Heart, the Network and the National Catholic Education Association.

The School was founded by the Society of the Sacred Heart. It was founded as an independent Catholic School and in the first many years of existence, the faculty and head of school were RSCJs. The School is part of a Network of Sacred Heart Schools which is a network of private, Catholic schools throughout the world. The program revolves around five goals:

* We educate to a personal and active faith in God
* We educate to a deep respect for intellectual values
* We educate to a social awareness which impels to action
* We educate to the building of community as a Christian value
* We educate to a personal growth in an atmosphere of wise freedom

A Network School receives their charter (accreditation) as a Sacred Heart School from the Religious of the Sacred Heart, United States Province. Schools go through an accreditation process every 6 years and it involves a full community reflection and then a visit from a Provincial Team who determines whether the School is living the five goals as listed above.

The School pays dues to the Network. Dues are based upon the number of students. The School does not complete reports or surveys to the Network. The Network relies on information given to the National Association of Girls Schools and the National Association of Independent Schools. The San Francisco School completes some survey information to the San Francisco Archdiocese (primarily, enrollment statistics and faculty race/religion statistics) and the Network receives this information. The School pays a small yearly fee to the Provincial and every six years an accreditation fee.

The Bylaws of the Board of Trustees require that three of its members at any given time be three Religious of the Sacred Heart, out of the 37 Trustees allowed.

The School is part of the San Francisco Unified School District. The Archdiocese includes the school in its listings but does not provide any funding. The school pays dues 2/3 less than that of parochial or archdiocesan schools and completes some surveys regarding enrollment and faculty, but does not engage in the budget process, tuition setting, nor does it observe any directorates in regards to curriculum. Some faculty and administration do participate in workshops and have provided space for workshops, as they have with some public school groups. These workshops and other opportunities offered by the archdiocese are looked at as resources and participation is not required. The Archdiocese offers opportunities from time to time to the Catholic

**SCHOOLS OF THE SACRED HEART**
founded 1887

WWW.SACREDSF.ORG

BROADWAY CAMPUS
2222 BROADWAY
SAN FRANCISCO, CA 94115
415.563.2900 T  415.292 3183 F

STUART HALL HIGH SCHOOL CAMPUS
1715 OCTAVIA
SAN FRANCISCO  CA 94109
415 345 5811 T  415.931 9161 F

independent schools to participate in programs that have the advantage of having larger numbers and thus less cost, which the school has participated in, such as online harassment sensitivity training.  The Archdiocese oversees the yearly report to the National Catholic Education Association which is a one page report per school of enrollment and faculty numbers, as well as physical address, phone number, website and head of school that is used for the listing in the National Catholic Directory.  It is this membership in the National Catholic Education Association and the subsequent yearly listing in the National Catholic Directory that provides the Schools' non-profit status. The school is a 501c3.  The school pays a small fee per school for its listings in the Directory.  The fees are based upon enrollment.

Religious affiliation is not a litmus test for admissions or for employment, nor is it taken into consideration for either admissions or employment purposes.   The four schools are approximately half Catholic and half non-catholic. There is only one religious administrator and no teaching religious among the over 220 employees.  Up until 1994 the Head (Director) of Schools was an RSCJ.  In 1994 the first lay head was hired.  Pamela Hayes is the second lay Director of Schools and assumed her position in 2000.

Training for the Sacrament of Communion is offered at the Schools, but it is only offered to Catholic students who may or may not participate.  Other students are offered an alternative non-religious elective.  The School cannot conduct weddings, or any other sacraments.  All other sacraments are given in the parishes.  The School does hold family mass on Sunday's 5 times a year and the schools do have celebratory masses on occasion including the Convocation mass.  When offering a mass, the school must hire a priest from the outside.  The School does not have a priest or chaplain.

The School lists holy days and holy days of obligation on the school calendar as well as advent and Lenten dates, but only gives Christmas, Easter, and Good Friday off.  Ash Wednesday services take place as do All Saints day observances, but other masses or religious observances at school are primarily Sacred Heart Feast days.  The School also lists Rosh Hashanah, Yom Kippur and Hanukkah on the School calendar.

Each year each of the Schools file a Private School Affidavit with the State.  Each school files under its name and its own code and lists the District as San Francisco Unified.  It does not file as part of the Archdiocese.

The Schools receive their accreditation as an educational institution from the California Association of Independent Schools (CATS) and the Western Association of Secondary Schools and Colleges (WASC).  The Western Catholic Educational Association (WCEA) assigns one team member and the school does receive recommendations and commendations from this team member as part of the team. But the accreditation that allows the Schools to be accredited comes from CATS (elementary schools) and WASC (high schools).

The Schools are also members of the NAIS, National Association of Independent Schools; NCGS, National Association of Girls Schools; Boys Schools International Coalition; among other secular membership institutions. The school pays dues and completes lengthy surveys for each.

The Bylaws state under OBJECTIVES AND PURPOSES

This Corporation has been formed under the California Nonprofit Public Benefit Corporation Law for charitable purposes and it shall be nonprofit and nonpartisan. The Corporation shall not, except to an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the charitable, religious, and educational purposes described in its Amended and Restated Articles of Incorporation.

The Articles of Incorporation State

II.C.

The specific purposes of this corporation include, but are not limited to maintenance and operation of the Schools of the Sacred Heart San Francisco, California, and the provision of elementary and high school education consonant with the educational and spiritual direction, objectives and goals and Criteria of the Network of Schools of the Society of the Sacred Heart in the United States.

Dated: _2 | 7 | 08_

Juli Devincenzi

312491.910731:10895116.1

# EXHIBIT A-2

# CONVENT & STUART HALL

*Academics for life, values for living*

## SCHOOLS OF THE SACRED HEART

### BOARD OF TRUSTEES
### 2007-2008

# HANDBOOK



DEPOSITION
EXHIBIT
2
Devincenzi - 2/2/08

Exhibit 2-1

# CONVENT & STUART HALL

*Academics for life, values for living*

## SCHOOLS OF THE SACRED HEART
## SAN FRANCISCO

Convent of the Sacred Heart Elementary School
Convent of the Sacred Heart High School
Stuart Hall for Boys
Stuart Hall High School

## MISSION

Founded in 1887 as an independent, Catholic school, Schools of the Sacred Heart, San Francisco carry on the educational mission of the Religious of the Sacred Heart. We share with the other members of the nationwide Network of Sacred Heart Schools five common goals and the commitment to educate to:

A personal and active faith in God;
A deep respect for intellectual values;
A social awareness which impels to action;
The building of community as a Christian value;
Personal growth in an atmosphere of wise freedom.

A K-12 four-school complex, Schools of the Sacred Heart, San Francisco offer the unique experience of single-sex education within a coed community. Students are expected to achieve their highest level of scholarship while learning to assume leadership roles as responsible, compassionate and contributing members of society.

Adopted by Schools of the Sacred Heart Board of Trustees, November 16, 1999

Exhibit 2-2

# BOARD OF TRUSTEES
## 2007-2008 BINDERS

### TABLE OF CONTENTS:

MISSION STATEMENT
MEETING DATES FOR 2007-2008*

I     MEMBERSHIP
Board List*
Roster*
    Officers of the Board & Corporation*
    Committee Members*
    Board of Trustees*
    Ex Officio*
    School Administration*
Biographies*

II    GUIDELINES FOR TRUSTEES
Principles of Good Practice for Trustees*
Board Committees: Structure &
Function*
Sacred Heart Goals  & Criteria*
2005-2010 Strategic Plan*

III    SCHOOL
History*
Fact Sheet*
Organization*
Employee Phone Directory*
Calendar Summary*
Enrollment Goals
Administration Goals*
Individual School Faculties*
Employee Performance Chart*
Broadway Alumnae Board*
Parent Association Board* and By-Laws

IV    ACCREDITATION
Sacred Heart Commission on Goals
    Self Study 2001
    Visiting Team Goals Reflection
    Provincial letter
    Action Plan 2002 and Update 2004
    Provincial Responses
    2007-2008 Process*
CAIS/WASC Accreditation  2005

V    JOB DESCRIPTIONS & PRINCIPLES
OF GOOD PRACTICE
Director of Schools*
Heads of Schools*
Heads of Support Services Departments*
NAIS Principles of Good Practice*

VI    POLICIES
Board of Trustees Policies & Decisions*
Personnel/ Benefits Manuals
Emergency Operations Plan*
Media / PR

VII    FINANCIAL
Tuition Terms & Conditions*
Enrollment Agreement*
Faculty Salary Scale*
Cash and Investments*
Budget Assumptions*
2007-2008 Budget*
Liability Insurance Coverage*

VIII    BY-LAWS
Articles of Incorporation
By-Laws*

IX    NETWORK OF SACRED HEART
SCHOOLS
Network Map
Network Strategic Plan
National Network Directory of Schools*
Glossary of Terms
We Hold in Trust
*Unbound Material*
Life at the Sacred Heart
Leadership Plan 2005-2010
Goals and Criteria Booklet

X    COMMITTEE GOALS*

* Indicates new materials distributed 9/14/07

Exhibit 2-3

**Schools of the Sacred Heart**
**2007–2008**

Organization chart (read top to bottom):

- U. S. Provincial — Sacred Heart Commission on Goals
- Network of Sacred Heart Schools
- Board of Trustees
  Schools of the Sacred Heart, San Francisco
- Executive Committee
  - Facilities Planning
- COMMITTEES
  Standing Committee on Trustees
  - Adhoc
  - Inclusion
  - Positioning
  - Audit
  - Advancement
  - Business & Finance
  - Campaign
  - Building & Grounds
  - Investments
  - Director Compensation/Evaluation
  - Alumnae/i Assns
  - Parents Assn
- Director of Schools

8/30/07

Exhibit 2-4

# Schools o .he Sacred Heart
Organization Chart  2007-2008



U.S. Provincial Team ————Sacred ....rt Commission on Goals

Network of Sacred Heart Schools

Board of Trustees

Executive Committee

|Facilities Planning Subcommittee

Audit Committee

Advancement Committee

Business & Finance Committee

Investments

Buildings and Grounds

Director's Compensation/ Evaluation Committee

Board Committee on Trustees

AdHoc Committees
Campaign
Inclusion
Positioning

Alumnae/l Assns Parents Assn

4-School Community

Director of Schools

Assemblies
Community Relations
Emergency Operations
Formation to Mission
FSDC
Social Committee

Executive Assistant

Administration: Senior/Full
Central Services:
Board of Trustees
Full Board
Committees:
COT
Executive
Inclusion
Positioning

Accreditations
Department of Catholic Schools
4-School Calendar
4-School Reports/ Surveys
4-School Memberships/Reporting
Network of Sacred Heart Schools
Sacred Heart Commission on Goals

Head CES

Head SHB

Head SHHS

Director of Admissions

Director of Finance/Ops

Director of Advancement

Technology Director

Deans
...Middle Form
...Lower Form
Faculty
Athletic Dir.

Admin Assts

Deans
...Students
...Studies
Faculty
Admin Assts
Admissions Dir.
Athletic Dir.
4-school Mass Coord

Admissions Staff
Elem Admissions Co-ord
Financial Aid
School Statistics
Liaison for:
High School Admiss
SMART Programs
Summer School Admiss

Accounting Staff
Admin Assistant
Board , Bus. & Fin.
Com & Sub Coms.
Controller
Facilities Management
Human Resources
Kitchen Management
Mail/Copy Office/Resources
Music –Applied Prgm
Purchasing
Reception
Rental Program
Security
Theater Mgr
Traffic

Alumnae/l
Annual Fund
Bd Advancement. Com.
Campaign
Communications Director
Archives
... PR/Publications
... Website/ Webmaster
Gift Recording/Database
Gifts Director
Parent Association
Planned Giving
Seconds to Go
Special Events

Network Admin
Support Staff
Tech Committee
Technology
.. Communications
.. Purchasing

Deans
...Middle Form
...Lower Form
Faculty
Athletic Dir.

Admin Assts

Before/After School K-8
Community Service 7-8
Coed Theater Productions
Hoffman Library

Unkefer Lab
K-4 Shared Art

Chapel Coord

Coordinators

Summer Heart to
Prgms

Heart

Head CSH
Deans
...Studies
...Students
Faculty
Admin Assistant
Athletic Dir.
Admissions Dir.
Technology Operations
...Blackbaud Admin
Family Mass Coord

Version 6/26/07

Exhibit 2-5

# NATIONAL ASSOCIATION OF INDEPENDENT SCHOOLS
## Principles of Good Practice

# BOARD OF TRUSTEES

The board is the guardian of the school's mission. It is the board's responsibility to ensure that the mission is relevant and vital to the community it serves and to monitor the success of the school in fulfilling its mission. The following principles of good practice are set forth to provide a common perspective on the responsibilities of independent school boards. The board and the head work in partnership to fulfill these principles.

1. The board adopts a clear statement of the school's mission, vision, and strategic goals and establishes policies and plans consistent with this statement.
2. The board reviews and maintains appropriate bylaws that conform to legal requirements, including duties of loyalty, obedience, and care.
3. The board assures that the school and the board operate in compliance with applicable laws and regulations, minimizing exposure to legal action. The board creates a conflict of interest policy that is reviewed with, and signed by, individual trustees annually.
4. The board accepts accountability for both the financial stability and the financial future of the institution, engaging in strategic financial planning, assuming primary responsibility for the preservation of capital assets and endowments, overseeing operating budgets, and participating actively in fund raising.
5. The board selects, supports, nurtures, evaluates, and sets appropriate compensation for the head of school.
6. The board recognizes that its primary work and focus are long-range and strategic.
7. The board undertakes formal strategic planning on a periodic basis, sets annual goals related to the plan, and conducts annual written evaluations for the school, the head of school, and the board itself.
8. The board keeps full and accurate records of its meetings, committees, and policies and communicates its decisions widely, while keeping its deliberations confidential.
9. Board composition reflects the strategic expertise, resources, and perspectives (past, present, future) needed to achieve the mission and strategic objectives of the school.
10. The board works to ensure all its members are actively involved in the work of the board and its committees.
11. As leader of the school community, the board engages proactively with the head of school in cultivating and maintaining good relations with school constituents as well as the broader community and exhibits best practices relevant to equity and justice.
12. The board is committed to a program of professional development that includes annual new trustee orientation, ongoing trustee education and evaluation, and board leadership succession planning.

*Revised and approved by the NAIS board in 2003*

*The NAIS Principles of Good Practice for NAIS member schools define high standards and ethical behavior in key areas of school operations. They are designed to help guide schools in becoming the best education communities they can be. We encourage you to share the PGPs with your staff, faculty, and board members.*

*This collection of PGPs was printed in August 2006. The PGPs are regularly updated. To read the most current version, go to www.nais.org.*

NAIS    3

Exhibit 2-6



NATIONAL ASSOCIATION OF INDEPENDENT SCHOOLS
Principles of Good Practice

# INDIVIDUAL TRUSTEES

The following principles of good practice are set forth to provide a common perspective on the responsibilities of individual members of independent school boards.

1. A trustee actively supports and promotes the school's mission, vision, strategic goals, and policy positions.
2. A trustee is knowledgeable about the school's mission and goals, including its commitment to equity and justice, and represents them appropriately and accurately within the community.
3. A trustee stays fully informed about current operations and issues by attending meetings regularly, coming to meetings well prepared, and participating fully in all matters.
4. The board sets policy and focuses on long-range and strategic issues. An individual trustee does not become involved directly in specific management, personnel, or curricular issues.
5. The trustee takes care to separate the interests of the school from the specific needs of a particular child or constituency.
6. A trustee accepts and supports board decisions. Once a decision has been made, the board speaks as one voice.

7. A trustee keeps all board deliberations confidential.
8. A trustee guards against conflict of interest, whether personal or business related.
9. A trustee has the responsibility to support the school and its head and to demonstrate that support within the community.
10. Authority is vested in the board as a whole. A trustee who learns of an issue of importance to the school has the obligation to bring it to the head of school, or to the board chair, and must refrain from responding to the situation individually.
11. A trustee contributes to the development program of the school, including strategic planning for development, financial support, and active involvement in annual and capital giving.
12. Each trustee, not just the treasurer and finance committee, has fiduciary responsibility to the school for sound financial management.

*Revised and approved by the NAIS board in 2003*

4    The NAIS Principles of Good Practice for NAIS member schools define high standards and ethical behavior in key areas of school operations. They are designed to help guide schools in becoming the best education communities they can be. We encourage you to share the PGPs with your staff, faculty, and board members.

This collection of PGPs was printed in August 2006. The PGPs are regularly updated. To read the most cu
www.nais.org.

Exhibit 2-7

# Goals and Criteria

## for Sacred Heart Schools in the United States

Society of the Sacred Heart
Saint Louis, Missouri

Exhibit 2-8

## INTRODUCTION

The Preamble of the original edition of the *Goals and Criteria* states that "values taken for granted or left unarticulated become inoperative."[1] This conviction resulted in capturing the essence of Sacred Heart education in the five goals and their criteria. The *Goals and Criteria* provide both the uniqueness of a Sacred Heart School and the strong bond of union among the Network of Sacred Heart schools. They continue to challenge all Sacred Heart educators to deepen their understanding of these timeless principles. As the Introduction to the 1990 edition says:

> The challenge, however, continues to live in the five elements that have been the framework of Sacred Heart education since its beginning in 1800. These principles are ageless, but the context for the challenge has changed and this requires of us a fresh response. ...The needs of the world and of the United States again set the agenda for our response.[2]

Since that description was written we have crossed the threshold into the third millennium as well as into the third century of Sacred Heart education.

In 2000 the Society of the Sacred Heart held a General Chapter, an international meeting of delegates of its members. Its purpose was to examine the context today for the Society's mission. Through the eyes and experiences of the delegates, the Chapter

> ...welcomed into our hearts and into our deliberations the faces of peoples across the globe. We have had before us the faces of hope and promise, the young in their generosity, those who are

---

[1] Preamble to *The Goals and Criteria for Sacred Heart Schools in the United States*, approved by the Interprovincial Board, 1975.

[2] Introduction to *The Goals and Criteria*, approved by the Provincial Team, 1990.

Exhibit 2-9

restless for God, women and men who create and reverence life.
We have seen the suffering of children without education, of
young people searching for meaning, of those suffering from
HIV/AIDS, of women abused and discriminated against, of
refugees displaced by war, violence and poverty. These faces of
people reveal the Heart of God.[3]

September 11, 2001 forever changed our context. The threat of terrorism in our
world, the corporate greed and scandals in our country and a sense of entitlement
in its citizens can drain us of hope. At times honesty and integrity in daily life
seem to be forgotten virtues. The innovations of technology have connected
persons in newer, faster ways, but this instant networking can depersonalize
communication. Environmental concerns seem not to get the attention they
should be demanding of our governments. Globalization does not always clarify
our interdependence; globalization too often brings new burdens for the poor of
the world. The Roman Catholic Church finds itself profoundly challenged by
internal and external factors. The meaning of faithful membership can
sometimes be lost in rhetorical arguments rather than in being firmly rooted in
one's relationship with God. The shortage of ordained ministers endangers
sacramental life. We recognize we have much to learn about the spiritualities
other faith traditions offer.

During the academic year 2004-2005 the constituencies of the Network Schools
and the Religious of the Sacred Heart (RSCJ) engaged in a spirited consultation.
The *2005 Goals and Criteria Document*, crafted by the Sacred Heart
Commission on Goals (SHCOG), is the fruit of this consultation. The
"foundational principles" contained in this document are non-negotiable
elements for being a Sacred Heart school. It is the expectation that these
foundational principles be a part of a school community's reflection when it
evaluates its life during the SHCOG process. As with the Criteria, their order in

---

[3] Society of the Sacred Heart *General Chapter 2000* Introduction, (Amiens, France, August
2000) p.14.

Exhibit 2-10

the list does not signify importance; each foundational principle and each criterion is as important as any other one.

The process of refocusing and rearticulating our values as Sacred Heart educators led to many passionate conversations among us. This process of communal reflection has given us renewed appreciation of and commitment to our educational mission and how to live it in today's world. Janet Erskine Stuart, RSCJ reminds us...

> Epochs of transition must keep us on the alert. They ask us to keep our eyes open upon the distant horizons, our minds listening to seize every indication that can enlighten us; reading, reflexion, searching, must never stop; the mind must keep flexible in order to lose nothing, to acquire any knowledge that can aid our mission.... Immobility, arrested development bring decadence; a beauty, fully unfolded is ready to perish. So let us not rest on our beautiful past. [4]

Let us accept the invitation to probe the depths of the *Goals and Criteria* that they might be prophetic orientations leading us to hope, a hope that believes in the goodness of each person, a hope that believes in the goodness of humanity, a hope that believes in and trusts the love of the Heart of God.

---

[4] Letter to the Society of the Sacred Heart, August 13, 1912, in Margaret Williams, RSCJ, *The Society of the Sacred Heart* (London: Darton, Longman & Todd, 1978) 158.

Exhibit 2-11

# 2005

# GOALS AND CRITERIA
### FOR
# SACRED HEART SCHOOLS
### IN THE
### UNITED STATES

## <u>Foundational Principles</u>

1) In the *Goals and Criteria*, the Society of the Sacred Heart defines the mission of the school as part of the Society's educational mission in the Catholic Church.

2) Each school is accountable to the Society through the Sacred Heart Commission on Goals for adherence to the *Goals and Criteria*.

3) Each school's Board of Trustees and Administration establish and uphold policies that are consistent with the *Goals and Criteria*.

4) The school allocates its resources to support each Goal and its Criteria.

5) The school is in compliance with professional standards as stated by accrediting agencies.

Exhibit 2-12

## Goal I:  Schools of the Sacred Heart commit themselves to educate to a personal and active faith in God.

1.  Rooted in the love of Jesus Christ, the school promotes a personal relationship with God and fosters the spiritual lives of its members.

2.  The school seeks to form its students in the attitudes of the heart of Jesus expressed in respect, compassion, forgiveness and generosity.

3.  The entire school program explores one's relationship to God, to self, to others, and to all creation.

4.  Opening themselves to the transforming power of the Spirit of God, members of the school community engage in personal and communal prayer, reflection and action.

5.  The entire school program affirms that there is meaning and value in life and fosters a sense of hope in the individual and in the school community.

6.  The school fosters inter-religious acceptance and dialogue by educating to an understanding of and deep respect for the religions of the world.

7.  The school presents itself to the wider community as a Christ-centered institution and as an expression of the mission of the Society of the Sacred Heart.

Exhibit 2-13

### Goal II:  Schools of the Sacred Heart commit themselves to educate to a deep respect for intellectual values.

1. The school develops and implements a curriculum based on the *Goals and Criteria*, educational research and ongoing evaluation.

2. The school provides a rigorous education that incorporates all forms of critical thinking and inspires a life-long love of learning.

3. The school program develops aesthetic values and the creative use of the imagination.

4. The faculty utilizes a variety of teaching and learning strategies that recognizes the individual needs of the students.

5. The school provides ongoing professional development for faculty and staff.

6. Members of the school community model and teach ethical and respectful use of technology.

Exhibit 2-14

**Goal III:  Schools of the Sacred Heart commit themselves to educate to a social awareness which impels to action.**

1. The school educates to a critical consciousness that leads its total community to analyze and reflect on the values of society and to act for justice.

2. The school offers all its members opportunities for direct service and advocacy and instills a life-long commitment to service.

3. The school is linked in a reciprocal manner with ministries among people who are poor, marginalized and suffering from injustice.

4. In our multicultural world, the school prepares and inspires students to be active, informed, and responsible citizens locally, nationally, and globally.

5. The school teaches respect for creation and prepares students to be stewards of the earth's resources.

Exhibit 2-15

**Goal IV: Schools of the Sacred Heart commit themselves to educate to the building of community as a Christian value.**

1. The school implements an ongoing plan for educating both adults and students in the heritage and mission of Sacred Heart education.

2. The school promotes a safe and welcoming environment in which each person is valued, cared for and respected.

3. Adult members of the school model and teach skills needed to build community and practice clear, direct and open communication.

4. The school has programs that teach the principles of nonviolence, conflict resolution and peacemaking.

5. The school makes a deliberate effort to recruit students and employ faculty and staff of diverse races, ethnicities and backgrounds.

6. The financial aid program effectively supports socioeconomic diversity.

7. The school participates actively in the national and international networks of Sacred Heart schools.

Exhibit 2-16

**Goal V:  Schools of the Sacred Heart commit themselves to educate to personal growth in an atmosphere of wise freedom.**

1. All members of the school community show respect, acceptance and concern for themselves and for others.

2. School policies and practices promote self-discipline, responsible decision-making, and accountability.

3. Students grow in self-knowledge and develop self-confidence as they learn to deal realistically with their gifts and limitations.

4. School programs provide for recognizing, nurturing and exercising leadership in its many forms.

5. The school provides opportunities for all members of the community to share their knowledge and gifts with others.

6. All members of the school community take personal responsibility for balance in their lives and for their health and well-being.

Exhibit 2-17

DESIGN FOR THE FUTURE: LEADERSHIP PLAN 2005 – 2010

## I

ENSURE THE CONTINUATION OF THE MISSION AND TRADITIONS
OF SCHOOLS OF THE SACRED HEART,† SAN FRANCISCO.
Objectives:

1.01  Develop strategies that will impart the heritage and charism of
the Society of the Sacred Heart to the community.
a) Engage in the ongoing planning with the United States Province of
the Society of the Sacred Heart.
b) Enrich our current community's experience of the Society's heritage
through the mutual involvement of our alumni.
c) Within the admissions process, hiring process and Board selection,
educate to the importance of embracing the mission of the Schools as
stated in the Goals and Criteria and create opportunities for living
the mission.
d) Instill an appreciation of the Schools' heritage and history.

1.02  Empower the individual members of our school community to become
leaders in dynamic pursuit of the mission of Sacred Heart education.
a) Create an on-going forum for members of the School community to:
i Foster ideas and initiatives related to the pursuit of the mission
of the Schools.
ii Identify and pursue opportunities to capitalize on the Schools'
connections with the Sacred Heart Network and the global Sacred Heart
family.
b) Provide on-going funding for members of the school community to
pursue leadership roles and initiatives related to the continuation of
the mission of the Schools.

1.03  Affirm our tradition as a Catholic and Independent school, and
our commitment to an environment that encourages all members of our
School community to grow in their own faith traditions.
a) Recognize the Catholic faith as the foundation of Sacred Heart education.
b) Work to foster growth of a deeper awareness of the different
faith traditions represented in the Schools' community.
c) Support individuals' desire for prayer, reflection and meditation
in the development of their spirituality.

## II

FURTHER OUR DEDICATION TO THE HIGHEST STANDARD OF PROGRAM†EXCELLENCE.

Objectives

2.01  Ensure that the Schools continue to commit to a curriculum based on the Goals of Sacred Heart Education, current educational research, and ongoing evaluation.

a) Enrich our academic and co-curricular opportunities.

b) Maintain a rich and rewarding academic environment that provides opportunities for all students to achieve their maximum potential.

c) Maximize the benefits of single-sex education in a coed community.

2.02  Ensure that school leadership, faculty and staff is of the highest caliber with diverse cultural, religious and ethnic backgrounds.

a) Promote a desirable employment environment that includes a financially competitive compensation package and a supportive working community.

b) Cultivate an environment that supports professional growth as a cultural norm.

2.03  Maintain commitment to a student body of diverse cultural, religious, ethnic and economic backgrounds as a key part of academic process, spiritual growth, and community environment.

a) Broaden recruitment efforts to attract potential student candidates from previously untapped communities.

b) Provide resources to support students of underrepresented groups and their families.

2.04  Continue to link our community with other community-based organizations.

# III

## COMMIT TO BUILDING A STRONG FINANCIAL FOUNDATION TO SUPPORT†OUR GOALS AND MISSION.

Objectives:

3.01  Adopt a decision-making process that incorporates the concept of financial equilibrium as a means of evaluating the long-term implications of budget decisions.

   a) Analyze the concept and impact of financial equilibrium in the context that some of its conditions are not met in the short run, but that decisions move toward a financial structure that is capable of supporting its programs and facilities.

   b) Balance budgets annually with operating revenues matching or exceeding expenses.

   c) Maintain a balance between projected income and expenses, as well as the growth rate of expenses versus the growth rate of income.

   d) Preserve the purchasing power of the endowment by maintaining an annual pay out rate that does not exceed the real (inflation adjusted) rate of return of the portfolio over time.

   e) Preserve the useful life of the physical plant by establishing an adequate spending and/or saving policies for the renewal and replacement of physical plant.

3.02  Grow the endowment over the next decade so that it contributes in a meaningful way to the ongoing mission of the Schools.

   a) Reduce dependence on a tuition-based budget to mitigate tuition increases.

   b) Reduce dependence on fundraising for operations.

   c) Review endowment and spending policy within the context of financial equilibrium.

   d) Emphasize the importance of the Planned Giving Program to endowment growth.

   e) Launch endowment program for scholarship, salaries, faculty/staff support, endowed chairs and facilities maintenance.

   f) Embark on an alumni awareness campaign on the continued growth of Schools of the Sacred Heart education through financial support.

Exhibit 2-20

# SCHOOLS OF THE SACRED HEART
## BOARD OF TRUSTEES
## 2007-2008

SECTION

# III

# SCHOOLS

Exhibit 2-21

Documents included here are either newly revised, or essential to the work of the Board this year and are meant to update and supplement the Board Binders.

*September 2007*

21

# INTRODUCTION TO SCHOOLS OF THE SACRED HEART

## HISTORY

Welcome to Schools of the Sacred Heart: Convent & Stuart Hall.

- Convent of the Sacred Heart Elementary School (girls K-8)
- Convent of the Sacred Heart High School (girls 9-12)
- Stuart Hall for Boys (K-8)
- Stuart Hall High School (boys 9-12).

The Schools traces its roots back to St. Madeleine Sophie Barat, who in 1800 in post-revolutionary France founded the Society of the Sacred Heart. A deep prayer life for its members and a dedication to education were at the heart of her vision. In 1818, the Society was brought to the United States by St. Philippine Duchesne, and in 1887, the first Academy of the Sacred Heart west of the Rockies opened its doors on Bush Street in San Francisco to 30 female students.

After two intermediate moves, the Academy came to 2222 Broadway Street in 1940. The Flood Mansion was a gift made to the Society of the Sacred Heart by Maud Flood, the widow of James Leary Flood. By 1950, when the building could no longer contain the burgeoning student body, Grant House (2200 Broadway) was purchased for Convent Elementary School. Six years later, responding to the pleas of parents desiring a Sacred Heart education for their sons, the Hammond House at 2252 Broadway was purchased and Stuart Hall for Boys joined the complex. Stuart Hall was named after Janet Erskine Stuart, RSCJ, a world-renowned English educator and a woman of deep faith.

In 1960, the Society bought the Vallejo Street apartments to house RSCJs working in the Schools as the steadily increasing student population required the space in which the community had lived. The Herbst House at 2201 Broadway was added in 1986, thanks to the first Capital Campaign.

In 1998 and 2000, buildings at the corner of Pine and Octavia were purchased from the Archdiocese for the purpose of extending the education of young men through twelfth grade with the addition of Stuart Hall High School. Stuart Hall High School opened with its first freshman class in September 2000 at a temporary campus and moved

Exhibit 2-22

into its permanent home in September 2001. Its first class of seniors graduated in the spring of 2004.

Ground was broken on the Broadway campus in June of 2001 for the state-of-the-art home for the Arts and Sciences. In 2004 the second Capital Campaign was completed and Siboni Arts and Science Center was dedicated that Spring. The full the arts and science programs of all three Broadway campus schools moved to the Siboni Center for the 2004-2005 school year that August.

The Schools maintain its commitment to single-sex education, but also thrives in a coed campus environment and community of cooperation. In the summer of 2006, a complete retrofit of the Hammond House, Stuart Hall for Boys' main building, was mandated and the building closed while the extensive work is being done. More than 300 students, faculty, staff and administration moved from the building into spaces offered by the other two Broadway campus schools. The co-operation and enthusiasm that infused the Sacred Heart community to accommodate the Stuart Hall students and program further contributes to the unique Sacred Heart spirit of education and community in the footsteps of its foundresses.

Today, this global Society works in schools, universities and dispensaries among the economically and socially diverse people of many different religious traditions, in cities and tribal villages to make known the love of Jesus Christ for each person.  There are over 200 Sacred Heart schools and colleges worldwide, including 21 members of the Network of Sacred Heart Schools in the United States.  While each school is governed by an independent Board of Trustees, each is committed to the philosophy of Sacred Heart education and the Goals and Criteria.

Exhibit 2-23

## PHILOSOPHY

The philosophy of Sacred Heart education, and the Goals and Criteria followed by all Sacred Heart schools in the United States are clearly outlined in the brochure entitled: "Goals and Criteria." This effort to formulate guidelines to which we specifically commit ourselves provides a base both for our general school program and for on-going school evaluation.

Schools of the Sacred Heart, San Francisco are marked by a distinctive spirit and wholly committed to academic excellence, the endowment of spiritual and ethical values, single-sex education, and the continued representation of the ethnic, religious and socio-economic diversity of the Bay Area. The Schools maintain a global, ecumenical perspective enhancing the experience of all constituents including students, faculty, parents, alumni, friends, staff and administration.

While Roman Catholic in essence and identity, the school community celebrates many religions, building an appreciation of our diverse world within a moral structure. The result is students who can think critically and creatively and who value their hearts as much as their minds.

The realization of these integrated goals requires a degree of dedication by a sensitive and able trustees, faculty, administration and staff beyond that normally found at comparable institutions. Success in achieving these goals similarly requires understanding for the total development of the children as well as the hard work of countless volunteers involved in the day to day operation of the Schools.

Exhibit 2-24

# EXHIBIT A-3

# SCHOOLS OF THE SACRED HEART
## BOARD OF TRUSTEES
## 2007-2008

SECTION

# VIII

# BY-LAWS



DEPOSITION
EXHIBIT
3
Devincenzi - 3/2/08

Documents included here are either newly revised, or essential to the work of the Board this year and are meant to update and supplement the Board Binders.

*September 2007*

BYLAWS OF
## SCHOOLS OF THE SACRED HEART

A California Nonprofit Public Benefit Corporation

ARTICLE I
## NAME OF CORPORATION

The name of this Corporation is Schools of the Sacred Heart - San Francisco, formerly known as Convent of the Sacred Heart - San Francisco.

ARTICLE II
## OFFICES

### SECTION 2.1    PRINCIPAL OFFICE

The principal office for the transaction of the business of the Corporation shall be located in the City and County of San Francisco, California. The Board of Trustees may change the principal office from one location to another from time to time, and this section shall be amended accordingly.

### SECTION 2.2    OTHER OFFICES

The Board of Trustees may at any time establish branch offices, either within or without the State of California, in order to advance the proper purposes of the Corporation.

ARTICLE III
## OBJECTIVES AND PURPOSES

This Corporation has been formed under the California Nonprofit Public Benefit Corporation Law for charitable purposes and it shall be nonprofit and nonpartisan. No substantial part of the activities of the Corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate or intervene in any political campaign on behalf of (or in opposition to) any candidate for public office. The Corporation shall not, except to an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the charitable, religious, and educational purposes described in its Amended and Restated Articles of Incorporation.

The primary objectives and purposes of this Corporation shall be the maintenance and operation of the Schools of the Sacred Heart in San Francisco, California, and the provision of elementary and high school education consonant with the educational and spiritual direction of the Network of Schools of the Society of the Sacred Heart in the United States (the "Network of Sacred Heart Schools"). To those ends this Corporation shall maintain its membership in said Network, shall adhere to the principles enunciated in the Goals and Criteria and shall be subject to said Society's evaluation procedures.

## ARTICLE IV
## DEDICATION OF ASSETS

The properties and assets of this nonprofit Corporation are irrevocably dedicated to public benefit and/or charitable purposes. No part of the net earnings, properties, or assets of this corporation, on dissolution or otherwise shall inure to the benefit of any private person or individual, or any Trustee or Officer of this Corporation.

In the event of liquidation or dissolution of the assets of the Corporation, the assets shall be distributed in accordance with the Amended and Restated Articles of Incorporation.

## ARTICLE V
## PARTICIPATION IN THE NETWORK OF SACRED HEART SCHOOLS

### SECTION 5.1    MEMBERSHIP

This Corporation shall be a member of the Network of Sacred Heart Schools in the United States. The Goals and Criteria for Sacred Heart Schools, as they may be issued from time to time, are the guiding principles for the Trustees to follow in overseeing and directing the school or schools.

### SECTION 5.2    IMPLEMENTATION

The Trustees and Administration of the school or schools agree to implement the Goals of Sacred Heart education as specified from time to time by the Provincial of the Society of the Sacred Heart in the United States through the Goals and Criteria for Sacred Heart Schools.

## SECTION 5.3    EVALUATION

The Trustees shall cause the school or schools to participate in and submit to evaluation based upon evaluation criteria approved by the Provincial of the Society of the Sacred Heart in the United States through the evaluation process of the Sacred Heart Commission on Goals established for reviewing conformance with the Goals and Criteria for Sacred Heart Schools.

## SECTION 5.4    FAILURE TO PERFORM

In the event that, at any time in the Sacred Heart Commission on Goals evaluation process, it is determined by the Society of the Sacred Heart that the school or schools has failed to fulfill its obligations with respect to the Goals and Criteria of the Network of Sacred Heart Schools, the Society of the Sacred Heart - United States Province reserves the right, following full consultation and opportunity to correct deficiencies, and regardless of any other provisions of these Bylaws, to require resignations or removal of the members of the Board of Trustees, or to effect termination of the affiliation with the Society of the Sacred Heart, United States Province, and with the Network of Sacred Heart Schools.

## SECTION 5.5    DISPOSITION OF ASSETS

In the event of dissolution of the Corporation as a result of termination of affiliation with the Society of the Sacred Heart, the dissolution provisions of Article III of the Articles of Incorporation, as amended, shall take effect. In the event of termination of the affiliation of the school or schools with the Society of the Sacred Heart, without dissolution of the Corporation, the Trustees, in order to continue the school or schools of the Corporation may retain remaining assets of the Corporation only upon contributing to the Society of the Sacred Heart, United States Province, an amount equal to forty percent (40%) of the Fair Market Value, as determined by independent appraisal at the time of such contribution of such real property assets, as such are defined in the Articles of Incorporation, excluding those properties referred to as "Herbst House", "The Herbert Center," "Stuart Hall High School", "1911 Pine Street", "Siboni Arts and Science Center", and all other real property acquired after August 17, 1996, which properties are owned one hundred percent (100%) by the Corporation. This contribution shall be in recognition of the services donated by the Religious of the Sacred Heart to the mission of the Schools of the Sacred Heart and in recognition of the property of the Society of the Sacred Heart - United

States Province, which has been dedicated to such mission. Such contribution to the Society of the Sacred Heart - United States Province, shall be negotiated between the Society and the Corporation in good faith so that payments shall be made fairly but in increments so as not to compromise the solvency and operations of the Corporation.

## ARTICLE VI
## TRUSTEES

### SECTION 6.1    POWERS

(a)    <u>General Corporate Powers</u>. The business and affairs of the Corporation shall be managed, and all corporate powers shall be exercised by or under the direction of a board of directors. The board of directors shall be referred to as the "Board of Trustees", and each director-member shall be referred to as "Trustee".

(b)    <u>Specific Powers</u>. Without prejudice to their general powers, the Trustees shall have the power to:

(i) Select and remove the Officers of the Corporation; prescribe any powers and duties for those Officers that are consistent with the law, with the Articles of Incorporation, and with these Bylaws; and fix such Officers' compensation, if any.

(ii) Change the principal executive office or the principal business office in the State of California from one location to another; cause the Corporation to be qualified to do business in any other state, territory, dependency, or country, and conduct business within or outside the State of California; and designate any place within or outside the State of California for the holding of any meeting.

(iii) Adopt, make, and use a corporate seal and alter the form of the seal.

(iv) Confer academic diplomas and issue certificates.

(v) Borrow money and incur indebtedness (except that any borrowing and indebtedness which will in any way cause a lien, mortgage or other burden to be place on any of the properties of the Corporation, excluding properties known as "Herbst House", "The Herbert Center", "Stuart Hall High School", "1911 Pine Street", "Siboni Arts and Science Center", and all other real property acquired after August 17, 1996, may be borrowed or

incurred only with the consent of the Provincial Team of the Society of the Sacred Heart -United States Province) on behalf of the Corporation and cause to be executed and delivered for the Corporation's purposes, in the Corporate name, promissory notes, bonds, debentures, deeds of trust, mortgages, pledges, hypothecations, and other evidences of debt and securities.

## SECTION 6.2    NUMBER OF TRUSTEES

The authorized number of Trustees shall be not fewer than twenty-one (21) and not more than thirty-seven (37) qualified persons. Within this numeric range of trustees, the exact number of Trustees will be fixed by the Board. At least three (3) of said Trustees shall be Religious of the Sacred Heart qualified to serve as Trustees, considered and recommended by the Committee on Trustees. The Committee on Trustees shall give consideration to any recommendations of the Provincial of the Society of the Sacred Heart-United States Province as to such Religious of the Sacred Heart Trustees.

## SECTION 6.3    APPOINTMENT AND TERM OF OFFICE OF TRUSTEES

(a) Except as otherwise set forth in Section 6.3 (d) Trustees shall be elected by majority vote of the Board of Trustees at those regularly scheduled meetings when qualified nominees are proposed by the Committee on Trustees.

(b) Each elected Trustee shall serve until July 1 of the third year following his or her election.

(c) Members of the Board may be reelected to one additional three-year term, and thereafter to as many as three succeeding one-year terms. No Trustee (except the Director of Schools serving as a Trustee ex officio) shall serve more than a total of nine years in succession, provided, however, that a Trustee serving as the chairperson of a capital campaign in progress at such time as that member's tenure would otherwise end, may continue as a member of the Board of Trustees for the duration of such capital campaign. If it is determined by the Director, Board Chair and a majority of the Executive Committee that a Trustee who has reached the end of their ninth successive year is needed to insure the ongoing enterprise of the Schools, that Trustee may continue as a member of the Board of Trustees for an additional year. Successive one-year terms are possible for such Trustee if deemed necessary by the Director, Board Chair and a majority of the Executive Committee. The

term of a Trustee serving as Chair of the Board shall be regulated under the conditions cited in Section 6.8.

(d) The Director of Schools of the Sacred Heart, the head(s) of the Parent's Association, the president of the Broadway Alumnae of the Sacred Heart, and the president of the Stuart Hall Alumni Council shall serve as voting Trustees, and his or her term shall be coterminous with service in that position. The heads of the Parents' Association shall have one vote in aggregate.

## SECTION 6.4    QUALIFICATIONS OF BOARD MEMBERS

Any qualified person 18 years of age or older may be nominated or elected to serve as a Trustee. Trustees need not be residents of the State of California.

## SECTION 6.5    VACANCIES

(a) Events Causing Vacancy. A vacancy on the Board of Trustees shall be deemed to exist at the occurrence of any of the following:

(i) The death, resignation, or removal of any Trustee.

(ii) The declaration by resolution of the Board of Trustees of a vacancy in respect of a Trustee who has been declared of unsound mind by an order of the court or convicted of a felony or has been found by final order or judgment of any court to have breached a duty under Corporation code 5231 and following of the California Nonprofit Corporation Law.

(iii) The failure of the Board, at any meeting of the Board at which any Trustee is to be elected, to elect such Trustee.

(iv)  An increase in the authorized number of Trustees.

(b) Resignation. Except as provided in this paragraph, any Trustee may resign, which resignation shall be effective on giving written notice to the Chair of the Board, unless the notice specifies a later time for the resignation to become effective. No Trustee may resign when the Corporation would then be left without a duly elected Trustee or Trustees in charge of its affairs.

(c) Removal. Any Trustee may be removed, with or without cause, for any reason, including, but not limited to, the failure of such Trustee

to attend three successive board meetings, without having been excused from such attendance by the Chair of the Board; by the vote of the majority of the members of the entire Board of Trustees at regular meetings or at a special meeting called for that purpose, provided notice of that meeting and of the removal questions are given as provided in Section 6.9 (b); or pursuant to Section 5.4 as required by the Society of the Sacred Heart. Any vacancy caused by the removal of a Trustee shall be filled as specified in Section 6.5 (d).

(d) <u>Filling of Vacancies</u>. Except for those Trustees as set forth in 6.3(d), any vacancy caused by the death, resignation, or removal of a Trustee shall be filled by election by a majority vote of the Board of Trustees at a duly held meeting.

## SECTION 6.6 MEETINGS AND NOTICE THEREOF

The Board of Trustees shall hold meetings regularly during the fiscal year, and at least once quarterly, at a time and place designated by the Board of Trustees for the purpose of transacting regular business. Notice of these meetings shall be given not less than ten (10) nor more than forty (40) days in advance thereof, except that any Trustee may waive notice as provided in Section 6.9 (c).

## SECTION 6.7    PLACE OF MEETING

Regular meetings of the Board of Trustees may be held at any place within or outside the State of California, as designated from time to time by resolution of the Board. In the absence of such designation, regular meetings shall be held at the principal office of the Corporation. Special meetings of the Board shall be held at any place within or outside of the State of California, as designated in the notice of meeting or, if not stated in the notice or if there is no notice, at the principal office of the Corporation.

Notwithstanding the above provisions of this Section 6.7, a regular or special meeting of the Board of Trustees may be held at any place consented to in writing by all board members, either before or after the meeting. Any meeting, regular or special, may be held by conference communication technology, so long as all Trustees participating in the meeting can participate in real time. All such Trustees shall be deemed to be present in person at such meeting.

## SECTION 6.8    CHAIR OF THE BOARD

At a meeting in the third quarter of the fiscal year, the Board shall elect a Chair of the Board, who shall preside at all Board meetings, beginning in July of that same year. No person shall serve as Chair for more than three years unless

(i) the tenure of the Director of Schools has or will terminate within six months of the end of the Chair's third year,

(ii) no other Board member is available to serve, or

(iii) a capital campaign is in progress.

In situations (i) and (ii), the Chair may serve one additional year; in situation (iii) he or she may serve until the July following the completion of the capital campaign. In the absence of the Chair of the Board, a Chair of one of the Standing Committees of the Board shall preside at a Board meeting.

## SECTION 6.9    SPECIAL MEETINGS

(a) <u>Authority to Call</u>. Special meetings of the Board of Trustees for any purpose may be called at any time by the Chair of the Board, the Director of Schools, or any two Trustees.

(b) <u>Notice</u>. Notice of any special meeting of the Board of Trustees shall be given to all Trustees both by first-class mail at least four days in advance and by notice delivered personally or by telephone or facsimile or by email at least 48 hours in advance except that such notice may be waived by any Trustee as set forth in paragraph (c) below.

(c) <u>Waiver of Notice</u>. The transactions of any meeting of the Board of Trustees, however called and noticed and whenever held, shall be as valid as though taken at a meeting duly held, after regular call and notice if (a) a quorum is present and (b) either before or after the meeting each of the Trustees not present signs a written waiver of notice, and a consent to holding the meeting, or a majority of the Trustees approve the minutes of said meeting at the next duly held meeting of the Board. The waiver of notice or consent need not specify the purpose of the meeting. All waivers, consents, and approvals shall be filed with the corporation records or made a part of the minutes of said meeting. Notice of a meeting shall also be deemed given to any Trustee who attends the meeting without protesting before or at its commencement about lack of adequate notice.

## SECTION 6.10    QUORUM

A majority of the Board of Trustees shall constitute a quorum for the transaction of business, except to adjourn as provided in Section 6.11. Every act of decision done or made by a majority of the Trustees present at a meeting held at which a quorum is present shall be regarded as the act of the Board of Trustees, subject to the provisions of the California Nonprofit Corporation Law. A meeting at which a quorum is initially present may continue to transact business, notwithstanding the withdrawal of any Trustee, if any action taken is approved by at least a majority of the quorum required for meeting.

## SECTION 6.11    ADJOURNMENT

A majority of the Trustees present, whether or not constituting a quorum, may adjourn any meeting to another time and place.

## SECTION 6.12    NOTICE OF ADJOURNMENT

Notice of time and place of holding an adjourned meeting need not be given, unless the meeting is adjourned for more than 24 hours, in which case notice of the time and place shall be given before the time of the adjourned meeting to the Trustees who were not present at the time of the adjournment. Such notice may be waived in the same manner as set forth under Section 6.9 (c).

## SECTION 6.13    ACTION WITHOUT MEETING

Any action required or permitted to be taken by the Board of Trustees may be taken without a meeting if a quorum of the Board of Trustees consent in writing to that action. Such written consent or consents shall be filed with the minutes of the proceedings of the Board.

## SECTION 6.14    COMPENSATION OF TRUSTEES

Trustees and members of committees may receive reimbursement of expenses as may be determined by resolution of the Board of Trustees to be just and reasonable. Trustees shall not otherwise be compensated.

## SECTION 6.15     RESTRICTION OF INTERESTED TRUSTEES

Not more than forty-nine percent (49%) of the persons serving on the Board of Trustees at any time may be interested persons. An interested person is (a) any person compensated by the Corporation for services rendered to it within the previous 12 months, whether as a full-time or part-time employee, independent contractor, or otherwise; (b) any shareholder, employee or officer of any corporation, or partner or employee of any partnership, which has rendered compensated services to the Corporation within the previous 12 months; and (c) any brother, sister, ancestor, descendant, spouse, brother or sister-in-law of any person described in (a) or (b) hereof. Any violation of the provisions of this paragraph shall not, however, affect the validity or enforceability of any transaction entered into by the Corporation.

## SECTION 6.16 STANDARD OF CONDUCT

Trustees shall perform the duties of a trustee, including duties as a member of any committee upon which a Trustee may serve, in good faith, in a manner such Trustee believes to be in the best interests of the Corporation and with such care, including reasonable inquiry, as an ordinarily prudent person in a like position would use under similar circumstances.

(a)     In performing the duties of a trustee, a Trustee shall be entitled to rely on information, opinions, reports or statements, including financial statements and other financial data, in each case prepared or presented by:

(i)     one or more officers or employees of the Corporation whom the Trustee believes to be reliable and competent on the matters presented;

(ii)     counsel, independent accountants or other persons as to matters which the Trustee believes to be within such person's professional or expert competence; or

(iii)     a committee of the Board upon which the Trustee does not serve, as to matters within its designated authority, which committee the Trustee believes to merit confidence,

so long as, in any case, the Trustee acts in good faith, after reasonable inquiry when the need therefore is indicated by the circumstances and without knowledge that would cause such reliance to be unwarranted.

Except with respect to self-dealing transactions as set forth in Section 5233 of the California Nonprofit Corporation Law, a Trustee

that performs the duties of trustee in accordance with this Section shall have no liability based upon any alleged failure to discharge the Trustee's obligations as a trustee, including, without limiting the generality of the foregoing, any actions or omissions which exceed or defeat a public or charitable purpose to which the Corporation or assets held by it are dedicated.

Except with respect to self-dealing transactions covered under Section 5233 of the California Nonprofit Corporation Law, no contract or other transaction between the Corporation and any domestic or foreign corporation, firm or association of which one or more of the Trustees are trustees or directors is either void or voidable because such Trustee or Trustees is present at the meeting the Board or committee thereof which authorizes, approves or ratifies the contract or transaction if:

(a)     The material facts as to the transaction and as to such Trustee's other directorship or trusteeship are fully disclosed or known to the Board or committee, and the Board or committee authorizes, approves or ratifies the contract or transaction in good faith by a vote sufficient without counting the vote of the common Trustee or Trustees; or

(b)     If not approved in accordance with subsection (a) above, the contract or transaction is just and reasonable as to the Corporation at the time it is authorized, approved or ratified.

## ARTICLE VII
## COMMITTEES

### SECTION 7.1 COMMITTEES OF THE BOARD OF TRUSTEES

The Board of Trustees may, by resolution adopted by a majority of the Trustees, then in office, designate one or more committees to serve as committees of the Board. Members of committees need not be members of the Board, but at least two Board members shall serve on each committee. Chairs of these committees are appointed by the Chair of the Board. Members of each committee are appointed by the Chair of the Board, in consultation with the chair of said committee and the Committee on Trustees. Any member of any committee may be removed, with or without cause, at any time by the Chair of the Board. Any committee, to the extent provided in the resolution of the Board, shall have all or a portion of the authority of the Board, except that no committee, regardless of the Board resolution, may:

(a)    Fill vacancies on the Board of Trustees or on any committee which has the authority of the Board;

(b)    Amend or repeal the Articles of Incorporation or Bylaws or adopt new Bylaws;

(c)    Amend or repeal any resolution of the Board;

(d)    Designate any other committees of the Board or appoint the members of any committee;

(e)    Approve any transaction:

(i) to which the Corporation is a party and as to which one or more Trustees has a material financial interest;

(ii) between the Corporation and one or more of its Trustees or between the Corporation and any corporation or firm in which one or more of its Trustees has a material financial interest;

(f)    Hire or fire the Director of Schools;

(g)    The expenditure of corporate funds to support a nominee for Trustee after there are more people nominated for Trustee than can be elected.

## SECTION 7.2    STANDING COMMITTEES OF THE BOARD

The Board of Trustees may, by resolution adopted by a majority of the Trustees designate standing committees to serve at the pleasure of the Board.

## SECTION 7.3    EXECUTIVE COMMITTEE

The Executive Committee is a Standing Committee of the Board. It is chaired by the Chair of the Board, who is also the Vice-President of the Corporation. Its membership consists of the Director of Schools, who is also the President of the Corporation; the Secretary of the Board and Corporation; the Treasurer of the Board and Corporation; the Chairs of the Standing Committees of the Board; and Chairs of Adhoc Committees of the Board as deemed appropriate by the Chair of the Board.

The Executive Committee, unless limited by a resolution of the Board, shall have and may exercise all the authority of the Board in the management of the business and affairs of the Corporation between meetings of the Board; provided, however that the Executive Committee shall not have the authority of the Board in reference to those matters enumerated in Section 7.1. Additionally the Executive Committee:

(a)    Sets the Board meeting agendas

(b)    Conducts the annual evaluation of the Director of Schools

(c)     Oversees the annual evaluation of the Board.
(d)     Conducts searches for the Director's position.
(e)     Oversees the execution of the Board's Strategic Plan.
(f)     Receives recommendations for the Board Chair from the Committee on Trustees and recommends to the entire Board the final candidate for Chair.

## SECTION 7.4     COMMITTEE ON TRUSTEES

The Committee on Trustees is a Standing Committee of the Board. Its chair and members are appointed by the Chair of the Board. The Chair of the Board and Director of Schools are exofficio members of the Committee on Trustees. The Committee on Trustees profiles the Board based upon the needs of the Strategic Plan and cultivates and recruits suitable candidates for committee and Board membership. It is responsible for providing a list of candidates for election or re-election to the Board, as well as nominations for the offices of the Board. It is responsible for Trustees' orientation and education.

## SECTION 7.5     ADHOC COMMITTEES OF THE BOARD

In addition to the Standing Committees of the Board, Adhoc Committees of the Board may be established to carry out the goals of the Strategic Plan of the Board of Trustees.

If an Adhoc Committee is needed, the Chair of the Board and Director of Schools establish the Adhoc Committee. The Chair of the Board assigns the Adhoc Committee Chair and invites Committee members in collaboration with the Adhoc Committee Chair and the Committee on Trustees. Adhoc Committee Chairs sit on the Executive Committee when deemed appropriate by the Chair of the Board. Adhoc Committees are established with a one-year charter, and can be renewed at the beginning of each fiscal year, based upon its progress towards, or accomplishment of, its established strategic objectives.

## SECTION 7.6     SUB-COMMITTEES OF THE BOARD

Subcommittees may be established as needed by the Chairs of the Standing Committees and AdHoc Committees of the Board and approved by the Executive Committee of the Board.

## SECTION 7.7    MEETING AND ACTION OF STANDING COMMITTEES, AD HOC COMMITTEES AND SUB-COMMITTEES

The Board of Trustees may adopt rules for any committee not inconsistent with the provision of these Bylaws.

## ARTICLE VIII
## OFFICERS

## SECTION 8.1 OFFICERS

The Corporation shall have the following officers: President, who is Director of Schools; Vice President, who is Chair of the Board; Secretary, and Treasurer, and such other Officers as the Board may designate by resolution and appoint pursuant to Section 8.3. No Officer of the Corporation may hold two (2) offices as defined by Section 8.1 concurrently.

## SECTION 8.2    ELECTION OF OFFICERS

The Officers of the Corporation, except those appointed in accordance with the provisions of Section 8.3 of this Article, shall be chosen by the Board of Trustees, and each shall serve at the pleasure of the Board, subject to the rights, if any, of any Officer under a contract of employment.

## SECTION 8.3    SUBORDINATE OFFICERS

The Board of Trustees may appoint, and may authorize the President or any other Officer to appoint, any other Officers that the business of the Corporation may require, each of whom shall have the title, hold office for the period, have the authority, and perform the duties specified by the Bylaws or determined from time to time by the Board of Trustees.

## SECTION 8.4    REMOVAL OF OFFICERS

Subject to rights, if any, under any contract of employment, any Officer may be removed, with or without cause, by the Board of Trustees, at any regular or special meeting of the Board, or, except in the case of an Officer chosen by the Board of Trustees, by an Officer on

whom such power of removal has been conferred by the Board of Trustees.

## SECTION 8.5    RESIGNATION OF OFFICERS

Any Officer may resign at any time by giving written notice to the Board of Trustees, the President, or the Secretary of the Corporation. Any resignation shall take effect at the date of receipt of that notice or at any later time specified in that notice. Unless otherwise specified in that notice, the acceptance of the resignation shall not be necessary to make it effective. Any resignation shall be without prejudice to the rights, if any, of the Corporation under any contract to which the Officer is a party.

## SECTION 8.6    VACANCIES IN OFFICE

A vacancy in any Office because of death, resignation, removal, disqualification, or any other cause shall be filled only in the manner prescribed in these Bylaws for regular appointments to that Office.

## SECTION 8.7    RESPONSIBILITIES OF OFFICERS

(a)    President. The President (who shall also be the "Director of Schools") shall be the chief executive officer of the Corporation. He or she shall have such other powers and duties as may be prescribed by the Board of Trustees or these Bylaws. The President shall be responsible to the Board of Trustees, shall see that the Board is advised on all significant matters of the Corporation's business, and shall see that all orders and resolutions of the Board are carried into effect. The President shall be empowered to act, speak for or otherwise represent the Corporation between meetings of the Board within the boundaries of policies and purposes established by the Board and as set forth in the Articles of Incorporation and these Bylaws. The President shall be responsible for keeping the Board informed at all times of student, faculty and other staff performance as related to program objectives, and for implementing any personnel policies adopted by the Board.

(b)    Vice President. The Vice President (who shall also be the Chair of the Board) shall preside at all meetings of the Executive Committee and of the Board of Trustees. In the absence or disability of the President, the Vice President shall perform all the duties of the President, and when so acting shall have all the powers of, and be subject to all the restrictions upon, the President. The Vice-President shall have

such other duties as may from time to time be prescribed by the Board of Trustees.

(c)     <u>Secretary</u>. The Secretary shall attend to the following:

(i)     Book of Minutes. The Secretary shall keep or cause to be kept, at the principal executive office or such other place as the Board of Trustees may direct, a book of minutes of all meetings and actions of Trustees and committees of the Board of Trustees, with the time and place of holding regular and special meetings, and, if special, how authorized, the notice given, the names of those present at such meetings, and the proceedings of such meetings.

(ii)     Notices, Seal, and Other Duties. The Secretary shall give, or cause to be given, notice of all meetings of the Board of Trustees required by the Bylaws. The Secretary shall keep the seal of the Corporation in safe custody, and shall have such other powers and perform such other duties as may be prescribed by the Board of Trustees or the Bylaws.

(d)     <u>Treasurer</u>. The Treasurer, in coordination and cooperation with the Director of Business and Finance of Schools of the Sacred Heart, shall be the chief financial officer of the Corporation and shall attend to the following:

(i) <u>Books of Account</u>. The Treasurer shall keep and maintain, or cause to be kept and maintained, adequate and correct books and records of accounts of the properties and business transactions of the Corporation, including accounts of its assets, liabilities, receipts, disbursements, gains, losses, capital, and other matters customarily included in financial statements. The books of account shall be open to inspection by any Trustee at all reasonable times.

(ii) <u>Deposit and Disbursement of Money and Valuables</u>. The Treasurer shall deposit, or cause to be deposited, all money and other valuables in the name and to the credit of the Corporation with such depositories as may be designated by the Board of Trustees; shall disburse funds of the Corporation as may be ordered by the Board of Trustees; shall render to the President and Trustees, whenever they request it, an account of all financial transactions and of the financial condition of the Corporation; and shall have other powers and perform such other duties as may be prescribed by the Board of Trustees or the Bylaws.

(iii) <u>Bond</u>. If required by the Board of Trustees, the Treasurer shall give the Corporation a bond in the amount and with the surety specified by the Board for the faithful performance of the duties of his or her office and for restoration to the Corporation of all its books, papers, vouchers, money, and other property of every kind in his or her possession or under his or her control on his or her death, resignation, retirement or removal from office.

## ARTICLE IX
## RECORD AND REPORTS

### SECTION 9.1    MAINTENANCE OF ARTICLES AND BYLAWS

The Corporation shall keep at its principal executive office the original or a copy of the Articles and Bylaws as amended to date. While the Board of Trustees may from time to time amend the Articles and Bylaws, no amendments may be made to Article IIC and III D of the Articles of Incorporation and Articles III, IV and V of the Bylaws without the consent of a majority of the Provincial Team of the Society of the Sacred Heart - United States Province.

### SECTION 9.2    MAINTENANCE OF OTHER CORPORATE RECORDS

The accounting books, records, and minutes of the proceedings of the Board of Trustees and any committee(s) of the Board of Trustees shall be kept at such place or places designated by the Board of Trustees, or, in the absence of such designation, at the principal executive office of the Corporation. The minutes shall be kept in written or typed form, and the accounting books and records shall be kept in either written or typed form, or in any other form capable of being converted into written, typed, or printed form.

### SECTION 9.3    INSPECTION BY TRUSTEES

Every Trustee shall have the absolute right at any reasonable time to inspect all books, records and documents of every kind and the physical properties of the Corporation and each of its subsidiary corporations. This inspection by a Trustee may be made in person or by an agent or attorney.

## SECTION 9.4    ANNUAL STATEMENT OF CERTAIN TRANSACTIONS AND INDEMNIFICATIONS

The Corporation shall prepare and mail for delivery to each Trustee an annual statement of the amount and circumstances of any transactions or indemnification of the following kind:

(a)    Any transaction(s) in which the Corporation, its parent or its subsidiary was a party, and in which any Trustee or Officer of the Corporation, its parent or subsidiary (a mere common directorship shall not be considered such an interest) had a direct or indirect financial interest.

(b)    Any indemnifications or advances paid during the fiscal year to any Officer or Trustee of the Corporation pursuant to Article XI hereof, unless such indemnification has already been approved pursuant to Section 11.1.

## ARTICLE X
## CONTRACTS AND LOANS WITH TRUSTEES AND OFFICERS

### SECTION 10.1    CONTRACTS WITH TRUSTEES AND OFFICERS

(a)    No Trustee of Officer of this Corporation, nor any other corporation, firm, association, or other entity in which one or more of this Corporation's Trustees or Officers are directors or have a material financial interest, shall be interested, directly or indirectly, in any contract or other transaction with this corporation, unless

(i) the material facts regarding such Trustee's or Officer's financial interest in such contract or transaction and/or regarding such common directorship, officership, or financial interest are fully disclosed in good faith and are noted in the minutes, or are known to all members of the board prior to consideration by the Board of such contract or transaction

(ii) such contact or transaction is authorized in good faith by a majority of the Board by a vote sufficient for that purpose without counting the vote or votes of such interested Trustee(s);

(iii) prior to authorizing or approving the transaction, the Board considers and in good faith determines after reasonable investigation under the circumstances that the Corporation could not obtain a more advantageous arrangement with reasonable effort under the circumstance and

(iv) this Corporation enters into the transaction for its own benefit, and the transaction is fair and reasonable to this Corporation at the time the transaction is entered into.

(b)    The provisions of this Section do not apply to a transaction which is part of an educational or charitable program of the Corporation if it:

(i) is approved or authorized by the Corporation in good faith and without unjustified favoritism; and

(ii) results in a benefit to one or more Trustees or Officers or their families because they are in the classes of persons intended to be benefited by the educational or charitable program of this Corporation.

## SECTION 10.2    LOANS TO TRUSTEES AND OFFICERS

The Corporation shall not make any loan of money or property to, or guarantee the obligation of, any Trustee or Officer, unless approved by the Attorney General of the State of California; provided, however, that the Corporation may advance money to a Trustee or Officer of the Corporation for expenses reasonably anticipated to be incurred in the performance of the duties of such Trustee or Officer, provided that in the absence of such advance such Trustee or Officer would be entitled to be reimbursed for such expenses by the Corporation.

## ARTICLE XI
## INDEMNIFICATION OF TRUSTEES AND OFFICERS

## SECTION 11.1    RIGHT TO INDEMNIFICATION

(a)    This Corporation shall indemnify its agents to the fullest extent provided by Section 5238 of the California Nonprofit Corporation Law.

(b)The defense and indemnification provided herein shall not be deemed exclusive of any other rights to which those defended and indemnified may be entitled, and shall continue as to a person who has ceased to be an agent and shall inure to the benefit of the heirs, executors and administrators of such a person.

## SECTION 11.2    INSURANCE

This Corporation shall have the power to purchase and maintain insurance on behalf of any Trustee, Officer or agent of the Corporation, against any liability asserted against or incurred by the Trustee, Officer or agent in any such capacity or arising out of the Trustee's, Officer's or agent's status as such, whether or not the Corporation would have the power to defend and indemnify the agent against such liability under Section 11.1 of these Bylaws; provided, however, that the Corporation shall have no power to purchase and maintain such insurance to indemnify any Trustee, Officer or agent of the Corporation for any self-dealing transactions, as described in Section 5233 of the California Nonprofit Corporation Law.

## ARTICLE XII
## FISCAL YEAR

The fiscal year of the Corporation shall end on June 30.

## ARTICLE XIII
## CONSTRUCTION AND DEFINITIONS

Unless the context requires otherwise, the general provisions, rules of construction, and definitions in the California Nonprofit Corporation Law shall govern the construction of these Bylaws. Without limiting the generality of the above, the masculine gender includes the feminine and neuter, the singular number includes the plural, and the plural number includes the singular.

## ARTICLE XIV
## AMENDMENTS

Bylaws may be adopted, amended, or repealed by a majority vote of the entire Board of Trustees, except that no amendments may be made to Articles III, IV or V or to Section 6.2 (to the extent reference is made to the number of Religious of the Sacred Heart on the Board) of the Bylaws without the consent of the majority of the Provincial Team of the Society of the Sacred Heart - United States Province.

## CERTIFICATE OF SECRETARY