# EXHIBIT A-4

# WE HOLD IN TRUST

## 2007-2008



FERGUSON 800-631-6989
DEPOSITION
EXHIBIT
4
Devincenzi - 3/21/08

# The Network of Sacred Heart Schools

Exhibit 4-1

# Why a Network of Sacred Heart?

After Vatican II, the Society of the Sacred Heart was called to a deep renewal, which demanded that it re-evaluate its life and mission in light of the Gospel and the spirit of St. Madeleine Sophie Barat in order to respond to the needs of the world. For the religious, the fundamental change was not to turn their gaze away from the world to contemplate the Heart of Christ, but to find God at the very heart of the world. Certain exterior elements in the Society vanished – cloister, the wearing of a habit, the Plan of Studies in the school – but the essential reality remained: to make known the love of God revealed in Christ.

Until 1970, the schools in the United States were held together by the Plan of Studies (a uniform curriculum for all Sacred Heart schools). Now, with no unifying curriculum, the uniformity of the schools was disappearing. The schools in this country, in fact, did not know one another, but with "Stuart Conferences," meetings of RSCJ and lay educators held from 1969 to 1974, which focused on educational issues and concerns, a desire to act collaboratively in the work of education gained momentum.

In 1972, the Interprovincial Board of the five provinces in the USA (IPB) asked Sister Catherine Collins, who was then the director of education of the Washington Province, to assume the same role for the schools throughout the US. Sister Collins agreed to be the first national Network coordinator, and thus the Network of Sacred Heart Schools began. It was born of the belief that unity brought strength; that together Sacred Heart schools could achieve more than they could alone; that each school would be energized by the collective presence of the others.

The birth and evolution of the Network were the result of:

- Changes in the Society of the Sacred Heart as part of the renewal of religious life.
- Closings of Sacred Heart schools and colleges.
- The Society's General Chapters of 1970, 1976, 1982, 1988, 1994, and 2000.
- The merging of five provinces into one in 1982.
- The development and deepening of an inclusive theology of Church, and a renewed conviction about the role of the laity.



Exhibit 4-2

# at a glance

## The Executive Directors of the Network

| | | |
|---|---|---|
| 1972-1984 | Catherine (Kit) Collins RSCJ | National Network Coordinator |
| 1984-1995 | Susan Maxwell RSCJ | Executive Director |
| 1995-1996 | Jan Dunn RSCJ | Interim Director |
| 1996-1999 | Paula Toner RSCJ | Executive Director |
| 1999-2003 | Marsha Whelan | First Lay Executive Director |
| 2003- | Madeleine Sophie Ortman | Executive Director |

## Locations of Office

| | |
|---|---|
| 1972-1982 | Provincial House of the Washington Province on Commonwealth Avenue, in Newton, Massachusetts |
| 1982-1992 | Small house on campus of Newton Academy in Newton, Massachusetts |
| 1992-2003 | 860 Beacon Street, Newton, Massachusetts |
| 2004- | 700 North Third Street, St. Charles, Missouri |

## Significant Events

| | |
|---|---|
| 1972 | Catherine (Kit) Collins, RSCJ, appointed to be national coordinator of Sacred Heart Schools |
| 1973 | First national meeting of heads of Sacred Heart schools that included headmistresses, upper, middle and lower school heads |
| 1975 | *Goals & Criteria* approved |
| 1975-1981 | Leadership program for lay and religious leaders of the schools |
| 1978 | Network Commission on Goals appointed by the Interprovincial Board (IPB) |
| 1982 | First Trustees' Conference held in Washington, D.C. |
| 1988 | Meeting of board chairs, heads and provincial team Executive committee elected for strategic planning |
| 1990 | *Goals and Criteria* of 1990 |
| 1991 | NCOG training process shifts from training visiting committees to training steering committees |
| 1991 | First Network Board of Directors elected by heads, chairs and provincial team |
| 1997-1998 | Revision of Bylaws |
| | ° Authority rests in the membership, not the provincial, executive director or Network Board |
| | ° Program Committee becomes a committee of the Board |
| | ° Head of SHCOG becomes an ex officio member of the Program Committee |
| 2000-2002 | International meetings of the heads Joigny, France and Sydney, Australia |
| 2005 | *Goals and Criteria* 2005 |
| 2007 | International Heads Meeting held in St. Charles, Missouri |



Exhibit 4-3

# mission statement

## of Network of Sacred Heart Schools

The Network of Sacred Heart Schools is an association of twenty-one independent schools historically connected and committed to the values of Christian education articulated two hundred years ago by the founder of the Society of the Sacred Heart, St. Madeleine Sophie Barat. Though geographically diverse and independent, the community of administrators, teachers, staff and trustees in each school is dedicated to educate students in the spirit of the *Goals & Criteria* for Sacred Heart Schools (2005), the document that defines the scope and vision of Sacred Heart education in the United States. The non-negotiable elements of a Sacred Heart school are:

1. In the *Goals and Criteria,* the Society of the Sacred Heart defines the mission of the school as part of the Society's educational mission in the Catholic Church.

2. Each school is accountable to the Society though the Sacred Heart Commission on Goals for adherence to the *Goals & Criteria.*

3. Each school's board of trustees and administration establish and uphold policies that are consistent with the *Goals and Criteria.*

4. The school allocates its resources to support each goal and its criteria.

5. The school is in compliance with professional standards as stated by accrediting agencies.

To this end, the Network provides services and programs needed by its member schools to live the *Goals and Criteria* to their fullest as well as to encourage each school in its effort to use its educational resources to the best possible advantage. By offering an avenue to promote experimentation, research and curriculum development, the Network seeks to stimulate creative educational leadership at all levels within its member schools.

The Network commits itself to bring these educational resources to the broader educational community within the United States, with particular emphasis on contributing to the educational needs of poor and marginalized children. In addition, the Network and its member schools maintain a strong affiliation with the people and institutions associated with the Society of the Sacred Heart in forty-five countries around the world, thus fostering a global awareness.



Exhibit 4-4

# goals & criteria

When the heads of school of the Network met at John Carroll University in Cleveland, Ohio in 1974, they realized that they wanted to articulate what a Sacred Heart school was. What were the qualities, the essential values that characterized such a school? Under the leadership of Sister Catherine Collins, a small group drafted a statement of the central characteristics of a Sacred Heart school. Using the orientations of the General Chapter of 1970 of the Society of the Sacred Heart, the writers adapted the directions expressed there to apply to the work of education in the schools. "What makes a Sacred Heart school? Independent but never isolated, every Sacred Heart school needs to feel the strength of belonging to a larger whole, of sharing principles and values, broad purposes, hopes and ambitions." (Preamble to 1975 *Goals and Criteria* for Sacred Heart Schools in the US.) The five goals articulate the essence of a Sacred Heart school. All schools commit themselves to educate to:

A personal and active faith in God;

A deep respect for intellectual values;

A social awareness which impels to action;

The building of community as a Christian value;

Personal growth in an atmosphere of wise freedom.

The *Goals and Criteria* were then shared and shaped by the school communities across the country, as well as by the RSCJ communities. In 1975, the provincial teams of the five provinces of the United States approved these 1975 *Goals and Criteria* for the Network schools.

In 1988-90, under Sister Susan Maxwell's leadership, the School Committee facilitated a review of the 1975 *Goals and Criteria*. Fifteen years had passed since the writing of the first ones, and the world and the educational challenges had changed and evolved. Most significantly, this review led to a significant paradigm shift in the criteria. The wording of the criteria shifted to make it clear that the adults in the schools were to model the values of the *Goals and Criteria*. The adults were to live these values, not just instruct the students to do so.

During the academic year 2004-2005, Sister Ann Taylor, head of the Sacred Heart Commission on Goals, led the constituencies of the Network schools and the Religious of the Sacred Heart (RSCJ) in a spirited consultation. The *2005 Goals and Criteria* document is the fruit of this work. The "foundational principles" contained in this document are non-negotiable elements of a Sacred Heart school. It is the expectation that these principles are part of a school community's reflection when it evaluates its life during the SHCOG process.



Exhibit 4-5

# collaboration

From the beginning of the Network, collaboration between religious and laypersons has been essential. The educational mission of Sacred Heart schools, though influenced by the Society of the Sacred Heart, belongs not just to the RSCJ, but to all Sacred Heart educators and constituencies.

The fundamental belief that the mission of Sacred Heart education belongs to all of us has had many evolutions – sharing the mission with lay colleagues in schools; leadership training programs; Network Faculty Development Committee, which evolved into the Program Committee; trustees' conferences; institutes that included faculty/staff, administrators and trustees. Always the desire was to be inclusive in carrying out the mission.

If the mission of Sacred Heart education is to continue to educate students in the spirit of the *Goals and Criteria* for Sacred Heart schools, it must be embraced and lived by all constituencies – administrators, faculty, staff, trustees, alumnae and students. This spirit of collaboration was underscored in the 2000 Chapter: "We are called to collaborate in reciprocity with all people with whom we share life and mission."



Exhibit 4-6

# relationships to the Society

### The International Society

The International Society

The mission of the Society of the Sacred Heart is to discover and proclaim God's love.

The Society is made up of 32 provinces/districts/areas in 45 countries.

The Society is governed by the superior general of the congregation and a general council composed of four RSCJ from around the world who assist her. The general council lives in Rome.

The highest governing body of the Society is a general chapter convened every 8 years. A general chapter is responsible to:

- protect the spiritual heritage.
- evaluate the progress of the Society.
- give orientations in light of needs of the Church and the world.
- elect the superior general.
- deal with issues of major importance to the Society.

### USA Province

The Society's mission in North America was inaugurated 1818 by St. Philippine Duchesne. At that time, the ministries of the Society were: education in boarding schools, education of the poor, retreats, and "holy conversations," which today we would call spiritual direction. Today, the ministries of the Society, while remaining the same, are named differently: formal education, service to the poor (health care and educational projects), faith accompaniment and collaboration with church and civic organizations.

The provincial team is responsible for the life and mission of the Society in the United States Province. The province includes the Network of Sacred Heart Schools in its planning processes.



Exhibit 4-7

## Society's Institutions

The 1970 General Chapter inspired the 1975 and 1990 *Goals and Criteria*. That chapter gave the following direction/options: internationality, education, and solidarity with the poor, especially with the Third World.

The 2000 General Chapter inspired the 2005 *Goals and Criteria* and articulated our educational mission as "a pathway to discover, a space to announce the love of the Heart of Jesus." Four calls came from this chapter:

- An education that transforms – our mission is a participation in God's work of transformation.
- From collaboration to reciprocity – reciprocity is a conviction, a challenge, a choice.
- From meeting to dialogue of cultures – interculturality is entering the reality of the other, expanding boundaries in hospitable relationships.
- Spirituality – thirst for God, hunger for justice, desire for equality, longing for meaning, ache to belong and a grappling with questions rather than answers.

The next general chapter will take place in 2008.

## Sacred Heart Commission on Goals Mandate

The sole responsibility of the Sacred Heart Commission on Goals (SHCOG) is to design and implement a system of accountability whereby the schools in the Network of Sacred Heart Schools hold themselves accountable for living according to the *Goals and Criteria*. SHCOG is an agency of the Religious of the Sacred Heart and works in active partnership with the provincial team to promote the Sacred Heart mission in the schools.



Exhibit 4-8

# network governance structure



**Network Membership Head and Board Chair from each school Provincial Team Network Board (About 60)**

**The Network Board Ex Officio** Executive Director Board Chair Provincial + 6 elected at large (9)

**Executive Director Hired by Board with approval of the Network membership**

In the 1996-1997 revision of the Network bylaws, the authority of the board was diminished, and it now operates rather as an executive committee. The authority of the membership increased, and it now operates more as the board. The executive director and Network Office staff implement the policies and plans decided on by the membership.



Exhibit 4-9

# Shared mission with

Each Sacred Heart School
The Network Board
The Network of Sacred Heart Schools
U.S. Province of the Society of the Sacred Heart





Exhibit 4-10

# the network board

From the beginning, the Network has consisted of a set of relationships that included: the network office and board; the head and board chair of each Sacred Heart school; the provincial and her team. These relationships have been likened to a three-legged stool. Each "leg" supports the Sacred Heart mission of education.

By the late 1980's, it became clear that the heads and board chairs needed a structure for decision making. In 1988, an executive committee was elected by the heads, board chairs and the provincial team. This executive committee evolved into the Network board in 1991.

From 1992 to 1999, the administration of the Network went through a total inversion of its pyramidal structure. Before the Network was incorporated, the expenses of the Network office were underwritten primarily by the province; the executive director had all the authority; and the School Committee and various ad hoc committees worked on Network programs and projects with the director.

When the Network became a 501c3 corporation in 1992, using an already existing corporation by which to operate (The Stuart Fund, incorporated in Illinois,) the governance changed. Now there was a true board of directors, and the executive director was employed by the corporation, accountable to the board.

Bylaws were drafted and approved in 1993. In 1994, the Network strategic plan was approved by the membership. In 1999, the second strategic plan was approved and implemented. The current strategic plan was developed in 2005.



Exhibit 4-11

# Network funding history

From 1972 to 1993, the primary source of funding for the Network came from grants from the province and from the contributed services of the religious.

In 1993, the board proposed a dues structure of $1,000 fixed fee for each school plus a per student fee. Schools also paid an assessment per person for programs. This structure remained in place until 1998-99. In that year, the Network membership agreed to a 20% annual increase ($500 to the flat fee and $7.75 per student fee) to be phased in over a five-year period. Program assessment increased to $250. Province support continued.

Effective school year 2005-2006, the province support agreement was completed. The Network board appointed a task force to examine what various funding models would make the Network financially independent and give the schools control of their own funds. At its membership meeting in October 2004, in Omaha, the following dues and assessment structure was adopted:

1. Dues were decreased by 15% Therefore, based on 2004-2005 dues ($47 per student plus $3,032 per school), 2005-2006 dues were $39.95 per student plus $2,577 per school. No dues increase is anticipated over the life of the current Strategic Plan (2005-2010).

2. Travel costs (air and ground transportation, lodging and meals not a part of the program) are the responsibility of each school.

3. The schools will be assessed a $150 per person program fee for each participant.



Exhibit 4-12

# social justice service programs

"Schools of the Sacred Heart commit themselves to educate to a social awareness that impels to action" (Goal III).

The Network Social Justice Service Programs evolved from the vocation committee of the US Province. The thought was that the RSCJ could work with students in the schools on service projects as a way to foster future vocations. The first summer service program was held in Houston in 1988 at Our Lady of Guadalupe School, and was sponsored by the Society of the Sacred Heart. In 1989, the Society sponsored three service programs in Houston, Grand Coteau and Miami.

From 1988 to 1992 a group of Network educators (Goal III Committee) met to formulate ways for the Network to foster Goal III opportunities for students across the country.

In 1994 the first Network summer service program was held in New York City in conjunction with YSOP (Youth Services Opportunities Project). A Network student, paired with a student from a school in the same city, worked together to understand the causes of homelessness.

In 1995, the second Network sponsored summer program was held in New York City. The project continued to have paired students. Because of high demand, more Network students were permitted to attend.

Level II projects were also initiated in 1995. These allowed students who had participated in a Network summer program (Level I) to participate in a second one in order to delve more deeply into the systemic causes of injustice calling for change. The first Level II programs were held in Boston and Miami.

Over the years, summer service projects have grown exponentially. In 1988, 14 students participated in the first program in Houston, Texas. In recent years, students and faculty members traveled to Bloomfield Hills, Michigan; Chicago; El Cajon, California; Greenwich, Connecticut; Guadalajara, Mexico; Miami; Poughkeepsie, New York; San Francisco and Seattle to participate in numerous Network projects.



Exhibit 4-13

# network programs

As the national coordinator of Sacred Heart schools, Sister Catherine Collins wanted to work in a collaborative way with the Sacred Heart schools around the country. She wanted to hear from them what their needs were and what programs would benefit their constituencies. As she put it, "I wanted 'feet' all over the country." Thus, she formed a group of Sacred Heart administrators who reflected the geographical and the community diversity of the schools. This group was named the School Committee, and its purpose was to plan programs of professional development for administrators and faculty.

Between 1975 and 1995, all constituencies of the Network experienced a wide range of programs, projects, and educational development opportunities. Mid-level administrators, i.e., admissions, development, business and heads of sections of schools held regular meetings, as did the heads of schools. The *Network News* was published on a regular basis; directories of board members, faculty members and staff were published and then made available on-line. The rich history of program activities based on the *Goals and Criteria* has provided depth for activities within the local schools.

In 1995-96, the School Committee became the Program and Planning Committee, a committee of the board. Teaching faculty was added to this committee in order to have it attend to faculty development needs. The following year, a trustee was added to the committee. By 1998-99, the Technology Committee and the Social Justice Committee had become subcommittees of the Program Committee.

In the spring of 2003, the Program Committee proposed the institution of a national conference that would bring school constituencies together once a year for greater cooperation and collaboration. The first national conference, *Outside the Classroom, Inside the Mission* was held in June 2005. The second conference, *Inside the Sacred Heart Classroom; Beginning a Great Work* was held in June 2006.

In April of 2007 two historic events were hosted by the Network. The first, *Keepers of the Flame,* brought together Sacred Heart educators from around the country who are specifically responsible for Formation to Mission in their respective schools. The second, *Collaboration for a Transformed World; One Heart One World,* the third International Heads Meeting, brought Sacred Heart educators from around the world to Saint Charles.



Exhibit 4-14

# www.sofie.org:

## Schools Online for Interactive Education



The Network of Sacred Heart Schools has from the beginning of the technological revolution in education used technology to connect the schools in their work of education. With the establishment of the SOFIE (Schools Online for Interactive Education) website following the national meeting in the fall of 1992, the Network schools began using e-mail and online forums to connect geographical areas from coast to coast and north to south to create a national community and to share academic goals and resources. The SOFIE website debuted in 1995. www.sofie.org was one of the first websites of a group of religious schools and as such was on the cutting edge of technology.

The vision from its inception was that SOFIE would be a vehicle to create community through communication via technology, and through sharing curriculum resources and programs, such as social justice and fine arts programs and valuable Network archives.

Regional meetings evolved from the national technology meeting held in St. Louis in the spring of 1996. These meetings focused on meeting the growing infrastructure needs within the individual schools, as well as the integration of curriculum and technology across the network.

The National Network Technology Committee program was established in the mid-1990's. The mission of this committee was to establish a common ground in technology for each Network school to achieve. The committee assessed the status of technology in each individual school in order to achieve common goals for technology in the Network. For example, the first common goal was to see that each school had e-mail and internet capacity so that faculty and administrators could communicate. The Network Technology Committee created a National Technology Plan for the Network, based on the 1999-2004 Network Strategic Plan. SOFIE aids the communication between the technology people in the schools. They usually meet at national conferences.

The possibilities of technology in the Network are still exciting and endless — net courses, sharing of information, archives, and discussion groups. Technology is an essential tool of Sacred Heart education and enables the Network to communicate and collaborate for the mission.

Exhibit 4-15

# committees of the Network Board

### Formation to Mission Committee

The Formation to Mission Committee assures that all Network-wide programs for adults intentionally incorporate a formation to mission component; that member schools have adequate resources for their own formation programs; that there be regular Network orientation to mission for new heads, chairs, faculty, board members and other adult constituencies as the membership identifies these needs.

The Program Committee merged with the Formation to Mission Committee in 2005. This combined committee plans programs for faculty/staff that contribute to their professional development as well as to their understanding of the heritage and evolving traditions of Sacred Heart education.

The Social Justice Committee and the Technology Committee are sub-committees of the Formation to Mission Committee.

#### Social Justice Committee

The Social Justice Committee plans and conducts Network projects for students, faculty and others who are connected with Sacred Heart schools. These projects and meetings foster action to achieve social justice and a commitment to service and reflection on society and its values.

### Finance Committee

This committee develops a financial plan for the Network, determines the resources necessary to accomplish the plan and identifies sources of revenue, presenting funding scenarios to the membership for acceptance.

### Membership Committee

The Membership Committee guides schools applying for membership in the Network through the application process, oversees the period of provisional membership and makes a recommendation to the membership as to their acceptance to provisional and full membership. In addition, the Membership Committee explores other forms of affiliation for various organizations with which the Network has or could have a mutually beneficial association.

### Committee on Trustees

The Nominating Committee prepared and presented to the membership a slate of candidates for the Network Board of Directors and chair each year. Elections are conducted by the board.

In June 2006, the Network board changed the name to the Committee on Trustees. In addition to its previous "charge," this committee will review the by-laws, and both profile and evaluate the Network board.



Exhibit 4-16



# Network of Sacred Heart Schools



# Glossary of Terms



Exhibit 4-17

Exhibit 4-18

## GLOSSARY OF SACRED HEART TERMS

### Children of Mary

The Congregation of the Children of Mary, whose primary purpose was the spiritual formation of the students of the Religious of the Sacred Heart, was first formed in Amiens in 1816, in the Paris school in 1820. In 1832, since the rule of cloister prevented the religious from leaving their convents, Mother Barat organized a group of former students in Lyons to perform works of service, especially for the poor and needy. From these roots grew sodalities, or religious fellowships, for the various levels of students: the Infant Jesus Sodality for the lower school, the Sodality of St. Aloysius for the middle school and the Sodality of the Holy Angels for the high school. The Children of Mary became the sodality to which students in their last year of high school and in college aspired. The initials *E.deM.,* which a member wrote after her name, stood for the French *Enfant de Marie.*



*While the aims of such religious fellowships are met in different ways today, in some Sacred Heart schools members of the former sodalities still gather for days of prayer and reflection.*

### Cœur de Jésus

Refrain:

| | |
|---|---|
| *Cœur de Jésus sauvez le monde,* | (Heart of Jesus, save the world) |
| *Que l'univers vous soit soumis* | (May the world be submitted to you,) |
| *En Vous seul notre espoir se fonde* | (In you alone our hope is founded) |
| *Seigneur, Seigneur, Vous nous l'avez promis.* | (Lord, Lord, you have promised us this.) |
| | |
| *Vous l'avez dit: Votre promesse* | (You have told us: your promise) |
| *Fait notr'espoir, notre bonheur :* | (Will be our hope, our happiness:) |
| *« Je bénirai dans ma tendresse* | ("In my tenderness, I will bless) |
| *Les enfants de mon Sacré Cœur. »* | (The children of my Sacred Heart.") |
| | |
| *Vous l'avez dit: Sauveur fidèle,* | (You have said, O faithful Savior,) |
| *Votr' amour nous l'a révélé:* | (Your love has revealed it to us:) |
| *« Le cœur brulant pour Moi de zèle* | ("The heart that burns with zeal for Me) |
| *Par le Mien sera consolé ! »* | (Will find consolation in my Heart.") |

### Congé

( kon-zhay: *French* leave taking, farewell)

It's a *congé!* This announcement is recognized by students at Sacred Heart schools as signaling a day when they take leave of their regular studies and channel all energy into having fun. *Congés* come when they are least expected, since the planning for them is done in secret. Originally, the activities and games, such as *cache-cache* (a group form of hide-and-seek), were planned by the religious for the girls of the boarding schools.

*The tradition has carried over to many Sacred Heart schools of today and provides an opportunity for older students to exercise skills of planning and*



Exhibit 4-19



*organizing as they work with administrators and faculty members to prepare activities for the younger students.*

### Convent of the Sacred Heart

Only a few schools in the Network of Sacred Heart Schools formally maintain as part of their mailing address the full name "Convent of the Sacred Heart." A stop at many schools, however, still brings a visitor face to face with the name on a sign or plaque near the main entrance. Such a sign is a reminder that the parents of older alumnae of the Sacred Heart schools were quite conscious of sending their daughters to what was sometimes called a "convent school" – not simply a school where nuns taught but a residence for nuns where young girls went to receive an education from the nuns and generally live with them for some part of the school term. From their founding until 1964, the Religious of the Sacred Heart were cloistered. In other words, they pledged themselves to the communal pursuit of religious perfection in a residence consecrated for that purpose and therefore, removed from the ordinary traffic of society. The religious were permitted to come into contact with individuals not living such a life of religious commitment and permitted to serve them as long as the contact and service occurred within the convent.

### The Education of Catholic Girls



Of Scottish race, the youngest daughter of a clergyman of the Established Church of England, Janet Erskine Stuart became one of the most important influences in the lives of those she touched. As sixth superior general of the Society of the Sacred Heart (1911-1914), she traveled around the world sharing her inspiration on the education of youth and direction of teachers. Her book, *The Education of Catholic Girls,* highly acclaimed when it was first published in 1912, has come to be regarded as a classic, advanced in its insights into the pedagogy and development of young women. Originally written for a general audience with an interest in the problems of education, it is a must for anyone attempting to become informed about the spirit of education at Sacred Heart schools. Of the goal of such education, Mother Stuart wisely wrote, "So we must remember that it is better to begin a great work than to finish a small one…Our education is not meant to turn children out small and finished but seriously begun on a wide basis."

### Exchange

The Network of Sacred Heart Schools offers a program of both domestic and international exchange to its students. In this program, upper school students, usually grade 10 or above, may apply to attend another school in the Network for approximately one quarter, or ten weeks, or the entire year. In order to qualify for exchange, students must be in good academic and social standing at their home school and obtain the recommendations of their teachers and head of school. The exchange coordinators at the students' home school and intended exchange



Exhibit 4-20



school handle the paperwork. After students are accepted, schedules compatible with what they have been and will be taking for the rest of the year are worked out. Exchange students live either in the boarding school or with a host family. The many advantages to exchange include seeing another part of the country/world, getting a taste of life away from home before college, experiencing life – academic, extracurricular, religious, and social – at another school, making new friends and building community within the Network.

### Feast of St. Madeleine Sophie Barat



Madeleine Sophie Barat, foundress of the Society of the Sacred Heart, was born in Joigny, France on December 12, 1779. She was a frail, intensely thoughtful child. She grew up in the simple home of a barrel maker where she received a remarkable education under the guidance of her brother, Louis. At age 16, Sophie went to Paris with Louis to study, following a demanding program that included mathematics, Latin, theology, and biblical studies. It was in Paris that she learned from Father Joseph Varin of plans for a new religious congregation whose end would be to glorify the Heart of Jesus. It was to be rooted in prayer and devoted to the ministry of education. On November 21, 1800, with three others, she consecrated her life "to make known the revelation of God's love, whose source and symbol is the Heart of Christ." The first school was in Amiens, France. On January 18, 1806, at the age of twenty-six, Mother Barat was elected superior general of the order, an office she held until her death in 1865. On Ascension Thursday, May 25, 1865, Madeleine Sophie Barat died in Paris. She was beatified in May 1908 and was canonized a saint in 1925. Her feast is celebrated on May 25th.

### Feast of St. Philippine Duchesne



Saint Rose Philippine Duchesne was born in Grenoble, an ancient city in the French Alps, on August 29, 1769. Strong-willed and impetuous, she was the eldest daughter of a large merchant family. She was educated at home and at the Visitation Monastery of Ste Marie d'en Haut, located on a mountain above the city. She entered the cloister there against the wishes of her family. When the French Revolution swept down from Paris, Philippine was forced to return home. For ten years, in dangerous circumstances, she worked for the underground church. Philippine was introduced to Madeleine Sophie Barat in 1804, and entered the Society of the Sacred Heart. The two, Philippine and Sophie, remained life-long friends. Philippine's greatest desire was to be a missionary to America, to serve the Native Americans. She persisted in her requests, and in 1818, Mother Barat consented. Philippine and her four companions reached New Orleans on May 29, 1818. Philippine established the first free school for girls west of the Mississippi in St. Charles, Missouri. It was from this school in St. Charles, then in Florissant, that other



Exhibit 4-21

foundations were made, and the twenty-one schools of the present Network of Sacred Heart Schools were established.

The mission of the Society of the Sacred Heart spread rapidly throughout the New World, and the schools survived against great odds because of the prayer and sacrifice of Philippine Duchesne. On November 18, 1852, at the age of eighty-three, Mother Duchesne died at St. Charles. On May 12, 1940, she was beatified by Pope Pius XII. She was canonized July 1988 by Pope John Paul I. Her feast is celebrated on November 18th. Her remains rest in the shrine dedicated to her on the campus of the Academy of the Sacred Heart in St. Charles.

### Field Day

Field Day, sometimes referred to as Sports Day, is a special day near the end of each school year when students in Sacred Heart schools are able to display their athletic gifts. The way each school carries on the tradition may be unique. In some schools, a Committee of Games, comprised of students, may take on the task of preparing the activities. In other schools, Field Day has become the responsibility of the physical education department. In schools where the student body is divided into teams, Field Day may be the high point of the year, the last opportunity to accumulate points for the coveted cup or trophy.

### Formation to Mission

The term *Formation to Mission* within the Network schools refers to an ongoing plan for the education of adults to the essential elements of the mission and traditions of the Society of the Sacred Heart. Dimensions of this formation include awakening and deepening one's personal relationship with the heart of Christ, developing these competencies in the public sphere, and empowering others to claim their own relationship with God.

### Goals and Criteria

"The Goals and Criteria are the *sine qua non* for every school that belongs to the Sacred Heart network."
    Preamble to the 1975 *Goals and Criteria for the Sacred Heart Schools in the United States*



In the late 1960's in the aftermath of the Second Vatican Council, Sacred Heart schools faced a number of serious challenges: a declining number of religious available for work in the schools, a smaller number of Sacred Heart schools open and operating and the development of independent Boards of Trustees in the remaining institutions. Lay and religious Sacred Heart educators began to meet to find a way to safeguard the legacy and vision of Sacred Heart education in the United States. Eventually five goals were articulated that help define what a Sacred Heart institution true to the inspiration of St. Madeleine Sophie Barat strives to do, and specific criteria were drawn up by which to judge whether an institution is indeed pursuing each of the five goals and thereby merits membership in the Network of Sacred Heart Schools. The



Exhibit 4-22



*Goals and Criteria* published in 1975 were adapted and refined in 1990 to reflect more accurately the challenges facing the schools as they near the end of the century.

*During the 2004-2005 academic year, the constituencies of the Network Schools and Religious of the Sacred Heart engaged in a spirited consultation. The 2005 Goals and Criteria document is the fruit of that consultation. The "foundational principles" contained in this document are essential elements for being a Sacred Heart school.*

## Goûter
(goo-tay; *French* to taste)

*Goûter* is a long-standing tradition in Sacred Heart schools. In days of the boarding schools, when it was not uncommon for classes to meet until five o'clock in the afternoon, it was necessary to provide the students with a mid-afternoon snack. Later, as the schools grew, the cost and logistics of providing daily *goûter* became too complex.

*Today, goûter, is a special treat to which students in Sacred Heart schools look forward on special feast days and holidays.*

## International Passport

The International Passport is a small card that identifies the holder as a member of the worldwide Sacred Heart community. It is a helpful item in these days of constant travel. It can serve as a means of introduction and even a source of help in the forty-four countries where  the Society of the Sacred Heart presently serves. The International Passport is usually given by the head of school at the end of the school year to the graduating class. There is also an International Directory of Sacred Heart Schools available on the website of the Network of Sacred Heart Schools – www.sofie.org.

## Lily Procession

The Lily Procession is held on the Feast of the Immaculate Conception, December 8th. The students present a lily to our Lady while saying, "O Mary, I give you the lily of my heart; be thou its guardian forever."

*This practice continues in few of our schools today. A celebration of Mary often takes place during the month of May.*



Exhibit 4-23

### Mater



In 1844, a generation after the Society of the Sacred Heart was founded, Pauline Perdrau, a young novice, took it upon herself to produce a fresco of the Virgin Mary on a wall in a recreational area of the convent, Trinità dei Monti in Rome. As a child, Pauline had had a favorite pink dress, so she chose to paint Mary as a young woman in a rose-colored dress rather than a matronly Madonna in blue. The lily at Mary's side represented her purity; the distaff and spindle, her love of work; a book, her dedication to study. Unfortunately, although Pauline put herself wholeheartedly into her task, her inexperience with the technique of fresco did not produce the beautiful soft painting for which she had hoped. The too vivid colors had to be hidden behind a drape. Pope Pius IX, upon visiting the convent, requested that the curtain be removed. Seeing the fresco of our Lady, its colors inexplicably softened, he exclaimed, *"Mater Admirabilis!"* (Latin for "Mother Most Admirable") Miracles soon began with the cure of a missionary priest who had completely lost the power of speech. Permission was given to offer Mass before the miraculous picture and to celebrate the feast of Mater Admirabilis on October 20.
*There is a statue and/or picture of Mater in each of our schools today. This special day is marked with liturgical celebrations, alumnae gatherings and pink goûter.*

### May Crowning

In those schools that celebrate a May Crowning, students are chosen by their classmates to perform one of three functions during the May Crowning: to read an Act of Consecration to our Lady, to carry the crown, or to crown our Lady's statue.

### Network

The Network of Sacred Heart Schools is composed of independent educational institutions historically interrelated and committed to the vision articulated in the *Goals and Criteria*. The purpose of the Network is to provide education, services and programs to further Sacred Heart education in the United States.
Each member institution in the Network of Sacred Heart Schools is governed by an independent Board of Trustees. Membership in the Network is dependent upon commitment to the philosophy of and formal accountability to the Society of the Sacred Heart. This relationship of member schools to the Society of the Sacred Heart is monitored by a specific Sacred Heart system of institutional evaluation.



Exhibit 4-24

### Plan of Studies



In 1804, four years after the founding of the Society of the Sacred Heart, members of the Society turned to Father Jean-Nicolas Loriquet, an educator of boys in Amiens, to ask him to draw up the first of eleven formulations of a *Plan of Studies* that would provide a guide for teachers in their mission to educate "the whole woman with a view to her own vocation in the circumstances and the age in which she has to live" (1952 formulation). At first, when all the schools were in France a single curriculum was in effect in all the boarding schools. Over the next 150 years, meetings of Sacred Heart nuns called chapters enacted revisions of the *Plan* to adapt it to new countries and cultures and to changing conditions. In 1958, however, a new document entitled *Spirit and Plan of Studies* replaced the *Plan*. It was a statement of the philosophy and pedagogy of Sacred Heart education that would hold good despite the external differences peculiar to each setting in which Sacred Heart schools find themselves. In this spirit, schools in the United States have adapted their programs and methods to suit the special situation of each school, but the formulation of the *Goals and Criteria for Sacred Heart Schools in the United States* (1975, 1990 and 2005) has helped to provide the feeling "of belonging to a larger whole, of sharing principles and values, broad purposes, hopes and ambitions."

### Primes



Originally the first exercise of the week in a school of the Sacred Heart, *Primes* was the assembly of students and religious at which judgment on the previous week's conduct, good or bad, and results of the previous week's tests were announced. Medals for politeness, for order, and for excellence in various academic subjects were also awarded, to be worn for a particular week. But *Primes* was also an exercise in poise. Each class was called, formed two by two, and advanced toward what could seem an intimidating group of black-garbed nuns. After forming a semicircle in front of the religious, the class curtseyed and waited for "notes" to be read. A card imprinted *Tres Bien* signified "very good" in behavior; a card with *Bien* meant "good;" a card with *Assez Bien* meant "good enough," or rather "not good enough." If a student was not *bien* at all, she did not receive a card, simply an oral report of "no notes," a judgment to be dreaded. A student was expected to answer with graciousness and dignity any comment or question of Reverend Mother.

*This weekly practice has been replaced with monthly/quarterly, annual assemblies.*



Exhibit 4-25

### Prize Day

Sometimes referred to simply as "Prizes," Prize Day brings a formal end to the school year in some Sacred Heart schools. Students are recognized for their academic achievements throughout the year and, in some schools, for character formation. The school community comes together for a formal assembly to distribute the prizes. In former days, the prizes usually consisted of books; now the prize can often be a certificate or award recognizing specific achievement. From the youngest to the oldest, the students are taught to accept awards graciously and to applaud the skills and talents of others.
*This practice continues in most of our schools today. In some schools the term Prize Day has been replaced with "Sacred Heart Awards" or some other title.*

### Provincial Team



The Society of the Sacred Heart is divided into provinces, each province usually comprising a country or related geographical areas. There is a provincial, or superior, for each province, and a provincial team. The provincial is appointed by the superior general after input from members of the province (which numbers approximately 400 members in the United States). The provincial team is appointed by the provincial and, together with her, offers guidance for the spiritual, apostolic, and professional direction of the members of the province. *Seen above: Kathleen Conan, Provincial and Team Members Paula Toner, Marina Hernandez and Anne Byrne.* The headquarters of the United States Provincial Team is currently in St. Louis, Missouri. The team sends out monthly news of the province in the newsletter *Update,* and its various members visit different areas of the United States each year. This group also maintains close ties with the superior general of the Society and her team, called the general council. They are located in Rome, the headquarters of the whole Society.

### Religious

The use of the term "religious" in reference to the nuns who serve in the schools of the Society of the Sacred Heart is often confusing to friends new to the Sacred Heart way. The terms "sister" and "nun" are more familiar to those Catholics who attended parochial schools. Sisters of the Society of the Sacred Heart often sign their names followed by RSCJ, which is derived from the French *Religieuse du Sacré Coeur de Jésus.* During the 19th century, "Madame," as a term of address, was used for the Religious of the Sacred Heart because the Society had come into existence shortly after the French Revolution, when it was not always possible to obtain recognition under a specifically religious name. Since then, "Madame" and later "Mother" were dropped in favor of "Sister" followed by the last name.



Exhibit 4-26

### *Ribbons*

Ribbons, worn diagonally from a student's right shoulder and fastened on the left at the waist to allow the ends to fall free to skirt length, have long been marks of distinction in Sacred Heart schools. Students in the third and fourth years of high school, classes that were traditionally termed Third and Fourth Academics, wore



blue ribbons, light blue for boarders and dark blue for day students, while those in the first and second years (First and Second Academics) wore green. The blue and green ribbons were awarded by a vote of the students, ratified by the religious, in recognition of good conduct, good spirit, helpful influence, and leadership. Students in the middle school grades wore narrow green ribbons. In the lower grades, students wore pink ribbons, with red ribbons reserved for the first and second grades. Literary portraits of life in schools of the Sacred Heart, like Mary McCarthy's *Memoirs of a Catholic Girlhood,* usually mention the wearing of ribbons as a distinctive feature of the schools.
*Although still in use in several Sacred Heart Schools, ribbons are no longer worn everywhere.*

### *Sacred Heart Commission on Goals (SHCOG)*

The Sacred Heart Commission on Goals facilitates a system of accountability for Network schools in their carrying out the mission of the Society of the Sacred Heart. The commission is comprised of RSCJ and lay educators and trustees in the Network together with a member of the provincial team; it is accountable to the Provincial Team. The Sacred Heart Commission on Goals initiates, oversees and officially responds to a process of institutional self-reflection, by which each school at regular intervals is able, not only to determine where its strengths lie in relation to the *Goals and Criteria,* but also to express the concerns it has regarding how well it is living the vision expressed in them. The process aims to enable each school to formulate a plan for what it intends to do to deepen the life of the *Goals and Criteria* within its community. The mission of the Sacred Heart Commission on Goals stems from the belief that a community of educators can renew itself by means of just such reflective self-evaluation that yields fresh insights and recommitment.

### *sofie.org - Schools On line For Interactive Education*

*www.sofie.org* is the Network web site. This site facilitates communication between and among Sacred Heart educators and their



constituents. The home page celebrates excellence in the schools. Among its rich features, the site includes a map of and links to the schools in the



Exhibit 4-27



United States, as well as a list of and contact information about Sacred Heart Schools around the globe. Group e-mails have been set up on this site for Sacred Heart educators throughout the Network. There is a calendar of events on this site and employment opportunities in Network schools are posted. Web casts of Network events and speakers are available on the resource page. One can also view and download Network documents: *We Hold in Trust, The Life Lived*, Glossary of Terms, the Network Directory, etc., as well as quotes and prayers from our Founding Mothers.

### *Teams*

Traditionally, a Sacred Heart school is divided into teams. Each student, and sometime each teacher and administrator, is inducted into one of two teams, usually designated by colors; the Red or the Whites, the Blues or the Silvers, the Greens or the Tans. Distinct from the varsity athletic or physical education program in a school, the activities in which teams compete can range from selling tickets for a raffle or other fundraiser to participating in or attending an extracurricular event to decorating parts of the school building or keeping the grounds clean. In the boarding-school days of some of the schools, students earned or lost points for their team by the orderliness of their study hall desks and dormitory lockers; sometimes the striving for points led even to double casting for dramatic productions. Involving students in group ventures and rewarding group effort, teams attempt to foster a healthy sense of competition and school spirit and to heighten awareness of the value of individual contribution to communal ventures. Public recognition of such efforts can come from the posting of team points throughout the year and the final awarding of a trophy or prize to the team with the most points at the end of Field Day.

Exhibit 4-28

# EXHIBIT A-6

Convent of the Sacred Heart High School
School Student Handbook
2007-2008

## HISTORY

The Society of the Sacred Heart has its own origins in Paris where it was established in 1880 by Saint Madeleine Sophie Barat in response to the educational needs that followed in the wake of the religious, intellectual, political, and social upheaval of the French Revolution. In its subsequent development as an order now associated with some 200 schools and colleges throughout the world, the Society has remained dedicated to the education of young women, adapting its programs to the requirements of specific times and places but concerned always with "the value of the student as a person growing into full Christian participation in a democratic society."

Convent of the Sacred Heart High School was founded by the Religious of the Sacred Heart in 1881 at 1717 Bush Street. As the school grew, it moved from one location to another until the "Academy of the Sacred Heart "was established at 2700 Jackson Street where it remained for 31 years. In 1939 Mrs. Maud Lee Flood gave the stately Flood Mansion on Broadway to the Society of the Sacred Heart for the purpose of educating young women.

The High School serves a student body of 200 young women. Its goals of offering the best education designed specifically for young women are both unique and attainable. The college preparatory program has been recognized as one of the best that aims at introducing young women to both intellectual and leadership roles. Service to the community is an essential part of the education at Convent of the Sacred Heart High School.

Convent of the Sacred Heart has twice received the Blue Ribbon Award from the U.S. Department of Education and is a Recognized School of Excellence.



DEPOSITION
EXHIBIT
6
Devincenzi - 2/21/08

Exhibit 6-1

## PHILOSOPHY OF EDUCATION

The Schools of the Sacred Heart in the United States, members of a worldwide network, offer an education that is marked by a distinctive spirit. Sacred Heart schools are committed to the individual student's total development: spiritual, intellectual, emotional, and physical. Sacred Heart schools emphasize serious study, social responsibility, and growth founded in faith. Sacred Heart schools commit themselves to educate to the 5 Goals:

- a personal and active faith in God
- a deep respect for intellectual value
- a social awareness which impels to action
- the building of community as a Christian value
- personal growth in an atmosphere of wise freedom

## ACADEMICS

*"The schools of the Sacred Heart emphasize studies which nurture the desire for truth. You will be challenged by the intellectual dimension of your education. Great emphasis is placed upon your capability for critical thinking and reasoning. The intention of Sacred Heart education is to address the whole person. You come as you are and are cared for with great love. The hope is to implant in you a sacred love for yourself, to challenge you to be more honest, to lead you along the road of integrity"*

*(Life at the Sacred Heart, 1982)*

## CLASSES

Meet for 40 or 80 minutes as denoted by the semester schedule. Students will receive the Academic Policies from their teachers for the individual classes. The class policies will address attendance, grades and other necessary information. When a student has a free period she may go to the library, center or her locker area, get extra help from a teacher, meet with her class advisor or work on an extra curricular activity.

## REGISTRATION FOR CLASSES

Every student must register for classes through the Principal's Office. All students are required to be enrolled in 6 classes each semester. If a student wishes to add or drop a class, she must clear this through the Principal's office.

Exhibit 6-2

## ACADEMIC PROBATION

Students who have a GPA under 2.00 are placed on Academic Probation. Parents are notified by a letter in which stipulations of the probation are explained and suggestions given to help the student raise her average. If the student fails to raise her GPA by the designated time, she may be asked to leave school.

## GRADING SYSTEM

| A  | 100-94 | B- | 83-81 | D | 72-70      |
|----|--------|----|-------|---|------------|
| A- | 93-91  | C+ | 80-78 | F | Below 70   |
| B+ | 90-88  | C  | 77-75 | I | Incomplete |
| B  | 87-84  | C- | 74-73 | P | Pass       |

Teachers may adjust this grading system and they must inform the students of the adjustments in their written Grading Policy.

All "Incomplete" grades automatically become "F"s two weeks after the dated postmark on the report card unless the work is completed and submitted to the registrar.

## GRADE POINT AVERAGE

GPA's are computed on the basis of: A=4 pts., B=3 pts., C=2 pts., D=1 pt., F=0 pts. Only college preparatory classes according to the standards set by the University of California are computed in the GPA. Cumulative GPA's are posted on the students' transcripts at the end of each academic year. Students participating in Student Council, Clubs Council, any leadership position and all athletic teams must maintain a 2.00 GPA. Failure to do so may result in removal from the activity.

## HONOR ROLL

Honor Roll students must have a GPA of 3.50 or higher in all their college preparatory classes. The Honor Roll is compiled at the end of each semester's work and is based on the semester average of each class. Academic Honors are awarded at Honors Assembly and Prize Day.

**ACADEMIC INTEGRITY** is required by all members of our CSH Community. Homework, papers and major assignments are to be the work of the individual student. Inappropriate behavior during a test will be subject to serious review and may be grounds for suspension or dismissal.

Exhibit 6-3

## PROGRESS REPORTS

During a quarter, parents will be notified by a Progress Report Form when a student is failing a specific class or falling below her performance level. Students and parents may meet with teachers to discuss any concerns that they might have regarding a students behavior or work in class. If necessary, the Dean of Studies or the Dean of Students may call for a parent conference to discuss concerns for student performance. If a student is having difficulty with a subject matter, she is strongly encouraged to meet with her teacher for additional assistance. The office of Student Services is available for additional academic counseling when necessary. Students are also encouraged to enlist the aid of the National Honor Society Student Tutors. Students are always encouraged to meet with teachers to discuss their progress.

## REPORT CARDS

Student report cards are mailed four times a year following the midterm and semester exams. Grades for all classes and comments regarding student performance are indicated on the report card. GPA's are noted on the semester report cards. Completed service hours and attendance records are also indicated on the report card.

## GRADUATION WITH HONORS

Honors at Graduation are awarded to those students who have maintained a GPA of 3.50 or higher over four years.
3.90-4.00= Summa Cum Laude; 3.70-3.89 = Magna Cum Laude;
3.50 -3.69 = Cum Laude.

## TRANSCRIPT REQUEST POLICY

All requests are regulated by the Right to Privacy Act; consequently all requests must be made in writing. For students under 18 years old, the request must be accompanied by their parent's or legal guardian's signature. Transcripts are mailed from the Registrar's Office. Transcripts for students enrolled in the school are free. For Alumnae and students who have transferred, there is a fee for each transcript.

Exhibit 6-4

## POLICIES

*"Your learning takes place not only in the classroom, but also in your relationships and all your experiences"*
*(Life at the Sacred Heart, 1982)*

### ATTENDANCE

Each student is responsible for arriving promptly for all scheduled classes and required meetings or assemblies, unless otherwise instructed by the administration. Daily attendance is taken during first and second period. When there is a special half-day schedule or a function planned by a class, club or the Student Council, all students are required to stay for these activities, regardless of the fact that this may change their usual dismissal time. If a student is late she must check in at the Dean of Students office for an admit slip to class. At the beginning of each semester, students will receive both academic and attendance policies from their teachers stating the requirements for the class. LATES or ABSENCES from classes will be handled at the discretion of each teacher. Absences or lates which are becoming a problem will be reported to the Dean of Students for further action. Parents are notified if a student's attendance is a concern.

### ABSENCES

Parents/ Guardian must telephone the school between 8:00-9:00 am to report a student absence or late arrival. When a student returns to school, she is responsible to bring a written note from her parents for the Dean of Students, who will then give her an ADMIT SLIP to classes. If a student knows in advance that she will be taking a trip, going to a workshop, or a special event, she must have a PERMISSION TO MISS CLASSES FORM signed by all of her teachers at least two days prior to her leaving. A note of excuse from the parent regarding the planned absence must accompany the form. When the form is completed it must be turned into the Dean's Office.

### EARLY DISMISSAL

Requests to leave school during school hours for an appointment or to be dismissed early should be presented in writing to the Dean of Students on the day the permission is needed. Students who miss classes in such cases are responsible for contacting their teachers and getting their assignments. On their return to class, they are to obtain an ADMIT SLIP from the Dean's office.

Exhibit 6-5

### ILLNESS AT SCHOOL

If a student becomes ill at school, she should see the Dean of Students or the School Secretary. Parents will be notified by the school office if the student needs to go home. Students are not dismissed from school without the consent of the parents. In the event that the parent cannot be reached, the contact person on the EMERGENCY CARD will be notified and asked to give permission for a student to leave school.

## ATTENDANCE POLICY For ACADEMIC CREDIT

Students are responsible for attending 90% of each class in order to earn academic credit. The maximum absence each semester is seven days. Long or continuous absences due to bona fide illness will be acknowledged as an exception to the general policy insofar as the student    performs whatever makeup work is specified by the teachers from whose classes she has been absent. It is the student's responsibility to find out what work is due. When students are ill they are encouraged to get their assignments from classmates. A request can be made through the secretary's office and the Homework Request Form will be posted in the faculty room. When completed the form may be picked up in the Secretary's Office. Students are encouraged to have a classmate pick up the assignment sheet and materials.

## OFF CAMPUS PRIVILEGE

Going off campus is a privilege. If a student needs to go off campus, she must get a request slip from the Dean of Students or the School Secretary. A pass to the store is to run an errand only and will not be given for the entire 40 or 80-minute class period. A request for the store may only be given for a free or lunch period. Students when going off campus are asked to sign out in the office. Upon returning form the store all sophomores and freshmen are to check in at the office. Juniors may have off campus for lunch period only and seniors may have off campus during their lunch and free periods.

If a student abuses this privilege, it may be taken away. The Dean of Students may close the campus whenever deemed necessary.

Exhibit 6-6

## UNIFORM

All students are expected to be in the proper uniform. Gray skirt, white shirt or turtleneck and burgundy sweater. Seniors may wear blue sweaters. Tights may be worn in white, burgundy, blue or black. CSH sweatshirts are the only sweatshirts acceptable as uniform. Students are asked to always look neat in their uniform. Over-sized shirts will not be acceptable. A student out of uniform will be sent to the Dean. If a student is repeatedly out of uniform, disciplinary action will be taken. Students who do not adhere to the uniform guidelines may be sent home to dress accordingly and miss their classes with an unexcused absence.

Shoes may be the choice of the student, however, students are encouraged to wear shoes that are comfortable and have a rubber sole. Tennis shoes are permitted; sandals or any open toe shoes are not. Jackets may be worn when the building is cold, however students may be asked to remove their jackets during class.

Dress Uniform will be required for various assemblies and liturgies. Sweatshirts and khaki pants are not to be worn on dress uniform days. A student not in dress uniform may not be allowed to participate in the assembly.

Khaki pants may be worn as uniform beginning in the second quarter. The pants must be tailored and of the light khaki color. If a student is not wearing the proper pants this uniform option will be taken away.

Free dress days allow students to chose a relaxed look with their wardrobe. Mini skirts, beach attire and short shorts are not acceptable. A student may be sent home if her outfit is inappropriate.

Hair may not be dyed any unnatural hair color (blue, pink, green, orange etc.) And facial piercing jewelry is not allowed. Students are expected to be well groomed and have an acceptable appearance at all times.

## LOCKERS

Every student will be given a locker for book storage. Lockers are to be cleaned at the end of the year both inside and out by the student. Any damage to the locker will result in a fine for the student. With good cause, lockers may be subject to search by the Administration.

Exhibit 6-7

**FREE TIME**

When a student has a free period, she may spend time in the Library, Center, Computer Lab or Art Center. During FREE PERIODS students are encouraged to make good use of their time preparing for classes or working on projects. After school students are welcome in the Den, Center, Computer Lab, Library or Herbert Center.

**EATING AREAS AND LUNCH**

Students provide their own lunch or make purchases from the food service in the cafeteria. Students are given a charge number to make their purchases.

This option may be revoked if there is failure of payment. Students may eat in the Center, Cafeteria, or Cortile. The second floor is closed to eating during lunch periods. Faculty will supervise lunch areas.

**ELEVATOR**

Students may not use the elevator without written permission from the Dean.

**PHONE AND PHONE MESSAGES**

Students may use phone in the main hall. Students may not use any office phones without express permission of an adult. Every effort will be made to make certain urgent messages from parents reach students.

**VISTOR POLICY** As a matter of common courtesy, a student who wishes to invite a friend to visit school or to attend classes must first obtain permission from The Dean of Students. Students are asked to introduce their visitor to the Dean the morning of the visit, as well as to her other teachers during the course of the day.

**SMOKING**

Smoking is dangerous to one's health. Smoking in the school building, on school grounds or at any school-sponsored activity is prohibited. Students smoking in the neighborhood may face suspension.

Exhibit 6-8

## DRUGS AND ALCOHOL

Possession, use or distribution of alcohol or illegal drugs is forbidden in the school building or on school grounds at all times and at all school sponsored activities whether on or off campus.

## CAUSES FOR SUSPENSION OR EXPULSION WITHOUT WARNING

1. Being under the influence of alcohol or other drugs and/or hazardous substances on campus, while in uniform, or at any school-sponsored function.
2. Possession of, selling, or giving away alcohol or other drugs and/or hazardous substances on campus, while in uniform, or at any school-sponsored function.
3. Perpetrating a malicious falsehood.
4. Displaying continuously disruptive behavior in the school            community or showing extreme insubordination.
5. Destroying or defacing school property.
6. Taking property that belongs to another, without that person's permission. In addition to the above specific instances, any action which seriously jeopardizes the common welfare and safety of the school community will make a student liable for suspension or expulsion.

## STUDENT REFERRALS/SOCIAL PROBATION

Students' behavior must reflect the Spirit of the Sacred Heart as stated in our Goals and Criteria. Thoughtfulness and kindness towards all members of our CSH community is expected at all times. If a student's behavior is out of line, she will be sent to the Dean's office. A disciplinary referral will be sent home to the parents and a conference held to discuss the situation. Teachers may also send home referrals for student behavior. If a student receives a disciplinary referral, she may be placed on Social Probation. Social Probation limits some participation in activities and may be cause to ask a student to withdraw from school. A student may be removed from Social Probation if her behavior improves.

## PLAGIARISM

Plagiarism is a literary theft, and as such is considered a serious offense. Anyone who plagiarizes will seriously jeopardize her credit in a given class.

THE ADMINISTRATION RESERVES THE RIGHT TO DEAL WITH ANY OTHER SERIOUS MATTER NOT COVERED BY THE ABOVE REGULATIONS.

Exhibit 6-9

## ACTIVITIES AND TRADITIONS

### NATIONAL HONOR SOCIETY

The NHS is a student activity sponsored by the National Association of Secondary School Principals. Active membership is open to Seniors, Juniors, and Sophomores who maintain a consistent B average and who demonstrate leadership, service and strength of character. Members will be elected by vote of the faculty. If a member's conduct or grades fall below the requirements, a warning will be given.
If improvement is not made, membership is lost and may not be regained.

### CLUBS

All clubs are organized and supervised by the students. Appointed CLUB HEADS comprise the CLUBS COUNCIL which meets bimonthly for information and calendar meetings. All students are encouraged to join at least one or two clubs or activities.    Clubs offer the opportunity for interesting activities and friendships. Club Heads are responsible for determining rules and regulation for their clubs. All clubs schedules, fundraisers and activities must be cleared through the Dean's office.  Students are encouraged to be responsible for their commitment to the club by attending all club meetings. Clubs presently offered at CSH:

*Social CSF  NHS  Outdoors SISTAS Newspaper  Yearbook Debate Asian Awareness Book Club Italian Environmental Art Student Admissions College Hostess  Network Service  Campus Ministry Math Club and many more*

### STUDENT COUNCIL

Student Council consists of elected semester class officers that assist the Student Body Officers. They have the responsibility to represent and inform their respective classes about activities in the school, represent CSH at various events, and maintain a positive role of leadership.  They are responsible to attend all student council meetings and plan the agenda and organization of their class meetings.  Students must be in good academic and social standing to be eligible for student council. When a student wishes to run for student council, she must give a letter of intent to her advisor, at the designated time prior to elections.  Class Officers will direct and organize the major class activity which each class sponsors for the student body.

Exhibit 6-10

## TRADITIONS

**Senior Congé -** A surprise play day for the school planned by the senior class. Students may also be surprised by a faculty/student council conge.

**Freshman Success-** Welcome activities for the Freshman class sponsored by administration ,faculty & CSH Leaders

**CSH Community Day -** A time for students and faculty to enjoy a school day/service activity within the Bay Area.

**Noels -** Students singing French, Spanish, and Japanese Christmas Carols grades K-12 for the Director of Schools.

**Kris Kringles and Christmas Luncheon -** sponsored by the Sophomore Class for the student body and faculty.

**Father-Daughter Dinner Dance -** planned by the Junior class.

**Mother Daughter Mass-Brunch -** planned by the Freshman class.

**Senior Tea -** The Tea is given the first Thursday in May to honor the Senior Class.

**Ring Ceremony -** It is the time when the Juniors receive their school rings from the Seniors.

**Alumnae Luncheon -** This is hosted by the Alumnae Board for the Seniors and their mothers during the last week of school.

## STUDENT EXCHANGE PROGRAM

The Network of Sacred Heart Schools includes 21 schools in the United States and hundreds of schools throughout the world. Students may get information and applications from the Dean's office. Sophomores and Juniors may apply for exchange. Anyone applying for exchange must have a B+ average and receive unanimous faculty approval. Network Summer Service opportunities are also encouraged.

Exhibit 6-11

*"The intention of Sacred Heart education is to address the whole person. You've come as you are and are cared for with great love. The hope is to implant in you a sacred love for yourself....to challenge you to be honest, to lead you along the road to integrity."*

## PRINCIPAL'S MEETINGS

Takes place every Monday morning. All faculty and students gather in the Syufy Theatre or Chapel for reflection, announcements and the reading of the Weekly Schedule. Announcements are also made every morning through the Cubbyhole which is read during the first five minutes of first and second period classes.

## BREAKFAST CLUB- THURSDAY MORNINGS

CSH and SHHS students have the opportunity this year to participate in the Breakfast Club, a new program established to develop an even stronger co-ed community experience between CSH and SHHS. Students and faculty will select from fun course offerings that may include cooking, dancing, photography, theater, improv, ceramics and music. These classes will meet on selected Thursday mornings from 8am-9am on both campuses. Students must arrive at 7:55 to the selected campus

## STUDENT ACTIVITY CALENDARS

Student activity calendars are published on line each month for students, faculty and parents. Class meetings, club meetings, assemblies, liturgies, guest speakers and sports schedules are noted on this calendar. Parents can download a master school calendar. Parents will receive a school roster in the beginning of the school year. Email blasts are sent home to keep the parents informed about school activities. Please check website daily.

## LITURGIES

Masses or Prayer Services take place about once a month. Students assist in the planning of the services. Many of these Liturgies are traditional CSH Celebrations. All students must attend liturgies/prayer services

## NHS TUTORING

Student Tutors is a service offered by the members of The National Honor Society. Lists of subjects that students can assist with are published and made available to the student body. The student desiring the assistance must contact one of the NHS members. Faculty is very willing to meet with individual students for assistance or explanation of the class assignments.

Exhibit 6-12

## FIRE DRILLS/EARTHQUAKE DRILLS

Fire drills are held once a month at various times. When the fire alarm bell sounds, faculty, students, visitors and all other personnel must leave the building immediately.

1. Students will follow the directions of the faculty members in their classroom and the designated faculty member on each floor assisting with the drill.
2. Students will exit in silence to the designated areas in front of the building, and line up in alphabetical order. Roll will be taken.
3. When given the signal students will return to their classroom.
4. Earthquake drills take place twice a year, following emergency evacuation procedures. Each teacher has a specific assignment to assist with the drill. Drop Drill instructions are given by the teachers to all the classes.
5. In the event of an emergency, students will not be dismissed from school until parents have made contact with the school.

### STUDENTS WILL REMAIN AT SCHOOL UNTIL PARENTS ARRIVE.

### College Communication Policy

As a member of the National Association for College Admission Counseling, CSH supports the organization's *Statement of Principles and Good Practice*. Therefore, CSH will, when appropriate, notify colleges of any notable changes in students' academic or personal status including, but not limited to, significant drop in grades, probation, suspension and dismissal. Such reporting occurs at the time the application is submitted, while the application is being reviewed, or after the admission decision has been made.

### CSH ATHLETICS
Mascot: Cubs
School Colors: Red and White
Teams: Volleyball, Tennis, Cross Country, Golf
Basketball, Soccer, Swimming, Track
Badminton, Fencing
School Song: Coeur de Jesus

Exhibit 6-13

<u>WORDS TO LIVE BY</u>

The CSH Code of Ethics was established by the Student Council in order to articulate how our students should live out the Goals and Criteria of Sacred Heart Education in their daily lives at school.

**Convent of the Sacred Heart High School**
**Code of Ethics**

**Respect Others**
No discriminating
Think before you speak
Speak as you would want to be spoken to

**Respect for Other People's Things**
Ask before you take
Always return what you have borrowed
Stealing is not acceptable

**Respect for School Property**
Clean up your mess --Recycle
No defacing other people's works

**Respect for Education**
Respect for Teachers, Administration
and Guest Speakers
Academic Integrity - Do not cheat
Do not disturb classes in session
Talking back is not appropriate

**Show School Spirit**
Show commitment ... Attend Club Meetings
Support the teams & the Fine Arts Program
Read the Scoop and the Cubbyhole
Wear the correct uniform

**CSH Pride ~ CSH Opportunity ~ CSH Integrity**
**CSH Commitment  ~ CSH Tradition ~**
**CSH Partnership ~ CSH  Leadership~**
**CSH Initiative ~    CSH Confidence ~**
**~ CSH Inspiration ~ CSH Creativity ~**
**~CSH Dedication~  CSH Empowerment**

Exhibit 6-14

# CONVENT OF THE SACRED HEART HIGH SCHOOL
## 2007-2008 CALENDAR AT A GLANCE

| | |
|---|---|
| August 13-15 | Freshman Success Program |
| August 14 | Freshman/Sophomore Pictures/Registration |
| August 15 | Freshman Class Dinner 6:00 PM |
| August 16 | Junior/Senior Pictures/Registration |
| August 20 | Classes Begin-*Dress Uniform* |
| September 6-9 | Senior Ashland Trip |
| September 11 | Parent Social/ Back to School Night |
| September 13 | Mass of the Holy Spirit–*Dress Uniform* |
| September 20 | Breakfast Club |
| September 23 | Race for the Cure – Embarcadero |
| September 24 | College Night Seniors & Parents |
| September 27-28 | No Classes - Faculty In-Service |
| October 6 | SAT I & SAT II for Seniors |
| October 8 | No Classes - Columbus Day |
| October 9-12 | Midterm Exams |
| October 12 | CSH/SHHS Mixer 7:00-10:00PM |
| October 15 | Community Service Day |
| October 17 | NEDT/PSAT Testing |
| October 18 | Breakfast Club |
| October 20 | Feast of Mater |
| October 21 | Mother/Daughter Mater Mass & Brunch |
| October 25 | Breakfast Club |
| November 1 | All Saints liturgy - *Dress Uniform* |
| November 7 | CSH Open House-*Dress Uniform*-7:00 PM |
| November 8-9 | No Classes |
| November 15 | Breakfast Club |
| November 15-17 | CSH/SHHS Fall Drama |
| November 16 | St. Philippine Duchesne-*Dress Uniform* |
| November 19 | Thanksgiving Service-*Dress Uniform* |
| November 21-23 | Thanksgiving Recess |
| November 28 | CSH/SHHS College Financial Aid |
| November 29 | Breakfast Club |
| December 8 | Feast of the Immaculate Conception |
| December 11 | Choir Concerts/Parent Social |
| December 13 | Breakfast Club |
| December18 | Noëls – *Dress Uniform* |
| December 20 | Christmas Celebration |
| December 20 | Christmas Vacation begins midday |
| January  7 | Classes Resume- Alumnae Panel |
| January14-17 | Semester Final Exams |
| January 18 | Semester Break - No Classes – Winter Ball |
| January 18 | CSH/SHHS Winter Ball |
| January 21 | No Classes – Martin Luther King Jr. |

Exhibit 6-15

| | |
|---|---|
| January 24 | Breakfast Club |
| January 25 | Honors Assembly – *Dress Uniform* |
| January 31 | Breakfast Club |
| February 1 | Father/Daughter Dinner Dance |
| February 6 | Ash Wednesday – *Dress Uniform* |
| February 14 | Breakfast Club |
| February 18-22 | Winter Recess |
| February 27 | Junior College Night |
| February 28 | Breakfast Club |
| March 6-7 | Class Retreats |
| March 11-14 | Midterm Exams |
| March 14 | CSH/SHHS Spring Dance |
| March 17 | Easter Celebration – *Dress Uniform* |
| March 20-28 | Easter Break |
| April 10 | Breakfast Club |
| April 14 | Faculty In-Service – No classes |
| April 15 | CSH/SHHS pARTy & Spring Concerts |
| April 17 | Breakfast Club |
| April 19 | CSH/SHHS Junior/Senior Prom |
| April 24 | Breakfast Club |
| May 1 | Senior Tea |
| May 2 | No Classes– Faculty In-Service |
| May 3 | SAT I & SAT II – Juniors |
| May 5-16 | AP Exams |
| May 19-22 | Final Exams |
| May 23 | Friendship Ceremony-*Dress Uniform* |
| May 25 | Feast of St. Madeleine Sophie |
| May 27 | Ring Ceremony - *Dress Uniform* |
| May 28 | Alumnae Luncheon & Baccalaureate Mass 6:00 PM |
| May 30 | Prize Day  - Graduation - *Dress Uniform* |

*Mother Stuart's Prayer*

> *Keep us O, God, from all pettiness*
> *Let us be large in thought, in word, in deed*
> *Let us be done with fault finding and leave off*
> *    all self seeking.*
>
> *May we put away all pretense and meet each other*
> *face to face without self-pity and without prejudice*
> *May we never be hasty in judgment, always generous*
> *Let us take the time for all things, and may we grow*
> *    calm, serene and gentle.*
>
> *Teach us to put into action our better impulses,*
> *to be straightforward and unafraid.*
> *Grant that we may realize that it is the little things*
> *of life that create the differences, that in the big*
> *    things of life we are one.*
>
> *And, Lord God, let us not forget to be kind.*

Exhibit 6-16

# EXHIBIT A-7

# Faculty/Employees of Schools of the Sacred Heart Composition

Total Employees    236

Breakdown:

## Gender:
Male        68
Female      168

## Race:
Caucasian     198
African Am.   7
Asian         22
Hispanic      9

## Religion:
Catholic        121
Non-Catholic    115



Exhibit 7-1

## DEFINITIONS

The definitions for various personnel referred to in this policy are as follows:

### Administrator/Administration
12 month employees heading schools or departments including Sr. Administrators and Deans. Sr. Administration is defined as those employees heading schools or departments including the Heads of Schools, and the Director of Schools, Admissions, Development and Business, Finance, and Operations.

### Faculty
10 month teaching personnel including teachers, teacher's aides, and athletic directors.

### Instructional Support
10 or 12 month faculty support employees including librarians, counselors, learning specialists, exploration teachers, sacristan, technology network coordinator, registrar, college counselor, high school admissions coordinators, extended care and after school teachers.

### Staff
12 month employees working in support of a particular school or department administrator.

## 1. CONDITIONS OF EMPLOYMENT:

### A. Goals and Criteria
All Employees are appointed and/or released by the Administrator for whom they work, who has reviewed her/his qualifications and experience, has acquainted her/him with the duties of her/his position, and will bring to her/his attention failures to perform these duties in the expected manner. All are expected to support the Goals and Criteria of Sacred Heart Schools, which commit themselves to educate to:
1.) a personal and active faith in God;
2.) a deep respect for intellectual values;
3.) a social awareness which impels to action;
4.) the building of community as a Christian value; and
5.) personal growth in an atmosphere of wise freedom.

### B. Employment Authorization
In accordance with the Immigration and Reform and Control Act, all Employees will be required to provide documentation of identity and employment eligibility by completing an I-9 form -- and submitting receipt of satisfactory evidence of his or her authorization to work in the United States. By law, employees have three business days after hire to present documentation for review.

Exhibit 7-2

## C. California Credential or DOJ Fingerprint Clearance

All Employees who have contact with minor students and who do not possess a currently valid California teaching credential, must agree to be fingerprinted and obtain a criminal check in accordance with California Education Code Section 44237. No Employee shall begin work at the Schools until the Department of Justice completes its criminal record search and makes its report to the Schools.

## D. Child Abuse Acknowledgment Form

Employees are required to report child abuse and agree to read and sign the Child Abuse Acknowledgment Form as required under Article 2.5 of the California Penal Code.

## E. Tuberculosis Testing

Employees who have any contact with the students must provide documentation of a tuberculosis examination every four years as mandated by the State of California.

## 2. EMPLOYMENT AGREEMENTS AND RENEWAL/NON-RENEWAL:

Letters of Intent and Employment Agreements are issued in accordance with the Employee Performance Evaluation and Employment Agreement Time Line. (See addendum for a copy of the time line for all Employees). Employment Agreements will be issued in accordance with the enclosed Time Line. However, Employment Agreements may be withheld until a later date for employees who have yet to be evaluated, employees placed on Formal Administrative Review or probation, employees who may be affected by changes in curriculum or job descriptions or other circumstances as determined in the discretion of the Administrator.

It is understood and agreed that employment under the Employment Agreement is for one year only subject to the terms of the Employment Agreement. At the end of the term specified in the Contract, neither Schools nor employees are obligated to continue the employment, enter into a new employment agreement, or negotiate for a new agreement. The Schools do not provide "tenure" to any employee, no matter how long the employee has been affiliated with the Schools.

Subject to the foregoing, all employees are requested to provide the Schools with written notice not later than the end of February if they wish to return the following year. The Schools will notify such employees by the end of March whether the Schools wish to enter into a new contract with the employee for the following year. For renewal of the Employment Agreement, the Administrator must determine that an Employee has met all conditions of employment and satisfactorily performed his or her duties in the spirit of the Goals and criteria of Sacred Heart School and is in compliance with any special terms of his/her Employment Agreement. The Schools have the right to extend, or not extend, offers of renewal employment agreements in their sole and absolute discretion.

Exhibit 7-3