# EXHIBIT A-8

DEPOSITION
EXHIBIT
8
Devincenzi 2/21/08
PENGAD 800-631-6989

# ENROLLMENT BY RELIGIOUS AFFILIATION
## 2001-2007

| RELIGION | 2002 CES | SH | CSH | SHHS | Total | 2003 CES | SH | CSH | SHHS | Total | 2004 CES | SH | CSH | SHHS | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Catholic | 55% | 52% | 53% | 46% | 51% | 54% | 50% | 52% | 45% | 51% | 53% | 55% | 55% | 45% | 53% |
| Episcopalian | 7% | 6% | 6% | 5% | 6% | 7% | 9% | 6% | 5% | 7% | 7% | 7% | 6% | 7% | 7% |
| Protestant | 2% | 2% | 2% | 0% | 1% | 2% | 2% | 1% | 1% | 2% | 3% | 2% | 1% | 1% | 2% |
| Jewish | 4% | 4% | 2% | 4% | 3% | 3% | 4% | 2% | 3% | 3% | 3% | 4% | 3% | 2% | 3% |
| Methodist | 0% | 1% | 0% | 1% | 0% | 0% | 1% | 0% | 1% | 0% | 0% | 1% | 0% | 1% | 0% |
| Unitarian | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Presbyterian | 4% | 2% | 2% | 2% | 2% | 4% | 2% | 3% | 2% | 3% | 4% | 2% | 3% | 2% | 3% |
| Baptist | 0% | 0% | 1% | 2% | 1% | 0% | 0% | 1% | 2% | 0% | 1% | 0% | 0% | 1% | 1% |
| Christian | 4% | 6% | 5% | 7% | 5% | 4% | 5% | 5% | 6% | 5% | 4% | 4% | 4% | 5% | 4% |
| Greek Orthodox | 0% | 2% | 1% | 2% | 1% | 0% | 2% | 0% | 1% | 1% | 0% | 1% | 1% | 1% | 1% |
| Russian Orthodox | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Buddhist | 1% | 1% | 2% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 0% | 0% | 1% | 2% | 1% |
| Moslem | 0% | 1% | 1% | 2% | 1% | 0% | 2% | 1% | 1% | 1% | 0% | 2% | 1% | 2% | 1% |
| Judeo-Christian | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 1% | 0% |
| Lutheran | 1% | 1% | 2% | 0% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 0% | 1% | 1% |
| Anglican | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Hindu | 1% | 0% | 0% | 2% | 1% | 1% | 0% | 0% | 2% | 1% | 1% | 0% | 0% | 1% | 1% |
| Eastern Orthodox | 0% | 0% | 1% | 0% | 0% | 1% | 1% | 1% | 0% | 1% | 1% | 1% | 0% | 1% | 0% |
| Non-Catholic | 3% | 1% | 9% | 0% | 3% | 2% | 1% | 6% | 0% | 2% | 1% | 1% | 6% | 0% | 2% |
| None | 2% | 2% | 3% | 2% | 2% | 2% | 2% | 5% | 1% | 3% | 1% | 2% | 7% | 0% | 3% |
| No Information | 15% | 18% | 12% | 28% | 18% | 17% | 17% | 10% | 29% | 18% | 18% | 15% | 7% | 28% | 17% |

| RELIGION | 2005 CES | SH | CSH | SHHS | Total | 2006 CES | SH | CSH | SHHS | Total | 2007 CES | SH | CSH | SHHS | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Catholic | 53% | 56% | 57% | 44% | 53% | 52% | 58% | 59% | 44% | 54% | 54% | 60% | 56% | 47% | 55% |
| Episcopalian | 8% | 8% | 6% | 8% | 7% | 8% | 7% | 5% | 8% | 7% | 8% | 7% | 4% | 6% | 7% |
| Protestant | 3% | 3% | 2% | 4% | 3% | 3% | 3% | 1% | 4% | 3% | 3% | 2% | 1% | 4% | 3% |
| Jewish | 2% | 5% | 6% | 3% | 3% | 2% | 5% | 6% | 3% | 4% | 1% | 5% | 7% | 3% | 4% |
| Methodist | 0% | 1% | 0% | 1% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Unitarian | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Presbyterian | 4% | 2% | 3% | 2% | 3% | 3% | 2% | 2% | 1% | 2% | 3% | 1% | 1% | 0% | 1% |
| Baptist | 1% | 0% | 0% | 2% | 1% | 1% | 0% | 0% | 1% | 1% | 1% | 0% | 0% | 0% | 0% |
| Christian | 5% | 4% | 3% | 4% | 4% | 5% | 4% | 3% | 7% | 5% | 5% | 4% | 4% | 8% | 5% |
| Greek Orthodox | 0% | 1% | 0% | 1% | 1% | 0% | 1% | 0% | 2% | 1% | 0% | 1% | 0% | 2% | 1% |
| Russian Orthodox | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Buddhist | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 1% | 1% | 1% | 0% | 0% | 0% | 1% | 0% |
| Moslem | 0% | 1% | 1% | 1% | 1% | 0% | 1% | 0% | 1% | 1% | 0% | 1% | 0% | 1% | 1% |
| Judeo-Christian | 1% | 0% | 1% | 1% | 1% | 1% | 0% | 0% | 1% | 0% | 1% | 0% | 0% | 1% | 1% |
| Lutheran | 1% | 2% | 1% | 0% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| Anglican | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Hindu | 1% | 0% | 0% | 1% | 1% | 2% | 0% | 0% | 1% | 1% | 2% | 0% | 0% | 0% | 1% |
| Eastern Orthodox | 0% | 0% | 0% | 1% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Non-Catholic | 1% | 0% | 3% | 0% | 1% | 1% | 0% | 0% | 0% | 1% | 1% | 0% | 0% | 0% | 0% |
| None | 1% | 1% | 6% | 1% | 2% | 1% | 1% | 4% | 1% | 2% | 1% | 1% | 4% | 1% | 1% |
| No Information | 19% | 16% | 8% | 26% | 17% | 19% | 13% | 13% | 24% | 17% | 19% | 14% | 20% | 22% | 18% |

# EXHIBIT A-9

# Convent & Stuart Hall

## Mission Statement

Founded in 1887 as an independent, Catholic school, Schools of the Sacred Heart, San Francisco carry on the educational mission of the Religious of the Sacred Heart. We share with the other members of the nationwide Network of Sacred Heart Schools five common goals and the commitment to educate to:

- A personal and active faith in God
- A deep respect for intellectual values
- A social awareness which impels to action
- The building of community as a Christian value
- Personal growth in an atmosphere of wise freedom

A K-12, four-school complex, Schools of the Sacred Heart, San Francisco offer the unique experience of single-sex education within a coed community. Students are expected to achieve their highest level of scholarship while learning to assume leadership roles as responsible, compassionate and contributing members of society.

## Philosophy

Convent & Stuart Hall remain committed to academic excellence, to the endowment of spiritual and ethical values, to the continued representation of the ethnic, religious and socio-economic diversity of the Bay Area and to single-sex education.

While clearly Catholic in philosophy, the schools strive to maintain a global, ecumenical perspective enhancing the experience of all constituents including students, faculty, parents, alumni, friends, staff and administration. The curriculum and extracurricular activities recognize the unique talents and viewpoints of every individual, providing superior programs in academics, arts, athletics and community service.

The schools are fully accredited by the Western Association of Schools and Colleges, the California Association of Independent Schools and the Network of Sacred Heart Schools and receive no financial support from either the Roman Catholic Church or the Society of the Sacred Heart.

"For the sake of one child, I would have founded the Society."

*St. Madeleine Sophie Barat,*
*who founded the Society of the Sacred Heart in 1800.*

Goals and Criteria of Sacred Heart Education

DEPOSITION EXHIBIT
9
Devincenzi - 2/21/08
PENGAD 800-631-6989

Exhibit 9-1

- patterns, functions and algebra
- geometry and spatial sense
- measurement
- data analysis, statistics and probability

The following topics will be covered in Kindergarten:

- Sorting, Classifying and Graphing
- Patterns
- Number Concept and Skills and Greater Numbers
- Calendar and Clocks
- Measurement and Money
- Addition and Subtraction Concepts
- Geometry, Symmetry and Fractions

## Social Studies

Stuart Hall social studies is a study of humanity. Students study the past in order to understand its connection to the present and how it directs the future. The curriculum emphasizes that ethnic and religious groups of the United States and other countries have a role in shaping the diverse society in which we live. The curriculum educates students to use critical thinking to understand the world and how each person fits in the world. The social studies curriculum is built upon four strands:

- civic values, ethics, rights, responsibilities and social participation
- geographic literacy
- historical literacy
- cultural literacy

Kindergarten social studies begin with the self and provides opportunities for the student to display a sense of self-worth. The curriculum stresses sharing and cooperation as the student thinks about the roles of family members and families as unique. The student recognizes and identifies land and water boundaries and appreciates school celebrations as well as various religious, national and family celebrations and traditions. The student recognizes that families come from many backgrounds as he develops an appreciation for the richness of the culture from which he comes.

## Science

The science curriculum is designed to promote an understanding of the nature of science and an appreciation of its methods and philosophy. The program prepares each student for the future by providing opportunities to investigate, explore, and evaluate the world. The program addresses how science works and what processes and methods expand scientific understanding. In kindergarten through grade five, all three strands (Earth, Physical and Life) are studied. In contrast, in grades six through eight, students study one strand per year. This reflects a shift to more in-depth study in the older grades. The science curriculum is built upon three critical strands: Earth Science, Physical Science and Life Science. Hands-on exploration and the use of the scientific method are central to the approach used to investigate the natural phenomena associated with the various strands of science. This approach includes eight essential processes: observing, communication, comparing, ordering, categorizing, relating, inferring, applying. Kindergarten students begin to observe, sort, discuss and chart the characteristics of living things as they begin to note what they have in common and where they differ from each other as well as from non-living things. Students also discover what living things need to grow. They make studies of properties of different materials, learn how the materials are used and what happens when certain materials are combined with other materials. They understand human physical characteristics and how they are similar and different from other people, from other mammals, and from other living things. Students learn that all living things develop and grow over time.

## Religion

In an endeavor to educate the whole child, we are guided by and faithful to the Roman Catholic tradition of faith in God and in Jesus Christ who reveals to us the love of God for all people. Studying the basic symbols, practices and concepts of religion makes much of history, literature, art and contemporary life intelligible. The intent of the curriculum is to help the student discover and articulate his own beliefs. Because the family is the primary educator in matters of faith

Exhibit 9-2

1/22/2008 11:11 AM

and spirituality, we support both parents and students in their religious identities and in the faith foundations established in the home. Active faith propels one toward the pursuit of peace and justice in a diverse world. By educating each child to the love of God, self and neighbor, religious education at Stuart Hall forms in each student deep human values, a sense of wise freedom, and an informed, active faith. The religion curriculum is built upon four strands:

- Scripture: the student understands that scripture is an account of faithful people and that it has literary and historical contexts and inspirational aspects.
- Tradition: the student understands tradition as the collective lived and living response in relationship with God.
- Faith: the student understands faith as trust in God.
- Reason: the student recognizes the role of conscience and discernment in religious and ethical understanding.

In Kindergarten religion, the primary goal is for students to understand God's great love for mankind. This is accomplished by helping students comprehend faith messages in stories. The students distinguish between individual and communal prayer by learning traditional prayers and also creating their own. Students practice values of sharing and caring through class activities and service projects. They share their own faith stories and learn to be respectful listeners to others.

## Art

The study of the visual and performing arts provides the students with opportunities to develop their skills and knowledge of the arts through a sequential, creative, integrated and inclusive program that prepares them for further, more focused study. The arts teach students to participate in society in an intelligent way by encouraging them to "look at things carefully, hear things thoughtfully, feel things sensitively, and understand the role of the arts in the life of the individual and the collective life of [world] culture." The focus for the kindergarten year in art is on materials and expression. A kindergarten student begins to understand how to use and maintain art materials in the art room. He uses tools to create artwork. He learns to care for these tools and develops an understanding that art creation is a matter of preparation, doing and clean up. He learns how to work cooperatively on small group projects through large scale mural work and ceramic projects. He uses a variety of two- and three-dimensional media to create his art as he identifies elements and principles that make his art unique. He begins learning to develop symbols to express thoughts and ideas.

## Music

The study of the visual and performing arts provides the students with opportunities to develop their skills and knowledge of the arts through a sequential, creative, integrated and inclusive program that prepares them for further, more focused study. The arts teach students to participate in society in an intelligent way by encouraging them to "look at things carefully, hear things thoughtfully, feel things sensitively, and understand the role of the arts in the life of the individual and the collective life of [world] culture." The focus for the kindergarten year in music is on the introduction to the elements of music. The kindergarten student begins to understand the music classroom as a safe environment in which he can and will express himself. He begins to sing and create rhythmic patterns. He is introduced to whole and half notes and the respective rest patters. He begins to learn about instruments and instrument families.

## Physical Education

The primary focus of the physical education program is the student's total physical and emotional development. All students learn the motor skills needed in everyday living and in recreational activities. Students develop and maintain sound physiological functions through vigorous muscular activity. The curriculum provides situations for learning to compete so students learn to cooperate with others, treat others with respect and strive for achievement of common goals. Students learn to accept responsibility for their actions. The program provides a lifelong sense of responsibility for health and well-being. The physical education curriculum is built upon four strands:

- physical activity
- movement skills and knowledge
- physical fitness and mental wellness
- social development and movement interaction

Through a variety of activities, including running, skipping, hopping and leaping, the kindergarten student develops his

2

Exhibit 9-3

and computation, and demonstrate a variety of problem-solving strategies. The mathematics curriculum is built upon five essential strands:

- numbers and operations
- patterns, functions and algebra
- geometry and spatial sense
- measurement
- data analysis, statistics and probability

SHB - 1

The following topics will be covered in 1st Grade:
- Numbers and patterns to 100
- Addition and Subtraction Concepts and Facts to 20
- Two digit Addition and Subtraction (without regrouping)
- Data, Graphing and Measurement
- Geometry, Fractions and Probability
- Money, Time and Calendar

## Social Studies

Stuart Hall social studies is a study of humanity. Students study the past in order to understand its connection to the present and how it directs the future. The curriculum emphasizes that ethnic and religious groups of the United States and other countries have a role in shaping the diverse society in which we live. The curriculum educates students to use critical thinking to understand the world and how each person fits in the world. The social studies curriculum is built upon four strands:

- civic values, ethics, rights, responsibilities and social participation
- geographic literacy
- historical literacy
- cultural literacy

Through various lessons, first grade students discuss how they show respect for their immediate environment. They study pictures and graphs and locate their school in its neighborhood and community. They learn about different national holidays and understand the significance of both religious and traditional school holidays. They begin to understand different cultures through the study of holidays around the world and how each boy's family represents an aspect of that diversity by how it celebrates its holidays.

## Science

The science curriculum is designed to promote an understanding of the nature of science and an appreciation of its methods and philosophy. The program prepares each student for the future by providing opportunities to investigate, explore, and evaluate the world. The program addresses how science works and what processes and methods expand scientific understanding. In kindergarten through grade five, all three strands (Earth, Physical and Life) are studied. In contrast, in grades six through eight, students study one strand per year. This reflects a shift to more in-depth study in the older grades. The science curriculum is built upon three critical strands: Earth Science, Physical Science and Life Science. Hands-on exploration and the use of the scientific method are central to the approach used to investigate the natural phenomena associated with the various strands of science. This approach includes eight essential processes: observing, communication, comparing, ordering, categorizing, relating, inferring, applying. By observing properties of rocks, First grade students understand that rocks can be classified by properties and that rocks do change over time. They ob-serve that all things are in motion and that motion is related to force. They study different types of force and motion and understand that the motion of an object can be described and categorized. They see that plants are living organisms and need certain things to grow. They learn the parts of the plant and how the different parts help the plants develop.

## Religion

In an endeavor to educate the whole child, we are guided by and faithful to the Roman Catholic tradition of faith in God and in Jesus Christ who reveals to us the love of God for all people. Studying the basic symbols, practices and concepts of religion makes much of history, literature, art and contemporary life intelligible. The intent of the curriculum is to

Exhibit 9-4

Ivent & Stuart Hall: SHB » Academics » Lower Form » Grade 1    http://www.sacsedf.org/shb/acad_lower_1.asp:

help the student discover and articulate his own beliefs. Because the family is the primary educator in matters of faith and spirituality, we support both parents and students in their religious identities and in the faith foundations established in the home. Active faith propels one toward the pursuit of peace and justice in a diverse world. By educating each child to the love of God, self and neighbor, religious education at Stuart Hall forms in each student deep human values, a sense of wise freedom, and an informed, active faith. The religion curriculum is built upon four strands:

- Scripture: the student understands that scripture is an account of faithful people and that it has literary and historical contexts and inspirational aspects.
- Tradition: the student understands tradition as the collective lived and living response in relationship with God.
- Faith: the student understands faith as trust in God.
- Reason: the student recognizes the role of conscience and discernment in religious and ethical understanding.

In 1st grade religion, the primary goal is for students to begin to understand the traditions of the Catholic Church. Students learn that the Gospel stories tell the story of Jesus' life. From the Gospel stories, students consider ways to model their behavior upon the values expressed by Jesus in His stories. Students understand that as a member of a community, each has particular responsibilities and that church is a community of believers. Students explore the mystery of the Trinity and learn that the Holy Spirit is God's presence among us today. Students learn that various scriptures provide stories about how God reveals the divine presence in different religious traditions.

## Art

The study of the visual and performing arts provides the students with opportunities to develop their skills and knowledge of the arts through a sequential, creative, integrated and inclusive program that prepares them for further, more focused study. The arts teach students to participate in society in an intelligent way by encouraging them to "look at things carefully, hear things thoughtfully, feel things sensitively, and understand the role of the arts in the life of the individual and the collective life of [world] culture." The focus for the first grade year in art is on honing observation skills. A first grader uses two- and three-dimensional media on different surfaces to communicate his ideas and feelings. He uses foreground, middle-ground and background in two-dimensional art. He shows people and animals in a place, such as a landscape or a room. He begins to learn about different artists and discusses how he thinks their art was created. The student learns to work in various media, including paint, crayon, pastel and ceramic clay. He begins to see how art units related to other thematic units in his class. He continues to work in collaboration with other students in creating larger projects.

## Music

The study of the visual and performing arts provides the students with opportunities to develop their skills and knowledge of the arts through a sequential, creative, integrated and inclusive program that prepares them for further, more focused study. The arts teach students to participate in society in an intelligent way by encouraging them to "look at things carefully, hear things thoughtfully, feel things sensitively, and understand the role of the arts in the life of the individual and the collective life of [world] culture." The central focus for the first grade year in music is on the concept and elements of music. The first grade student continues to learn basic music theory. He composes using basic musical language. He also sings his own compositions using note names or solfeg. He is introduced to world music and begins to identify country origins and styles. He explores musical styles of the United States and can identify types of music, such as spiritual and folk. He begins to learn to two-part singing by singing in rounds.

## Physical Education

The primary focus of the physical education program is the student's total physical and emotional development. All students learn the motor skills needed in everyday living and in recreational activities. Students develop and maintain sound physiological functions through vigorous muscular activity. The curriculum provides situations for learning to compete so students learn to cooperate with others, treat others with respect and strive for achievement of common goals. Students learn to accept responsibility for their actions. The program provides a life-long sense of responsibility for health and well-being. The physical education curriculum is built upon four strands:

- physical activity
- movement skills and knowledge

Exhibit 9-5

scientific understanding. In kindergarten through grade five, all three strands (Earth, Physical and Life) are studied. In contrast, in grades six through eight, students study one strand per year. This reflects a shift to more in-depth study in the older grades. The science curriculum is built upon three critical strands: Earth Science, Physical Science and Life Science. Hands-on exploration and the use of the scientific method are central to the approach used to investigate the natural phenomena associated with the various strands of science. This approach includes eight essential processes: observing, communication, comparing, ordering, categorizing, relating, inferring, applying. Elements create weather, and second grade students understand how season and weather affect living things as well as how the water cycle is related to weather. They observe the characteristics of solids and liquids and recognize that liquids and solids occupy space and have substance and weight. They understand that liquids and solids can be used to do work and make changes in matter. Students study and observe insects and learn about the life cycle of insects and how they adapt to different habitats on the planet.

## Religion

In an endeavor to educate the whole child, we are guided by and faithful to the Roman Catholic tradition of faith in God and in Jesus Christ who reveals to us the love of God for all people. Studying the basic symbols, practices and concepts of religion makes much of history, literature, art and contemporary life intelligible. The intent of the curriculum is to help the student discover and articulate his own beliefs. Because the family is the primary educator in matters of faith and spirituality, we support both parents and students in their religious identities and in the faith foundations established in the home. Active faith propels one toward the pursuit of peace and justice in a diverse world. By educating each child to the love of God, self and neighbor, religious education at Stuart Hall forms in each student deep human values, a sense of wise freedom, and an informed, active faith. The religion curriculum is built upon four strands:

- Scripture: the student understands that scripture is an account of faithful people and that it has literary and historical contexts and inspirational aspects.
- Tradition: the student understands tradition as the collective lived and living response in relationship with God.
- Faith: the student understands faith as trust in God.
- Reason: the student recognizes the role of conscience and discernment in religious and ethical understanding.-3

The primary goal for 2nd grade religion is for students to develop an understanding the concept of forgiveness and commitment as exemplified by the sacraments of Reconciliation and Eucharist (Holy Communion). Students learn that the stories of faith are the foundation of the sacraments of Reconciliation and Eucharist. They find ways to incorporate the values of forgiveness and community into the life of their classroom and classmates. They begin to distinguish between various origins of these sacraments and explore appropriate ways of participating in various school liturgies as well as those of their own faith tradition. Students discover the importance of participating actively in worship as a way of praising God and building the fabric of community. Students reflect upon the values of giving and forgiveness and explore ways to incorporate these values in their class and school. Students also explore ways other faith traditions help people encounter God and experience forgiveness. **SACRAMENTAL PREPARATION:** Grade two boys baptized in the Catholic Church have the option of doing their First Reconciliation and First Eucharist preparation and reception of the sacraments at school. This preparation is in addition to the regular grade two religion class and is arranged with the religion teacher.

## Art

The study of the visual and performing arts provides the students with opportunities to develop their skills and knowledge of the arts through a sequential, creative, integrated and inclusive program that prepares them for further, more focused study. The arts teach students to participate in society in an intelligent way by encouraging them to "look at things carefully, hear things thoughtfully, feel things sensitively, and understand the role of the arts in the life of the individual and the collective life of [world] culture." The focus for the second grade year is on art from around the world. A second grade student investigates how art reflects culture, religion, and society from different geographical and political regions of the world. He also begins to develop his own ideas about art projects, personal and collective. Specifically, he explores the use of collage by studying pattern, shape, and negative space and creates works of art on a larger scale than that of kindergarten and grade one.

## Music

Exhibit 9-6

In an endeavor to educate the whole child, we are guided by and faithful to the Roman Catholic tradition of faith in God and in Jesus Christ who reveals to us the love of God for all people. Studying the basic symbols, practices and concepts of religion makes much of history, literature, art and contemporary life intelligible. The intent of the curriculum is to help the student discover and articulate his own beliefs. Because the family is the primary educator in matters of faith and spirituality, we support both parents and students in their religious identities and in the faith foundations established in the home. Active faith propels one toward the pursuit of peace and justice in a diverse world. By educating each child to the love of God, self and neighbor, religious education at Stuart Hall forms in each student deep human values, a sense of wise freedom, and an informed, active faith. The religion curriculum is built upon four strands:

- Scripture: the student understands that scripture is an account of faithful people and that it has literary and historical contexts and inspirational aspects.
- Tradition: the student understands tradition as the collective lived and living response in relationship with God.
- Faith: the student understands faith as trust in God.
- Reason: the student recognizes the role of conscience and discernment in religious and ethical understanding.

The primary goal for 3rd grade religion is for students to acquire an understanding of why and how the Catholic Church exists. Students understand that church is founded on faith, life and the love of God. They learn about history and changes in the way church expresses itself. They begin to see the interconnections of the liturgical calendar and how it fits into the annual and seasonal calendar. They begin to understand that faith grows by trust in God and others. The see the connection between the Ten Commandments and morality as they learn that morality is fundamental to any faithful life. They also learn that there are many communal expressions of faith in various churches and faith traditions. Students look for points of similarity as well as difference among the religions of the world.

# International Languages

The primary purpose of foreign language in grade three is to introduce students to the sounds and structures of French and Spanish. All students will take one semester of French and one semester of Spanish for the entire year. During this time, they will learn basic vocabulary, including the names of letters, numbers, days, weeks, seasons and a basic working vocabulary of various essential nouns and verbs. Through culture studies, songs, poems, and art, the students learn that while there are many things that make cultures different, there are also things that make cultures similar. The semester courses acquaint students with the sounds of each language. Students begin to train their ears to hear subtleties and nuances of each language as they develop an approach to studying a foreign language. By the end of the year, students will identify a language preference to study for the next several years.

# Art

The study of the visual and performing arts provides the students with opportunities to develop their skills and knowledge of the arts through a sequential, creative, integrated and inclusive program that prepares them for further, more focused study. The arts teach students to participate in society in an intelligent way by encouraging them to "look at things carefully, hear things thoughtfully, feel things sensitively, and understand the role of the arts in the life of the individual and the collective life of [world] culture." The focus for the third grade year in art is on thematic and cross-curricular projects. A third grade student explores ways of using artistic media to express more complex ideas. He uses paint, conte crayon, pastel, and ceramic clay to polish his skills and is exposed to landscape drawing, self portraits, and animal studies. He continues to work with other students to create an idea for a work of art and understands how his artwork connects to other themes in his classes. He has an increased ability to develop original art projects. He develops a working vocabulary to articulate not only what he wants to create but also how he will create his art.

# Music

The study of the visual and performing arts provides the students with opportunities to develop their skills and knowledge of the arts through a sequential, creative, integrated and inclusive program that prepares them for further, more focused study. The arts teach students to participate in society in an intelligent way by encouraging them to "look at things carefully, hear things thoughtfully, feel things sensitively, and understand the role of the arts in the life of the individual and the collective life of [world] culture." In the third grade year of music students hone counting and

Exhibit 9-7

5

SHB - 4

# Religion

In an endeavor to educate the whole child, we are guided by and faithful to the Roman Catholic tradition of faith in God and in Jesus Christ who reveals to us the love of God for all people. Studying the basic symbols, practices and concepts of religion makes much of history, literature, art and contemporary life intelligible. The intent of the curriculum is to help the student discover and articulate his own beliefs. Because the family is the primary educator in matters of faith and spirituality, we support both parents and students in their religious identities and in the faith foundations established in the home. Active faith propels one toward the pursuit of peace and justice in a diverse world. By educating each child to the love of God, self and neighbor, religious education at Stuart Hall forms in each student deep human values, a sense of wise freedom, and an informed, active faith. The religion curriculum is built upon four strands:

- Scripture: the student understands that scripture is an account of faithful people and that it has literary and historical contexts and inspirational aspects.
- Tradition: the student understands tradition as the collective lived and living response in relationship with God.
- Faith: the student understands faith as trust in God.
- Reason: the student recognizes the role of conscience and discernment in religious and ethical understanding.

The primary goal of 4th grade religion is for students to understand that the Beatitudes and the Ten Commandments form the basis for living an authentic Christian/faithful life. Students develop an understanding of the Beatitudes, the Ten Commandments and the Sermon on the Mount and compare language and story-telling in various scriptural passages. Students continue to examine and experience the importance of tradition and ritual as practiced in various types of worship. Students consider how the stories of faith are lived out in the daily life of believers. They also investigate ways to make the challenges of the Beatitudes, the Ten Commandments and the Sermon on the Mount part of their lives. Students understand that we form "church" by being examples of faith to one another. Students also understand the fundamental difference between proclaiming and living one's faith.

# International Languages

Through the study of foreign language, the goal is for students to:

- develop communication skills that enable the student to interact with a broad and varied range of people
- gain insight into other cultures and broadens understanding of the self as well as others
- become global citizens by breaking down barriers and customary borders
- accept personal and world responsibility by fostering a sense of intellectual curiosity about cultural values.

Starting in fourth grade, students choose between Spanish and French to study throughout the year. Classes meet three times a week. The following topics will be covered:

- Verbs: regular, present tense
- Noun and adjectives: gender, number
- Food
- Parts of the Body
- personal prononuns
- Cultures and Customs

# Art

The study of the visual and performing arts provides the students with opportunities to develop their skills and knowledge of the arts through a sequential, creative, integrated and inclusive program that prepares them for further, more focused study. The arts teach students to participate in society in an intelligent way by encouraging them to "look at things carefully, hear things thoughtfully, feel things sensitively, and understand the role of the arts in the life of the individual and the collective life of [world] culture." The focus for the fourth grade year in art is on indigenous art and mask making. A fourth grade student studies myths and design in art from other cultures. Through this exploration, he uses his own skills, first to imitate that art and then to create his own. He refines his use and understanding of major media of art specifically by focusing on transferring a two dimensional drawing into a three dimensional object.

# Music

The study of the visual and performing arts provides the students with opportunities to develop their skills and

5

Exhibit 9-8
1/22/2008 11:12 AT



- civic values, ethics, rights, responsibilities and social participation
    - geographic literacy
    - historical literacy
    - cultural literacy

Fifth grade students begin to understand the relationship between historical beliefs and the American system of government. They learn about how the struggle for independence led to our current historical beliefs. They develop location skills in order to be able to identify states, capitals and boarders. They understand a variety of map systems and how historians use them to acquire information. They study the factors that influence and cause change. They study the Native American culture and examine how some groups became assimilated and others excluded. Students also recognize the contributions of many cultures upon the emerging American nation.

## Science

The science curriculum is designed to promote an understanding of the nature of science and an appreciation of its methods and philosophy. The program prepares each student for the future by providing opportunities to investigate, explore, and evaluate the world. The program addresses how science works and what processes and methods expand scientific understanding. In kindergarten through grade five, all three strands (Earth, Physical and Life) are studied. In contrast, in grades six through eight, students study one strand per year. This reflects a shift to more in-depth study in the older grades. The science curriculum is built upon three critical strands: Earth Science, Physical Science and Life Science. Hands-on exploration and the use of the scientific method are central to the approach used to investigate the natural phenomena associated with the various strands of science. This approach includes eight essential processes: observing, communication, comparing, ordering, categorizing, relating, inferring, applying. Fifth grade students study solar energy and how it can be used to heat houses and buildings. They understand the action of pendulums, planes and catapults and how to graph the behavior of various objects. They learn about the presence of various nutrients in a sample of food and how controlled ex-periments can support or refute hypotheses. Students understand how to organize and record results of experiments and how scientists report their findings.

## Religion

In an endeavor to educate the whole child, we are guided by and faithful to the Roman Catholic tradition of faith in God and in Jesus Christ who reveals to us the love of God for all people. Studying the basic symbols, practices and concepts of religion makes much of history, literature, art and contemporary life intelligible. The intent of the curriculum is to help the student discover and articulate his own beliefs. Because the family is the primary educator in matters of faith and spirituality, we support both parents and students in their religious identities and in the faith foundations established in the home. Active faith propels one toward the pursuit of peace and justice in a diverse world. By educating each child to the love of God, self and neighbor, religious education at Stuart Hall forms in each student deep human values, a sense of wise freedom, and an informed, active faith. The religion curriculum is built upon four strands:

- Scripture: the student understands that scripture is an account of faithful people and that it has literary and historical contexts and inspirational aspects.
- Tradition: the student understands tradition as the collective lived and living response in relationship with God.
- Faith: the student understands faith as trust in God.
- reason: the student recognizes the role of conscience and discernment in religious and ethical understanding.

The primary goal of 5th grade religion is for students to understand the sacraments in the life of the Church. They appreciate sacraments and rituals from Christian Tradition, as well as other religious systems that may be reflected in the student body. They understand the difference between private devotions and formal community worship. Over the course of the year students will begin to understand that Scripture is the basis for ritual and that Scripture can inspire those who are sick or grieving. Students also discover that the sacraments are rooted in Scripture. Students discover that all sacraments are communal in nature, that they bind us to other believers over time, and are continuing signs of God's infinite love for us. They see that sacraments are visible signs of God's grace and that all religious systems include some type of ritual(s). They begin to understand that prayer, humility and a clean conscience are critical to participating in the sacraments. Students also learn how other faith traditions have sacraments similar to and different from the Catholic tradition.

## International Languages

Exhibit 9-9

- cultural literacy

Sixth grade students discover that the rights and responsibilities of an individual are defined by the type of government under which he lives. They study the history, culture and geography of ancient Egypt, Greece and Rome and formulate theories about how various geographical features influenced the development of these cultures. They recognize the contributions of the Egyptians, the Greeks, the Romans and Islamic societies and how they have influenced contemporary cultures.

## Science

The science curriculum is designed to promote an understanding of the nature of science and an appreciation of its methods and philosophy. The program prepares each student for the future by providing opportunities to investigate, explore, and evaluate the world. The program addresses how science works and what processes and methods expand scientific understanding. In kindergarten through grade five, all three strands (Earth, Physical and Life) are studied. In contrast, in grades six through eight, students study one strand per year. This reflects a shift to more in-depth study in the older grades. The science curriculum is built upon three critical strands: Earth Science, Physical Science and Life Science. Hands-on exploration and the use of the scientific method are central to the approach used to investigate the natural phenomena associated with the various strands of science. This approach includes eight essential processes: observing, communication, comparing, ordering, categorizing, relating, inferring, applying. The focus of the sixth grade year is earth science. Students understand the kinds of objects in the universe and how these objects relate to one another. In addition, they learn how the universe evolved and how we know about the contents and structure of the universe. They recognize that water is an essential resource to life and how important natural resources support life and society. From this, they explore how they can be responsible in conserving the earth's natural re-sources. Students study oceans and how they support life. They understand how ocean water circulates and how this affects climates and weather. They also study the San Francisco Bay and how it relates to the global economy.

## Religion

In an endeavor to educate the whole child, we are guided by and faithful to the Roman Catholic tradition of faith in God and in Jesus Christ who reveals to us the love of God for all people. Studying the basic symbols, practices and concepts of religion makes much of history, literature, art and contemporary life intelligible. The intent of the curriculum is to help the student discover and articulate his own beliefs. Because the family is the primary educator in matters of faith and spirituality, we support both parents and students in their religious identities and in the faith foundations established in the home. Active faith propels one toward the pursuit of peace and justice in a diverse world. By educating each child to the love of God, self and neighbor, religious education at Stuart Hall forms in each student deep human values, a sense of wise freedom, and an informed, active faith. The religion curriculum is built upon four strands:

- Scripture: the student understands that scripture is an account of faithful people and that it has literary and historical contexts and inspirational aspects.
- Tradition: the student understands tradition as the collective lived and living response in relationship with God.
- Faith: the student understands faith as trust in God.
- Reason: the student recognizes the role of conscience and discernment in religious and ethical understanding.

The primary goal of 6th grade religion is for students to become familiar with the main characters and events of the history of Israel contained in the Hebrew Bible (the Old Testament) and gain an understanding of the key events God reveals during the course of this history. They develop an appreciation for the Old Testament/Hebrew Bible and gain confidence in their ability to read Scripture. Students begin to understand the tools of organization (types of writing, different authors) of the Hebrew Bible. They learn differences between the oral and written traditions of scripture stories and the role of the author of these stories. They discover the primacy of the Patriarchs, Moses and the prophets and shaping various expressions of faith. They see the critical role that community and nation play in interpreting God's cove-nant with His people. They learn that faith is for everyone, not just the perfect, and begin to grasp the idea of covenant as a continuing trust between God and His people. Students learn the difference between being "true" and "factual" and that Truth is accessible to humanity.

## International Languages

French Through the study of foreign language, the goal is for students to:

Exhibit 9-10

1/22/2008 11:13 AM

- historical literacy
- cultural literacy

The goal for the Seventh grade curriculum is for students to deduce the connection between a culture's philosophy and civic values. Students study the geography of the Far East, Africa and Europe and analyze conflict and resolution, both within cultures and with other cultures, and they come to appreciate the sophistication of these respective cultures.

## Science

The science curriculum is designed to promote an understanding of the nature of science and an appreciation of its methods and philosophy. The program prepares each student for the future by providing opportunities to investigate, explore, and evaluate the world. The program addresses how science works and what processes and methods expand scientific understanding. In kindergarten through grade five, all three strands (Earth, Physical and Life) are studied. In contrast, in grades six through eight, students study one strand per year. This reflects a shift to more in-depth study in the older grades. The science curriculum is built upon three critical strands: Earth Science, Physical Science and Life Science. Hands-on exploration and the use of the scientific method are central to the approach used to investigate the natural phenomena associated with the various strands of science. This approach includes eight essential processes: observing, communication, comparing, ordering, categorizing, relating, inferring, applying. The focus of the seventh grade year is physical science. Students understand the general properties of matter. They learn that substances can be made to change phases by adding or taking away energy. They also study the atom and understand it as the basic unit of matter. Students learn to read and use the Periodic Table and recognize how chemical equations can be used to symbolize chemical interactions. Students study the process of photosynthesis as the source of energy for all living things. Students learn about motion and understand the relationship of force to motion as they study the principles that govern motion in the universe.

## Religion

In an endeavor to educate the whole child, we are guided by and faithful to the Roman Catholic tradition of faith in God and in Jesus Christ who reveals to us the love of God for all people. Studying the basic symbols, practices and concepts of religion makes much of history, literature, art and contemporary life intelligible. The intent of the curriculum is to help the student discover and articulate his own beliefs. Because the family is the primary educator in matters of faith and spirituality, we support both parents and students in their religious identities and in the faith foundations established in the home. Active faith propels one toward the pursuit of peace and justice in a diverse world. By educating each child to the love of God, self and neighbor, religious education at Stuart Hall forms in each student deep human values, a sense of wise freedom, and an informed, active faith. The religion curriculum is built upon four strands:

- Scripture: the student understands that scripture is an account of faithful people and that it has literary and historical contexts and inspirational aspects.
- Tradition: the student understands tradition as the collective lived and living response in relationship with God.
- Faith: the student understands faith as trust in God.
- Reason: the student recognizes the role of conscience and discernment in religious and ethical understanding.

The primary goal of 7th grade religion is for students to acquire a fresh, historically rooted and factual understanding of the personality, mission, and mystery of Jesus of Nazareth and the New Testament. They begin to understand the dual nature of Jesus (simultaneously being fully human and fully divine), and the face of the mystery in the Incarnation. Students see the connection between the Hebrew and Christian scriptures and the influence upon them by the Roman Empire. They begin to understand the aspects of message: context, content and code. They examine the various ways Jesus is presented and how the community trusts the reliability of Scripture. They also discuss their roles as a member of a community of believers and how they are similar to and different from the members of the early Christian community. They understand the role of Jesus as mediator and that historical and contemporary faith in Jesus Christ are expressions of trust in God. They learn that the Gospels are not biographies or historical records. They explore the complexity of religious belief and ethical discernment in modern life.

## International Languages

French Through the study of foreign language, the goal is for students to:

Exhibit 9-11



- civic values, ethics, rights, responsibilities and social participation
- geographic literacy
- historical literacy
- cultural literacy

Eighth grade students learn that there are ethical components of major decisions in United States history and discuss those decisions in the context of an ethical foundation. They recognize the importance that strategic location has on the United States political involvement. They analyze the complexity major historical movements and how they have influenced future decisions. They study major periods of United States history, such as Watergate, Vietnam, World War I and II, Reconstruction, the Civil War and the formation of the Early Republic.

## Science

The science curriculum is designed to promote an understanding of the nature of science and an appreciation of its methods and philosophy. The program prepares each student for the future by providing opportunities to investigate, explore, and evaluate the world. The program addresses how science works and what processes and methods expand scientific understanding. In kindergarten through grade five, all three strands (Earth, Physical and Life) are studied. In contrast, in grades six through eight, students study one strand per year. This reflects a shift to more in-depth study in the older grades. The science curriculum is built upon three critical strands: Earth Science, Physical Science and Life Science. Hands-on exploration and the use of the scientific method are central to the approach used to investigate the natural phenomena associated with the various strands of science. This approach includes eight essential processes: observing, communication, comparing, ordering, categorizing, relating, inferring, applying. The focus of the eighth grade year is life science. Students review the basic characteristics of living things and understand how life has changed and diversified through time in response to a changing environment. Students note the processes and patterns that characterize the evolution of life. They study the cell and learn that it is the basic unit of life. They study structures of the body and how they interact with each other and contribute to maintenance and growth of the organism. They understand the importance of maintaining health of individual body systems, which contributes to the health of the entire being. Students study how organisms interact within ecosystems, and they learn about their responsibilities in preserving ecosystems.

## Religion

In an endeavor to educate the whole child, we are guided by and faithful to the Roman Catholic tradition of faith in God and in Jesus Christ who reveals to us the love of God for all people. Studying the basic symbols, practices and concepts of religion makes much of history, literature, art and contemporary life intelligible. The intent of the curriculum is to help the student discover and articulate his own beliefs. Because the family is the primary educator in matters of faith and spirituality, we support both parents and students in their religious identities and in the faith foundations established in the home. Active faith propels one toward the pursuit of peace and justice in a diverse world. By educating each child to the love of God, self and neighbor, religious education at Stuart Hall forms in each student deep human values, a sense of wise freedom, and an informed, active faith. The religion curriculum is built upon four strands:

- Scripture: the student understands that scripture is an account of faithful people and that it has literary and historical contexts and inspirational aspects.
- Tradition: the student understands tradition as the collective lived and living response in relationship with God.
- Faith: the student understands faith as trust in God.
- Reason: the student recognizes the role of conscience and discernment in religious and ethical understanding.

The primary goal of 8th grade religion is for students to acquire a primary knowledge of certain beliefs in world religions. They learn to check their assumptions about different be-liefs and learns that various worldviews are often in conflict with each other. They become aware of the "mirror effect" between religious beliefs and situations in the world. Students begin to understand that all cultures use scripture as a foundation for religious systems and that cultures, environment, and conflicts have shaped scriptures. Students begin to understand that religious systems influence and shape cultures and societies as they develop skills of comparative beliefs. They see that conflicting worldviews have impact upon public policy as they develop an appreciation for the challenges and opportunities of diversity and pluralism.

## International Languages

Exhibit 9-12

1/22/2008 11:13 AM

# EXHIBIT A-10

CES - K

- PlantsApple, Pumpkin, Sunflower
- The human circulatory system.
- Our solar system.
- Rainforest
- The weather and seasons of our planet.
- Earth Conservation and Recycling.

## GRADING POLICY

Grades will be based on observation of student work, collecting student work samples, and portfolio documentation.

## HOMEWORK POLICY

There is no homework for this class.

# Religion

## TEXTBOOKS

This is Our Faith and Parish Program Workbook.

## OBJECTIVE

The students will:
- God's love makes me who I am. Learn that God's love created the universe.
- Gain an understanding that they are created, known, and loved by God.
- Recognize that every individual is a person with feelings and talents.
- Learn that God's love teaches them how to love themselves and others.
- Listen to stories related to subject matters and discuss messages learned.
- Introductions to various feast days celebrated by Religious of the Sacred Heart.

## AREAS OF CONCENTRATION

- God's love created the universe.
- God's love makes me who I am.
- God's love gives me people to love.
- God's love gives me Jesus.
- God's love teaches me to love.

## GRADING POLICY

Evaluation is based on individual participation, group interaction, and teacher observation.

## HOMEWORK POLICY

Students are encouraged to share their finished work with their parents.

# Art

## TEXTBOOKS

There are no required textbooks for this class.

## OBJECTIVE

- The students will:
- Gain enhanced self-confidence, self-expression, and divergent thinking.
- Learn to use tools and materials competently and safely.

DEPOSITION EXHIBIT
10
Devincenzi 2/21/08
PENGAD 800-631-6989

Exhibit 10-1

## GRADING POLICY

CES - 1

Students are actively engaged in science activities. Students work with materials that allow them to explore, observe, investigate, and experiment. Written science samples of students' drawings, diagrams, journals, predictions and outcomes are evaluated for growth in scientific thinking.

## HOMEWORK POLICY

Students will need to bring items from home, as needed. An animal report is required and parents should help in the research process.

# Religion

## TEXTBOOKS

This is Our Faith and Parish Program Workbook.

## OBJECTIVES

The students will:
- Come to know God as our creator who made each of us special and unique.
- Recognize the many blessings and gifts God has given us.
- Learn about Jesus and his life through scriptural stories.
- Gain a sense of responsibility to love and care for God's gifts.
- Learn common prayers that accompany religious ritual.
- Listen to stories related to class subject matter and discuss the message learned.
- Review the various feast days celebrated by the Religious of the Sacred Heart.

## AREAS OF CONCENTRATION

- God gives us many gifts.
- Jesus teaches us to love.
- Traditions of the Catholic Church.
- The Holy Spirit helps us.

## GRADING POLICY

Evaluations are based on individual participation, performance on class projects, group interaction, and teacher observations.

## HOMEWORK POLICY

There is no assigned homework for this class, but students are encouraged to share their finished work with their parents. There will be occasional memorization of common prayers.

# Art

## TEXTBOOKS

There are no required textbooks for this class.

## OBJECTIVE

The students will:
- Gain enhanced self-confidence, self-expression, and divergent thinking.
- An introduction to Art History: discovering famous artists and their work.
- Learn to use tools and materials competently and safely.
- Experience the personal satisfaction of creating art.

Exhibit 10-2

CES - 2

Grades will be based on informal assessments.

## HOMEWORK POLICY

Occasional Social Studies homework will be assigned. Extensive research and study will be required for the Influential Women unit in January and February.

# Science

## TEXTBOOKS

There are no required textbooks for this class.

## OBJECTIVE

The students will:

- Learn to predict, observe, and record data
- Study insects and spiders
- Learn about the ecological attributes of tide pools
- Study the properties of magnets and their effects on electricity
- Learn about the characteristics of weather
- Study our Earth and the basic features of our planet
- Learn about volcanoes and earthquakes

## AREAS OF CONCENTRATION

- Build knowledge from direct experience with the natural and human-made world
- Scientific Methodology
- Research through various forms of media.

## GRADING POLICY

Grades will be based on informal assessment.

## HOMEWORK POLICY

Occasional science homework assignments will be given.

# Religion

## TEXTBOOKS

*This Is Our Faith*: Parish Program.

## OBJECTIVE

The students will:

- Learn the basic teachings about the sacramental life of the Catholic Church.
- Grow in their knowledge of God as a loving and forgiving father.
- Recognize the meaning and importance of the Sacrament of Reconciliation.
- Learn about the Eucharist and its significance.
- Learn prayer is not only talking to God, but listening with your heart.
- Master prayers common to the Catholic Church.

## AREAS OF CONCENTRATION

- Our Church celebrates Sacraments.
- We celebrate Reconciliation.

Exhibit 10-3

Case 3:07-cv-04127-WHA    Document 36    Filed 04/10/2008    Page 20 of 30

- Our Church gathers for Mass.
- Our Church celebrates the Eucharist.
- The Eucharist unites us and calls us to serve.

## GRADING POLICY

Evaluation is based on the following criteria: individual participation, group interaction, performance on class projects, effort, and teacher observation.

## HOMEWORK POLICY

The occasional memorization of common prayers will be required.

## Art

## TEXTBOOKS

There are no required textbooks for this class.

## OBJECTIVE

The students will:
- Gain enhanced self-confidence, self-expression, and divergent thinking.
- Be exposed to different art forms from around the world.
- Develop the senses in discerning aesthetics.
- Learn the language of art through understanding the artist and their work.
- Learn to use tools and materials competently and safely.
- Experience the personal satisfaction of creating art.

## AREAS OF CONCENTRATION

- Recognition through exploration and observation.
- Attributes of the human figure including body form and action.
- Color variations within a hue.
- Composition pictures.
- Space, balance, and rhythm.
- Importance of emphasis.

## GRADING POLICY

Evaluation will reflect personal effort and creative energy demonstrated in class and the student's ability to be self-directed in a less structured environment, as well as a student's general behavior.

## HOMEWORK POLICY

There is no homework assigned in this class. Class time is generally sufficient for the completion of projects.

## Music

## TEXTBOOKS

There are no required textbooks for this class.

## OBJECTIVE

The students will:
- Develop an interest and love for making music through singing and movement.
- Gain an awareness of using their voice and body as a musical instrument.

Exhibit 10-4

## HOMEWORK POLICY

There is no formal homework for this class.

# Religion

## TEXTBOOKS

*This Is Our Faith*: Parish Program.

## OBJECTIVE

The students will:
- Understand and appreciate how Christianity developed.
- Gain familiarity with locating passages from the Old and New Testaments.
- Understand the concept of "Church" as a community that cares.
- Develop an awareness of the importance of community building and service.
- Learn to pray silently.
- Practice common prayers (Apostles' Creed and mass responses).

## AREAS OF CONCENTRATION

- A Marked Community (One, Holy, Catholic and Apostolic).
- Beliefs of our Church.
- Prayers.
- Sacraments of Vocation (Matrimony, Holy Orders and Anointing of the Sick).
- Our Church teaches the Ten Commandments.

## GRADING POLICY

Evaluation is based on the following criteria: individual participation, group participation, performance on class assignments and projects, effort, and teacher observation.

## HOMEWORK POLICY

Most work will be completed in class. However, there will be occasional homework assignments.

# Art

## TEXTBOOKS

There are no required textbooks for this class.

## OBJECTIVE

The students will:
- Gain enhanced self-confidence, self-expression, and divergent thinking.
- Develop the senses in discerning aesthetics.
- Learn the language of art through understanding the artist and their work.
- Learn to use tools and materials competently and safely.
- Experience the personal satisfaction of creating art.

## AREAS OF CONCENTRATION

- Recognition through exploration and observation.
- Sketching real objects found in the classroom and at home.
- Conscious recognition of space and distance.
- Creative imaginative responses and sense of originality and freedom.

Exhibit 10-5

- Basic greetings.
- Communication based.
- Topics include the schoolroom, the house, the family, table settings, and animals.
- Emphasis on oral expression, aural comprehension, and retention of vocabulary.

## GRADING POLICY

Assessment is based on progress through participation, effort, and grasp of vocabulary.

## HOMEWORK POLICY

There is no formal homework for this class.

## SPANISH

## TEXTBOOKS

There are no required textbooks for this class.

## OBJECTIVE

The students will:
- Master elementary sounds of Spanish.
- Play games and sing songs to enhance use and retention of Spanish.
- Learn basic greetings, numbers, the alphabet, and vocabulary.
- Learn family members and days of the week.
- Gain a basic appreciation for other cultures.
- Take ownership of learning and individual progress.
- Actively participate in class in the target language.

## AREAS OF CONCENTRATION

- Basic greetings.
- Numbers, the alphabet, and family members.
- Days of the week.
- Emphasis on oral expression, aural comprehension, and retention of vocabulary.

## GRADING POLICY

Assessment is based on progress through participation, effort, and grasp of vocabulary.

## HOMEWORK POLICY

There is no formal homework for this class.

# Religion

## TEXTBOOKS

This Is Our Faith: Parish Program.

## OBJECTIVE

The students will:
- Learn about the Beatitudes, Great Commandment, and Ten Commandments.
- Recognize circumstances when a moral choice must be made.
- Learn that the Holy Spirit helps us know what is good.
- Learn that we gather at the Eucharist to celebrate our unity and help it grow.

Exhibit 10-6

○ Master common prayers and precepts.

## AREAS OF CONCENTRATION

- ○ A choice to make such as choosing what is just.
- ○ The Great Commandment.
- ○ Beatitudes of Justice and Peace.
- ○ The Ten Commandments.
- ○ Unity through Reconciliation and the Eucharist.

## GRADING POLICY

Evaluation is based on the following criteria: individual participation, group participation, performance on class assignments and projects, effort, and teacher observation.

## HOMEWORK POLICY

Most work will be completed in class. There will be occasional homework assignments.

# Art

## TEXTBOOKS

There are no required textbooks for this class.

## OBJECTIVE

The students will:

- Develop knowledge and understanding of the importance of physical activity.
- Develop proficiency in physical skills.
- Develop vigor, endurance, strength, and body control, and motor skills.
- Learn agility in order to maintain a state of physical fitness.
- Develop safety awareness in all physical education activities.

## AREAS OF CONCENTRATION

- Sports with team games.
- Cooperative and new games.
- Skill development games in volleyball, soccer, hockey, and basketball
- Rhythm, dance, and basic movement skills.
- Gymnastics.
- Physical fitness and health.

## GRADING POLICY

Grades rely heavily on participation, effort, and sportsmanship.

## HOMEWORK POLICY

There is no homework for this class.

# Music

Exhibit 10-7

## OBJECTIVE

CES - 5

The students will:

- Master new grammatical structures presented in this course.
- Build upon previously learned material through review and repetition.
- Increase vocabulary through thematic units.
- Gain confidence in speaking through dialogues and skits.
- Actively participate in daily oral/aural drills.
- Learn to compose grammatically correct sentences.
- Take ownership of learning and individual progress.
- Actively participate in class in the target language.

## AREAS OF CONCENTRATION

- Greetings, Basic Conversations
- Subject Pronouns.
- Regular AR, ER, and IR verb conjugations.
- Time, Numbers, and Classroom Objects.
- Professions and Family.
- The uses of Ser, Estar, Ir, and Tener.
- Prepositions of Place.
- Definite and Indefinite Articles
- Interrogatives.
- Geography.

## GRADING POLICY

5th Graders do not receive formal letter grades, instead they receive written narrative evaluations each quarter. Students are evaluated based on class participation, effort, quality of completed assignments as well as on test and quiz performance.

## HOMEWORK POLICY

Homework is given to reinforce new concepts and to practice previously learned information. Students are expected to "study" Spanish for at least 15 minutes every night. This may include reviewing flashcards and vocabulary and practicing ew grammar concepts.

# Religion

## TEXTBOOKS

Celebrating Sacraments

## OBJECTIVE

The student will:

- Identify various expressions of God's presence in the world
- Articulate the role of symbols and rituals in experiencing God
- Explore the lives of people responding to God's personal invitation
- Engage sacramental imagination to see a "world charged with the grandeur of God"

## AREAS OF CONCENTRATION

- The sacramental nature of life
- The liturgical celebrations
- The communion of saints
- The subject will be engaged through PowerPoint presentations; film clips; dramatic and humorous enactments;

Exhibit 10-8

various expressions of art and music, written reflections and interactive dialogue.

## GRADING POLICY

40% Homework
25% Quizzes/Tests
20% Portfolio
15% Participation

## HOMEWORK POLICY

Homework is assigned weekly and students will have approximately one week to complete an assignment. Students can anticipate spending one hour per week on assignments.

## Studio Art & Drama

## ART

## TEXTBOOKS

There are no required textbooks for this course.

## OBJECTIVE

The students will:

- Enhance their self-confidence, self-expression and divergent thinking.
- Develop the senses in discerning aesthetics.
- Learn the language of art and understanding artists and their work.
- Use art tools and materials competently and safely.
- Experience the personal satisfaction of creating art.

## AREAS OF CONCENTRATION

- Organize and compose elements in pictures, sculptures and crafts.
- Relate materials to form.
- Recognize both the possibilities and limitations of the media used in expression.
- Use and control simulated and actual textures in personal artwork.
- Use perspective effectively in drawings and paintings.
- Firmly establish skills in painting, drawing, 3-D design and crafts.
- Introduction to communication media.
- Explore art as a universal form of communication.
- Discover how art communicates social and political causes.
- Explore personal feelings, historic records and religious meaning in art.

## GRADING POLICY

Grades will reflect personal effort and creative energy demonstrated in class and the student's ability to be self-directed in a less structured environment. Active participation and the completion of class projects will determine the final grade.

## HOMEWORK POLICY

No homework is assigned. Class time is generally sufficient for the completion of projects. Occasionally students may finish a project at home or after school.

## DRAMA

## TEXTBOOKS

Exhibit 10-9

*CES - 6*

- ○ Inversion and question words.
- ○ Forming Futur Proche
- ○ Sports vocabulary and clothes vocabulary.

## GRADING POLICY

Class participation, self-motivation, attention and preparation are all taken into consideration for assessment. Quizzes and tests are averaged quarterly.

## HOMEWORK POLICY

Fifteen minutes a night (weeknights only) to review drill vocabulary or complete a specific written assignment. Written assignments are usually a reinforcement of material introduced in class that day. Homework should be completed and submitted on time in order to receive credit.

## SPANISH

## TEXTBOOKS

*¡ Ya Verás!*

## OBJECTIVE

The students will:
- Master new grammatical structures presented in this course.
- Build upon previously learned material through review and repetition.
- Increase vocabulary through thematic units.
- Gain confidence in speaking through dialogues and skits.
- Actively participate in daily oral/aural drills.
- Compose grammatically correct sentences through short writing assignments.
- Actively participate in class in the target language.

## AREAS OF CONCENTRATION

- Basic -AR, -ER, and -IR verb conjugations,
- Reflexive verbs, and daily routines.
- Irregular verbs in the present tense, stem-changing verbs.
- Uses of Ser, Estar, Tener, and Gustar.
- Direct Object Pronouns, personal "a".
- Verb phrases and expressions.
- Inversions, questions, forming negatives.
- Weather.

## GRADING POLICY

Class participation, self-motivation, attention and preparation are all taken into consideration for assessment. Quizzes and tests, both written and oral, are averaged quarterly. There is no semester exam.

## HOMEWORK POLICY

Homework assignments are given to reinforce new concepts and to practice previously learned information. Students are expected to "study" Spanish for at least 15 minutes every night. This may include reviewing and practicing vocabulary and grammar concepts.

# Religion

## TEXTBOOKS

Exhibit 10-10

*Written on our Hearts: The Old Testament Story of God's Love*
*Catholic Youth Bible New Revised Standard Version*

## OBJECTIVE

The student will:

- Engage the biblical text through the lens of God's relationship with humankind
- Identify the historical and moral significance of the biblical narratives
- Reflect upon the contemporary moral application of the biblical narratives
- Explore biblical and contemporary images of God
- Describe God's summons for Israel to be a light for the nations and apply to her life

## AREAS OF CONCENTRATION

- The ongoing revelation of a good God
- Themes of relationship: Chaos and Cosmos (relational reality), Image of God (relational community), Justice and Peace (right relationship), Sabbath Rest (enabling relationship), Sin (broken relationship), and Covenant (relational model)
- The call for right-relationship with God, others, and the world around us

The subject will be engaged through PowerPoint presentations, film clips dramatic and humorous enactments, various expressions of art and music, writing and interactive dialogue.

## GRADING POLICY

40% Homework
25% Quizzes/Tests
20% Portfolio
15% Participation

## HOMEWORK POLICY

Homework is assigned weekly and students will have approximately one week to complete an assignment. Student can anticipate spending about 1 – 1.5 hours per week on assignments.

# Studio Art & Drama

## ART

### TEXTBOOKS

There are no required textbooks for this course.

### OBJECTIVE

The students will:

- Enhance their self-confidence, self-expression and divergent thinking.
- Develop the senses in discerning aesthetics.
- Learn the language of art and understanding artists and their work.
- Use art tools and materials competently and safely.
- Experience the personal satisfaction of creating art.

### AREAS OF CONCENTRATION

- Develop painting and drawing techniques.
- Organize and depict ideas, feelings and moods.
- Demonstrate ability to model using clay, plaster and papier-mâché.
- Learn to make prints using built up or carved surfaces.

Exhibit 10-11

- Reflexives, Stem-changing verbs.
- Tenses: Present indicative, present progressive, immediate future, and preterit.
- Moods: indicative and imperative.
- Interrogatives, direct object pronouns.
- Vocabulary.
- Commands (Tú form), Directions.

## GRADING POLICY

Class participation, self-motivation, attention and preparation are all taken into consideration for assessment. Quizzes and tests, both written and oral, are averaged quarterly. The semester examination is 15% of the semester grade, with the two quarters being 42.5% each.

## HOMEWORK POLICY

A minimum of fifteen minutes a night for independent review/drill on vocabulary or to complete a specific assignment. Written assignments are generally a reinforcement of material introduced in class that day.

# Religion

## TEXTBOOKS

*Catholic Youth Bible, New Revised Standard Version*

## OBJECTIVE

The students will:

- Read the Gospels and Acts historically and spiritually.
- Reflect upon the teachings of Jesus and life today.
- Study the Early Church and the Institution of the sacraments.
- Demonstrate an understanding of the 7 sacraments of the Catholic Church today.

## AREAS OF CONCENTRATION

- The prophetic message of Jesus
- The response of a historical community
- Implications of following this message today
- Christian morality and social justice.

The subject will be engaged through PowerPoint presentations, film clips, dramatic and humorous enactments, various expressions of art and music, reflective writings, and interactive dialogue.

## GRADING POLICY

40% Homework
25% Quizzes/Tests
20% Portfolio
15% Participation

## HOMEWORK POLICY

Homework is assigned weekly and students will have approximately one week to complete an assignment. Student can anticipate spending about 1 – 1.5 hours per week on assignments.

# Studio Art & Drama

The seventh grade students participate in an Arts Rotation (one class per quarter) which covers studio art, art history, music, and theater/speakers.

Exhibit 10-12

1/22/2008 11:33 AM

- Imperative with reflexives.
- Stress pronouns.

## GRADING POLICY

Class participation, self-motivation, attention and preparation are all taken into consideration for assessment. Quizzes and tests are averaged quarterly. The semester examination is 15% of the semester grade, with the two quarters being 42.5% each.

## HOMEWORK POLICY

Fifteen to twenty minutes a night (weeknights only) for independent review/drill on vocabulary or to complete a specific written assignment. Written assignments are generally a reinforcement of material introduced in class that day. There is typically one long-term project per semester.

## SPANISH

## TEXTBOOKS

*¡ En español 2!*

## OBJECTIVE

The students will:
- Enhance understanding of Spanish speaking countries.
- Gain confidence and fluency in oral expression.
- Develop writing skills through biweekly writing assignments.
- Improve aural skills through cassette program and in class dialogue.
- Increase reading comprehension through selected readings.
- Build vocabulary.
- Solidify previously learned material through review and repetition.
- Take ownership of learning and individual progress by participating in class.

## AREAS OF CONCENTRATION

- Verbs: Regular and Irregular -AR, -ER, and –IR.
- Indirect and Direct Object Pronouns.
- Conjugations, reflexives, stem-changing verbs.
- Tenses: Present indicative, present progressive, future, present and imperfect.
- Commands (Usted form), interrogatives and possessive adjectives.
- Prepositions of place, cultural proverbs, and vocabulary.
- Negative pronouns.
- Por/Para and Tambien/Tampoco.

## GRADING POLICY

Class participation, self-motivation, attention and preparation are all taken into consideration for assessment. Quizzes and tests, both written and oral, are averaged quarterly, with the lowest quiz grade of the quarter dropping out. The semester examination is 15% of the semester grade, with the two quarters being 42.5% each.

## HOMEWORK POLICY

A minimum of fifteen minutes a night for independent review/drill on vocabulary or to complete a specific assignment. Written assignments are generally a reinforcement of material introduced in class that day.

# Religion

Exhibit 10-13

1/22/2008 11:33 AM

## TEXTBOOKS

The Catholic Church: Journey, Wisdom & Mission

## OBJECTIVE

The student will:

- Read primary source documents of the Catholic Church
- Identify the historical period of readings
- Discuss the relevance of the readings to contemporary life
- Intellectually journey from the inception of the Church to today
- Bring Catholicism into dialogue with various faith traditions

## AREAS OF CONCENTRATION

- Explore God's ongoing presence through the centuries
- Identify the people and events that motivated the movement of religious thought
- Develop theological and philosophical language

The subject will be engaged through PowerPoint presentations; film clips; dramatic & humorous enactments; various expressions of art, music, & dance; and student journals, reports, & interactive dialogue.

## GRADING POLICY

40% Homework
25% Quizzes/Tests
20% Portfolio
15% Participation

## HOMEWORK POLICY

Homework is assigned weekly and students will have approximately one week to complete an assignment. Student can anticipate spending about 1 – 1.5 hours per week on assignments. Studio Art & Drama The eighth grade students participate in an Arts Rotation (one class per quarter) which covers studio art, art history, music, and theater/speakers. Eighth graders may also participate in a Publications Elective which is a two semester course.

## Physical Education

## OBJECTIVE

The students will:

- Develop movement skills essential to lifelong participation in physical activity.
- Participate in a variety of games with rules and activity skills.
- Define and maintain individual physical fitness and wellness.
- Develop effective motor skills through exploration, practice, and movement.
- Develop appropriate social behaviors during planned physical activity.
- Learn to develop and maintain a positive self-image.
- Develop individual physical performance through setting realistic personal goals.

## AREAS OF CONCENTRATION

- Cooperative and team games.
- Volleyball, court soccer, and basketball.
- The Presidential Physical Fitness program.
- Hoops for Heart program.
- Gymnastics stunts.
- Creative dance and square dance.

Exhibit 10-14