# EXHIBIT B

No. 1026
Articles of
Incorporation
of the
Academy of the
Sacred Heart

Filed in the Office of the
Secretary of State the 30th
day of _____ A.D. 1887
_____
By _____
Secretary of State.
_____ Deputy.
Record Book, 6th, Page _____

Endorsed

Filed in the Office of the
County Clerk of the City and
County of _____ in the State
of California _____ 24 day of
_____ 1887
Wm. J. Sullivan,
County Clerk.
By _____ Deputy Clerk.

A. H. Loughborough
Attorney at Law
301 Bush St.
San Francisco, Cal.

We the undersigned, Mary Keating, Bertha Vrede, Catherine Grasser, Alice Cushing, and Emily Raborg, do hereby certify and declare that each of us is over twenty one years of age and a resident of the City and County of San Francisco in the State of California, that we are members of the Roman Catholic Church and members of the religious order in that Church called or known as "Ladies of the Sacred Heart" We further declare that the principal Community of the said Order is now in Paris, France, and that the same is known or recognized as the "Mother House" of the said religious order or Society; We further declare that it is our intention and purpose to form a Corporation in accordance with the Laws of the State of California which provide for the incorporation of Colleges and Seminaries of learning, Therefore be it hereby known by all men that we do execute this instrument for the purpose of incorporating ourselves as provided by the said laws of the State of California, and that as such Corporation the following are our

Articles of Incorporation

1. The name of the said Corporation

is and shall be.

"Academy of the Sacred Heart"

2. The purpose for which said Corporation is formed is "Education of Young Ladies".

3. The place where the College or Seminary is to be conducted is the City and County of San Francisco in the State of California.

4. The number of Trustees of said Corporation shall be five.

5. The Trustees are Mary Keating, Bertha Vrede, Catherine Grasser, Alice Cushing, and Emily Raborg, all of whom reside in said City and County of San Francisco,

6. The Term for which said Trustees and their successors are to hold office shall be five years, but the Trustees above named shall, so soon as Organized as a board, so classify themselves that one fifth of their number shall go out of office every year and thereafter the Trustees shall hold office for five years.

7. All vacancies in the board of Trustees shall be filled by the board, but no one shall be appointed or elected Trustee who is not a member of the Roman Catholic

Church and a member of the Religious Order known as the Ladies of the Sacred Heart, the principal or Mother House of which is now in Paris, France.

8. The said Mother House which is known as the Convent of the Sacred Heart, in Paris have subscribed Fifty Thousand Dollars to assist in founding the Seminary hereby incorporated and the said sum has been invested in the purchase of that certain lot of land, situate in said City and County of San Francisco, State of California and bounded as follows: Commencing at the South West corner of Franklin and Ellis Streets, running thence westerly on the Southerly line of Ellis Street two hundred and Seventy five feet, thence at right angles Southerly One hundred and Twenty feet to Willow Avenue, thence Easterly along the northerly line of said Avenue Two hundred and Seventy five feet to the Westerly line of Franklin Street, and thence Northerly along said line of Franklin Street One hundred and twenty feet to the point of beginning, the said premises having been purchased as aforesaid and subscribed to assist in founding this Corporation, but no other money or

has been subscribed to assist in founding
the said Corporation or Seminary.

In Witness Whereof we have hereunto
subscribed our names and affixed our
seals this twenty fourth day of December
in the Year of our Lord One Thousand
Eight Hundred and Eighty Seven.

Witnesses.

A. H. Loughborough
Chas. T. Stanley

Mary Keating                    [Seal]
Bertha Wede                     [Seal]
Catherine Grasser               [Seal]
Alice Cushing                   [Seal]
Emily Raborg                    [Seal]

State of California
City & County of San Francisco    ss:

On this twenty fourth day of December in the year One
Thousand Eight hundred and Eighty Seven before me Chas T.
Stanley a Notary Public in and for said City and County, residing
therein, duly Commissioned and Sworn personally appeared
Mary Keating, Bertha Wede, Catherine Grasser, Alice
Cushing and Emily Raborg personally known to me to be
the persons whose names are subscribed to the foregoing
instrument and they Each duly acknowledged to me that
they Executed the same

[Seal]

In Witness Whereof I have hereunto set my hand
and affixed my official Seal the day and
Year last above written.

Chas T. Stanley
Notary Public

has been subscribed to assist in founding
the said Corporation or Seminary.

In Witness Whereof we have hereunto
subscribed our names and affixed our
Seals this twenty fourth day of December
in the Year of our Lord One Thousand
Eight Hundred and Eighty Seven.

Witnesses.

A. S. Loughborough
Chas T. Stanley

Mary Keating          [Seal]
Bertha Wede           [Seal]
Cathrine Grasser      [Seal]
Alice Cushing         [Seal]
Emily Osborg          [Seal]

State of California
City & County of San Francisco    ss.

On this Twenty fourth day of December in the Year One
Thousand Eight hundred and Eighty Seven before me Chas T.
Stanley a Notary Public in and for said City and County residing
therein, duly Commissioned and Sworn personally appeared
Mary Keating, Bertha Wede, Cathrine Grasser, Alice
Cushing and Emily Osborg, personally known to me to be

I, **WM. J. RUDDICK,** County Clerk of the City and County of San Francisco,
State of California, hereby certify the foregoing to be a full, true and correct copy of the
original Articles of Incorporation of the *Academy of the*
*Sacred Heart*
filed in my office on the 24th day of *December* A. D. 1887.

ATTEST my hand and my official seal, this 27th
day of *December* A. D. 1887

WM. J RUDDICK, County Clerk.

By _____
Deputy County Clerk

# EXHIBIT C

Name changed to CONVENT OF THE SACRED HEART.

FILED
In the office of the Secretary of State
of the State of California

SEP 3 - 1946

EUGENE M. JORDAN, Secretary of State


OFFICE OF
Secretary of State
Corporation Number
17026

CERTIFICATE OF AMENDMENT OF

ARTICLES OF INCORPORATION.

We, the undersigned, _____, the
President, and _____, the Secretary,
of ACADEMY OF THE SACRED HEART, a non-stock corporation or-
ganized under the laws of the State of California, DO HEREBY
CERTIFY:

(1)    That on the _____ day of August, 1946, at _____
o'clock _.M., of said day, at the convent of the above named
corporation, 2222 Broadway, in the City and County of San-
Francisco, State of California, a meeting of the Board of
Trustees of the aforesaid corporation was held.

(2)    That at said a meeting a resolution providing for
the amendment of the Articles of Incorporation of said cor-
poration was adopted by the unanimous affirmative vote of
the Trustees of said corporation; that the following is a
copy of the said resolution so adopted, to-wit:

> RESOLVED, that the Articles of Incorpora-
> tion of this corporation be amended to
> change the name of this corporation, as
> follows;
>
> That the paragraph which sets forth the name
> of this corporation, to-wit, the paragraph
> designated "1." be amended to read as fol-
> lows:
>
>> "1.    The name of the said corporation
>> is and shall be Convent of the Sacred
>> Heart."

(3)    That the members of said corporation number five
(5) all of whom are Trustees of said corporation.

(4)    That at the same time and place hereinabove stated
a meeting of the members of said corporation was held, at which
meeting the said resolution of the Board of Trustees of said

corporation WAS APPROVED by the unanimous vote of the members
of the said corporation, to-wit, by the unanimous vote of said
five (5) members.

(5)    That the following is a copy of the resolution of
the members, approving said resolution of the Board of Trus-
tees adopted at said meeting:

>        RESOLVED, that the resolution of the Board
>        of Trustees of this corporation, heretofore
>        adopted, to amend the Articles of Incorpor-
>        ation of this corporation, which resolution
>        reads as follows:
>
>        >        RESOLVED, that the Articles of Incor-
>        >        poration of this corporation be amen-
>        >        ded to change the name of this cor-
>        >        poration, as follows:
>        >
>        >        That the paragraph which sets forth
>        >        the name of this corporation, to-wit,
>        >        the paragraph designated "1." be
>        >        amended to read as follows:
>        >
>        >        >        "1.    The name of the said cor-
>        >        >        poration is and shall be Convent
>        >        >        of the Sacred Heart."

BE, AND THE SAME IS HEREBY, APPROVED.

IN WITNESS WHEREOF, we have signed this Certificate (and
caused the seal of the said corporation to be affixed thereto),
this ﬁxed day of August, 1946.

_____
President of Academy of the Sacred
Heart.

(Seal)

_____
Secretary of Academy of the Sacred
Heart.

STATE OF CALIFORNIA,           )
                               ) ss.
City and County of San Francisco.)

_____ *Ethel Feegarden* _____ and _____ *Catherine Parks* _____,

whose names are signed to the above CERTIFICATE, being duly

sworn, each for herself, deposes and says:

That the said _____ *Ethel Feegarden* _____ is the President,

and the said _____ *Catherine Parks* _____ is the Secretary,

of Academy of the Sacred Heart, the corporation mentioned in

the above CERTIFICATE; that she has read the above CERTIFICATE,

and the same is true of her own knowledge.

_____ *Ethel Feegarden* _____

_____ *Catherine Parks* _____

Subscribed and sworn to before me

this **31st** day of August, 1946.

_____ *Lillian S. Dawson* _____

          NOTARY PUBLIC
In and for the City and County of
San Francisco, State of California.

My Commission Expires Dec. 29, 1949

# EXHIBIT D

Term of Existence made Perpetual

CERTIFICATE OF AMENDMENT AND CONSENT TO

AMENDMENT OF ARTICLES OF INCORPORATION

OF THE CONVENT OF THE SACRED HEART

SAN FRANCISCO, CALIFORNIA

17026

FILED
in the office of the Secretary of
of the State of California

JUL 2 - 1953

FRANK M. JORDAN, Secretary of State

WE, the undersigned, REVEREND MOTHER ELEANOR

DEMING, President, and REVEREND MOTHER HELEN CARROLL,

Secretary-Treasurer of THE CONVENT OF THE SACRED HEART

of San Francisco, a corporation organized under the laws of the State

of California,

DO HEREBY CERTIFY:

(1)   That on Tuesday, June 23, 1953, at the hour of

2:00 P. M. of said day at the Convent in the City and County of San

Francisco, State of California, a meeting of the Board of Directors

of the aforesaid corporation was held.

(2)   That at said meeting, a quorum being present,

resolutions providing for the amendment of the Articles of Incorp-

oration of said corporation were adopted by the affirmative vote of

all of the Directors of said corporation present at said meeting;

that the following is a copy of said resolutions so adopted, to wit:

"WHEREAS, the Convent of the Sacred Heart
after the expiration of the term of its corporate
existence and up to the date of the present amend-
ment continuously acted as a corporation and did
business as such; and

"WHEREAS, it is deemed by the Board of Directors
of this corporation to be to its best interests and to
the best interests of its members that its Articles
of Incorporation be amended as hereafter provided;

"NOW, THEREFORE, BE IT RESOLVED, that a new Article, namely Article Ninth, be added to said Articles of Incorporation and that said Articles of Incorporation be amended to include said Article Ninth which reads as follows:

'Ninth:   The property of said Convent of the Sacred Heart of San Francisco is irrevocably dedicated to religious, charitable and scientific purposes and that upon the liquidation, dissolution, or abandonment of said Convent of the Sacred Heart of San Francisco, will not inure to the benefit of any private person but to the Society of the Sacred Heart, a religious organization, organized and operated for religious, scientific and charitable purposes.

"BE IT FURTHER RESOLVED that a new article, namely, Article Tenth, be added to said Articles of Incorporation, and that said Articles of Incorporation be amended to include said Article Tenth which reads as follows:

'Tenth: Said corporation, The Convent of the Sacred Heart, shall have perpetual existence'."

(3)   That said articles were approved by the written consent of a majority of the members of said corporation;  that a copy of the form of written consent and a list of said members who signed and executed said Consent of Amendment and Articles is attached hereto and made a part hereof;  that the total number of members (each having one vote) entitled to vote upon or consent to the adoption of said amendment is four;  that the number given their written consent to said amendment is four.

DATED: this 30 day of June, 1953.

_____
Reverend Mother Eleanor Deming,
President

_____
Reverend Mother Helen Carroll,
Secretary-Treasurer

-2-

STATE OF CALIFORNIA )
) ss.
CITY AND COUNTY OF SAN FRANCISCO )

REVEREND MOTHER ELEANOR C. DEMING, being first duly sworn, deposes and says:

That she is an officer of THE CONVENT OF THE SACRED HEART, to wit, President thereof, and as such is duly authorized to make oath for and on behalf of said corporation; that she has read the foregoing Certificate of Amendment of Articles of Incorporation and knows the contents thereof, and that the same is true of her own knowledge except as to the matters therein stated upon information or belief and as to those matters she believes it to be true.

_____
Reverend Mother Eleanor C. Deming

Subscribed and sworn to before me
this 30th day of June, 1953.

_____
NOTARY PUBLIC
In and for the City and County of San
Francisco, State of California.

My Commission Expires: October 4, 1956

STATE OF CALIFORNIA         )
                                     ) ss.
CITY AND COUNTY OF SAN FRANCISCO )

        REVEREND MOTHER HELEN CARROLL, being first duly sworn, deposes and says:

        That she is an officer of THE CONVENT OF THE SACRED HEART, to wit, Secretary-Treasurer thereof, and as such is duly authorized to make oath for and on behalf of said corporation; that she has read the foregoing Certificate of Amendment of Articles of Incorporation and knows the contents thereof, and that the same is true of her own knowledge except as to the matters therein stated upon information or belief and as to those matters she believes it to be true.

                                _____
                                  Reverend Mother Helen Carroll

Subscribed and sworn to before me
this 30 day of June, 1953.

_____
        NOTARY PUBLIC
In and for the City and County of San
Francisco, State of California.

My Commission Expires: October 4, 1956

## CONSENT TO AMENDMENT OF ARTICLES OF

## INCORPORATION OF THE CONVENT OF THE

## SACRED HEART

## SAN FRANCISCO, CALIFORNIA

The undersigned, REVEREND MOTHER ELEANOR
DEMING, of THE CONVENT OF THE SACRED HEART of San
Francisco, California, does hereby consent to and approve the reso-
lutions to be presented at the next meeting of the Board of Directors
of said corporation, to amend and add to its Articles of Incorporation,
and does hereby consent to the amendment of additions to the Articles
of Incorporation of said corporation. as in said resolutions provided.
Said resolutions are as follows:

"WHEREAS, the Convent of the Sacred Heart
after the expiration of the term of its corporate
existence and up to the date of the present amend-
ment continuously acted as a corporation and did
business as such; and

"WHEREAS, it is deemed by the Board of Directors
of this corporation to be to its best interests and to
the best interests of its members that its Articles
of Incorporation be amended as hereafter provided;

"NOW, THEREFORE, BE IT RESOLVED, that a
new Article, namely Article Ninth, be added to
said Articles of Incorporation and that said Articles
of Incorporation be amended to include said Article
Ninth which reads as follows:

'Ninth:   The property of said Convent of the Sacred
Heart of San Francisco is irrevocably dedicated to
religious, charitable and scientific purposes and that
upon the liquidation, dissolution, or abandonment of
said Convent of the Sacred Heart of San Francisco,
will not inure to the benefit of any private person
but to the Society of the Sacred Heart, a religious
organization, organized and operated for religious,
scientific and charitable purposes.

"BE IT FURTHER RESOLVED that a new article, namely, Article Tenth, be added to said Articles of Incorporation, and that said Articles of Incorporation be amended to include said Article Tenth which reads as follows:

'Tenth:   Said corporation, The Convent of the Sacred Heart, shall have perpetual existence'."

DATED:  June 23, 1953.

_____
Reverend Mother Eleanor Deming

DIRECTORS' RESOLUTIONS ON AMENDMENT OF

ARTICLES OF INCORPORATION

WHEREAS, the CONVENT OF THE SACRED HEART after the expiration of the term of its corporate existence and up to the date of the present amendment continuously acted as a corporation and did business as such; and

WHEREAS, it is deemed by the Board of Directors of this corporation to be to its best interests and to the best interests of its members that its Articles of Incorporation be amended, as hereinafter provided:

NOW, THEREFORE, BE IT RESOLVED that a new Article, namely, Article Ninth, be added to said Articles of Incorporation as follows:

"Ninth:  The property of said Convent of the Sacred Heart of San Francisco is irrevocably dedicated to religious, charitable and scientific purposes and that upon the liquidation, dissolution, or abandonment of said Convent of the Sacred Heart of San Francisco will not inure to the benefit of any private person but to the Society of the Sacred Heart, a religious organization, organized and operated for religious, scientific and charitable purposes. "

BE IT FURTHER RESOLVED, that a new article, namely, Article Tenth, be added to said Articles of Incorporation, and that said Articles of Incorporation be amended to include said Article Tenth which reads as follows:

"Tenth:  Said corporation, The Convent of the Sacred Heart, shall have perpetual existence."

RESOLVED FURTHER that the Board of Directors of this corporation hereby adopts and approves said amendment of its Articles

of Incorporation; and

RESOLVED FURTHER that the President and the Secretary-Treasurer of this corporation be and they hereby are authorized and directed to procure the adoption and approval of the foregoing amendment by the vote or written consent of members of this corporation holding at least a majority of the voting power, and thereafter to sign and verify by their oaths and to file a certificate in the form and manner required by Section 3672 of the California Corporations Code, and in general, to do any and all things necessary to effect said amendment in accordance with said Section 3672.

## MEMBERS OF THE CONVENT OF THE SACRED HEART

## WHO HAVE SIGNED CERTIFICATE OF AMENDMENT

*Helen Carroll*

*Mary Mardel*

*Kathleen McDevitt*

*Eleanor C. Jenning*

# EXHIBIT E

7026                          A178363

FILED
In the office of the Secretary of State
of the State of California
JUN 2 1977
MARCH FONG EU, Secretary of State

CERTIFICATE OF AMENDMENT OF

ARTICLES OF INCORPORATION OF

CONVENT OF THE SACRED HEART

Deputy

The undersigned, _____ and

_____, hereby certify that they are, re-

spectively, the _____ and _____

of Convent of the Sacred Heart, a California corporation, and

further certify that:

1.  The Board of Directors of said corporation

adopted the following resolutions by unanimous written consent

by instrument dated May 9, 1977:

RESOLVED, that Section 2 of the Articles of
Incorporation is hereby amended to read in full as
follows:

"The purpose of said corporation is the educa-
tion of young men and women."

RESOLVED, FURTHER, that Sections 3 through 7 of
the Articles of Incorporation are deleted.

RESOLVED, FURTHER, that a new Section 3 is added
to the Articles of Incorporation to read in full as
follows:

"Section 3.  The members of said corporation
shall be those who are from time to time designated
by the Board of Directors of the California Province
of the Society of the Sacred Heart, a California cor-
poration, or its successor entity, or, if no such
corporation or successor exists, by the California
Provincial of the Religious Order known as the Society
of the Sacred Heart.  Other provisions with respect
to the members of said corporation and provisions with
respect to the trustees of said corporation shall be
established in the by-laws of said corporation adopted
by the members of said corporation.  The members of



Restriction or right to amend articles

No

Yes

said corporation shall have the power to reserve ex-
clusively to themselves the power to amend or repeal
all or any portion of the by-laws of said corporation.
The members of said corporation shall have no liabil-
ity for dues or assessments."

RESOLVED, FURTHER, that Section 8 of the Articles
of Incorporation is renumbered "Section 4".

RESOLVED, FURTHER, that Section 9 of the Articles
of Incorporation is renumbered "Section 5" and the fol-
lowing is added at the end thereof:

"Said corporation shall conduct and carry on its
business without profit to itself. No part of the net
earnings of said corporation shall inure to the bene-
fit of, or be distributed to, its members, trustees,
officers or other private persons, except that said
corporation shall be authorized and empowered to pay
reasonable compensation for services rendered. No sub-
stantial part of the activities of said corporation
shall be the carrying on of propaganda or otherwise at-
tempting to influence legislation, and said corporation
shall not participate in, or intervene in (including
the publishing or distribution of statements) a politi-
cal campaign on behalf of any candidate for public
office. Notwithstanding any other provisions of these
articles, the corporation shall not carry on any other
activity not permitted to be carried on by a corpora-
tion exempt from the federal income tax under Section
501(c)(3) of the Internal Revenue Code of 1954 (or under
any similar law which may succeed such Section), or by
a corporation, contributions to which are deductible
under Section 170(c)(2) of the Internal Revenue Code
of 1954 (or under any similar law which may succeed such
Section). This corporation is organized exclusively
for charitable, religious, educational and scientific
purposes, including for such purposes, the making of
distributions to organizations that qualify as exempt
organizations under Section 501(c)(3) of the Internal
Revenue Code of 1954 (or under any similar law which
may succeed such Section).

"On the dissolution or winding up of said corpo-
ration, its assets remaining after payment of, or pro-
vision for the payment of, all debts and liabilities
of said corporation shall be distributed in the fol-
lowing order of priority:  to any successor organiza-
tion which shall operate the schools, or any of them,

2

presently operated by this corporation; to the California Province of the Society of the Sacred Heart, a California corporation ("Province Corporation"), or its legal successor; to the Mother House of the religious order known as the Society of the Sacred Heart, presently located in Rome, Italy, or any successor organization; or, if none of the foregoing distributions can be made, then to such charitable organization as the members may deem advisable; provided, however, that any or all of such recipients shall be disqualified if they are not organized and operated exclusively for charitable, educational or religious purposes, or if they have not established their tax exempt status under Section 501(c)(3) of the Internal Revenue Code or under any similar law which may succeed such Section."

RESOLVED, FURTHER, that Section 10 [TENTH] of the Articles of Incorporation is renumbered "Section 6".

RESOLVED, FURTHER, that a new Section 7 is added to the Articles of Incorporation to read in full as follows:

"Section 7.  These articles may be amended only with the consent of all of the members of said corporation."

2.  That said corporation is a nonprofit corporation organized under Section 9000 et seq. of the California General Corporation Law, that, having no members, under Section 9603 of said Law, the Board of Directors constitute the members of said corporation and that accordingly the articles of incorporation may be amended by the action of the Board of Directors alone.

3

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Amendment this 9th day of May, 1977.

*Constance Campbell*

*Barbara H Brown*

[SEAL]

Each of the undersigned declares under penalty of perjury that the matters set forth in the foregoing certificate are true and correct of her own knowledge.

Executed at San Francisco, California, on May 9, 1977.

*Constance Campbell*

*Barbara H Brown*

4

# EXHIBIT F

17036

A481076

**AMENDED AND RESTATED
ARTICLES OF INCORPORATION
OF
CONVENT OF THE SACRED HEART**

FILED
In the office of the Secretary of State
of the State of California

SEP - 9 1996

*Bill Jones*
BILL JONES, Secretary of State

Dr. Mary Magnano Smith and Eva Monroe certify that:

1.    They are the President and the Secretary, respectively, of CONVENT OF THE SACRED HEART, a California Nonprofit Public Benefit Corporation.

2.    The Articles of Incorporation of this corporation are amended and restated in their entirety to read as follows:

**I**

The name of this corporation is Schools of the Sacred Heart - San Francisco, formerly known as Convent of the Sacred Heart - San Francisco.

**II**

A.    This corporation elects to be governed by all of the provisions of the Nonprofit Corporation Law not otherwise applicable to it under Part 5 thereof.

B.    This corporation is a nonprofit public benefit corporation and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for charitable purposes.

C.    The specific purposes of this corporation include, but are not limited to, maintenance and operation of the Schools of the Sacred Heart in San Francisco, California, and the provision of elementary and high school education consonant with the educational and spiritual direction, objectives and Goals and Criteria of the Network of Schools of the Society of the Sacred Heart in the United States.

**III**

A.    This corporation is organized and operated exclusively for charitable purposes within the meaning of Section 501 (c)(3) of the Internal Revenue Code.

B.    No substantial part of the activities of this corporation shall consist of carrying on propaganda or otherwise attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of, or in opposition to, any candidate for public office.

C.    The property of this corporation is irrevocably dedicated to charitable purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person.

-1-

D.    In the event of liquidation or dissolution of the assets of the Corporation, the assets shall be distributed as follows:

(i)    All liabilities and obligations of the Corporation shall be paid, set aside, discharged or adequate provision shall be made therefor.

(ii)    Assets held by the Corporation upon condition requiring return, transfer or conveyance, which condition occurs by reason of the dissolution, shall be returned, transferred or conveyed in accordance with such requirements.

(iii)    All remaining real property assets (defined as buildings and grounds and specifically not to include contents), excluding that property referred to as "Herbst House" that property referred to as "The Herbert Center," and other real property which may hereafter be acquired, which properties are owned One Hundred Percent (100%) by the Corporation, shall be distributed for an exempt purpose as follows:

(A)    Forty per cent (40%) to the Society of the Sacred Heart, United States Province ("Society of the Sacred Heart"), a Missouri corporation organized and existing under the provisions of the General Not For Profit Act of the State of Missouri (or successor corporation) as shall at the time of such dissolution qualify as an exempt organization under Section 501(c)(3) of the Internal Revenue Code and its Regulations (or the corresponding provisions of any present or future United States Internal Revenue Law or other federal or state law permitting distribution of the net assets to an eleemosynary corporation). This distribution shall be in recognition of the services donated by the Religious of the Sacred Heart to the mission of the Schools of the Sacred Heart and in recognition of the property of the Society of the Sacred Heart which has been dedicated to such mission and shall be for the educational mission of the Society of the Sacred Heart. If said Society of the Sacred Heart, United States Province, does not consent in writing to accept said assets within One Hundred and Twenty (120) days from the date of dissolution of the Corporation or One Hundred and Twenty (120) days from the date of receipt of written notice of such dissolution, whichever shall be the latest date, then all of such assets of the Corporation shall be disposed of in the same manner as set forth in III(D)(iii)(B) of these Amended and Restated Articles of Incorporation.

(B)  All of the non real property assets and sixty per cent (60%) of the real property assets as directed by this Corporation's Board of Trustees prior to dissolution, to a like Sacred Heart educational institution(s) in the United States of America, operating in accordance with the Goals and Criteria of the Network of Schools of the Society of the Sacred Heart in the United States, and if such an institution is not in existence, then to a like educational institution(s) in the United States of America, with first consideration given to such educational institution(s) in the San Francisco Bay Area, as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Internal Revenue Code and its Regulations (or corresponding provisions of any present or future United States Internal Revenue Law or other federal or state law permitting distribution of the net assets to an eleemosynary corporation.

3.    The foregoing Amended and Restated Articles of Incorporation have been duly approved by the Board of Directors.

4.    The foregoing Amended and Restated Articles of Incorporation have been duly approved by all members of the corporation.

5.    The foregoing Amended and Restated Articles of Incorporation shall be effective as of the date of filing in the office of the California Secretary of State.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct to the best of our own knowledge.

Date: _August 17, 1996_

_Dr. Mary Magnano Smith_
Dr. Mary Magnano Smith, President

_Eva Monroe_
Eva Monroe, Secretary

# EXHIBIT G

A0576837

0017026

**AMENDED AND RESTATED
ARTICLES OF INCORPORATION
OF
SCHOOLS OF THE SACRED HEART – SAN FRANCISCO**

FILED
In the Office of the Secretary of State
of the State of California

FEB 1 4 2002

BILL JONES, Secretary of State

Pamela Hayes and Jamise Gersovitz certify that:

1.      They are the President and the Secretary, respectively, of SCHOOLS OF THE SACRED HEART – SAN FRANCISCO (f/k/a CONVENT OF THE SACRED HEART), a California Nonprofit Public Benefit Corporation.

2.      The Articles of Incorporation of this corporation are amended and restated in their entirety to read as follows:

I

The name of this corporation is Schools of the Sacred Heart – San Francisco

II

A.      This corporation elects to be governed by all of the provisions of the Nonprofit Corporation Law not otherwise applicable to it under Part 5 thereof.

B.      This corporation is a nonprofit public benefit corporation and is not organized for the private gain of any person.  It is organized under the Nonprofit Public Benefit Corporation Law for charitable purposes.

C.      The specific purposes of this corporation include, but are not limited to, maintenance and operation of the Schools of the Sacred Heart in San Francisco, California, and the provision of elementary and high school education consonant with the educational and spiritual direction, objectives and Goals and Criteria of the Network of Schools of the Society of the Sacred Heart in the United States.

III

A.      This corporation is organized and operated exclusively for charitable purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code.

B.      No substantial part of the activities of this corporation shall consist of carrying on propaganda or otherwise attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of, or in opposition to, any candidate for public office.

C.      The assets and property of this Corporation are irrevocably dedicated to charitable purposes meeting the requirements for exemption provided by section 214 of the California Revenue and Taxation Code and no part of the net income or assets of this corporation shall ever

340838.1

inure to the benefit of any director. officer or member thereof or to the benefit of any private person.

     D.    In the event of liquidation or dissolution of the assets of the Corporation. the assets shall be distributed as follows:

    (i)    All liabilities and obligations of the Corporation shall be paid. set aside. discharged or adequate provision shall be made therefor.

    (ii)    Assets held by the Corporation upon condition requiring return. transfer or conveyance. which condition occurs by reason of dissolution. shall be returned, transferred or conveyed in accordance with such requirements.

    (iii)    All remaining assets shall be distributed to a nonprofit fund, foundation, or corporation which is organized and operated exclusively for charitable purposes meeting the requirements for exemption provided by section 214 of the California Revenue and Taxation Code and which has established its tax exempt status under section 501(c)(3) of the Internal Revenue Code and its Regulations (or corresponding provisions of any present or future United States Internal Revenue Law or other federal or state law permitting distribution of the net assets to an eleemosynary corporation). as follows:

    (A)    Real property assets (defined as buildings and grounds and specifically not to include contents). excluding: (1) that property referred to as "Herbst House;" (2) that property referred to as "The Herbert Center;" (3) and other real property which was acquired, or will be acquired. after August 17, 1996, which properties are owned One Hundred Percent (100%) by the Corporation, shall be distributed forty per cent (40%) to the Society of the Sacred Heart, United States Province ("Society of the Sacred Heart"), a Missouri corporation organized and existing under the provisions of the General Not For Profit Act of the State of Missouri (or successor corporation) as shall at the time of such dissolution qualify as an exempt organization described in III(D)(iii) of these Amended and Restated Articles of Incorporation. This distribution shall be in recognition of the services donated by the Religious of the Sacred Heart to the mission of the Schools of the Sacred Heart and in recognition of the property of the Society of the Sacred Heart which has been dedicated to such mission and shall be for the educational mission of the Society of the Sacred Heart. If said Society of the Sacred Heart, United States Province. does not consent in writing to accept said assets within One Hundred and Twenty (120) days from the date of dissolution of the Corporation or One Hundred and Twenty (120) days from the date of receipt of written notice of such dissolution, whichever shall be the latest date, then all of such assets of the Corporation shall be disposed of

340838.1

in the same manner as set forth in III(D)(iii)(B) of these Amended and Restated Articles of Incorporation.

(B)    All of the non real property assets; sixty per cent (60%) of the real property assets described in III(D)(iii)(A); and all other real property assets (*i.e.*, Herbst House, The Herbert Center, and all real property acquired after August 17, 1996) shall be distributed as directed by this Corporation's Board of Trustees prior to dissolution, to a like Sacred Heart educational institution(s) in the United States of America, operating in accordance with the Goals and Criteria of the Network of Schools of the Society of the Sacred Heart in the United States and qualifying as an exempt organization or organizations described in III(D)(iii) of these Amended and Restated Articles of Incorporation; and if such an institution is not in existence, then to a like educational institution(s) in the United States of America, with first consideration given to such educational institution(s) in the San Francisco Bay Area, as shall at the time qualify as an exempt organization or organizations described in III(D)(iii) of these Amended and Restated Articles of Incorporation.

3.    The foregoing Amended and Restated Articles of Incorporation have been duly approved by the Board of Directors.

4.    The foregoing Amended and Restated Articles of Incorporation have been duly approved by all members of the corporation.

5.    The foregoing Amended and Restated Articles of Incorporation shall be effective as of the date of filing in the office of the California Secretary of State.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct to          our own knowledge.

Date: _January 21, 2002_

_Pamela Hayes_
Pamela Hayes, President

_Janise Gersovitz_
Janise Gersovitz, Secretary

-3-