**TEAL & MONTGOMERY**
STEVEN O. TEAL   (Bar No. 58454)
MICHAEL S. HENDERSON   (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California  95404
Telephone:  (707) 525-1212
Facsimile:  (707) 544-1388

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE WHITMAN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. C 07-04127 WHA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT**<br><br>Date:          May 1, 2008<br>Time:         8:00 a.m.<br>Courtroom:  9 |

    Plaintiff, by and through her attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

    1.    **Exhibit B** to the Declaration of Michael Henderson, filed, concurrently.  This is a copy of the Articles of Incorporation of the Academy of the Sacred Heart, December 24, 1887.

    2.    **Exhibit C** to the Declaration of Michael Henderson, filed, concurrently.  This is a copy of the Certificate of Amendment of Articles of Incorporation, September 3, 1946, changing, inter ala, the name "Academy of the Sacred Heart" to "Convent of the Sacred Heart."

    3.    **Exhibit D** to the Declaration of Michael Henderson, filed, concurrently.  This is a copy of the Certificate of Amendment and Consent to Amendment of Articles of Incorporation of the Convent of the Sacred Heart San Francisco, California, July 2, 1953.

4. **Exhibit E** to the Declaration of Michael Henderson, filed, concurrently. This is a copy of the Certificate of Amendment of Articles of Incorporation of Convent of the Sacred Heart, June 2, 1977.

5. **Exhibit F** to the Declaration of Michael Henderson, filed, concurrently. This is a copy of the Amended and Restated Articles of Incorporation of Convent of the Sacred Heart, September 9, 1996, inter ala, changing the name of the corporation to "Schools of the Sacred Heart - San Fransciso."

6. **Exhibit G** to the Declaration of Michael Henderson, filed, concurrently. This is a copy of the Amended and Restated Articles of Incorporation of Schools of the Sacred Heart - San Francisco, February 14, 2002.

DATED: April 10, 2008                                TEAL & MONTGOMERY


                                                     By: _____/S/_____
                                                         MICHAEL S. HENDERSON
                                                         Attorney for Plaintiff