1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jtb@kelher.com
6

7  Attorneys for Defendant
8  UNUM LIFE INSURANCE COMPANY
   OF AMERICA
9

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12

13 JO ANNE WHITMAN,                  ) Case No.: C07-04127 WHA
                                     )
14         Plaintiff,                )
                                     ) **SUBSTITUTION OF ATTORNEY**
15     vs.                           )
                                     )
16 UNUM LIFE INSURANCE COMPNAY OF    )
   AMERICA, and DOES 1 through 100,  )
17 inclusive,                        )
                                     )
18         Defendant.                )
19 _____

20
21
22
23
24
25
26
27
28

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant, Unum Life Insurance Company of America substitutes counsel as follows:

1. Former legal representative:

   Kelly, Herlihy & Klein, LLP

2. **New legal representative**:

   Thomas M. Herlihy, Esq. (SBN 83615)
   John T. Burnite, Esq. (SBN 162223)
   Wilson, Elser, Moskowitz, Edelman & Dicker
   525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
   Tel: (415) 433-0990
   Fax: (415) 434-1370

3. The party making this substitution is defendant, Unum Life Insurance Company of America.

4. I consent to this substitution.

   Dated: March 31, 2008    THOMAS J. QUINN
                            (Print Name)                    (Signature of party)
                            AVP & SR. COUNSEL
                            UNUM

5. I consent to this substitution.

   Dated: April 10, 2008    Thomas M. Herlihy
                            (Print Name)                    (Signature of former attorney)

-1-

SUNSTITUTION OF ATTORNEY

CASE NO. C07-04127 WHA

6.  I am duly admitted to practice in this District and accept this substitution.

Dated: ~~March~~ April 10, 2008     ~~Thomas M Hanlon~~         _____
                                     (Print Name)                (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____, 2008      _____
                                     UNITED STATES DISTRICT JUDGE

E:\27193\P15.doc

-2-

SUNSTITUTION OF ATTORNEY

CASE NO. C07-04127 WHA