UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE WHITMAN, | No. C-07-04127 WHA (JCS) |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |
| UNUM PROVIDENT CORPORATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, pursuant to the request of the parties, the Settlement Conference previously scheduled for April 14, 2008, at 9:30 a.m., has been continued until **April 23, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Dated: April 14, 2008                    RICHARD W. WIEKING, CLERK

                                        By: /s/ Mary A. Macudzinski-Gomez
                                                Deputy Clerk