1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jtb@kelher.com
6

7  Attorneys for Defendant
8  UNUM LIFE INSURANCE COMPANY
   OF AMERICA
9

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12

13 JO ANNE WHITMAN,                      ) Case No.: C07-04127 WHA
                                         )
14           Plaintiff,                  )
                                         ) **SUBSTITUTION OF ATTORNEY**
15      vs.                              )
                                         )
16 UNUM LIFE INSURANCE COMPNAY OF        )
   AMERICA, and DOES 1 through 100,      )
17 inclusive,                            )
                                         )
18           Defendant.                  )
19 _____

20
21
22
23
24
25
26
27
28

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN
2  AND TO THEIR ATTORNEYS OF RECORD:
3    PLEASE TAKE NOTICE that defendant, Unum Life Insurance Company of America
4  substitutes counsel as follows:

6  1.  Former legal representative:
7      Kelly, Herlihy & Klein, LLP

9  2.  **New legal representative**:
10
11     Thomas M. Herlihy, Esq. (SBN 83615)
       John T. Burnite, Esq. (SBN 162223)
12     Wilson, Elser, Moskowitz, Edelman & Dicker
       525 Market Street, 17th Floor
13     San Francisco, CA 94105-2725
       Tel: (415) 433-0990
14     Fax: (415) 434-1370

15
16 3.  The party making this substitution is defendant, Unum Life Insurance Company of
17 America.

19 4.  I consent to this substitution.

20
21 Dated: March 31, 2008    THOMAS J. QUINN          /s/ Thomas J. Quinn
                            (Print Name)             (Signature of party)
22                          AVP & SR. COUNSEL
                            UNUM
23 5.  I consent to this substitution.
24
25 Dated: ~~March~~ April 10, 2008   Thomas M. Herlihy       /s/ T.M. Herlihy
                                      (Print Name)            (Signature of former attorney)
26
27
28
                                    -1-

SUNSTITUTION OF ATTORNEY

CASE NO. C07-04127 WHA

6.    I am duly admitted to practice in this District and accept this substitution.

Dated: ~~March~~ April 10, 2008    Thomas M. Hanrahan     _____
                                          (Print Name)               (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: __April 21,_____, 2008     _____
                                                 UNITED STATES DISTRICT JUDGE

*[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

E:\27193\P15.doc