# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C07-4127 WHA (JCS)**

**CASE NAME:** Jo Anne Whitman v. UNUM Provident

**MAGISTRATE JUDGE JOSEPH C. SPERO**   **COURTROOM DEPUTY:** Karen Hom

**DATE:** April 23, 2008   **TIME:** 4 hrs 4 min   **COURT REPORTER:** Joan Columbini

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Michael S. Henderson | John T. Burnite |

## PROCEEDINGS

X   SETTLEMENT CONFERENCE     ☐   FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE:

☐   TELEPHONIC CONFERENCE RE:

☐   OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

Case settled. Confidential settlement placed on the record.

cc:   Chambers, Dawn