1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370
5  Email: thomas.herlihy@wilsonelser.com
          john.burnite@wilsonelser.com
6

7  Attorneys for Defendant
8  UNUM LIFE INSURANCE COMPANY
   OF AMERICA
9

10                         UNITED STATES DISTRICT COURT
11                        NORTHERN DISTRICT OF CALIFORNIA
12

13 | JO ANNE WHITMAN,                    ) Case No.: C07-04127 WHA
                                         )
14 |         Plaintiff,                  )
                                         ) NOTICE OF WITHDRAWAL OF
15 |    vs.                              ) MOTION FOR SUMMARY JUDGMENT
                                         )
16 | UNUM LIFE INSURANCE COMPANY OF      ) Date:  May 1, 2008
     AMERICA, and DOES 1 through 100,    ) Time:  8:00 a.m.
17 | inclusive,                          ) Ctrm.: 9
                                         )
18 |         Defendant.                  )
                                         )
19                                       )

---

NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-04127 WHA

349359.1

On April 23, 2008, the parties settled the above-referenced matter. Therefore, defendant Unum Life Insurance Company of America ("Unum Life") submits this notice of withdrawal of the motion for summary judgment (set for hearing on May 1, 2008).

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: April __, 2008         By_____/s/ John T. Burnite_____
                                    John T. Burnite
                                    Attorneys for Defendant
                                    UNUM LIFE INSURANCE
                                    COMPANY OF AMERICA

NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-04127 WHA

349359.1