1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
   Fax: (415) 434-1370
5  Email: thomas.herlihy@wilsonelser.com
          john.burnite@wilsonelser.com
6

7  Attorneys for Defendant
8  UNUM LIFE INSURANCE COMPANY
   OF AMERICA
9

10                UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13  JO ANNE WHITMAN,              ) Case No.: C07-04127 WHA
                                  )
14          Plaintiff,            )
                                  ) **STIPULATION OF DISMISSAL WITH**
15     vs.                        ) **PREJUDICE OF ENTIRE ACTION;**
                                  ) **[PROPOSED] ORDER THEREON**
16  UNUM LIFE INSURANCE COMPANY OF)
    AMERICA, and DOES 1 through 100,)
17  inclusive,                    )
                                  )
18          Defendant.            )
                                  )
19 _____)

20

21

22

23

24

25

26

27

28

---

STIPULATION OF DISMISSAL WITH PREJUDICE
                                            CASE NO. C07-04127 WHA
351668.1

1  Plaintiff Jo Anne Whitman ("plaintiff"), and defendant Unum Life Insurance Company of
2  America ("defendant"), through their respective attorneys of record, Michael S. Henderson,
3  Esq., Teal & Montgomery, on behalf of plaintiff, and John T. Burnite, Esq., Wilson, Elser,
4  Moskowitz, Edelman & Dicker LLP, on behalf of defendant, HEREBY STIPULATE that the
5  above-captioned matter and all claims of relief therein can be dismissed with prejudice and in its
6  entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its
7  own costs.
8  IT IS SO STIPULATED

TEAL & MONTGOMERY

Dated: May 8, 2008        By _____
                               Michael S. Henderson
                               Attorneys for Plaintiff
                               JO ANNE WHITMAN


WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated: May 28, 2008       By _____
                               John T. Burnite
                               Attorneys for Defendant
                               UNUM LIFE INSURANCE
                               COMPANY OF AMERICA


**ORDER**

It is so ordered.

Dated: May __, 2008       _____
                           UNITED STATES DISTRICT COURT JUDGE

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C07-04127 WHA

351668.1