1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370
5  Email: thomas.herlihy@wilsonelser.com
          john.burnite@wilsonelser.com
6

7
   Attorneys for Defendant
8  UNUM LIFE INSURANCE COMPANY
   OF AMERICA
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 JO ANNE WHITMAN,                    )  Case No.: C07-04127 WHA
                                       )
14        Plaintiff,                   )
                                       )  **STIPULATION OF DISMISSAL WITH
15     vs.                             )  PREJUDICE OF ENTIRE ACTION;**
                                       )  [PROPOSED] **ORDER THEREON**
16 UNUM LIFE INSURANCE COMPANY OF      )
   AMERICA, and DOES 1 through 100,    )
17 inclusive,                          )
                                       )
18        Defendant.                   )
                                       )
19 _____ )

20

21

22

23

24

25

26

27

28

---

STIPULATION OF DISMISSAL WITH PREJUDICE

351668.1                                              CASE NO. C07-04127 WHA

1  Plaintiff Jo Anne Whitman ("plaintiff"), and defendant Unum Life Insurance Company of America ("defendant"), through their respective attorneys of record, Michael S. Henderson, Esq., Teal & Montgomery, on behalf of plaintiff, and John T. Burnite, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendant, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice and in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own costs.

IT IS SO STIPULATED

TEAL & MONTGOMERY

Dated: May 8, 2008    By_____
                        Michael S. Henderson
                        Attorneys for Plaintiff
                        JO ANNE WHITMAN

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: May 28, 2008   By_____
                        John T. Burnite
                        Attorneys for Defendant
                        UNUM LIFE INSURANCE
                        COMPANY OF AMERICA

**ORDER**

It is so ordered.

Dated: May 29, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C07-04127 WHA

351668.1